# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

CHRISTINA MITCHELL

vs.

U.S. CUSTOMS AND BORDER PROTECTION

Case No.: 2:25-cv-33

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **SCOTT DURFEE**, counsel for **CHRISTINA MITCHELL**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **SCOTT DURFEE** may appear on behalf of **CHRISTINA MITCHELL** in the above case.

IT IS FURTHER ORDERED that **SCOTT DURFEE**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge