UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, in her Official Capacity as the District Attorney for the 38th Judicial District of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Case No. 2:25-cv-00033-AM |

DEFENDANT'S NOTICE OF FILING OF
ADMINISTRATIVE RECORD

Defendant United States Customs and Border Protection (CBP) files the attached Administrative Record.

Dated: December 8, 2025.

Respectfully submitted,

**Justin R. Simmons**
United States Attorney

By:  /s/ *Robert D. Green*
Robert D. Green
Texas Bar No. 24087626
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7362 (phone)
(210) 384-7312 (fax)
robert.green3@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, in her Official Capacity as the District Attorney for the 38th Judicial District of Texas,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Case No. 2:25-cv-00033-AM |

## DECLARATION OF JENNIFER N. MILAM

I, Jennifer N. Milam, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am Associate Chief Counsel with the United States Customs and Border Protection Office of Associate Chief Counsel, Gulf Southwest Region.

2. I have personal knowledge of the following facts, or, where noted, I am informed and believe that the following facts are true, and if called upon, I would truthfully testify as set forth below.

3. This case arises from a *Touhy* request submitted to United States Customs and Border Protection by the Office of Christina Mitchell, District Attorney for the 38th Judicial District of Texas, on October 24, 2024.

4. The following records attached hereto are true and correct copies of the administrative records maintained by this office related to that *Touhy* request.

5. The records included were made at or near the time of the occurrence of the matters set forth in these records, or from information transmitted by, a person with knowledge of those matters.

6. The records included are kept in the course of the regularly conducted activity of this office.

7. The records included were made by the regularly conducted activity as a regular practice.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of December, 2025, at Washington, D.C.

JENNIFER N MILAM
Digitally signed by JENNIFER N MILAM
Date: 2025.12.05 11:11:53 -05'00'

Jennifer N. Milam
Associate Chief Counsel
Office of Associate Chief Counsel, Gulf Southwest Region
United States Customs and Border Protection