# Index of Administrative Record

| Document | Bates / Location |
| --- | --- |
| Touhy Request & Affidavit (Oct. 24, 2024) | AR00001 |
| Touhy Response (Dec. 16, 2024) | AR00016 |
| Touhy Response (Mar. 9, 2023) | AR00019 |
| Touhy Response (May 21, 2024) | AR00021 |
| CBP OPR Report of Investigation | AR00024 |
| U.S. Department of Homeland Security, Management Directive 0810 | AR00227 |
| Texas House of Representatives Investigative Committee on the Robb Elementary Shooting, Interim Report 2022 | AR00233 |
| Advanced Law Enforcement Rapid Response Training (ALERRT) Robb Elementary School Attack Response Assessment and Recommendations, June 2022 | AR00315 |
| U.S. Department of Justice, Office of Community Oriented Policing Services, Rescue, Response, and Resilience: A critical incident review of the Orlando public safety response to the attack on the Pulse nightclub, 2017 | AR00343 |
| U.S. Department of Justice, Office of Community Oriented Policing Services, Critical Incident Review: Active Shooter at Robb Elementary School, 2024 | AR00539 |
| U.S. Census Bureau Data, Uvalde City, TX (2022) | AR01149 |

1

**Index of Administrative Record**

| Document | Bates / Location |
|---|---|
| CBP e3 database of G-166 events where bailouts were reported | AR01152 |
| CBP Standards of Conduct, Directive Number 51735-013B | AR01153 |
| CBP Use of Force Policy, Publication Number 4500-002A | AR01168 |
| Model Uniform Core Criteria (MUCC) for Mass Casualty Incident Triage, National Highway Traffic Safety Administration | AR01232 |
| 2021 National Emergency Medical Services Education Standards, National Highway Traffic Safety Administration | AR01240 |
| Legal Differences Between Certification and Licensure, NREMT website | AR01312 |
| Combined Investigative Activity Report Documents (CBP OPR Report Exhibits 36–228) | AR01315 |