

**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



WC ▇▇▇ stated he initially learned of the shooting at Robb Elementary School from BPA ▇▇▇ Special Operations Detachment (SOD), DRT, as he walked in the conference room. WC ▇▇▇ explained that BPA ▇▇▇ advised of a potential active shooter at Robb Elementary School in Uvalde. WC ▇▇▇ explained that he, Acting Patrol Agent in Charge (A)PAIC ▇▇▇ SOD, DRT, and Deputy Patrol Agent in Charge (DPAIC) ▇▇▇ SOD, DRT, began the collection and coordination of SOD assets and personnel that would be responding to Robb Elementary School (timestamp 00:20:59). WC ▇▇▇ stated DPAIC ▇▇▇ and APAIC ▇▇▇ were calling SOD personnel and instructing them to respond to Robb Elementary School. WC ▇▇▇ expressed concern regarding USBP overcrowding the scene with too many personnel (timestamp 00:21:31). WC ▇▇▇ did not know if the scene was live or if the situation was a false call but treated the matter as a potential active shooter situation.

WC ▇▇▇ stated SOD personnel were responding to the potential active shooter situation at Robb Elementary School as an assisting agency providing any support requested. WC ▇▇▇ explained USBP always assisted state and local law enforcement when requested to do so, but only acted in a secondary capacity (timestamp 00:36:50).

WC ▇▇▇ explained that after a period of approximately 45 minutes, he and APAIC ▇▇▇ decided to relocate to the DRT Border Intelligence Center (BIC) to centralize all information gathering. DPAIC ▇▇▇ advised he would respond to Robb Elementary School, however, WC ▇▇▇ and APAIC ▇▇▇ felt the BIC should have an SOD presence and remained behind (timestamp 00:21:55).

WC ▇▇▇ stated that upon arrival to the BIC, he continued to collect data related to assets, logistics and manpower responding to Robb Elementary School. The information was displayed on a glass partition wall located with the DRT BIC using a dry erase marker. WC ▇▇▇ stated BPA ▇▇▇ DRT, kept a timeline of events. WC ▇▇▇ stated he began to call all USBP stations within the DRT to collect information as to what personnel and what assets were being deployed to Robb Elementary School (timestamp 00:24:51). WC ▇▇▇ avoided calling SOD personnel on scene at Robb Elementary School to not overwhelm them (timestamp 00:38:23).

WC ▇▇▇ said he was not aware of the command structure for the USBP at Robb Elementary School (timestamp 00:49:05). WC ▇▇▇ explained he did not know who made the request nor did he know who approved the patching of the USBP radios with the Uvalde Police Department radios. WC ▇▇▇ stated he did not use his cell phone throughout the incident as he was busy keeping track of personnel and logistics.

WC ▇▇▇ explained Chief Patrol Agent Jason Owens, DRT, Division Chief ▇▇▇ DRT, Executive Officer ▇▇▇ DRT, Assistant Chief Patrol Agent ▇▇▇ DRT, and DPAIC ▇▇▇ DRT, were among the USBP personnel at the DRT Border Intelligence Center. WC ▇▇▇ explained he was not aware with whom these individuals were communicating throughout the incident.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02000



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



WC (b) (6), (b) (7)(C) explained USBP personnel did not have authority to take control of an active shooter situation but have a duty as federal agents to respond and assist.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of WC (b) (6), (b) (7)(C) |

AR02001

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 174



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                        EXHIBIT 174

AR02002




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 14, 2023, SA (b) (6), (b) (7)(C) and AD (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned to the USBP Strategic Communications Branch at DRT. While traveling back from a temporary duty assignment in Carrizo Springs, Texas, Assistant Chief Patrol Agent (ACPA) (b) (6), (b) (7)(C) DRT, notified BPA (b) (6), (b) (7)(C) and his partner BPA (b) (6), (b) (7)(C) DRT, of an active shooter at Robb Elementary School in Uvalde. ACPA (b) (6), (b) (7)(C) subsequently deployed BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) to Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02003



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) stated that when he and BPA (b) (6), (b) (7)(C) arrived at approximately 2:30 p.m., the scene was no longer active (timestamp 00:14:49). BPA (b) (6), (b) (7)(C) asked law enforcement personnel where he could assist and was advised that everyone who needed medical assistance had already been transported to the hospital. BPA (b) (6), (b) (7)(C) stated he did not know who was in charge of the scene and received no instruction when he arrived (timestamp 00:23:25). BPA (b) (6), (b) (7)(C) stated he and BPA (b) (6), (b) (7)(C) remained on scene at Robb Elementary School and took a few photos of the suspect's truck which was still in the culvert. BPA (b) (6), (b) (7)(C) stated he was on scene for approximately one hour when he heard a radio transmission indicating a second threat at Uvalde High School (timestamp 00:15:28). BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) immediately headed towards Uvalde High School.  While en route, they heard another radio transmission indicating there was no active shooter at the school.

BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) spoke with ACPA (b) (6), (b) (7)(C) who advised them to return to Robb Elementary School because Chief Patrol Agent Jason Owens, DRT, was planning to brief the media (timestamp 00:16:05). BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) arrived and proceeded to the Hillcrest Memorial Funeral Home. ACPA (b) (6), (b) (7)(C) and Public Affairs Officer (PAO) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) DRT, went inside the funeral home where ACPA (b) (6), (b) (7)(C) received instructions to deploy to the civic center to provide security during the media brief. BPA (b) (6), (b) (7)(C) stated he did not know who gave ACPA (b) (6), (b) (7)(C) instructions to respond to the civic center (timestamp 00:25:49).

BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) deployed to the civic center and provided security as instructed. While at the civic center, BPA (b) (6), (b) (7)(C) did not have nor witness any physical interactions with civilians (timestamp 00:28:14). BPA (b) (6), (b) (7)(C) explained it did not appear anyone was in charge at the civic center (timestamp 00:29:13). BPA (b) (6), (b) (7)(C) added that he did not observe any interaction between law enforcement and families awaiting their children (timestamp 00:29:55). BPA (b) (6), (b) (7)(C) remained at the civic center for approximately two hours. Once the media brief ended, ACPA (b) (6), (b) (7)(C) instructed BPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) to return to DRT.

BPA (b) (6), (b) (7)(C) stated he was certified as an emergency medical technician in 2021 by the National Registry of Emergency Medical Technicians. He maintained his certification by participating in a 40-hours continuing education refresher training every two years. In addition, BPA (b) (6), (b) (7)(C) was trained in advanced skills and had attended trainings covering low-light intravenous therapy, cadaver lab, and tactical combat casualty care.

BPA (b) (6), (b) (7)(C) stated he did not know of a specific authority that allowed USBP to respond to the incident; however, he stated that as public servants and law enforcement officers, USBP had a duty to protect and serve the community (timestamp 00:33:41).

CBP OPR interviewers provided maps to BPA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2) (timestamp 00:33:37).  These maps were labeled 1-5, respectively.  On the map labeled 3. Uvalde, Texas, BPA (b) (6), (b) (7)(C) marked the route he traveled to Uvalde on May



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



24, 2022, and indicated he traveled on Highway 90 into Uvalde and straight to Robb Elementary School.  On the map labeled 4. Uvalde, TX Schools, BPA (b) (6), (b) (7)(C) indicated he took Farm-to-Market road (FM) 1435 and parked his vehicle on FM 1435 and Geraldine Street.  On the map labeled 5. Robb Elementary School, Uvalde, TX, BPA (b) (6), (b) (7)(C) marked his foot route from his vehicle to Robb Elementary School. On the map labeled 6. Robb Elementary School and Civic Center Uvalde TX, BPA (b) (6), (b) (7)(C) marked the route he drove from FM 1435 to the Civic Center. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02005

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 175



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                          EXHIBIT 175



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On March 14, 2023, SA (b) (6), (b) (7)(C) nd SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) was working at BRA, processing a seizure he recovered earlier in the day when he received a call from Watch Commander (b) (6), (b) (7)(C) BRA, to go towards (b) (7)(E) because of shots being fired. Believing it was sheriff's deputy who he previously saw pulling someone over on (b) (7)(E) he drove towards this location. While on (b) (7)(E) BPA (b) (6), (b) (7)(C) received a call from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) BRA, redirecting him towards Uvalde. During the call, he was not told anything about the incident, but was informed they needed Emergency Medical Technicians (EMT). While driving towards Uvalde on (b) (7)(E) he received a text message indicating his destination would be Robb Elementary School. After receiving the text message, BPA (b) (6), (b) (7)(C) called SBPA (b) (6), (b) (7)(C) for further details. On this call, BPA (b) (6), (b) (7)(C) was told there was a shooting at the school (timestamp 00:22:46). BPA (b) (6), (b) (7)(C) did not think there would be children at the school since the schools in Del Rio were dismissed for the summer.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02007



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



When BPA ████ arrived near Robb Elementary School, a Texas Department of Public Safety (TXDPS) Trooper was controlling the flow of traffic near the funeral home. He asked the TXDPS Trooper what was going on. The Trooper's response was, "I don't know." BPA ████ then asked the TXDPS Trooper who was in charge. The Trooper's response was, "I don't know. You want to do it" (timestamp 00:23:33). BPA ████ explained he was responding as an EMT and parked in the funeral home's parking lot. After grabbing his medical bag, BPA ████ ran towards the school. On his way to the school, he saw a heavy-set woman with blood on her being loaded into an ambulance. Feeling the woman had enough people caring for her, BPA ████ continued towards the school.

BPA ████ walked into the west entrance of Robb Elementary School and saw BPA ████ ████ Del Rio Sector (DRT) Special Operations Detachment, whom he recognized as a BORSTAR paramedic. BPA ████ told BPA ████ they were still figuring out the situation. Recognizing there were many officers with rifles, BPA ████ decided he needed to focus on the medical response, so he went back to his vehicle and collected as many medical supplies as he could carry. With all the equipment he brought, BPA ████ set up a triage area in the hallway near the restrooms. When he returned with the equipment, BPA ████ was told by an unknown person there were still children in the classroom.

BPA ████ moved to the south entrance with BPA ████ BRA, in case children in the classroom were evacuated towards an entrance other than where the triage area was established. After preparing medical equipment near the south entrance of the building, BPA ████ enters the building from the south door and joins other law enforcement officers in the hallway south of Rooms 111 and 112. BPA ████ remained in the hallway until the USBP Tactical Unit (BORTAC) made entry into Room 111. Just prior to entry, BPA ████ recalled an unknown law enforcement officer approaching the door of Room 111 with keys.

After the BORTAC team made entry, BPA ████ entered the classroom through the same door as the entry team. He picked up the first child he came to, later identified by BPA ████ as ████ whom he called ████ BPA ████ knew it was ████ because she was the ████ of a BPA in BRA. ████ BPA ████ brought ████ to the south entrance and, with another unknown EMT, began compressions and trying to establish an airway. Once an airway was established, BPA ████ began a head-to-toe rapid trauma assessment. As soon as BPA ████ felt the back of ████ head, ████ ████. The extent of ████ injuries, coupled with her lack of a pulse or breathing, led BPA ████ to terminate patient care.



BPA ████ returned to the classroom to assist other victims but ended up assisting with the treatment of another child in the triage area of the hallway. BPA ████ recalls that while assisting the victim, some children were running down the hallway towards the west door. Although he could not recall if it was a male or female child, the child's wounds included a gunshot wound ████ a gunshot wound ████ and a gunshot would ████ Although the child was not bleeding much, BPA ████ covered ████ wound with a chest seal before realizing there were no signs of life in the victim, so he

---



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



terminated care on this patient. BPA ▮▮▮ returned to the classroom to assist other victims, but was told by BPA ▮▮▮ DRT, all the victims in the classroom were "black," meaning they were deceased.

BPA ▮▮▮ exited the building through the west door and saw various medical personnel including SBPA ▮▮▮ DRT, treating an unknown patient outside the door. He assisted with medical treatment by performing one cycle of cardiopulmonary resuscitation and helped transport the patient to an ambulance. Upon returning to the building, BPA ▮▮▮ entered the building with BPA ▮▮▮ and another unknown medic to check the deceased victims one final time for signs of life.

After checking approximately 14 victims, BPA ▮▮▮ and BPA ▮▮▮ exited and joined other BPAs near a tree outside the building. Chief Patrol Agent Jason Owens, DRT, spoke to the group near the tree. Afterwards, BPA ▮▮▮ told Chief Owens that several of the BPAs on-site would need Peer Support. Following Chief Owens' direction, BPA ▮▮▮ next went to USBP Uvalde Station (UVA).

BPA ▮▮▮ recalled hearing about a second threat while at UVA. As he arrived, BPA ▮▮▮ saw BPAs leaving the station heading to Uvalde High School to respond to a second threat. However, BPA ▮▮▮ believes the second threat was quickly dismissed. BPA ▮▮▮ recalls seeing BPA ▮▮▮ BRA, BPA ▮▮▮ UVA, and BPA ▮▮▮ at the station. After talking with BPAs at the station, BPA ▮▮▮ left and drove to BRA. BPA ▮▮▮ changed clothes, threw away his bloody clothes, and went home.

BPA ▮▮▮ reviewed the collection of maps provided (Attachment 2). In the collection, BPA ▮▮▮ traced his route to Robb Elementary School and his approach to the school. Additionally, BPA ▮▮▮ drew on a map to explain his actions while at Robb Elementary School. While going through the map, BPA ▮▮▮ showed an image of surveillance video in Robb Elementary School he saw on YouTube and took a screenshot. The screenshot was sent via text message to ▮▮▮ which is SA ▮▮▮ government cellular phone number (Attachment 3).

BPA ▮▮▮ became an EMT in 2006 through a community college, separate from USBP, however, he let his certification lapse (timestamp 1:48:15). Approximately five years ago, BPA ▮▮▮ went through the EMT training at the Sierra Blanca Station while assigned to the Big Bend Sector. BPA ▮▮▮ believes he is covered nationwide, and his medical director is ▮▮▮ ▮▮▮.

BPA ▮▮▮ stated it did not seem like anyone was in charge of the overall incident, beginning when he arrived at the funeral home and the TXDPS Trooper didn't know where an incident command post was located or who was in charge (timestamp 1:55:45). For the medical response, BPA ▮▮▮ believed BPAs ▮▮▮ and ▮▮▮ were in charge of the medical response as they established and communicated a plan prior to the BORTACT team making entry (timestamp 1:34:15). BPA ▮▮▮ was shown video footage from the file titled," ▮▮▮ (b) (7)(E)



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



████████ (b) (7)(E) ████████ at an elapsed time of 1:11:51 into the video
(Attachment 4). At an elapsed time of 1:12:13 into the video, BPA ██(b) (6), (b) (7)(C)██ identifies himself as
the individual who walked through west door.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ███(b) (6), (b) (7)(C)███ |
| 2 | Maps reviewed by BPA ███(b) (6), (b) (7)(C)███ |
| 3 | Picture provided by BPA ███(b) (6), (b) (7)(C)███ identifying personnel from a YouTube video related to the CBP response to a shooting at Robb |
| 4 | Disk containing the video titled ████ (b) (7)(E) ████ ███ (b) (7)(E) ███ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02010

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 176



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 176

AR02011




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 14, 2023, SA (b) (6), (b) (7)(C) CBP OPR, and SA (b) (6), (b) (7)(C) CBP OPR, interviewed BPA (b), (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School.  The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b), (6), (b) (7)(C) stated that on May 24, 2022, he and BPA (b) (6), (b) (7)(C) BRA, were on-duty assigned to the ranch liaison detail. He and BPA (b) (6), (b) (7)(C) were having lunch at Julies Restaurant in Brackettville, TX, when (b) (6), (b) (7)(C) texted him there was an active shooter at Robb Elementary School. BPA (b) (6), (b) (7)(C) added that BPA (b) (6), (b) (7)(C) was a student at Robb Elementary School. BPA (b) (6), (b) (7)(C) explained that after receiving the information from (b) (6), (b) (7)(C) he and BPA (b) (6), (b) (7)(C) drove to BRA and advised Supervisory Border Patrol Agent (b) (6), (b) (7)(C) BRA, about the possible active shooter. BPA (b) (6), (b) (7)(C) estimated it took him five minutes to drive from Julies Restaurant to BRA (timestamp 00:14:00).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02012




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ██████ stated that after notifying SBPA ██████ about the possible active shooter and advising him that they were going to respond, he and BPA ██████ departed BRA and started driving to Uvalde. He explained that while driving, radio communications advised all emergency medical technicians (EMTs) to rally at the USBP Uvalde Station (UVA) checkpoint, but shortly after this transmission, the radio advised all EMTs to go directly to Robb Elementary School (timestamp 00:15:15).

BPA ██████ stated he arrived at Robb Elementary School at approximately 12:40 p.m. and parked near the intersection of Geraldine St. and S. Park St.  BPA ██████ explained that after parking, he ran westbound to the school and saw law enforcement officers (LEOs) near the west entrance door including an LEO with a shield. BPA ██████ stated an LEO at the west entrance directed medics to locations to set up triage and directed other LEOs to set up a medical team on the east side of the T-intersection near the restrooms for triage (timestamp 00:38:00).

During the interview, BPA ██████ viewed a video recording presented to him by CBP OPR interviewers.  He identified himself on the T-intersection camera timestamped at approximately 12:57 p.m. on the video.  The timestamp on the video was noted as seven minutes ahead of the actual time of 12:50 pm (timestamp 02:57:10).

BPA ██████ stated he never knew who was in command of the incident and never heard discussions regarding breaching the classroom door. BPA ██████ explained that within seconds of entering the school through the west entrance door, he heard gunshots (timestamp 00:42:13). BPA ██████ described the hallway as loud and remembered hearing people saying, "Come over here, hey I'm right here." BPA ██████ explained that after entering the school, he looked for other LEOs with medical bags, but he never made it to the triage area on the east side of the T-intersection (timestamp 00:43:30).

BPA ██████ described the triage area as set up into hot, warm, and cold zones. BPA ██████ explained the hot zone was an area where there was active shooting and where tourniquets would be provided for medical aid. BPA ██████ explained the warm zone would be just outside of the hot zone and would provide protection from active shooting or danger, and where medical aid including chest seals, would be provided for airway obstructions, massive bleeds, and hypothermia.  The cold zone would be an area completely free of danger from the incident where comprehensive medical aid would be provided (timestamp 00:55:00).

BPA ██████ stated he saw two LEOs carrying a child's body towards the T-intersection and the ██████ timestamp 00:59:00). He said the LEOs placed the child's body near the north side doors on the west side of the T-intersection. He explained that a second child was brought out by BPA ██████ Border Patrol Search Trauma and Rescue Unit (BORSTAR), Special Operations Detachment. BPA ██████ described seeing bullet holes ██████ of the child, the clothes soaked in blood, and the child's pale complexion. BPA ██████ explained he observed BPA ██████ check for a pulse on the child's right arm, however, there were no observable signs of respiration (timestamp 01:02:00).

AR02013



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ stated he observed numerous LEOs escorting children from classrooms 111 and 112. BPA ████ explained he got behind a ████ girl with ████ who was wearing pants and a t-shirt. BPA ████ stated he did not see any injuries on her and wanted to get her away from the school. BPA ████ explained she was talking to him as he performed a visual scan of her body looking for injuries. BPA ████ tated he did not observe any bullet holes through her clothing, however, her clothes had blood on them. BPA ████ stated he asked her if she was hurt and she said, "No, no, no, I just want my mom and dad" (timestamp 01:04:45).

BPA ████ stated he took the girl to a school bus and followed BPA ████ who was walking with another child that was being evacuated from the school. BPA ████ explained he and BPA ████ placed the children on the bus and ran back into the school (timestamp 01:12:00). BPA ████ said he followed BPA ████ because he assumed BPA ████ knew where he was going with the child he was escorting.

BPA ████ stated he and BPA ████ helped move deceased children that were in the hallway to classrooms 131 and 132. He explained that someone who was near classrooms 131 and 132 provided instruction to move the deceased children into the classrooms. BPA ████ explained the signs the children were deceased included massive bleeding, paleness in the face, blueness in the lips, not breathing, and limpness (timestamp 01:14:00).

BPA ████ stated that after assisting other LEOs moving deceased children into the classrooms, a Texas Department of Public Safety officer told them to clear out of the school due to it being a crime scene. BPA ████ explained that upon leaving the school, he saw LEOs providing medical treatment to a female teacher outside the west door. BPA ████ said there were enough medical personnel providing care to the teacher, so he only assisted by handing them medical supplies including chest seals (timestamp 01:17:00). BPA ████ recalled BPA ████ BRA, providing the female teacher with cardiopulmonary resuscitation, and BPA ████ BRA, assisting with medical treatment. BPA ████ observed the female teacher transported to an ambulance.

BPA ████ stated that after assisting medical personnel with the female teacher, he was told to meet at UVA for a muster. BPA ████ added he did not change out of his rough duty uniform which had blood on it. BPA ████ estimated he was at UVA for one hour before he and BPA ████ left and drove back to BRA. BPA ████ called ████ on his way back to BRA and ████ drove him home after returning to BRA.

BPA ████ stated that his highest level of medical training was a basic EMT that he received on June 11, 2021, through USBP Del Rio Sector (DRT). BPA ████ explained he was not licensed through the State of Texas and was unsure whether he was required to be licensed through the State of Texas. BPA ████ stated his instructors for EMT training were BPA ████ BPA ████ USBP Rocksprings Station, BPA ████ BRA, and former employee ████ (timestamp 01:31:00). BPA ████ said the medical director for the DRT was ████ and the DRT EMT coordinator was ████ USBP Carrizo Springs Station.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02014



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮ said he had advanced skills training including placing intravenous lines (IV), low light IV, needle decompressions, cadaver training, and tactical combat casualty care. BPA ▮ stated that in a situation such as the Robb Elementary School shooting, USBP would "assist in any way possible." BPA ▮ stated he believed the first person on scene would be the person or agency in charge (timestamp 01:48:00). BPA ▮ explained he did not hear any conversations regarding doors being locked or needing keys to unlock them. BPA ▮ added he did not know the location of BORSTAR or the USBP Tactical Unit other than seeing BPA ▮.

During the interview, CBP OPR interviewers provided maps to BPA ▮ depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2). These maps were labeled 1-9 respectively. On the map labeled 1. North Uvalde, TX, BPA ▮ labeled his route of travel from BRA to Uvalde, TX and indicated he traveled on Highway 90 to Uvalde. The map labeled 2. South Uvalde, TX was not applicable. On the map labeled 3. Uvalde, TX, BPA ▮ labeled his route of travel and again indicated he traveled on Highway 90 to Uvalde.

On the map labeled 4. Uvalde, TX Schools, BPA ▮ labeled his route into Uvalde. On the map labeled 5. Robb Elementary School, Uvalde TX, BPA ▮ labeled his initial parking spot upon arriving to the school followed by location where he entered the school. On the map labeled 5.a. Robb Elementary School, Uvalde TX, BPA ▮ labeled the location he saw the female teacher and ambulance, and the location of the school bus he placed the female child on. The map labeled 6. Robb Elementary School and Civic Center Uvalde TX was not applicable. The map labeled 7. Robb Elementary School, Uvalde, TX was not applicable. On the map labeled 8a. Robb Elementary School Layout, Uvalde, TX, BPA ▮ labeled his movements inside the school, the triage area, marked with a T, and the rally point outside of the school. On the map labeled 8b. Robb Elementary School Layout, Uvalde, TX, BPA ▮ labeled the location of the victims in the hallway that he helped move into classrooms 131 and 132. The map labeled 8c. Robb Elementary School Layout, Uvalde, TX was not applicable. The map labeled 8d. Robb Elementary School Layout, Uvalde, TX was not applicable. The map labeled 8e. Robb Elementary School Layout, Uvalde, TX was not applicable. On the map labeled 9. Hillcrest Memorial Funeral Home, Uvalde, TX, BPA ▮ labeled the location of parents near the funeral home.

BPA ▮ stated that on May 24, 2022, he did not have a body worn camera. BPA ▮ did not have text messages, pictures, or emails concerning the USBP response to the Robb Elementary School shooting nor did BPA ▮ produce any reports concerning the incident.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▮ |
| 2 | Maps reviewed by BPA ▮ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02015

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 177



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                      EXHIBIT 177




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 13, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was working at the (b) (6), (b) (7)(C), (b) (7)(E) south of Uvalde conducting maintenance on cameras. At approximately 11:35 a.m., a call over the radio requested all available agents to respond to Robb Elementary School for shots fired (timestamp 00:29:40). BPA (b) (6), (b) (7)(C) departed the ranch and headed towards Uvalde on Highway 481.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02017



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮ stated he arrived at Robb Elementary School and parked his government vehicle on the west side of the school alongside a concrete ditch next to a truck in the ditch.  He observed BPA (b) (6), (b) (7)(C) UVA, standing next to the truck (timestamp 00:36:10).  BPA ▮▮▮ put on his body armor and approached BPA ▮▮▮ to ask him what was going on.  BPA ▮▮▮ informed him there was a shooting.  BPA ▮▮▮ observed a rifle and bag with ammunition next to the passenger side of the truck.  BPA ▮▮▮ told BPA ▮▮▮ he was standing guard by the vehicle because of the rifle and ammunition.  During the conversation, BPA ▮▮▮ observed law enforcement officers around the school.  BPA ▮▮▮ approached the school and encountered Officer (b) (6), (b) (7)(C) Uvalde Police Department, exiting the west entrance door.  Officer (b) (6), (b) (7)(C) told BPA ▮▮▮ they needed to keep people back because ambulances were headed to the school (timestamp 00:39:00).  BPA ▮▮▮ turned and directed the crowd of onlookers to stay back and make a path for the ambulances.

BPA ▮▮▮ stated he observed members of the USBP Tactical Unit (BORTAC) arrive on scene and enter the school building (timestamp 00:40:00).  A short time later, BPA ▮▮▮ observed people coming out of the school carrying injured children and he ran towards them.  BPA ▮▮▮ encountered BPA (b) (6), (b) (7)(C) UVA, who was carrying a little girl in his arms.  BPA ▮▮▮ asked BPA ▮▮▮ how he could help.  BPA ▮▮▮ replied there were a lot of victims inside.  BPA ▮▮▮ observed a female teacher on a stretcher and an unknown BPA performing chest compressions; BPA ▮▮▮ described her as being in bad shape.

BPA ▮▮▮ stated that when he entered the school, he observed two deceased children lying on the floor and with agents and police officers running around the hallway treating victims.  BPA ▮▮▮ asked if he could help, and realizing he was in the way, he exited the school.

BPA ▮▮▮ recalled handing out bottles of water to BPAs and other law enforcement officials.  BPA ▮▮▮ stated that USBP backed off from the scene and rallied around a tree where Chief Patrol Agent (CPA) Jason Owens, USBP Del Rio Sector (DRT), was planning to brief the BPAs.  BPA ▮▮▮ recognized Supervisory Border Patrol Agent (b) (6), (b) (7)(C) DRT, Special Operations Detachment, discussing the incident with his BORTAC and USBP Search, Trauma and Rescue Unit teams (timestamp 00:48:00).

BPA ▮▮▮ stated he learned that CPA Owens wanted all BPAs to report to UVA for further debriefing.  BPA ▮▮▮ returned to his vehicle and suspected the truck that he had parked next to belonged to the shooter.  Once at UVA, BPA ▮▮▮ observed several agents with blood on their uniforms.  CPA Owens briefed the muster and told BPAs that peer support was available and that clinicians were on their way to provide support.

BPA ▮▮▮ stated that around 3:15 p.m., a call over the radio said there was a threat made against Uvalde High School.  BPA ▮▮▮ explained he had already turned in his government vehicle and prepared to travel home in a commuter van with other BPAs.  BPA ▮▮▮ stated he lived in San Antonio, Texas.  BPA ▮▮▮ identified the other BPAs in the commuter van with him as BPAs (b) (6), (b) (7)(C) UVA, (b) (6), (b) (7)(C) UVA, (b) (6), (b) (7)(C) UVA, and (b) (6), (b) (7)(C) UVA.  BPA ▮▮▮ stated the BPAs, except for BPA ▮▮▮ had assisted with the evacuations at



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Robb Elementary School.  BPA ▮▮▮stated that BPA ▮▮▮was assigned to the checkpoint and did not respond to the school.

BPA ▮▮▮stated he did not know who had command of the scene at Robb Elementary School. BPA ▮▮▮added he did not render aid to anyone, nor did he detain or impede the movement of bystanders.

During the interview, CBP OPR interviewers provided maps to BPA ▮▮▮depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (timestamp 01:19:25) (Attachment 2).  The maps were labeled 1-5, respectively.  On the map labeled 2., BPA ▮▮▮marked the route he traveled into Uvalde on May 24, 2022.  On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA ▮▮▮marked where he parked his vehicle and how he approached Robb Elementary School.  On the map labeled 8.a. Robb Elementary School, Uvalde, Texas, marked his movements at Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▮▮▮ |
| 2 | Maps reviewed by BPA ▮▮▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 178



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                              EXHIBIT 178

AR02020



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 14, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty, in plain clothes, and scheduled to conduct use of force training when it was broadcasted over the UVA intercom there was an active shooter at Robb Elementary School and for BPAs to grab their gear and respond. BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) UVA, grabbed their ballistic vests and M-4 rifles and responded to Robb Elementary School in a government owned vehicle (timestamp 11:20:36). BPA (b) (6), (b) (7)(C) stated that upon his arrival, the path to the school was blocked by numerous law enforcement vehicles, forcing him to park a few blocks away on Geraldine Street between Old Carrizo Road and S. Park Street. BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) continued on foot along Geraldine Street to the school taking cover behind a telephone pole north of classroom 129. BPA (b) (6), (b) (7)(C) observed 15 to 20 law enforcement officers outside the west hallway entrance near classroom 132. BPA (b) (6), (b) (7)(C) observed a large group of parents and civilians gathered on the north side of Geraldine Street (timestamp 11:21:10).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02021




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA █████stated that due to the large presence of law enforcement officers near the west hallway entrance, he decided to move to the east side of the school, moving along the breezeways, clearing two restrooms, and ended up near the school cafeteria. BPA ████encountered a female Uvalde Consolidated Independent School District Police Department (UCISDPD) officer. The officer informed him the shooter had fired at her position. BPA████stated all the windows in that area seemed intact and he did not see any evidence of gunfire. The UCISDPD officer further told BPA████the police chief was inside the school with the shooter. BPA█████ understood that meant the police chief was in the same room as the shooter (timestamp 11:21:50).

BPA████stated that an unknown school administrator informed him there were still students in some of the nearby classrooms (timestamp 11:22:15). BPA████stated he provided cover while a few other unknown BPAs, and possibly an unknown sheriff's deputy, cleared and evacuated students from classrooms 13 to 18 and 31 to 34 (timestamp 11:35:27).

BPA████stated that approximately 20 minutes later, he heard "shooter down" over the radio. BPA████returned to the north side of the school where he observed BPA **(b) (6), (b) (7)(C)** DRT Special Operations Detachment (SOD), injured and being assisted away from the school by an unknown BPA. BPA████encountered a Texas Department of Public Safety (TXDPS) emergency medical technician (EMT) and instructed the TXDPS EMT to assist BPA **(b) (6), (b) (7)(C)** BPA████stated BPA **(b) (6), (b) (7)(C)** told the TXDPS EMT that he was fine and to go help inside the school. BPA████did n t see BPA **(b) (6), (b) (7)(C)** or the TXDPS EMT again (timestamp 11:22:40). BPA████stated he did not enter the school to assist **(b) (7)(E)** ██████ **(b) (7)(E)** ██████████████████ (timestamp 11:22:49).

BPA████said he gathered with the other BPAs near the tree on the north side of the school. BPA████stated Chief Patrol Agent (CPA) Jason Owens, DRT, addressed the group of agents and ordered all BPAs to return to UVA. After spending approximately 30 minutes in traffic, BPA████arrived at UVA. BPA████attended a muster at UVA where CPA Owens spoke again; however, BPA████could not recall what was said. BPA████stated he worked out for an hour to relieve stress, and as it was a training day, BPA████went home (timestamp 11:23:15).

BPA████tated he was not issued a body worn camera. BPA████understood the announcement made over the UVA intercom as directing him to respond to Robb Elementary School. BPA████did not recall any radio traffic while en route to the school. BPA████stated that upon arrival at the school, he could not identify who, if anyone, was in command of the incident, nor did he receive any guidance or instructions. BPA████tated he did not have any interaction with the public, nor did he provide medical aid during the incident. BPA████stated he did not hear any gunfire throughout the incident (timestamp 11:24:37).

BPA████stated that throughout the incident, he was under the impression the incident was an active shooter situation. BPA████stated he did not witness any medical aid being rendered. During the incident, BPA████did not hear anything related to the status of the classroom doors;



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



however, after the incident, BPA ███████ heard that the door to the classrooms were locked and a key was needed (timestamp 11:43:30).

BPA ██████ stated he was unaware of a specific statutory authority allowing BPAs to respond to an incident like an active shooter. BPA ██████ felt it was his responsibility as a BPA to respond and assist. BPA ██████ had never received official training on active shooter response; however, he did participate in simulator training that included an active shooter scenario (timestamp 11:46:45). BPA ██████ stated he did not have any text messages or emails related to the incident. BPA ████████ stated that in the days following the incident, he was instructed by an unknown supervisor to fill out a map indicating his movement and location during the incident. BPA ██████ did not know what was done with the map after it was turned in (timestamp 11:50:25).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
| --- | --- |
| 1 | StarWitness interview of BPA ██████ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02023

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 179



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 179



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of XO (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SSA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed XO (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

XO (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned as the XO for Law Enforcement Operations at DRT. He stated he was about to have lunch with his supervisor, acting Division Chief (DC) (b) (6), (b) (7)(C) when he received a call from acting Patrol Agent In Charge (PAIC) (b) (6), (b) (7)(C) USBP, Special Operations Detachment (SOD), DRT. PAIC (b) (6), (b) (7)(C) informed him of an active shooter at or near a school in Uvalde (timestamp 08:18:36).

XO (b) (6), (b) (7)(C) stated PAIC (b) (6), (b) (7)(C) informed him they were deploying to Uvalde. XO (b) (6), (b) (7)(C) further stated he gave the authority to shift USBP Border Patrol Tactical Unit (BORTAC) and USBP Border Patrol Search, Trauma, and Rescue (BORSTAR) unit personnel to respond and support local law enforcement (timestamp 08:16:48).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing this document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02025



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



XO ███ stated shortly thereafter, acting PAIC ███ USBP, Carrizo Springs Station (CAR), called or texted him to provide information concerning a shooter with a long arm near a school in Uvalde; and that a local law enforcement agency was requesting support. XO ███ was unable to recall which local law enforcement agency requested support (timestamp 08:19:52).

XO ███ and PAIC ███ returned to DRT and began establishing communications with various USBP programs and resources to support any requested assistance in the USBP response to Uvalde. (timestamp 08:17:00).

Upon arriving at DRT, XO ███ spoke with Deputy Chief Patrol Agent (DCPA) ███ ███ DRT, and informed him there was a suspected active shooter near a school in Uvalde. He added BORTAC, BORSTAR, and UVA personnel were deployed to the scene to support local law enforcement (timestamp 08:22:35).

XO ███ stated DCPA ███ told him he was going to respond to the scene. XO ███ also believed Assistant Chief Patrol Agent (ACPA) ███ DRT, accompanied DCPA ███ (timestamp 08:24:40).

XO ███ stated he reported to the Border Intelligence Center (BIC), DRT. He explained the BIC is a hub center for coordinating intelligence and dispatch; and acts as an intelligence reservoir.

At the BIC, XO ███ had several USBP personnel employed in various tasks, to include serving as a scribe, creating timelines, ███ (b) (7)(E) ███ (b) (7)(E) monitoring media outlets, dispatching, and handling resource and medical equipment deployments (timestamp 08:27:13).

XO ███ stated that during the incident, he remained in contact with PAIC ███ BORTAC, DRT, DPAIC ███ SOD, and PAIC ███ XO ███ indicated PAIC ███ remained at the BIC and was his direct link to SOD personnel (timestamp 08:33:08).

XO ███ further stated he was the conduit for information flow to USBP Headquarters (HQ), Washington D.C., and was communicating with Assistant Chief ███ USBP HQ, Law Enforcement Operations Division, East and Central Sectors, and Acting Associate Chief ([A]AC) ███ USBP HQ, Law Enforcement Operations Division, East and Central Sectors. XO ███ explained that during this time, (A)AC ███ was detailed from the USBP Rio Grande Valley Sector in Texas (timestamp 08:35:55).

XO ███ stated he believed a rally point was established at the funeral home for all responding law enforcement personnel. XO ███ stated that when someone determined PAIC ███ had a child at Robb Elementary School, they decided PAIC ███ DRS, was going to relieve PAIC ███ as acting PAIC of UVA (timestamp 08:41:30).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



XO ▓▓▓▓▓ did not say who made the decision to have PAIC ▓▓▓▓▓ relieve PAIC ▓▓▓▓▓ XO ▓▓▓▓▓ believed PAIC ▓▓▓▓▓ remained on scene until the arrival of PAIC ▓▓▓▓▓

XO ▓▓▓▓▓ explained he initially understood the situation to be an active shooter, but it later changed to a barricaded subject. XO ▓▓▓▓▓ believed the information related to a barricaded subject was received by on scene USBP personnel as relayed to them by the local police department (timestamp 08:44:30).

XO ▓▓▓▓▓ recalled PAIC ▓▓▓▓▓ informed him BORTAC and BORSTAR personnel were on scene, to include Supervisory Border Patrol Agent (SBPA) ▓▓▓▓▓ BORTAC, DRT (timestamp 08:46:35).

XO ▓▓▓▓▓ stated he did not believe he was in direct communication with SBPA ▓▓▓▓▓ (timestamp 08:48:48).

At some point, XO ▓▓▓▓▓ believed he obtained information that steps were being taken to prepare for a breach of the classroom, but he could not recall whether PAIC ▓▓▓ or DC ▓▓▓▓▓ informed him of the steps (timestamp 08:50:16).

XO ▓▓▓▓▓ was not aware of conversations concerning permission for BORTAC to conduct a breach and stated the highest-ranking USBP person on scene could have provided the order to breach (timestamp 08:51:35). XO ▓▓▓▓▓ stated he did not know who gave BORTAC the order to breach the classroom (timestamp 08:52:52).

XO ▓▓▓▓▓ understood the command structure on scene consisted of PAIC ▓▓▓▓▓ serving as the incident commander until he was relieved by PAIC ▓▓▓▓▓ Additionally, XO ▓▓▓▓▓ believed PAIC ▓▓▓▓▓ would assume command and control of BORTAC personnel upon his arrival. XO ▓▓▓▓▓ stated PAIC ▓▓▓▓▓ and PAIC ▓▓▓▓▓ should have been coordinating their efforts with local and state law enforcement (timestamp 08:53:41).

XO ▓▓▓▓▓ believed SBPA ▓▓▓▓▓ BORSTAR, DRT, was on scene at Robb Elementary School to coordinate life saving measures and medical services as needed. XO ▓▓▓▓▓ stated he was not in communication with SBPA ▓▓▓▓▓ (timestamp 08:55:50).

XO ▓▓▓▓▓ was not able to recall if he received confirmations of deaths prior to the breach of the classroom but recalled hearing the shooter had shot his grandmother in the face, fled in a vehicle, crashed, and ran toward the school (timestamp 08:58:45).

XO ▓▓▓▓▓ stated that after the breach, he learned of the fatalities and was updated on the ongoing medical support and life saving measures being provided to the victims (timestamp 09:00:00).

XO ▓▓▓▓▓ further stated additional medical support was requested, but he could not recall whether it was before or after the breach. XO ▓▓▓▓▓ did not elaborate on how he received



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



updates on victims or medical treatment provided to victims, but he said he believed BORSTAR and USBP Emergency Medical Technicians provided treatment to victims.

XO (b) (6), (b) (7)(C) recalled requests for life flights were received after the breach but did not know if any life flights arrived on the scene (timestamp 09:01:38).

XO (b) (6), (b) (7)(C) did not know how the second threat allegedly made by the shooter's girlfriend on social media to finish what he started was received. However, XO (b) (6), (b) (7)(C) believed it was via social media and related to the social media account of the shooter's girlfriend (timestamp 09:07:20).

XO (b) (6), (b) (7)(C) believed he relayed the information to (A)AC (b) (6), (b) (7)(C) XO (b) (6), (b) (7)(C) could not recall whether he or DC (b) (6), (b) (7)(C) authorized the deployment of USBP personnel to other schools to provide support (timestamp 09:17:10).

XO (b) (6), (b) (7)(C) stated he was not aware of any law enforcement personnel that responded to the shooter's girlfriend's residence. He assumed the BIC had obtained her residential address and passed along the information (timestamp 09:16:22).

XO (b) (6), (b) (7)(C) did not have any knowledge of USBP personnel using force or restraining any members of the public, to include parents, during the Robb Elementary School shooting incident (timestamp 09:13:04).

XO (b) (6), (b) (7)(C) recalled hearing information regarding the local police department pursuing the subject prior to him entering the school. XO (b) (6), (b) (7)(C) stated USBP was not involved in a pursuit of the subject and said he heard non-confirmed reports of the pursuit (timestamp 09:14:55).

XO (b) (6), (b) (7)(C) did not explain how he received the information concerning the pursuit of the shooter by the local police department other than he received the information during initial reporting.

XO (b) (6), (b) (7)(C) recalled the BIC helped coordinate Peer Support Member responses to UVA and stated the DRT Mission Readiness Operation Division obtained and sent uniforms to UVA (timestamp 09:19:15).

XO (b) (6), (b) (7)(C) identified PAIC (b) (6), (b) (7)(C) and PAIC (b) (6), (b) (7)(C) as the supervisors in charge of USBP assets at Robb Elementary School (timestamp 09:22:50).

XO (b) (6), (b) (7)(C) was unable to recall if he provided orders or guidance to USBP personnel on scene at Robb Elementary School, but he did recall emailing USBP Station PAICs regarding weapon accountability, agent safety, peer support, and uniforms (timestamp 09:23:35).

XO (b) (6), (b) (7)(C) stated he believed USBP's role in the Robb Elementary School shooting incident was to provide support to local law enforcement agencies (timestamp 09:26:50).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02028




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

XO (b) (6), (b) (7)(C) stated he believed USBP's authority to respond to an active shooter incident is that if there is an ongoing threat to the public, USBP is going to respond. XO (b) (6), (b) (7)(C) emphasized if a felony is committed in the presence of a federal law enforcement officer, it is incumbent on the officer to act to prevent further loss of life (timestamp 09:27:05).

It is XO (b) (6), (b) (7)(C) belief that USBP has a responsibility to protect the public (timestamp 09:27:50).

XO (b) (6), (b) (7)(C) stated he did not author any reports related to the Robb Elementary School shooting incident (timestamp 09:28:45).

XO (b) (6), (b) (7)(C) recalled hearing the status of the incident was a barricaded subject, and there were ongoing attempts to locate a key to the classroom door. XO (b) (6), (b) (7)(C) believed he heard the information from DPAIC (b) (6), (b) (7)(C) timestamp 10:36:36).

XO (b) (6), (b) (7)(C) indicated he no longer had the government cell phone he used to communicate during the Robb Elementary School shooting and did not archive any text messages or call logs. XO (b) (6), (b) (7)(C) explained he returned his government-issued cell phone when he was issued a new one (timestamp 08:29:00).

XO (b) (6), (b) (7)(C) mentioned the emails related to the Robb Elementary School shooting should be in his inbox, as he had not deleted any emails. He stated he would try to locate the emails and forward them to SSA (b) (6), (b) (7)(C) (timestamp 08:29:43).

On March 21, 2023, XO (b) (6), (b) (7)(C) provided SSA (b) (6), (b) (7)(C) with ten emails concerning the USBP response to the Robb Elementary School shooting. The emails received from XO (b) (6), (b) (7)(C) are addressed in a separate report.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of XO (b) (6), (b) (7)(C) |




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Receipt of Emails from XO (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SSAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) interviewed XO (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. During the interview, XO (b) (6), (b) (7)(C) was asked if he sent or received any emails related to the Robb Elementary School shooting. XO (b) (6), (b) (7)(C) confirmed he sent and received emails and stated that upon returning to his office, he would send copies of those emails to SSA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C).

On March 18, 2023, XO (b) (6), (b) (7)(C) provided copies of the emails to SSA (b) (6), (b) (7)(C) which are summarized below:

On May 24, 2022, at 12:24:10 p.m., XO (b) (6), (b) (7)(C) authored an email he sent to (b) (7)(E) (b) (7)(E) and copied (b) (7)(E) and (b) (7)(E).

In the email, XO (b) (6), (b) (7)(C) notified the recipients that a single male actor carrying a rifle and two backpacks fired shots inside Robb Elementary School and had barricaded himself inside the elementary school. Initial reports indicated multiple injuries with unknown severity. XO (b) (6), (b) (7)(C) stated BORTAC [USBP Tactical Unit]/BORSTAR [USBP Search, Trauma, and Rescue Unit] and USBP Uvalde Station (UVA) leadership/agents were on scene and DRT command staff was enroute (Attachment 1).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing this document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02030




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

On May 24, 2022, at 12:42 p.m., Acting Division Chief (ADC) ▮▮▮▮ replied to XO ▮▮▮▮ and copied ▮▮▮▮ staff and ▮▮▮▮ and provided the following information:

An AR-15 style rifle was reported to have been used by the subject, whose condition was unknown.  Confirmation was received indicating multiple victims at Robb Elementary School, where DRT BORTAC was on scene and inside the school.

ADC ▮▮▮▮ added that all available ground and air ambulance services and EMTs from multiple DRT stations were enroute or were already on scene (Attachment 2).

On May 24, 2022, at 12:51 p.m., XO ▮▮▮▮ replied all and stated the San Antonio Police Department, Bexar County SWAT (special weapons and tactics), USBP Carrizo Springs Station BPA EMTs were enroute, ICP stood up at Hillcrest Funeral Home.  XO ▮▮▮▮ identified ▮▮▮▮ as the UVA POC and ▮▮▮▮ as the POC for SOD (Attachment 3).

On May 24, 2022, at 1:12 p.m., XO ▮▮▮▮ replied to all and reported that at least 20 children were shot/injured and the shooter was in custody.  XO ▮▮▮▮ added SOD Operator ▮▮▮▮ was grazed by a bullet in the leg, walked out of the elementary school and was receiving medical attention.  XO ▮▮▮▮ stated Strategic Communications were enroute for media control, "TTIMB" was responding with Peer Support and Chaplains and the injured and victims were currently exiting the school (Attachment 4).

On May 24, 2022, at 1:32 p.m., XO ▮▮▮▮ replied to all and reported DRT SOD BORTAC took out the shooter, who was confirmed deceased.  Casualties and injured continue to be evacuated and DRT was mobilizing/activating all Peer Support/Chaplaincy Support USBP Laredo Sector (LRT) and USBP Big Bend Sector (BBT) notified for Peer Support/Chaplaincy Support.  XO ▮▮▮▮ noted SOD Operator ▮▮▮▮ was being transported to Uvalde Memorial Hospital with non-life-threatening injuries (Attachment 5).

On May 24, 2022, at 1:46 p.m., XO ▮▮▮▮ replied to all and stated initial reporting by Texas Department of Public Safety (TXDPS) confirmed 14 deceased plus the shooter and an unknown total number of injured at the time.  XO ▮▮▮▮ added BBT was mobilizing available Peer Support/Chaplaincy support (Attachment 6).

On May 24, 2022, at 3:02 p.m., XO ▮▮▮▮ replied to all and noted ▮▮▮▮ was "drafting IP for B1, B2, B3."  XO ▮▮▮▮ stated DRT SOD BPA ▮▮▮▮ was shot in the head, no entrance, possible gunshot wound to his right foot and a left shin injury.  XO ▮▮▮▮ stated DRT SOD BPA ▮▮▮▮ remained at Uvalde Memorial Hospital in good overall condition in the company of DRT SOD DPAIC ▮▮▮▮

XO ▮▮▮▮ stated LRT and BBT were each mobilizing 4 agents for Peer Support/Chaplaincy and UVA initiated phone tree system.  XO ▮▮▮▮ added the Uvalde School District would be launching a press conference (Attachment 7).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



On May 24, 2022, at 4:26 PM, XO ▮(b) (6), (b) (7)(C)▮ emailed ADC ▮(b) (6), (b) (7)(C), (b) (7)(E)▮ ▮(b) (6), (b) (7)(C)▮ and copied ▮(b) (7)(E)▮ and ▮(b) (6), (b) (7)(C)▮

XO ▮(b) (6), (b) (7)(C)▮ stated that the USBP Del Rio Sector (DRT) was confirming agents were not involved in any type of pursuit prior to the suspect making entry into the school and DRT agents responded after local law enforcement requested support for an active shooter incident (Attachment 8).

On May 24, 2022, at 6:43 PM, XO ▮(b) (6), (b) (7)(C)▮ emailed ADC ▮(b) (6), (b) (7)(C), (b) (7)(E)▮ ▮(b) (6), (b) (7)(C)▮ and copied ▮(b) (7)(E)▮ and ▮(b) (6), (b) (7)(C)▮

XO ▮(b) (6), (b) (7)(C)▮ stated investigative reports from TXDPS indicated there were 18 deceased child victims (16 inside the school / 2 at the hospital), 2 deceased adult victims (1 inside the school / 1 in an ambulance on scene), 1 suspect, armed, wearing body armor with an AR rifle and numerous magazines of ammunition.  XO ▮(b) (6), (b) (7)(C)▮ added an additional AR rifle was found in the vehicle the shooter had crashed prior to entering the school (Attachment 9).

On May 24, 2022, at 8:35 PM, XO ▮(b) (6), (b) (7)(C)▮ emailed ADC ▮(b) (6), (b) (7)(C), (b) (7)(E)▮ ▮(b) (6), (b) (7)(C)▮ and copied ▮(b) (7)(E)▮ and ▮(b) (6), (b) (7)(C)▮ to inform them that at approximately 8 p.m. DRT SOD BPA ▮(b) (6), (b) (7)(C)▮ was released from the hospital.  BPA ▮(b) (6), (b) (7)(C)▮ received 4 staples to his head for the gunshot wound (Attachment 10).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | Email Dated May 24, 2022, at 12:24 PM |
| 2 | Email Dated May 24, 2022, at 12:42 PM |
| 3 | Email Dated May 24, 2022, at 12:51 PM |
| 4 | Email Dated May 24, 2022, at 1:12 PM |
| 5 | Email Dated May 24, 2022, at 1:32 PM |
| 6 | Email Dated May 24, 2022, at 1:46 PM |
| 7 | Email Dated May 24, 2022, at 3:02 PM |
| 8 | Email Dated May 24, 2022, at 4:26 PM |
| 9 | Email Dated May 24, 2022, at 6:43 PM |
| 10 | Email Dated May 24, 2022, at 8:35 PM |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02032



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Receipt of Additional Emails from XO (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On April 4, 2023, Assistant Special Agent in Charge (ASAC) (b) (6), (b) (7)(C) CBP OPR, requested XO (b) (6), (b) (7)(C) USBP Del Rio Sector (DRT), provide an email he mentioned during his March 15, 2023, interview with CBP OPR. The email requested was one he sent to Patrol Agents in Charge (PAICs) concerning weapon accountability, agent safety, peer support and uniforms.  XO (b) (6), (b) (7)(C) provided two emails on April 4, 2023, in response to ASAC (b) (6), (b) (7)(C) request, including one he sent on May 24, 2022, (Attachment 1) and one sent by Assistant Chief Patrol Agent (ACPA) (b) (6), (b) (7)(C) DRT, on May 24, 2022, (Attachment 2).

A review of XO (b) (6), (b) (7)(C) email revealed it was sent to DRT PAICs and others, instructing them to ensure that all Border Patrol Agents who responded to the active shooter in Uvalde, Texas, were accounted for and had left the scene.  XO (b) (6), (b) (7)(C) also instructed that all rifles and sensitive items should be inventoried to ensure they are accounted for, any rifles belonging to other agencies were returned, and the DRT Border Intelligence Center was notified of rifles in USBP possession that belonged to other agencies.

A review of ACPA (b) (6), (b) (7)(C) email revealed it was sent to DRT PAICs and others and requested rosters of all USBP staff who responded to the active shooter, including those who responded off-duty, to ensure that USBP staff were offered services through the Employee Assistance Program, Peer Support, and the Chaplain Program.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02033



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | Email dated May 24, 2022, sent by XO (b) (6), (b) (7)(C) |
| 2 | Email dated May 24, 2022, sent by ACPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 180



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                    **EXHIBIT 180**

AR02035



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of DPAIC (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed DPAIC (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School.  The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02036



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



DPAIC ██████ stated that on May 24, 2022, he was dressed in his full rough duty USBP uniform and was assigned as a DPAIC for the DRT Border Intelligence Center (BIC). As a DPAIC for the BIC, DPAIC ██████ had oversight of the development of intelligence. DPAIC ██████ described the BIC as the central repository for information (timestamp 01:21:32). The BIC typically was staffed with ████ Border Patrol agents (BPA) spread among **(b) 7(E)** and assigned to do intelligence work. Everyone assigned to the BIC was a CBP employee; however, across the hall from the BIC, USBP housed the Joint Operations Intelligence Center (JOIC) which included Texas Department of Public Safety (TXDPS) personnel (timestamp 01:25:55). The BIC received information from a variety of sources such as local and federal partners, other USBP stations, and sources of information (timestamp 01:24:05). DPAIC ██████ explained that in critical incidents, the BIC and the ████████ become the central communications center. The BIC was designed to receive all incoming information and to disseminate the information to the field (timestamp 00:18:08).

DPAIC ██████ stated he was with Special Operations Supervisor (SOS) **(b) (6), (b) (7)(C)** DRT, in the prosecutions building when he received a text message from Patrol Agent in Charge (PAIC) ██████ DRT, regarding a possible active shooter at Robb Elementary School. DPAIC ██████ showed the text message to SOS ██████ (timestamp 00:17:25). A few minutes later, DPAIC ██████ received another text message confirming the active shooter situation. Upon receiving the text messages, DPAIC ██████ returned to the BIC. DPAIC ██████ estimated he became aware of the incident sometime after 11:00 a.m. (timestamp 01:43:30). DPAIC ██████ stated he did not have the text messages because he had obtained a new cellular telephone and he did not save the messages (timestamp 01:41:03).

DPAIC ██████ stated that upon arriving at the BIC, he walked to the radio room and saw Acting Division Chief ([A]DC) ██████ DRT, Operations Division, and Executive Officer (XO) ██████ DRT, were already present (timestamp 00:18:24). At that point, the BIC became the Incident Command Center (ICC). DPAIC ██████ said he knew he was responsible for ensuring all recordings were captured, that a timeline was initiated and maintained, and that he accounted for all his staff at the BIC and his BPAs assigned to Uvalde and other USBP stations (timestamp 00:18:45). DPAIC ██████ stated that DRT command staff gathered in the radio room to have a better understanding of the incident. DPAIC ██████ said Acting Patrol Agent in Charge ([A]PAIC) ██████ DRT Special Operations Detachment (SOD), Border Patrol Tactical Unit (BORTAC), DPAIC ██████ SOD, Watch Commander (WC) ██████ DRT, SOS ██████ DRT, Supervisory BPA (SBPA) ██████ DRT, Supervisory Law Enforcement Information System Specialist **(b) (6), (b) (7)(C)** DRT, and SBPA ██████ DRT, were present either in the BIC or in the radio room. Because (A)DC ██████ was the highest ranking USBP official at the BIC, DPAIC ██████ viewed him as the incident commander. DPAIC ██████ stated there was no one in command of the USBP personnel at the scene (timestamp 02:02:20). At the BIC, DPAIC ██████ considered himself part of the command staff in charge of what was being coordinated at the BIC and radio room (timestamp 02:04:07). DPAIC ██████ stated PAIC ██████ did not direct him in any way on the day of the incident (timestamp 03:16:03).

AR02037



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



DPAIC ███████ stated that WC ███████ took the lead in organizing the responses, identifying what was needed, and keeping track of everything by writing it on a whiteboard. DPAIC ███████ mentioned that WC ███████ was trained in the Incident Command System (ICS) (timestamp 01:53:50). The ICS was known to be a standardized approach to the command, control, and coordination of emergency response providing a common hierarchy within which responders from multiple agencies could be effective. DPAIC ███████ stated he was aware there were various levels of required trainings for supervisory versus non-supervisory personnel in relation to ICS training; however, he received ICS training a few years earlier (timestamp 02:34:10). DPAIC ███████ was not sure if there had been a lead field coordinator (LFC) assigned on May 24, 2022; however, he identified WC ███████ as being the designated LFC in prior incidents when the ICS was activated. WC ███████ was present at the ICC on May 24, 2022 (timestamp 02:35:20).

DPAIC ███████ stated he alternated between the BIC and radio room and ensured the timeline was maintained with incoming information from the scene (timestamp 00:22:54). DPAIC ███████ stated DRT standard protocol in a critical incident situation was to immediately stand up an ICC. DPAIC ███████ stated he recalled that TXDPS troopers requested BORTAC to respond, but he was unsure whether he heard it through a radio transmission or if he heard it through a conversation between (A)PAIC ███████ and WC ███████ According to DPAIC ███████ BORTAC and the Border Patrol Search Trauma and Rescue Unit (BORSTAR) teams were always ready to support state and local law enforcement agencies (timestamp 02:28:30). DPAIC ███████ was not aware of a specific CBP policy that allowed BORTAC to assist state, locals, and other federal agencies (timestamp 02:52:45). DPAIC ███████ mentioned that emergency medical technicians (EMT) were assigned to every USBP station and said they responded to critical incidents whenever their assistance was requested (timestamp 02:29:57). DPAIC ███████ recalled asking (A)PAIC ███████ if BORTAC was responding to Robb Elementary School and recalled (A)PAIC ███████ telling him BORTAC was approximately 30 minutes away (timestamp 00:32:30). DPAIC ███████ also heard they did not need BORTAC because the San Antonio SWAT (special weapons and tactics) had been dispatched to Robb Elementary School and they would be there in an hour (timestamp 00:32:35).

DPAIC ███████ assigned Law Enforcement Information System Specialist (LEISS) ███████ DRT, as the scribe to record the timeline of events (timestamp 00:19:28). DPAIC ███████ requested to patch the USBP radio communications with the police department and other agencies they could patch with (timestamp 00:20:07). DPAIC ███████ recalled specifically patching with Uvalde County Sheriff's Office and TXDPS troopers (timestamp 01:38:02). DPAIC ███████ stated that external speakers were connected allowing everyone in the radio room to hear live broadcasts (timestamp 02:11:00).

DPAIC ███████ stated he self-initiated the assignment of SOS ███████ DRT, and WC ███████ USBP Eagle Pass Station, Texas, to conduct research on the shooter ███████ ███████ to obtain as much information as possible (timestamp 00:23:20). The BIC also monitored the live news feed (timestamp 02:14:52).

---

AR02038



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



DPAIC (b) (6), (b) (7)(C) stated that in the BIC and radio room, there was a sense of disbelief with what was going on in the small town of Uvalde (timestamp 00:20:28). DPAIC (b) (6), (b) (7)(C) stated the radio room started to hear 911 calls of kids calling saying, "Please help us" (timestamp 00:25:46). One call stood out to him; it was a voice of a little girl that called and asked for help. DPAIC (b) (6), (b) (7)(C) stated that up until that point, no one realized there were children inside (timestamp 00:20:55). DPAIC (b) (6), (b) (7)(C) stated their initial thought was to question who the onsite incident commander was, but no one was able to provide an answer (timestamp 00:21:09). DPAIC (b) (6), (b) (7)(C) stated that after hearing the young female voice asking for help, the sense of urgency was magnified and said it was the first time command staff heard a young female say that her teacher was dead (timestamp 3:07:45). DPAIC (b) (6), (b) (7)(C) stated everyone in the radio room had a look of disbelief and questioned if they all heard the same message. DPAIC (b) (6), (b) (7)(C) described a call from a child to 911 that said, "Please help us" and a caller identifying themselves as calling from classroom 111 (timestamp 02:06:44). DPAIC (b) (6), (b) (7)(C) stated those in the radio room first realized there were casualties at Robb Elementary School during the 911 calls (timestamp 00:25:42). According to DPAIC (b) (6), (b) (7)(C) when the BIC listened to the live 911 calls, BORTAC had not yet arrived at the scene (timestamp 00:26:03). DPAIC (b) (6), (b) (7)(C) said that information was not broadcast over the radio; it was disseminated to command staff to distribute independently to their staff and to those at the scene (timestamp 02:07:31).

DPAIC (b) (6), (b) (7)(C) recalled a "hot mic" interfered with radio communications and asked if the radio room could identify the source of the hot mic so the BIC could relay the information to the source. DPAIC (b) (6), (b) (7)(C) also asked LEISS (b) (6), (b) (7)(C) if she had the ability to override the hot mic, but she was unable. However, someone at the radio room identified the source of the hot mic and (A)PAIC (b) (6), (b) (7)(C) relayed to an unspecified BORTAC member at the scene to look for the BPA and make him aware of the hot mic. The hot mic issue was subsequently resolved (timestamp 00:29:34). DPAIC (b) (6), (b) (7)(C) stated he also heard who he believed to be a local law enforcement officer broadcast over the radio the shooter was barricaded in a room (timestamp 01:42:36).

DPAIC (b) (6), (b) (7)(C) stated the BIC received information that parents at Robb Elementary School wanted to enter the school and BPAs were assisting with crowd control (timestamp 00:26:06). DPAIC (b) (6), (b) (7)(C) stated it was chaotic managing the information and misinformation received at the BIC (timestamp 00:28:49). At some point, there was conflicting threat and no threat information from the Sheriff's dispatchers (timestamp 00:30:40). As the information was received, the radio room and the BIC tried to decipher and validate the information (timestamp 02:09:26). DPAIC (b) (6), (b) (7)(C) stated the BIC also had to verify the information that circulated on social media platforms regarding USBP being in pursuit of the shooter prior to the incident at Robb Elementary School (timestamp 00:53:15). According to DPAIC (b) (6), (b) (7)(C) bail outs and failure to yields were occurring almost daily in that area making the information that was circulating something that needed to be verified (timestamp 02:50:35).

[Agent Note: The term "bail out" refers to occupants abandoning a vehicle and fleeing following a police pursuit or vehicle stop.]



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



DPAIC ▉▉▉ stated the BIC personnel experienced some challenges but could not remember if it was with Uvalde High School staff or the school district administrative staff when they attempted to corroborate the shooter's biographical and previous enrollment information (timestamp 03:11:04). Initially, the BIC was provided with the shooter's incorrect date of birth (timestamp 00:27:38). DPAIC ▉▉▉ said the school staff would not release information because the staff believed the shooter was a minor and there was a privacy concern with releasing information. According to DPAIC ▉▉▉ once the BIC identified the shooter, the BIC created a "lookout" with the information and photograph of the shooter, ▉▉▉ and disseminated the lookout to the field and to USBP at the scene. DPAIC ▉▉▉ was unable to provide the name or agency that first identified ▉▉▉ as the shooter to the BIC (timestamp 01:11:20).

DPAIC ▉▉▉ stated the BIC continuously received information such as ▉▉▉ had shot his grandmother in the face prior to going to Robb Elementary School (timestamp 00:28:16) and information about ▉▉▉ girlfriend posing a second threat (timestamp 00:24:20). DPAIC ▉▉▉ stated that when the information related to the second threat was relayed to the BIC, the information was broadcast over the radio to make everyone aware. DPAIC ▉▉▉ believed information had come from the Sheriff's dispatcher. DPAIC ▉▉▉ stated the information was received prior to ▉▉▉ being killed (timestamp 01:14:24). DPAIC ▉▉▉ described the details received were ▉▉▉ had communicated with a female and told her, "I'll be right back, I'm gonna go shoot up a school" (timestamp 00:25:09). DPAIC ▉▉▉ stated the BIC reviewed the female's social media accounts and suspected the female was actively involved because in the messages, the female laughed at ▉▉▉ statements and did not take the threats seriously (timestamp 00:27:03).

According to DPAIC ▉▉▉ the BIC shared the information they had about the female with Federal Bureau of Investigation (FBI) Supervisory SA ▉▉▉ San Antonio, Texas (timestamp 01:13:21). DPAIC ▉▉▉ said the female's identity and location was identified, but he did not recall who identified her and did not know what her name was. DPAIC ▉▉▉ did recall the FBI team in California responded to the female's residence and spoke with her (timestamp 00:29:09).

DPAIC ▉▉▉ mentioned (A)PAIC ▉▉▉ had communicated with SBPA ▉▉▉ DRT BORTAC, while SBPA ▉▉▉ was at the scene, because at one-point, DPAIC ▉▉▉ stood beside him in the radio room and he overheard them speaking.

DPAIC ▉▉▉ stated he received updates via radio, text messages, and verbally as the incident unfolded. DPAIC ▉▉▉ said he did not have the text messages because he changed his cellular telephone and the messages were not stored (timestamp 03:01:50).

According to DPAIC ▉▉▉ he believed the BORTAC commander on May 24, 2022, was (A)PAIC ▉▉▉ timestamp 02:53:29). DPAIC ▉▉▉ identified SBPA ▉▉▉ as the BORTAC SBPA at the scene and part of the entry team (timestamp 02:53 45). DPAIC ▉▉▉ believed he was in communication with (A)PAIC ▉▉▉ and possibly with WC ▉▉▉

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02040



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



(timestamp 02:56:31). DPAIC ▮▮▮ recalled he heard a radio broadcast stating the breach was about to occur when it was followed by another broadcast from a TXDPS captain who identified himself by name and ordered to halt the breach. DPAIC ▮▮▮ stated he did not recall the name of the captain who broadcast to halt the breach, but stated his name was documented in the timeline that he would provide to CBP OPR (timestamp 02:54:17). DPAIC ▮▮▮ recalled he and (A)PAIC ▮▮▮ looked at each other and questioned who requested the halt to the breach and why (timestamp 00:21:57). DPAIC ▮▮▮ believed the breaching team did not hear the radio transmission because a few seconds later, he heard another transmission the shooter was down (timestamp 02:58:48). DPAIC ▮▮▮ stated he believed that either SBPA ▮▮▮ made the decision himself to breach or could have received direction from (A)PAIC ▮▮▮. DPAIC ▮▮▮ stated he did not speak with SBPA ▮▮▮ on the day of the incident and he had not spoken to him since (timestamp 03:32:55). DPAIC ▮▮▮ did not communicate directly with anyone from the scene (timestamp 03:06:18). DPAIC ▮▮▮ stated he recalled he heard a radio broadcast that at the scene they were looking for keys to the door. DPAIC ▮▮▮ was unable to recall when he heard the transmission and stated it was possible he learned about looking for keys after the incident when he viewed video footage (timestamp 03:53:30).

DPAIC ▮▮▮ recalled that after ▮▮▮ was killed, he was made aware that at the scene, efforts to keep parents away were underway because some of the victims were unrecognizable (timestamp 00:35:30).

DPAIC ▮▮▮ stated that after the incident was over, they had to shift focus to USBP personnel involved in the incident (timestamp 03:20:03). USBP leadership gathered USBP uniforms to make available to the BPAs who had soiled uniforms (timestamp 00:40:35).

DPAIC ▮▮▮ stated the request for DNA kits was forwarded to the BIC, but he was unable to recall who specifically made the request and if the request was made through a telephone call or an email. DPAIC ▮▮▮ was unsure whether USBP provided the DNA kits (timestamp 03:17:05).

DPAIC ▮▮▮ opined the biggest failure was the absence of a central commander on the ground. DPAIC ▮▮▮ believed a central commander could have been the gatekeeper of information that was going in and out (timestamp 00:31:05). DPAIC ▮▮▮ expressed feeling a sense of guilt and stated he constantly thought of what could have been done differently (timestamp 00:34:20).

DPAIC ▮▮▮ mentioned that on May 24, 2022, he was made aware that his subordinate employee, BPA-I ▮▮▮ DRT, had requested to be off on that day to attend his child's award ceremony at Robb Elementary School. DPAIC ▮▮▮ was informed that BPA-I ▮▮▮ had responded to Robb Elementary School when he became aware of the active shooter situation. DPAIC ▮▮▮ later found out that BPA-I ▮▮▮ was heavily involved in the incident (timestamp 00:26:25). DPAIC ▮▮▮ asked SOS ▮▮▮ how BPA-I ▮▮▮ became aware of the incident and believed another BPA-I had informed him (timestamp



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



02:22:35). DPAIC ████████ did not speak directly to BPA-I ████████ on the day of the incident; however, he did speak to him afterwards, but the focus of the conversation was to check on BPA-I ████████ well-being.

DPAIC ████████ mentioned that DRT had memorandums of understandings (MOUs) with the following federal agencies: Homeland Security Investigations, Drug Enforcement Administration, and FBI. DPAIC ████████ stated he did not believe there were any written MOUs with state and local law enforcement agencies (timestamp 01:27:01). DPAIC ████████ explained his understanding of USBP's authority and responsibility to respond to such an incident was that USBP's past practice was to respond in a support role and assist unless told otherwise (timestamp 01:49:28). According to DPAIC ████████ prior to and after the Robb Elementary School incident, Chief Patrol Agent (CPA) Jason Owens, DRT, had conveyed to DRT personnel that USBP would assist state and locals in a secondary role (timestamp 02:30:06). DPAIC ████████ stated he was not aware if there was a statutory authority that allowed USBP to respond to an active shooter (timestamp 01:52:30).

DPAIC ████████ stated he had received active shooter training. Based on the active shooter training, he understood that if USBP responded and arrived first on scene, USBP must engage the active shooter to stop the killing and then treat the injured to stop the dying (timestamp 01:53:00). DPAIC ████████ explained the difference between a barricaded subject and an active shooter. According to DPAIC ████████ a barricaded subject was someone who positioned himself in a place with cover all around and who refused commands to come out. An active shooter was someone actively engaged in killing human beings (timestamp 03:25:04).

DPAIC ████████ stated that on May 24, 2022, he did not deny any BPA from responding to the incident at Robb Elementary School; however, he did relay to his staff not to send everyone to Robb Elementary School because resources needed to be managed to address and respond to incoming information (timestamp 02:18:48).

DPAIC ████████ stated that on May 24, 2022, he did not have oversight over personnel assigned to BORTAC, BORSTAR, medical, traffic control, or public affairs.

DPAIC ████████ stated that as the incident unfolded, he and command staff at the BIC questioned who was in charge at the scene, but no one was able to identify a specific person or agency (timestamp 02:45:15). DPAIC ████████ stated that from the information gathered at the BIC, he surmised no one seemed to be in command of the situation at a local or state level (timestamp 02:41:35).

According to DPAIC ████████ after the fact, there was additional information discovered that described ████████ as being a "weird" person and as someone who had previously used the moniker "school shooter" (timestamp 03:20:40).

DPAIC ████████ stated that following the incident, the incident command leadership had an after-action discussion and those in attendance were (A)DC ████████ DC ████████ DRT



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Programs, XO ████(b) (6), (b) (7)(C)████ (A)DC ████(b) (6), (b) (7)(C)████ DRT Mission Readiness Operations, PAIC ████(b) (6), (b) (7)(C)████ (A)PAIC ████ Assistant Chief Patrol Agent (ACPA) ████(b) (6), (b) (7)(C)████DRT, ACPA ████(b) (6), (b) (7)(C)████ DRT, Acting ACPA ([A]ACPA) ████(b) (6), (b) (7)(C)████DRT, (A)ACPA ████(b) (6), (b) (7)(C)████ DRT, WC ████(b) (6), (b) (7)(C)████ and BPA ████(b) (6), (b) (7)(C)████ DRT (timestamp 00:37:23). During the discussion, CPA Owens assigned all DRT stations to generate an action plan for an active shooter response to schools in the area. Initially, the command staff just sat there quietly for a few minutes as they processed what had just happened and then they started to talk about what they could have done better (timestamp 03:03:32).

DPAIC ████(b) (6), (b) (7)(C)████provided CBP OPR the following documentation: a copy of the after-action hot wash dated May 24, 2022 (Attachment 2); a copy of an email string that originated with Assistant Chief ████(b) (6), (b) (7)(C)████TXDPS Ranger, which provided Chief ████(b) (6), (b) (7)(C)████ TXDPS Ranger, a preliminary update and advising him that the preliminary investigation was underway. The email was forward to Deputy Director ████(b) (6), (b) (7)(C)████TXDPS who forwarded the email to CPA Owens who subsequently forwarded to (A)DC ████(b) (6), (b) (7)(C)████(Attachment 3); a copy of the DRT Active Shooter Briefing issue paper (Attachment 4); Intelligence Brief related to ████(b) (6), (b) (7)(C)████and the female that was identified in communication with ████(b) (6), (b) (7)(C)████(Attachment 5). DPAIC ████(b) (6), (b) (7)(C)████agreed to forward to CBP OPR the timeline generated on May 24, 2022.

DPAIC ████(b) (6), (b) (7)(C)████stated he had not been interviewed by TXDPS and had not been interviewed by another agency.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of DPAIC ████(b) (6), (b) (7)(C)████ |
| 2 | After Action Hot Wash, dated May 24, 2022. |
| 3 | Email string initiated by Assistant Chief ████(b) (6), (b) (7)(C)████TXDPS |
| 4 | DRT Active Shooter Briefing issue paper dated May 24, 2022. |
| 5 | Intelligence Brief related to ████(b) (6), (b) (7)(C)████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 181



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                EXHIBIT 181




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SA (b) (6), (7)(C) and SA (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, SBPA (b) (6), (b) (7)(C) was working at the DRT range providing active shooter training when, shortly past 11:00 a.m., he heard someone say there was an active shooter situation in Uvalde. SBPA (b) (6), (b) (7)(C) looked to his training partner, SBPA (b) (6), (b) (7)(C) Law Enforcement Safety and Compliance (LESC) Directorate, and asked if he wanted to respond. SBPA (b) (6), (b) (7)(C) said, "Yes," so they grabbed equipment and headed towards Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02045




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

On the way to Uvalde, SBPA ▮▮▮▮ called the Brackettville training team, SBPA ▮▮▮▮▮ (LESC) and Border Patrol Agent (BPA) ▮▮▮▮▮▮ DRT, and found out they were on their way. As an active shooter instructor, SBPA ▮▮▮▮ began explaining to SBPA ▮▮▮ what to expect when he arrived at the scene. He said to expect an incident command inside the location, a larger incident command outside the location, a staging area for Emergency Medical Service (EMS) personnel, a staging area for law enforcement personnel, and clear roads to allow EMS to respond. SBPA ▮▮▮ told BPA ▮▮▮ to check in with incident command for direction.

When BPA ▮▮▮ arrived at the scene, there was no incident command. He took a picture of a whiteboard inside the Hillcrest Memorial Funeral Home with phone numbers and points of contact on it and sent a copy of the picture to SBPA ▮▮▮ The picture was sent via text message to ▮▮▮▮▮▮ which is SA ▮▮▮▮ government cellular phone number (Attachment 2). BPA ▮▮▮ explained the situation to SBPA ▮▮▮ and went to assist with traffic control.

As SBPA ▮▮▮ approached the area near Robb Elementary School, he heard talk about hostage negotiation over the radio and thought too much time had passed since the original call about an active shooter. After parking his vehicle a few blocks away, SBPA ▮▮▮ noticed vehicles everywhere blocking the roads. He also saw law enforcement officers from multiple agencies wearing helmets and carrying M4 rifles standing around. Seeing the lack of an incident command, SBPA ▮▮▮ made his way closer to Robb Elementary School since he and SBPA ▮▮▮▮▮ were both former Emergency Medical Technicians (EMT).

SBPA ▮▮▮ approached the west door of the school and noticed more law enforcement officers wearing helmets and carrying M4 rifles lining the area, standing around. He also saw a group of law enforcement officers off to the side of the group staring at a backpack outside the school. SBPA ▮▮▮ then recalls entering the building just a few steps, seeing either bodies or EMT bags. SBPA said he is unsure of what he saw inside the building because his sight was transitioning from being outside in the bright sun to going inside.

Although SBPA ▮▮▮▮▮ told SBPA ▮▮▮ they assisted with two patients, SBPA ▮▮▮ only recalls one patient. He remembers an EMT doing compressions on the unknown patient, but SBPA ▮▮▮ does not recall his actions or the patient except that the gurney was moved towards an ambulance.

After the gurney got to the ambulance, SBPA ▮▮▮ saw SBPA ▮▮▮▮▮ DRT Special Operations Detachment (SOD) and BPA ▮▮▮ SOD. SBPA ▮▮▮ knew both SBPA ▮▮▮ and BPA ▮▮▮ as USBP Search, Trauma, and Rescue Unit (BORSTAR) paramedics. SBPA described SBPA ▮▮▮ and BPA ▮▮▮ as looking "crushed." SBPA ▮▮▮ told SBPA ▮▮▮ "Whatever you do, don't go in there" (timestamp 00:49:02). Hearing a call for EMTs, SBPA ▮▮▮ went back to the west door of the school but was hit in his plate carrier by an unknown Texas Ranger who denied him entry into the school. SBPA ▮▮▮ told SBPA ▮▮▮ and the unknown Texas Ranger he'd take care of the request, which was to check for vital signs one last time on the deceased victims.





**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

SBPA ███ started talking to and consoling BPAs outside the school since he knew some of them from previous experiences. BPA ███USBP Uvalde Station (UVA), was the first person SBPA ███ remembers speaking with outside the school. According to SBPA ███ BPA ███ kept repeating, "I fucked up, I should have done more" (timestamp 00:51:55). SBPA ███ next spoke with BPA ███USBP Brackettville Station, who kept saying, "I tried to do it but couldn't" and "everyone was black" (timestamp 00:52:20). SBPA ███ also saw BPA ███Brackettville Station and tried to comfort him.

Chief Patrol Agent (CPA) Jason Owens, DRT, gathered all BPAs around a tree and addressed the group. Afterwards, he instructed them to go to UVA. SBPA ███ estimates he spent approximately an hour at the scene. As SBPA ███ was checking on BPAs, he recognized some of them were in no condition to drive a vehicle, so he started coordinating with other BPAs to find rides back to UVA for everyone. SBPA ███ recalls that around this time, law enforcement officers from Homeland Security Investigations (HSI) arrived asking what they could do to assist. When SBPA ███ told the HSI group there was nothing left to do at the school and directed them to the hospital to assist with security, they ignored him and walked away. SBPA ███ also noticed several civilians gathered looking at law enforcement with disdain. At the time, SBPA ███ did not understand why, but after watching news reports, he believes it was due to the length of time it took law enforcement to resolve the situation.

After arriving back at UVA, SBPA ███ recalled BPA ███UVA, saying a prayer and CPA Owens talking to the group. While at UVA, SBPA ███ was with SBPA ███ ███DRT, when they learned about a possible threat at Uvalde High School. SBPA ███ on his own initiative, went with SBPA ███ to the high school to assist. SBPA ███ recalls there being no communications over the radio and thought this was because SOD operates on a different channel on the radio.

At the high school, SBPA ███ saw an older man whom he believed to be the security guard. When SBPA ███ asked if everything was OK, the older man responded, "Yeah, shots fired" (timestamp 00:59:03). SBPA ███ said he thinks the older man may not have understood English well. SBPA ███ said the description he remembers about the second threat was a female, approximately five feet, one inch tall, wearing a black tank top. With that description, SBPAs ███ and ███ along with other unknown BPAs began clearing the school. While clearing the school, SBPA ███ remembers enveloping DEA agents and Uvalde Police Officers into his team as he came across them.

SBPA ███ recalls assisting with the reunification of parents and students at other schools, including Morales Junior High School, Flores Elementary School, and Dalton Elementary School, but he does not recall the order. SBPA ███ only recalls two details during this time period. The first was that he came across an unknown Border Patrol Watch Commander whose ███was inside one of the schools. The other detail was how he and a singular Texas Department of Public Safety (TXDPS) Trooper had to deescalate a crowd of angry parents at one of the schools. Although the parents were angry, SBPA ███ did not touch any parents and was



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



able to deescalate the situation verbally.  After his activities at the school, SBPA recalls returning to UVA, eating pizza, and driving back to Del Rio around 9:00 p.m.

SBPA [redacted] said he went "rogue" by taking his team to the high school without being told to do so by someone in charge, however, he believed it was important to put law enforcement in the best position to make good decisions on scene and felt it was not being done (timestamp 1:10:50).  SBPA [redacted] stated he did not know who was in charge of the situation at Robb Elementary School.  According to SBPA [redacted] there was a man, whom he believed was possibly the mayor, who was making phone calls and was more concerned about a press release than running the operation.  Tactically, SBPA [redacted] said there was nothing left to be done tactically to know if someone was in charge.  Regarding medical treatment, SBPA [redacted] said he only saw USBP helping and believed SBPA [redacted] and BPA [redacted] might have been in charge of the medical response.  SBPA [redacted] did not hear anyone yelling commands or seem like they were in charge.  Overall, SBPA [redacted] felt like they were operating in a vacuum, primarily due to the lack of communications or an incident command.

SBPA [redacted] understands USBP's authority to respond to an active shooter scenario is questionable.  SBPA [redacted] said USBP is not supposed to ever be the lead agency on-site.  In Texas, DPS Troopers or Texas Rangers regularly take over scenes, but even though state and locals are in charge, USBP is still going to respond.  SBPA [redacted] believes Border Patrol should respond in these circumstances.  SBPA [redacted] understands BPAs are not granted peace officer status in the State of Texas, but believes he's covered under Good Samaritan laws.

SBPA [redacted] reviewed the collection of maps provided (Attachment 3).  In the collection, BPA [redacted] traced his route to Robb Elementary School and his approach to the school.  Additionally, SBPA [redacted] drew on a map to explain his actions at Robb Elementary School.

SBPA [redacted] became an EMT in 2009 or 2010 when he was assigned to USBP Kingsville Station.  Training was conducted by USBP for six weeks.  Once the training was completed, students took the National Registry exam and participated in ride a long programs with an ambulance crew.  Additional training is offered in intravenous line initiation and intubation. When SBPA [redacted] transferred from the Rio Grande Valley Sector to DRT, all he had to do was request a change in affiliation through the National Registry.  There was no formal process to switch sectors.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SBPA [redacted] |
| 2 | Picture provided by SBPA [redacted] of the whiteboard inside Hillcrest Memorial Funeral Home with names and phone numbers of agency points of contact related to the CBP response to a shooting at Robb Elementary School. |
| 3 | Maps reviewed by SBPA [redacted] |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 182



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 182

AR02049



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) concerning her involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SBPA (b) (6), (b) (7)(C) stated she was a supervisor at CAR with the general responsibilities of overseeing daily operations to include scheduling and reviewing files. In addition, SBPA (b) (6), (b) (7)(C) was an emergency medical technician (EMT), a peer support member, and assisted with morale, welfare, and recreation activities. On May 24, 2022, SBPA (b) (6), (b) (7)(C) was assigned as the duty supervisor and was at CAR when she learned about the incident. According to SBPA (b) (6), (b) (7)(C) she was in the CAR duty supervisor office at approximately 11:00 a.m. when she heard a radio transmission over the county radio related to a crash. Attempting to obtain additional details, SBPA (b) (6), (b) (7)(C) contacted Dimmit County officials who stated they did not have any information.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02050




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

SBPA ███ stated that shortly afterwards, she received a call from BPA ███████ CAR, who stated ██████ school was on lockdown due to an active shooter and he was going to leave work. BPA ██████████ CAR, then came into the office stating there was an active shooter in Uvalde County and inquired as to which school because his child attended school in Uvalde County. SBPA ███ contacted the USBP Uvalde Station (UVA) to obtain additional information. The desk officer at UVA stated the location of the incident was Robb Elementary School but did not provide additional details.

SBPA ███ stated that as information came in, she stayed in the duty supervisor office with Watch Commander (WC) ██████ CAR. SBPA █████ was aware Patrol Agent in Charge (PAIC) ██████ CAR, and Deputy PAIC (DPAIC) ██████ CAR, were off-site at a meeting and notified them of the situation via a text message to DPAIC ██████. SBPA ███████ stated she received a reply that the incident was not in their area of responsibility (AOR). SBPA ███████ replied that although the situation was not within their AOR, it would affect them because many BPAs lived in Uvalde and were leaving work to take care of their families. SBPA ███████ was instructed to standby and keep them updated (timestamp 00:21:00).

SBPA ███ stated she remained in the duty supervisor office listening for additional information and updates when she received a telephone call from BPA ██████████ CAR, who informed her he was off duty, but near Robb Elementary School, and was going to grab his vest and respond to the location. SBPA ██████ updated WC ██████ regarding BPA █████. BPA ██████ continued to field additional telephone calls from other BPAs who were trying to obtain information about the situation. Although some radio transmissions were not clear, SBPA ██████ heard information indicating ambulances were dispatched. Since SBPA ███████ was an EMT, other BPAs designated as EMTs, BPA ██████████ CAR, BPA ██████████ CAR, and certified paramedic, SBPA ██████████ CAR, asked her if they could deploy. According to SBPA ██████ she still had not received official notification that CAR personnel could deploy and instructed them to standby. Soon after, a dispatcher relayed over the radio they had received a 911 call from a child in classroom 112 at Robb Elementary School and there were victims. SBPA ██████ texted DPAIC ██████ who authorized her request for EMTs to deploy (timestamp 00:22:30).

SBPA ███ stated she broadcast over the radio for all available EMTs to respond to Robb Elementary School, grabbed her EMT bag, and departed for Uvalde with SBPA ██████ SBPA ██████ explained that SBPA ██████ had a government owned vehicle retrofitted for medical emergencies which was the vehicle they used to deploy.

SBPA ███ stated that while en route to Uvalde, she and SBPA ██████ listened to radio traffic for additional updates regarding the situation. According to SBPA ██████ at some point the radios were patched which allowed USBP, local law enforcement, and the Texas Department of Public Safety (TXDPS) to communicate on a single channel. SBPA ██████ heard information that people were entering the school and parents were attempting to get inside. While SBPA ██████ was driving, SBPA ██████ was in the back of the vehicle preparing the medical equipment prior to their arrival.



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ███ stated that as they were nearing Crystal City, Texas, she informed the Crystal City Sheriff's Office of the situation and requested assistance to clear the roads to allow a quick pass through the town for the EMTs en route. The Sheriff's Office provided assistance and followed them to Uvalde.

SBPA ███ stated that upon reaching La Pryor, Texas, she heard radio transmissions indicating there were many injuries inside and the active shooter was still in the building. Before reaching Uvalde, they heard information indicating the USBP Tactical Unit (BORTAC) was on scene and was preparing to breach. According to SBPA ███ she heard who she assumed was a BORTAC agent state on the radio, "Prepare to breach" to which she looked at SBPA ███ to indicate they needed to hurry so they could enter as soon as possible after the breach. Shortly afterwards, SBPA ███ heard a transmission from Captain ███ TXDPS, with a stern instruction to "Stand down" (timestamp 00:52:45). Immediately following, SBPA ███ heard, "Breach, breach, breach." After the breach, SBPA ███ heard kids crying and screaming due to someone's radio microphone remaining on (timestamp 00:25:45).

SBPA ███ stated they arrived in Uvalde and tried to get to Robb Elementary School, however, the roads were blocked. SBPA ███ parked the vehicle in front of a residence when they heard a call over the radio for all available EMS to respond. They grabbed whatever medical equipment they could and ran towards the school. SBPA ███ described there were ambulances and a heavy presence of law enforcement officers, including TXDPS troopers, as she approached the perimeter fence near the west entrance. SBPA ███ stated that as she was about to enter the school, USBP Search, Trauma, and Rescue Unit (BORSTAR) agents BPA ███ DRT, ███ DRT, and others were exiting (time stamp 01:02:00). SBPA ███ described they were covered in blood. BPA ███ stopped SBPA ███ and told her not to enter. According to BPA ███ they had already done everything they could do and there was no need for her to go inside to see the horrific scene (timestamp 00:27:50).

SBPA ███ stated she was informed USBP personnel were going to gather near a tree to await Chief Patrol Agent (CPA) Jason Owens, DRT. SBPA ███ stated she switched from EMT to peer support mode and started checking on BPAs. At the tree, there were 50 to 60 BPAs, many of whom SBPA ███ described as being very emotional. After CPA Owens addressed the BPAs, they were instructed to report to UVA. SBPA ███ rode with BPA ███ CAR, to UVA as SBPA ███ stayed behind at Robb Elementary School.

SBPA ███ stated that at UVA, she continued her duties as a peer support member. SBPA ███ was approached by CPA Owens' adjutant, SBPA ███ DRT, who requested SBPA ███ to provide support to BPA ███ DRT, who was at the hospital. SBPA ███ DRT, transported SBPA ███ to Uvalde Hospital to visit BPA ███ At the hospital, SBPA ███ was unable to visit with BPA ███ due to a restriction on the number of visitors allowed per patient. According to SBPA ███ BPA ███ supervisors and family were already there with BPA ███ SBPA ███ spoke with DPAIC ███ DRT, and explained she was sent to check on BPA ███ SBPA ███ provided her



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



business card to DPAIC ████████ to pass to on to BPA ████████ and his family in case they required peer support services (timestamp 01:17:30).

SBPA ████████ stated that at approximately 2:30 p.m., while she and SBPA ████████ were at the hospital, a lockdown was in place due to the threat of a second shooter. SBPA ████████ and SBPA ████████ were subsequently required to remain on site for the duration of the lockdown. SBPA ████████ stated that she and SBPA ████████ remained in a waiting room adjacent to the hospital emergency room where a young boy struck a conversation with them. SBPA ████████ described the boy had a bloody handprint on his shirt. According to SBPA ████████ the boy initiated contact when he noticed their equipment and stated he also had a family member in law enforcement. At one point during their conversation, the boy began talking about his experience while in the classroom with the shooter (timestamp 00:31:30). The boy stated the shooter came in the classroom and told him he was going to kill him and his friends. The boy also noted the shooter was playing "weird" music. The boy explained he had learned from watching a movie that he was supposed to hide, so the boy hid under a blanket. The boy stated his friend died while he and his friend were embracing and explained the handprint on his shirt was from his friend. SBPA ████████ worked with a nurse to obtain a change of clothing for the boy (timestamp 01:19:30).

SBPA ████████ explained it appeared as if the boy was obviously unaware as to the gravity and trauma of the circumstances he had endured. According to SBPA ████████ the boy was talking openly and seemed nonchalant. SBPA ████████ recalled a specific moment when a man passed them in the waiting area. The boy recognized the man as the father of one of his classmates and stated aloud the man's daughter, his classmate, had also died (timestamp 0:1:25:30).

SBPA ████████ explained she spent 20 to 30 minutes speaking with the boy and noticed he was by himself. When SBPA ████████ was getting ready to depart, she looked for someone to remain with the boy. SBPA ████████ was informed the boy's mother was in the room but was preoccupied on her cellphone attempting to locate ████████ who was at the high school. SBPA ████████ provided the mother with a business card and offered to assist the boy with support services. According to SBPA ████████ the family did not contact her.

SBPA ████████ stated that after departing the hospital, she and SBPA ████████ went to the civic center. According to SBPA ████████ the civic center was a rally point for any BPAs still in the area. At the civic center, SBPA ████████ assisted with security and crowd control as parents and media outlets were arriving with questions. SBPA ████████ stated she did not engage in or witness any physical interactions or confrontations with parents or the media. SBPA ████████ remained at the civic center until they were relieved by the oncoming shift of BPAs. SBPA ████████ subsequently rode with SBPA ████████ back to CAR.

SBPA ████████ stated she could not tell who was in command and control at Robb Elementary School on the date of the incident. According to SBPA ████████ the only time she perceived that someone was in command was when she heard TXDPS Captain ████████ give the order to stand down over the radio. SBPA ████████ described the remaining radio chatter as "complete



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



chaos" (timestamp 01:32:45). SBPA ███████ stated she heard information on the radio indicating the funeral home was supposed to be a command center, however, when she passed the funeral home en route to Robb Elementary School, it appeared as if there were only civilians in the area (timestamp 01:32:00).

SBPA ███████ explained that although she reported to PAIC ███████ and DPAIC ███████ they were not in command because they were not onsite. SBPA ███████ believed her role when responding to Robb Elementary School was to stop the threat and provide medical services as an EMT. SBPA ███████ believed BPAs had responded with the same intention of stopping the threat. According to SBPA ███████ the primary responsibility to stop the threat was with the first law enforcement agency that arrived on scene (timestamp 01:36:00). SBPA ███████ explained that although USBP's authority was related to immigration, USBP employees were still public servants with a responsibility to protect (timestamp 01:37:00).

SBPA ███████ explained she had completed active shooter training and stated CAR incorporated county law enforcement and TXDPS during the training. SBPA ███████ also stated they went onto an old school campus during the training to conduct scenarios with classrooms, hallways, and cafeterias, similar to what she believed happened on the date of the incident at Robb Elementary School (timestamp 01:37:45).

SBPA ███████ stated she received her peer support certification in 2015 and EMT certification in 2017. Prior to entering on duty with USBP, SBPA ███████ attended school to obtain her licensed vocational nurse certification. According to SBPA ███████ as an EMT for USBP, her medical director was ███████ SBPA ███████ confirmed she did not provide any medical care on the date of the incident at Robb Elementary School (timestamp 02:04:00).

SBPA ███████ stated she was not wearing a body worn camera on the date of the incident nor did she produce any written statement or memorandum related to her involvement at Robb Elementary School. At the time of the interview, SCBPO ███████ did not have her government phone with her so she was unable to provide the text messages to and from DPAIC ███████ SBPA ███████ stated she was interviewed by TXDPS Rangers in the days following the incident.

CBP OPR interviewers provided photographs of children who were rescued from classrooms 111 and 112 to SBPA ███████ (Attachment 2). SBPA ███████ identified ███████ as the boy she spoke to in the hospital waiting room (timestamp 03:01:00).

CBP OPR interviewers provided a map package to SBPA ███████ to mark her route of travel and significant areas where she was throughout the day (Attachment 3).

SBPA ███████ utilized Map 2 – South of Uvalde, TX to indicate her route of travel from CAR to Uvalde. SBPA ███████ utilized Map 5a – Robb Elementary School, Uvalde, TX to indicate the location where she and SBPA ███████ parked upon arrival at the vicinity of the school and the route they took when they walked from the vehicle to the school. SBPA ███████ utilized Map 7 – Robb Elementary School, Uvalde, TX to indicate the route to Uvalde Medical

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02054



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Center from UVA. SBPA (b) (6), (b) (7)(C) utilized Map 8a – Robb Elementary School, Uvalde, TX to indicate the route of travel on foot to the school and significant items to note regarding the scene upon arrival at the school.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SBPA (b) (6), (b) (7)(C) |
| 2 | Photographs of victims. |
| 3 | Maps reviewed by SBPA (b) (6), (b) (7)(C) |



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Additional Information Provided by SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On April 8, 2023, SBPA (b) (6), (b) (7)(C) sent an email to SA (b) (6), (b) (7)(C) providing three separate items related to her EMT certification:

- National Registry Emergency Medical Technicians Certificate (Attachment 1)
- National Registry of Emergency Medical Technicians Certification Card (Attachment 2)
- Screen photograph of Agency Affiliation (Attachment 3)

Within the same email, SBPA (b) (6), (b) (7)(C) also provided a screen photograph of the email she received from Patrol Agent in Charge (PAIC) (b) (6), (b) (7)(C) CAR (Attachment 4).

Review of the National Emergency Medical Technicians Certificate indicated SBPA (b) (6), (b) (7)(C) was certified as an Emergency Medical Technician on August 13, 2017, under Registry Number (b) (6), (b) (7)(C)

Review of the National Registry of Emergency Medical Technicians Certification Card indicated SBPA (b) (6), (b) (7)(C) obtained National EMS Certification as an EMS Professional at the EMT Provider Level under Registry Number (b) (6), (b) (7)(C) with an expiration date of March 31, 2024.

Review of the screen photograph of Agency Affiliation indicated SBPA (b) (6), (b) (7)(C) is affiliated under the agency of USBP Del Rio Sector, Texas.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02056



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Review of the screen photograph of the email SBPA ████████ received from PAIC ████████ revealed the following:  PAIC ████████ sent the email to the CAR-SUPS mailbox and stated that Sector leadership had instructed all station PAICs not to send BPAs to the incident unless directed by them.

On April 26, 2023, SA ████████ sent a follow-up email to SBPA ████████ asking if she had additional emails or text messages related to instructions provided to EMTs on the date of the incident.  SBPA ████████ stated she did not have any additional information to provide.

According to SBPA ████████ she believed she was telephonically notified that EMTs could deploy, instead of by text message she mentioned during her March 15, 2023, interview.  She believed it was a telephonic notification because she did not find the text message.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | National Registry Emergency Medical Technicians Certificate. |
| 2 | National Registry of Emergency Medical Technicians Certification Card. |
| 3 | Screen photograph of Agency Affiliation. |
| 4 | Screen photograph of email from Patrol Agent in Charge ████████ ████████. |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 183



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 183



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SSA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment.  The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SBPA (b) (6), (b) (7)(C) stated that on March 24, 2022, he was conducting use of force training at UVA when he received a phone call that there was an active shooter at Robb Elementary School.  He went to the armory, scanned his key fob, and started handing out M4 rifles, magazines, and keys to vehicles to the agents who were in the training.  He then drove to the school with BPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) UVA, who was working as the (b) (6), (b) (7)(C) for UVA.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02059




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

SBPA ██████ stated that as he approached Robb Elementary School, he dropped off BPA ██████ on West Cargile Street. SBPA ██████ added that he parked near the cafeteria on the east side of the school and had to jump the fence because the gate was locked. SBPA ██████ then met an unidentified Uvalde Consolidated Independent School District Police Department (UCISDPD) officer at the fence and asked him what was going on. The officer responded, "I don't know, Pete (referencing UCISDPD Chief Pete Arredondo) is in there with them" (timestamp 00:23:57). SBPA ██████ stated that he believed Chief Arredondo was the overall incident commander and based on his conversation with the UCISDPD officer, he thought that Chief Arredondo was possibly negotiating with the shooter. SBPA ██████ stated he used a walkway between the two southern most classroom buildings and proceeded west at the end of the classroom 18 building, however, he had no idea where the shooter was located. He explained he was making sure the classroom doors were locked and students were safe.

SBPA ██████ stated he entered the cafeteria where he saw several school workers inside. He added that the cafeteria building was a cafeteria and an auditorium. He told the workers to go to the kitchen and stay there until he returned. SBPA ██████ stated he observed a teacher and students in the auditorium huddled behind a curtain and told them to stay. SBPA ██████ added he went back to the two most southern classroom buildings and saw children exiting the southern-most building. SBPA ██████ stated he oriented his weapon to the west where he thought the shooter was to provide cover for the children and teachers.

SBPA ██████ said that after the children were evacuated, he went back into the cafeteria and started evacuating workers, children, and teachers east towards Old Carrizo Road. SBPA ██████ stated he went back outside to the northern two classroom buildings where he and an unknown sheriff's deputy attempted to clear classrooms 7 through 12. He stated those rooms were empty so there was no one to evacuate. From there, he went to the northern most building containing classrooms 1-6 where Texas Department of Public Safety (TXDPS) troopers were clearing the classrooms. He stood at the southwest corner of classroom 6 to provide security and was still unaware of the shooter's exact location.

SBPA ██████ stated he proceeded south down a walkway and entered the east door of the school. At approximately 12:42 p.m., he arrived at the T-intersection inside of the school. He noticed the TXDPS troopers had a triage location set up outside of the restrooms (timestamp 00:50:43). SBPA ██████ stated he saw USBP Search, Trauma, and Rescue Unit (BORSTAR) and USBP Tactical Unit (BORTAC) agents arriving. He remembered seeing BPA ██████ DRT BORTAC, Emergency Medical Technician BPA ██████ UVA, BPA ██████ DRT BORSTAR, and BPA ██████ DRT BORSTAR. SBPA ██████ remembered that at the triage point, he heard the terms "black" for deceased victims and "green" for living victims. SBPA ██████ believed there was a plan for how to triage the victims who were evacuated from their classrooms. SBPA ██████ recalled hearing that medical personnel were going to use classrooms 131 and 132 as triage locations (one for children that survived and one for deceased victims). There was a partition open between 131 and 132, however, SBPA ██████ did not believe the medical personnel knew that at the time. SBPA



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



████████stated surviving victims were not directed into the two rooms to avoid them see the bodies.

SBPA ████████stated he took up a position at the T-intersection looking south when he heard the breaching gunfire at 12:50 p.m., however, at first, he believed it was a flash bang grenade (timestamp 00:56:05).  SBPA ████████said he was moving south down the hall when he saw victims being dragged out of the classrooms, including the first victim with a traumatic head injury, which troubled him (timestamp 00:57:08).  He also recalled the floors turned red from the blood.  SBPA ████████stated medical personnel began to triage the children using the terms "green" and "black."  SBPA ████████stated he assisted carrying five to six deceased children into classrooms 131 and 132.

SBPA ████████stated he began helping one male juvenile victim who was walking on his own. He conducted a rapid check on the boy and noticed he was limping but did not see any obvious gunshot injuries.  SBPA ████████added that he reassured the boy by saying he would be fine and escorted him outside the west door and directed the boy towards medical personnel who were located on the sidewalk next to the parking lot (timestamp 00:59:18).  SBPA ████████stated he witnessed another young boy being carried out ████████████████ He remembered he felt it was disrespectful to drag the children down the hallway, so he decided to assist with carrying the children.

SBPA ████████stated that after the flow of victims slowed down, he heard an unknown Texas ranger say the school building was now a crime scene, and everyone should exit the building (timestamp 01:10:10).  SBPA ████████exited through the west door and noticed a TXDPS trooper with a sign-in/out sheet controlling and recording the flow of personnel.  SBPA ████████added that when he was outside, he saw an adult female teacher on the ground being worked on by medical personnel.  He remembered wondering why they were working on her at the school and thought she should have been immediately moved to the ambulance for transportation.

SBPA ████████stated he went to a large tree at the north end of the school where USBP personnel were meeting.  He was upset that he was told to go there because he felt there was more work to be done inside.  After the meeting, SBPA ████████returned to his vehicle and saw Acting Patrol Agent in Charge ([A]PAIC)████████UVA, looking for his child.  SBPA ████████stated they swapped vehicles because (A)PAIC ████████vehicle was blocked in by responding law enforcement officers' (LEO) vehicles.

SBPA ████████stated he encountered BPA ████████UVA, on Old Carrizo Road with a transport van to help transport children who were being evacuated to the civic center (timestamp 01:16:40).  SBPA ████████added there was a home on the corner of West Cargile and Old Carrizo that was taking kids in and keeping them safe and letting them use the bathroom prior to being transported to the civic center.  SBPA ████████stated he located (A)PAIC ████████vehicle, drove it to the civic center where he stayed for about an hour, and recalled seeing (A)PAIC ████████when he found his child.  They swapped vehicles again.  SBPA ████████stated that when a possible second threat was relayed, he decided to stay at the civic center and

---




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

instructed people outside the civic center to move inside for safety reasons. He believed the second shooter was possibly targeting the civic center. After an hour at the civic center, he returned to UVA.

SBPA (b) (6), (b) (7)(C) believed USBP was going to secure the perimeter around the school and assist local LEOs. He stated he understood USBP did not have peace officer status in Texas and USBP had responded in a support role for local LEOs. SBPA (b) (6), (b) (7)(C) stated he did not provide medical aid to anyone. He transported, escorted, and directed surviving children and teachers.

SBPA (b) (6), (b) (7)(C) stated he had taken pictures and video of the incident on his personal cellular phone. During the CBP OPR interview, he forwarded the pictures and the videos via text message to SSA (b) (6), (b) (7)(C) government cellular phone. The pictures displayed the surrounding area around the school campus, students and teachers evacuating, the triage area near the T-intersections, and a picture looking down the hallway towards classrooms 111 and 112 (Attachment 2). The videos displayed students and teachers evacuating from the southernmost classrooms (19-23), and a video displaying SBPA (b) (6), (b) (7)(C) position near a trash can at the corner of classroom 6 (north end) (Attachment 3).

During the interview, CBP OPR interviewers provided maps to SBPA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 4). These maps were labeled 1-8 respectively. The map labeled 1. North Uvalde was not applicable. The map labeled 2. South of Uvalde, TX, was not applicable. The map labeled 3. Uvalde, TX, was not applicable. The map labeled 4. Uvalde, TX Schools, was not applicable.

The map labeled 5. Robb Elementary School, Uvalde TX - SBPA (b) (6), (b) (7)(C) labeled his initial parking spot upon arriving to the school followed by where the route he took to the locked gate. He also labeled where he dropped off BPA (b) (6), (b) (7)(C) The map labeled 5.a. was not applicable. The map labeled 6. Robb Elementary School and Civic Center Uvalde TX was not applicable. The map labeled 7. Robb Elementary School, Uvalde, TX, was not applicable.

The map labeled 8.a. Robb Elementary School Layout, Uvalde, TX, SBPA (b) (6), (b) (7)(C) labeled where he parked near the cafeteria, routes around the school campus, which buildings he assisted clearing, entrance into east side of the school, triage location, rooms where dead bodies were housed, exit from the west entrance of the school, where he evacuated a male student and saw a female teacher being worked on, and the muster location on the north end of the school.

The map labeled 8.b. Robb Elementary School Layout, Uvalde, TX, SBPA (b) (6), (b) (7)(C) labeled the locations in which he provided pictures of the incident.




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SBPA (b) (6), (b) (7)(C) |
| 2 | Pictures provided by SBPA (b) (6), (b) (7)(C) of the Robb Elementary School grounds. |
| 3 | Videos provided by SBPA (b) (6), (b) (7)(C) of the Robb Elementary School grounds. |
| 4 | Maps reviewed by SBPA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02063

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 184



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                              EXHIBIT 184

AR02064




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA-I (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed BPA-I (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA-I (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned to the midnight shift. On his way home, he took a coffee to (b) (6), (b) (7)(C) at Robb Elementary School where (b) (6), (b) (7)(C) BPA-I (b) (6), (b) (7)(C) then went home and went to bed (timestamp 13:16:25).

BPA-I (b) (6), (b) (7)(C) stated that he woke up to approximately 20 missed calls and text messages from (b) (6), (b) (7)(C) indicating there had been shots fired at Robb Elementary School. BPA-I (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) and she informed him that law enforcement officers (LEO) had been in and out of her classroom (timestamp 13:25:15). At approximately 12:15 p.m., BPA-I (b) (6), (b) (7)(C) turned on his service radio and government issued cellphone. BPA-I (b) (6), (b) (7)(C) described the radio traffic as "chaos" (timestamp 13:20:02).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02065



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA-I ████ stated that based on his training and experience, he initially believed the active shooter had been stopped and that he was hearing the aftermath of the incident on his service radio. BPA-I ████ stated the active shooter training he had received involved locating and addressing the threat immediately (timestamp 13:22:45).

BPA-I ████ stated he sent a text message from his personal phone to Supervisory Border Patrol Agent (SBPA) ████ DRT Special Operations Detachment, inquiring about the situation and offering assistance. SBPA ████ indicated that Special Operations Detachment personnel were en route and that BPA-I ████ could report to the civic center to assist. BPA-I ████ stated that based on the requests for assistance school that he heard over the radio, he decided to respond to Robb Elementary School. BPA-I ████ put on his government issued body armor and responded to the school in his personal vehicle (timestamp 13:23:20).

BPA-I ████ stated that either at his house or en route to Robb Elementary School, he heard a radio report of a 911 call coming from inside the classroom. Based on the report, BPA-I ████ was unable to determine who, if anyone, was in command of the incident (timestamp 13:43:10). BPA-I ████ stated he responded to the school and parked at the corner of South Grove Street and Villa Street. Upon arrival, BPA-I ████ assumed the threat had been stopped and proceeded on foot to the funeral home on Geraldine Street. BPA-I ████ explained that local LEOs had established a perimeter and were attempting to keep parents and other civilians away from the school. BPA-I ████ did not recall any specific incidents between law enforcement and parents or civilians (timestamp 13:55:15).

BPA-I ████ stated he was unable to identify who or what agency was in command of the incident and attempted to assist where he could (timestamp 13:44:35). After approximately five minutes, BPA-I ████ observed LEOs flooding out of the west hallway with victims. BPA-I ████ proceeded to the west hallway to provide assistance. BPA-I ████ stated that while in the U.S. Army, he received care under combat medical training (timestamp 13:27:40).

BPA-I ████ stated he entered the west hallway and immediately observed a mortally wounded student on the ground and blood on the floor throughout the hallway. BPA-I ████ saw an unknown member of the Border Patrol Search Trauma and Rescue Unit (BORSTAR) providing medical aid to a male student. BPA-I ████ recalled the BORSTAR agent shouting, "I've got him back, I've got him back, I've got a pulse." BPA-I ████ stated he immediately went to assist the agent, however, another medic arrived to help (timestamp 13:30:56).

BPA-I ████ stated that an unknown LEO requested assistance in clearing the remainder of the classrooms in the building. BPA-I ████ left the medical triage area and proceeded to assist other LEOs in clearing the rest the building. Based on the maps of the school provide by CBP OPR during the interview, BPA-I ████ believed he had assisted in clearing classrooms 110, 109, and 102. BPA-I ████ stated that shortly after clearing the classrooms, a Texas Ranger and Chief Pete Arredondo, Uvalde Consolidated Independent School District Police Department,




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

instructed him to exit the building as it had been declared a crime scene. BPA-I ███████ stated he never entered classrooms 111 and 112 (timestamp 13:32:00).

BPA-I ███████ stated that upon exiting the building from the south hallway door, he observed a young male victim taken out on a stretcher. BPA-I ███████ believed this victim was transported on a Life Flight helicopter to receive medical attention (timestamp 13:40:25).

BPA-I ███████ stated he proceeded to the large tree on the north side of the school where all BPAs were instructed to meet. Chief Patrol Agent Jason Owens, DRT, addressed the BPAs and instructed them to report to the USBP Uvalde Station (timestamp 13:42:20).

BPA-I ███████ stated that shortly after arriving at USBP Uvalde Station, there was a report of a possible threat at another school in the area. BPA-I ███████ responded to Dalton Elementary School where ███████ was a student. BPA-I ███████ assisted in providing security at Dalton Elementary School until approximately 6:00 p.m. without incident. BPA-I ███████ eventually retrieved ███████ and returned home (timestamp 13:45:40).

During the CBP OPR interview, BPA-I ███████ identified himself on the T-intersection hallway camera video shown to him (Attachment 2). In the video, BPA-I ███████ entered the west hallway door at 1:01 p.m. according to the timestamp on the video (the timestamp on the video was incorrect; the actual time was approximately 12:54 p.m.). He entered the west hallway doors after the breach and did not recall hearing any gunfire throughout the incident.

BPA-I ███████ stated he was unaware of a specific statutory authority permitting BPAs to respond in an official capacity to an incident like an active shooter. However, BPA-I ███████ felt it was his responsibility as a federal agent to respond (timestamp 14:06:30).

BPA-I ███████ stated that because ███████ was ███████ at Robb Elementary School, he was familiar with how the doors worked in the school. BPA-I ███████ explained the doors were only able to be locked from the outside. BPA-I stated the doors were old and "shitty." After the incident, BPA-I ███████ heard from several BPAs that they were waiting on keys and the door to the classroom was locked (timestamp 14:11:30).

BPA-I ███████ stated he completed the CBP three-day active shooter training and described the training as one day of lectures and two days of scenario-based training. BPA-I ███████ stated that none of the scenarios involved encountering a locked door or having to breach a door for entry (timestamp 14:04:00).

BPA-I ███████ stated that during ███████ tenure at Robb Elementary School, she had voiced concerns to school administrators about the lack of security at the school. BPA-I ███████ stated that school officials dismissed ███████ concerns because Uvalde was a small town with little crime (timestamp 14:18:35).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02067



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA-I ███████ stated that at no point did he see BPA ███████ USBP Carrizo Springs Station, on scene at Robb Elementary School. BPA-I ███████ stated he thought BPA ███████ was "full of shit," and that he and other BPAs were not happy with BPA ███████ interviews following the incident. BPA-I ███████ stated that after the incident on May 24, 2022, BPA ███████ was observed driving around in a new vehicle, started a GoFundMe page, and was awarded a dog by a local dog kennel due to his "actions" that day (timestamp 14:28:50). BPA-I ███████ said that since the shooting incident, he has replaced his cell phone with a new one and did not retain any texts.

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA-I ███████ |
| 2 | Maps reviewed by BPA-I ███████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 185



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                EXHIBIT 185



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 15, 2023, SA (b) (6), (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using the StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) a member of the Border Patrol Tactical Unit (BORTAC), stated that on May 24, 2022, he started his shift at approximately (b) (7)(E) at USBP Del Rio Sector (DRT). He then drove towards (b) (6), (b) (7)(C), (b) (7)(E) and arrived there at approximately 6:00 a.m. At approximately 7:00 a.m., other BORTAC BPAs and an Air and Marine Operations (AMO) helicopter arrived and assisted with tracking a group of undocumented migrants. The BPAs worked in the area for some time. Shortly after the arrest of the group of undocumented migrants, the BPAs received a radio transmission from the AMO pilot who stated he was leaving the area due to a shooting at an elementary school in Uvalde, Texas. BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) Special Operations Detachment (SOD), BORTAC, DRT, were tracking a different group of migrants near (b) (6), (b) (7)(C)

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02070



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



████ when they entered BPA ████ Government owned vehicle (GOV) and drove towards Uvalde.  While in the GOV, BPA ████ received a text message from Supervisory Border Patrol Agent (SBPA) ████ SOD, BORTAC, DRT, directing everyone on the group text string to go to the active shooter scene at Robb Elementary School.  BPA ████ also received a text message from ████ who was ████ at Robb Elementary School, stating, ████ please save us."

BPA ████ informed BPA ████ that his vest with armored plates, helmet, rifle magazines, and his rifle were in his GOV approximately 30 minutes away.  BPA ████ had his CBP-issued pistol and a chest rig that held his Body Worn Camera (BWC).  BPA ████ rode in the passenger seat as BPA ████ drove the unmarked GOV with emergency equipment activated along Highway 131 North towards Uvalde.  BPA ████ and BPA ████ then entered ████ Highway 1572 to U.S. Highway 90 to Uvalde.  BPA ████ explained that traffic was hectic, and Texas Department of Public Safety (TXDPS) officers passed them throughout the drive.  While en route, BPA ████ provided navigation assistance to BPA ████ and he also read aloud the texts strings on his personal cell phone from the iMessage chat string titled Admin iPhone.  The text string involved all DRT BORTAC BPAs.  The texts stated the situation involved a shooter at the school and that the shooter was a barricaded subject (timestamp 00:52:00).

Initially the text messages stated that there were no injuries but at 12:29 p.m., BPA ████ ████ SOD, BORTAC, DRT, sent a text to the group stating a child was shot (Attachment F).  There were texts mentioning the potential use of Chlorobenzylidene Malononitrile (CS) Gas, but the BPAs questioned using CS because of the children who may be in the classrooms (timestamp 00:53:05).

BPA ████ listened to the GOV service radio, but the information was contradictory, confusing, and chaotic.  BPA ████ remembered someone inadvertently pressed and held the "Push to Talk" button on their radio, which caused a "hot microphone" and prevented others from communicating on the radio for a long time.  The hot microphone caused a lot of chaos on the radio.  BPA ████ was following the location of the other BORTAC BPAs along the drive using the Android Team Awareness Kit (ATAK) feature on their government cell phones.  BPA ████ recalled that ATAK showed there were four or five Border Patrol Search Trauma and Rescue (BORSTAR) BPAs, SBPA ████ and BPA ████ at the scene.

BPA ████ explained that BORSTAR has more advanced tactical training than average BPAs, but they are not BORTAC members.  They are experienced paramedics but are not as well trained and experienced as BORTAC regarding tactics and close-quarter-combat (CQC) (timestamp 02:08:30).

BPA ████ handled communications during the drive and BPA ████ concentrated on the drive.  BPA ████ and BPA ████ did not develop any sort of game-plan for their arrival, due to the conflicting information on the radio and text message strings.  BPA ████ and BPA ████ were not sure what they were going to find once they arrived at the Robb Elementary




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

School.  Additionally, BPA ▓▓▓assumed the incident would be over by the time they arrived.  BPA ▓▓▓perceived the situation was probably still a barricaded subject, because an active shooter would have been handled quicker.  BPA ▓▓▓was confident that if it was a barricaded subject, they could handle the situation. He stated that they trained for similar situations and have protocols for handling those situations, to include calling the subject out or deploying CS.

BPA ▓▓▓believed they arrived at Robb Elementary School within an hour, at approximately 12:35 p.m.  BPA ▓▓▓was not familiar with Robb Elementary School, but knew he needed to locate SBPA ▓▓▓to see how he could assist. BPA ▓▓▓and BPA ▓▓▓parked a few blocks away due to traffic on the roadways.  BPA ▓▓▓gave BPA ▓▓▓his own armored plates, helmet, rifle, and rifle magazines.  BPA ▓▓▓ attempted to remove his BWC from his field gear and transfer it to the borrowed tactical vest, but he could not remove the mounts and transfer it quickly to BPA ▓▓▓borrowed kit, so he left the BWC in the GOV (timestamp 00:46:40).  BPA ▓▓▓grabbed his Precision Marksman rifle and tripod, and they ran together towards Robb Elementary School.

While running towards Robb Elementary School, BPA ▓▓▓did not hear or see anything other than a lot of Law Enforcement Officers (LEOs) and other people standing around on the lawn near the school entrances.  While running, an unknown LEO shouted at BPA ▓▓▓ inside!" The statement informed and confirmed SBPA ▓▓▓was inside.  BPA ▓▓▓felt after his arrival that other LEOs looked to them to solve the situation. BPA ▓▓▓attributed the perception to his different uniform and his perceived training and skill set.

During the interview, BPA ▓▓▓stated he watched all available BWC footage, all news reports, as well as the video from the hallway at the "T-Intersection" prior to his interview.  The hallway video was not available to him prior to his statement to the TXDPS Rangers, which he provided a few days after the incident, but he knew since seeing the videos that there were non-substantive and various timeline discrepancies between his statement and the videos.  Based on watching the videos, he knew he arrived approximately 10 minutes before they breached classroom 111 but felt he was on scene for only five minutes before they entered the classroom.

BPA ▓▓▓entered Robb Elementary School through the west entrance and immediately saw LEOs lined up on the walls at the "T-intersection" of the hallway.  He did not hear any children making any noise, but figured children were in the classrooms.  He turned down the hallway and saw approximately 25 LEOs wearing tactical gear.  He observed several BPAs, including one in a red firearms instructor shirt.  BPA ▓▓▓saw their faces and thought in his head, "We're fucked" due to their fear and defeated facial expressions.  BPA ▓▓▓expressed he should have removed those LEOS from the hallway and out of the building (timestamp 02:05:00).  He explained there was a mixture of different LEOs and saw BORSTAR BPAs in the hallway. He felt that everyone within the hallway was a liability and not an asset regarding his safety and the potential of being shot (timestamp 02:10:05).

BPA ▓▓▓moved around the corner of the T-intersection with BPA ▓▓▓and talked to SBPA ▓▓▓ SBPA ▓▓▓told BPA ▓▓▓to go outside and find a position with a view



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



into the window. He instructed him to set-up a Precision Marksman Observer (PMO) position on the eastside of the school to see in the windows of classrooms 111 and 112.

BPA ▮▮▮▮exited Robb Elementary School and BPA ▮▮▮▮stayed with SBPA ▮▮▮▮ SBPA ▮▮▮▮talked to BPA ▮▮▮▮about trying to figure out the location of the shooter. BPA ▮▮▮▮observed a bullet hole at approximately the height of his hip in the wall near the janitor's closet. BPA ▮▮▮▮knew the LEOs should have positioned differently within the hallway because the wall in the hallway would not provide proper cover if the shooter fired more rounds at the LEOs (timestamp 02:03:48).

An unknown person told BPA ▮▮▮▮the shooter was in classroom 111, but BPA ▮▮▮▮ believed based on his cursory observation of the bullet trajectories in the wall next to the janitor's closet, that the shots appeared to have originated from classroom 112. Due to BPA ▮▮▮▮assessment, he questioned SBPA ▮▮▮▮on if the shooter was actually in classroom 111.

BPA ▮▮▮▮recalled conversations with SBPA ▮▮▮▮regarding him obtaining several sets of Master Keys but did not recall any discussions with him or anyone else about breaching the room using tools like a Halligan, Ram, Breaching Charges, or any other means.

BPA ▮▮▮▮observed other LEOs in the hallway searching for direction and guidance. BPA ▮▮▮▮observed a lot of LEOs at the south end of the hallway, but he did not recognize anyone and never received any instructions from anyone on the south side of the hallway. BPA ▮▮▮▮ did not recall anyone from the south side of the hallway making decisions or taking charge of the situation (timestamp 01:59:00).

BPA ▮▮▮▮had BPA ▮▮▮▮portable service radio in a pouch on his armored plate carrier while inside Robb Elementary School, but he did not have an earpiece and could not hear anything being broadcasted. At some point while inside Robb Elementary School, the portable service radio fell out of the carrier, and it was not retrieved until a few days after the shooting. BPA ▮▮▮▮could not recall if SBPA ▮▮▮▮communicated with anyone outside of Robb Elementary School, but assumed that if he did, it was with Patrol Agent in Charge (PAIC) ▮▮▮▮ BORTAC, DRT. BPA ▮▮▮▮stated while he was in the hallway with SBPA ▮▮▮▮he did not observe him on the phone or radio.

BPA ▮▮▮▮and SBPA ▮▮▮▮moved closer to classrooms 111 and 112. BPA ▮▮▮▮stated there was no formal discussion or plan about needing to breach the classrooms, and no one told them to breach or not to breach the classrooms. BPA ▮▮▮▮expressed all the inaction led to a need for action. BPA ▮▮▮▮thought to himself that they needed to go. He did not recall discussing action with SBPA ▮▮▮▮but they both subconsciously communicated to each other that it was time to act (timestamp 02:21:50).

BPA ▮▮▮▮stated BORTAC responds and if something needs to be done, they will act and deal with consequences later (timestamp 04:01:40).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02073




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

While standing in the hallway, BPA ███ noticed BPA (b) (6), (b) (7)(C) SOD, BORSTAR, DRT, standing along the hallway holding a ballistic shield. BPA ███ had the impression BPA ███ was not all there, as he had a blank look and did not seem to respond to BPA ███ very well. SBPA ███ told BPA ███ to give the shield to BPA ███ because they needed BPA ███ to perform paramedic duties. BPA ███ thought SBPA ███ said that because he believed that when SBPA ███ and BPA ███ entered the room, they were going to be shot by the barricaded subject. BPA ███ did not believe SBPA ███ statement was related to the possibility there were injured children in the classroom. An unknown LEO asked BPA ███ if the shield was rifle rated, but BPA ███ did not know as it wasn't his shield. Additionally, BORTAC did not train with shields, so he was unfamiliar with their use and rating levels.

As BPA ███ nd SBPA ███ approached to make entry, a United States Marshals Service (USMS) rifle-rated shield appeared from an unknown LEO in the hallway near the "T-Intersection." BPA ███ took possession and handled it like he would a riot shield, which he was trained to use during Mobile Field Force (MFF) training. BPA ███ held the shield with his support arm, not his dominant pistol-firing hand, parallel to the ground. He learned after the incident that the shields were designed to be held with the support arm upright and perpendicular to the ground. The shield had a sling attached so it could be placed and draped around the neck. BPA ███ donned the shield over his neck and in front of his body with the rifle he borrowed from BPA ███ slung and hanging behind the shield.

BPA ███ wanted to breach classrooms 111 and 112 at the same time but was not confident in the abilities of the LEOs in the second group who lined the hallway on the east wall and facing south. The LEOs in the second group were looking at BPA ███ and SBPA ███ for guidance. BPA ███ acknowledged to himself internally that he was probably going to be shot by one of the individuals in the hallway who were not as experienced or trained but possessed a lot of tactical gear (timestamp 01:54:20).

BPA ███ and SBPA ███ approached the classroom door to room 111. He was not aware if anyone ever tried to turn the handle to verify if it was locked (timestamp 01:51:01).

BPA ███ held the shield and moved into a position to provide cover for SBPA ███ as he unlocked the classroom door. BPA ███ held the shield in a kneeling position behind and to the right of SBPA ███ The door opened outward towards the right where they were positioned. BPA ███ moved the shield in front of SBPA ███ to provide him added protection as the door opened, but quickly decided it was not effective.

With the door wide open, BPA ███ let go of the classroom door and it started to close due to the automatic closer attached to the frame of the door and the door itself (timestamp 01:52:07).

SBPA ███ asked someone in the second group along the east wall, north of classroom 112, to push a nearby chair over to hold the door open, but the weight of the door pushed the chair out



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



of the way and the door closed again. BPA ███████ grabbed the door and held it open while SBPA ███████ transitioned behind BPA ███████ Prior to entry, BPA ███████ noted his tunnel vision started, and he was not thinking clearly. He mentioned that he should have used the key and opened the door because he had the shield. He also noted that the positions they used with the shield and opening the door were awkward and not tactically sound (timestamp 01:53:00).

BPA ███████ observed inside classroom 111 and called out what he saw to SBPA ███████ He told SBPA ███████ that the classroom was large and there was an adjoining door to the left into the next classroom. TXDPS Ranger ███████ was part of the second group along the east wall and asked if BPA ███████ and SBPA ███████ wanted a drone in the room. BPA ███████ repeated the question verbally and asked SBPA ███████ if he wanted a drone, but quickly realized that was foolish and they were wasting time when they needed to enter the room. BPA ███████ then heard an unknown LEO in the hallway shout that the shooter was in the ceiling or on the roof. Hearing that, BPA ███████ started visually scanning the roof tiles and quickly realized that was also foolish (timestamp 02:38:40).

BPA ███████ estimated that they remained at the threshold with the door open for what he believed was approximately 90 seconds.

He said there was a lot going on and they waited longer than they should have to enter the room. BPA ███████ said they let the room breathe for too long with the door open prior to making entry. BPA ███████ noted when the door was opened, the classroom was silent. There were no sounds of gunfire and no sounds from children or the shooter (timestamp 01:59:20).

While the door was open, SBPA ███████ observed BPA ███████ SOD, BORTAC, DRT, enter the hallway and motioned for BPA ███████ to join them in the primary entry group. BPA ███████ crossed in front of the open door and got behind SBPA ███████ who was behind BPA ███████ BPA ███████ did not see BPA ███████ but heard SBPA ███████ call for BPA ███████ and BPA ███████ immediately felt relief since there were three BORTAC teammates on scene. BPA ███████ was more confident with the situation and with entering classroom 111 and believed everything would have been okay regarding their entry even if only the three of them entered the room. BPA ███████ and SBPA ███████ did not request anyone else to join them in the stack to enter classroom 111.

Since classroom 111 was dark, BPA ███████ unholstered his CBP-issued firearm and activated the pistol-mounted light (timestamp 01:58:10).

BPA ███████ recalled thinking to himself, "Well fuck, this is it. Don't shoot any kids." He accepted they were entering the room and still believed that if there were any children in the classroom they were uninjured. BPA ███████ mind raced as he thought about whether he should go to the left or right upon entering the classroom because he was the only one with the rifle rated shield. He also recalled when training with his BORTAC teammates using marking cartridges, he was often shot during the training exercises near his femoral artery, and he did not want that to happen during the breach with real bullets.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02075



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ████████ squeezed BPA ████████ shoulder to indicate the group was ready to enter. Once the squeeze was released, the primary group entered the classroom (timestamp 04:03:15).

BPA ████████ rose to his feet and while slightly crouched, crossed the threshold into classroom 111. He moved to the left, which was straight along the wall with the door connecting room 112. BPA ████████ explained that he believed if the shooter was in a hard corner and fired at him, SBPA ████████ would handle it and shoot the individual before BPA ████████ would be shot. While in classroom 111, BPA ████████ observed bullet hotels in the adjoining wall, but it was still quiet and the adjoining classroom door to classroom 112 was open. Classroom 112 was also quiet.

BPA ████████ cleared his corner and set up for entry into the adjoining classroom rather than focusing on the closed closet doors because open doors are the priority during dynamic breaching and entries. When BPA ████████ was approximately 10 feet away from the closet in front of him in the corner of classroom 111, he was caught off guard when the closet door was kicked open from the inside (timestamp 04:05:20).

BPA ████████ took a step backwards and slipped and fell onto his rear-end. While falling, he observed the shooter's black hair and recognized bright muzzle flashes at his eye level. BPA ████████ stated he heard the noise of the gun shots and immediately felt the shield receiving impacts. BPA ████████ returned fire with three rounds, later confirmed to be four, before he felt the pistol become inoperable. BPA ████████ was unsure if it was because of the shield or if he caused the stovepipe malfunction within the ejection port of the pistol. BPA ████████ landed on his rear-end and bounced up still holding the shield. The shooting ceased, and he saw SBPA ████████ one step over to the right and up closer to the closet. SBPA ████████ provided contact over the deceased shooter and cover for the group. BPA ████████ threw his CBP issued pistol on the ground after the stovepipe malfunction and transitioned to his borrowed rifle in preparation for clearing the adjoining room, classroom 112. BPA ████████ did not know if anyone else entered classroom 111 besides him and SBPA ████████.

While standing near the threshold of the adjoining classroom door, BPA ████████ felt a hand on his shoulder, but he didn't feel a squeeze. He stated he did not know who the person was but knew it was not someone from his team. He then entered classroom 112. BPA ████████ moved to the left and the far corner of the room and followed the wall heading north within the classroom. He observed two little boys with their arms raised up from under a sheet hanging from the shelf against the wall. BPA ████████ grabbed the two boys by their arms, pulled them out, and sent them out of the room. BPA ████████ then noticed two teachers, ████████ and ████████. BPA ████████ stated ████████ was on top of a little girl and it appeared she was covering her, trying to save her and the other children (timestamp 04:10:25).

BPA ████████ stated he never fired any rounds from his rifle.



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



Other LEOs entered the room and were immediately emotional. He stated they were screaming, crying, and seemed to be emotionally shutting down. BPA ▮▮▮▮ yelled at them to regain their composure because he believed that mentality would become contagious (timestamp 04:11:40).

BPA ▮▮▮▮ announced they needed Emergency Medical Services (EMS) in the room, but an unknown LEO stated to get the injured out of the classrooms. BPA ▮▮▮▮ disagreed with moving people out of the classroom, but BPA ▮▮▮▮ was also unaware if there was a triage plan. After the shooting, BPA ▮▮▮▮ spoke to BPA ▮▮▮▮ SOD, BORSTAR, DRT, who stated they had a plan for triage, but everyone rushed into the classrooms and started doing their own thing. BPA ▮▮▮▮ believed triage should have occurred, but instead LEOs took deceased children out of the classroom. BPA ▮▮▮▮ observed an unidentified individual grab a deceased little girl by the ankle and drag her across the floor outside of the classroom. BPA ▮▮▮▮ explained that after the breach, everything became massively chaotic (timestamp 04:12:10).

BPA ▮▮▮▮ did not check ▮▮▮▮ vitals, but observed she appeared to be losing consciousness. Her eyes repeatedly opened and then slowly closed. BPA ▮▮▮▮ removed the shield from around his neck and threw it. BPA ▮▮▮▮ and another unknown LEO grabbed ▮▮▮▮ by her legs, and they carried her out the west entrance and placed her on the ground to the left of the door (timestamp 04:13:10).

BPA ▮▮▮▮ put pressure on one of ▮▮▮▮ bullet wounds while SBPA ▮▮▮▮ SOD, DRT, prepared a chest seal. The seal did not stick, and it was either because of all the blood or because it lost its stickiness. BPA ▮▮▮▮ explained he was told by a BORSTAR member that the medical equipment, including the chest seals, were stored within bags and containers and exposed to extreme Texas heat. Once there were enough Emergency Medical Technicians (EMTs) working on ▮▮▮▮ BPA ▮▮▮▮ went back inside the building through the west entrance (timestamp 04:13:40).

After reentering the building, he heard a LEO say the shooter also had a pistol and showed BPA ▮▮▮▮ a picture of the pistol. BPA ▮▮▮▮ recognized the pistol as the one he threw in classroom 111 after the pistol stopped working. BPA ▮▮▮▮ returned to classroom 111 and said an unidentified BPA handed him his pistol. The unidentified BPA told him to holster the pistol and not to remove the stovepipe malfunction. BPA ▮▮▮▮ joined a group of other unknown LEOs and cleared some of the classrooms along the south hallway on the west side of the building using BPA ▮▮▮▮ borrowed rifle.

After clearing the classrooms, BPA ▮▮▮▮ and the rest of the BPAs met outside at the tree to the north of the building. While at the tree, someone provided BPA ▮▮▮▮ water, and he washed the blood from his hands and arms. After about 10 minutes, BPA ▮▮▮▮ recalled PAIC ▮▮▮▮ told them to go to the USBP Uvalde Station (UVA).

BPA ▮▮▮▮ did not reenter Robb Elementary School after this meeting. As BPA ▮▮▮▮ and BPA ▮▮▮▮ put their gear away in BPA ▮▮▮▮ GOV, they were stopped and questioned by a



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



person BPA ████ did not know. BPA ████ later learned from media appearances that the person was BPA ████ USBP Carrizo Springs Station (CAR). BPA ████ said neither he nor BPA ████ provided BPA ████ any information, but it seemed like BPA ████ was fishing for information.

Upon arrival at UVA, Chief Patrol Agent (CPA) Jason Owens, DRT, and Peer Support members talked to everyone in the muster room. SBPA ████ took pictures of BPA ████ in his gear for the TXDPS Rangers. While there, the BORTAC BPAs learned that the shooter's girlfriend was going to carry out a shooting at the junior high school or high school. In response, PAIC ████ deployed BPA ████ and his team to Uvalde Junior High School and Uvalde High School. They were outside one of the entrances with BPA **(b) (6), (b) (7)(C)** SOD, BORTAC, DRT, for about five minutes, when an unknown BPA supervisor in a clean and pressed uniform exited the school. BPA ████ stated the unknown BPA supervisor spoke to them like they were lazy, and that they should have been clearing classrooms from other schools. BPA ████ became frustrated because the unknown BPA supervisor could see they were all covered in blood. BPA ████ estimated he was at the schools for approximately 15 minutes.

At an unknown time, SBPA ████ called BPA ████ and asked if he was available to go with him to the Uvalde Police Department Station (UPD) to take photographs of their uniforms for the TXDPS Rangers, as the photographs SBPA ████ took were not sufficient. At this time, BPA ████ learned the threat at the high school was not credible. While at the UPD, PAIC ████ called SBPA ████ and told him CPA Owens wanted the pictures taken at UVA. They returned to UVA and walked walk across the muster room in front of all the other BPAs while wearing their bloody uniforms. The Uvalde Police Officer took photographs of their uniforms and performed a round count of their bullets. Prior to deploying to the high school, BPA ████ cleared the stove pipe from the pistol in case he needed to use it again.

After taking photographs, BPA ████ gathered with the other BORTAC members in the parking lot of UVA and received a new BORTAC uniform and set of boots from one of the team members. BPA ████ stated he threw away his bloody uniform and boots in the dumpster at UVA.

After leaving UVA, BPA **(b) (6), (b) (7)(C)** SOD, BORTAC, DRT, drove BPA ████ back to his vehicle at ████ and then BPA ████ drove home. Two days later, BPA ████ provided a statement to the TXDPS Ranger, which in hindsight he believed was a bad idea and he should have taken more time to decompress from the incident.

Overall, BPA ████ did not see anyone in command or control of the scene. The entire time he was in the hallway, BPA ████ did not observe anyone in charge. BPA ████ knew he needed to speak to his team leader, SBPA ████ and he believed SBPA ████ was the only individual doing anything. BPA ████ observed a lot of USBP upper management but did not feel the Government Schedule (GS) 14s and above (supervisory level employees) or those with Incident Command (IC) training did anything pre-breach or post-breach. BPA ████ did not hear anyone give them the authority to handle the situation, but felt it was implied based on their



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



uniforms, training, and experience as BORTAC members. In addition to tactical command, BPA ▇▇▇▇ believed someone outside the school with a bigger perspective should have coordinated resources. He mentioned that the entire incident should not have fallen on his and SBPA ▇▇▇▇ shoulders, rather it should have fallen on the shoulders of the initial responding LEOs. He mentioned that he and SBPA ▇▇▇▇ were in a tough situation with how to breach classroom 111. If they would have used a Halligan tool or some other breaching device instead of a key to open the door, it may have resulted in more LEOs getting shot in the doorway, and then BPA ▇▇▇▇ and SBPA ▇▇▇▇ would have had to figure out how to deal with the bodies piling up in front of the classroom door.

BPA ▇▇▇▇ expressed that those tactically trained needed to get to the front of the line, as that is what their training expects. He believed their authority to respond to Robb Elementary School was due to USBP being the largest uniformed law enforcement presence in the area. He mentioned that USBP is often called to scenes to assist, and the lines of authority are often blurred when they are the most plentiful resource with the assets to help. BPA ▇▇▇▇ was not aware of USBP's peace officer status within Texas.

BPA ▇▇▇▇ expressed that BORTAC is familiar with barricaded shooter protocols, which typically involved waiting-out the individuals, utilizing call-out methods, or deploying CS Gas. He added this is typically in a support role to state and local LEOs. BPA ▇▇▇▇ also understood the active shooter response to stop the threat but did not believe this was an active shooter situation. Since the shooting, BPA ▇▇▇▇ attended additional active shooter and breaching while utilizing shield trainings. Additionally, since the incident, BORTAC members within DRT are all issued and trained on breaching tools. BPA ▇▇▇▇ also obtained his level I Breacher Certificate.

During the interview, BPA ▇▇▇▇ received maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (05:42:27). These maps are labeled 1-8, respectively (Attachment 2). BPA ▇▇▇▇ marked the route he traveled throughout May 24, 2022, using the maps labeled 2-South of Uvalde, 3-Uvalde, 5-Robb Elementary School, 8-Robb Elementary School Layout, and 8.g1 and 8.g2-Robb Elementary School Layout. On May 24, 2022, BPA ▇▇▇▇ traveled from DRT to Robb Elementary School, then to UVA. After leaving UVA he drove to the Uvalde Junior High School and Uvalde High School. After leaving Uvalde High School, BPA ▇▇▇▇ traveled to the UPD Station, then back to UVA. He departed UVA to retrieve his vehicle from the desert and then drove to his residence. BPA ▇▇▇▇ estimated he arrived at his residence at approximately 9:00 p.m. or 10:00 p.m.

BPA ▇▇▇▇ received three photographs of sets of keys that were located at Robb Elementary School. BPA ▇▇▇▇ was unable to identify if any of the keys were the keys that were used to open the door to classroom 111 (Attachment 3) (timestamp 06:15:15).

BPA ▇▇▇▇ received a packet of photographs which identified other LEOs on scene that day. BPA ▇▇▇▇ could not identify any of the LEOs as individuals with whom he had significant



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



contact or conversations with while at the school. He could not identify any of the LEOs as someone in charge or command of the scene (Attachment 4) (timestamp 06:19:20).

During the interview, Management Program Analyst (b) (6), (b) (7)(C) CBP OPR, entered the interview room suite and showed BPA (b) (6), (b) (7)(C) video footage which she compiled showing BPA (b) (6), (b) (7)(C) inside Robb Elementary School on March 24, 2022. BPA (b) (6), (b) (7)(C) watched the video footage and identified himself entering the west entrance of the school (Attachment 5) (timestamp 06:58:10).

BPA (b) (6), (b) (7)(C) provided two separate text strings from his personal cell phone containing conversations with various BORTAC members and other LEOs on May 24, 2022 (Attachment 6).

- Text String One, on iMessage – Admin iPhones. The string included the following SOD DRT BPAs: (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C)

- Text String Two, on Signal Application – Del Rio Stash House Op. The string included unknown members of various local law enforcement agencies who exchange stash house information.

BPA (b) (6), (b) (7)(C) mentioned that sometime after the Robb Elementary School shooting event, the BORTAC BPAs discussed and wondered why the AMO pilot working at the (b) (6), (b) (7)(C), (b) (7)(E) with them never landed and transported one or two of the BPAs to the Robb Elementary School shooting. BPA (b) (6), (b) (7)(C) explained that the AMO pilot was in an A-Star aircraft, which is a smaller aircraft than the Black Hawk, but could have transported approximately two BPAs with their gear to Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |
| 3 | Photographs of keys located on scene at Robb Elementary School. |
| 4 | Photographs of other Law Enforcement Officers on scene at Robb Elementary School. |
| 5 | Video footage of BPA (b) (6), (b) (7)(C) entering Robb Elementary School. |
| 6 | Recorded videos 1-3 of the text message strings on BPA (b) (6), (b) (7)(C) personal cell phone. |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 186



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                               EXHIBIT 186

AR02081




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AEA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 16, 2023, SSA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed AEA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. SSA (b) (6), (b) (7)(C) audio and video recorded the interview using StarWitness equipment.   The recording was uniquely identified with Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | 09/18/2023 |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02082



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA ███ stated he worked at AMO, Uvalde, and was a member of their peer support team. AEA ███ stated that on the day of the incident, he had gone into the office briefly and returned home. AEA ███ stated he had recently returned from an assignment in Puerto Rico a few days earlier and had all his gear with him at his residence. As he was sitting at home, ███ got a notification about an active shooter at Robb Elementary School. AEA ███ stated he believed the notification was through Facebook or maybe text but was unsure. AEA ███ stated he did not remember what time she got the notification. AEA ███ stated he initially thought the incident was a bailout. AEA ███ explained that a bailout was when law enforcement attempts to pullover a vehicle and the occupants jump out of the vehicle and run. AEA ███ stated ███ got another notification about five minutes later at which time he figured it was a legitimate ███ent. AEA ███ stated he did not know which AMO air assets were flying but he knew he could help with communications with the air unit. AEA ███ stated he planned to go to the Robb Elementary School command center and help coordinate communications to give the air units real time information since his radio was able to communicate directly with AMO aircraft. AEA ███ stated he was also an emergency medical technician (EMT) so he could assist with any casualty evacuations or triage if needed.

AEA ███ stated he grabbed his gear which included his tan rough-duty pants, tan AMO ball cap, body armor, and black shirt with a badge emblem. AEA ███ stated he had to go back to his office to grab his radio, his medic kit, and rifle. AEA ███ stated it took him approximately ten minutes to get to his office. AEA ███ stated that once he arrived, he grabbed his radio, rifle, and medic kit, and asked if anyone had any updated information on the incident. AEA ███ stated AMO Supervisory Air Interdiction Agent (SAIA) ███ Uvalde, told him the latest information was there was a barricaded subject at the school. AEA ███ stated he left the office and went to the school driving a CBP vehicle with no lights or sirens   AEA ███ stated it took him 10-15 minutes to get to the school.

AEA ███ stated that as he drove to the school, he heard on the radio that law enforcement officers were making entry and then he heard the "shooter was down." AEA ███ stated that after hearing this information, he figured he would not be needed at the command center to help with air communications. AEA ███ stated he heard over the radio a request for medics, so he continued to the school to assist. Upon arriving, he had to park down the street because of the traffic. AEA ███ stated he ran toward the school and saw some Texas Department of Public Safety (TXDPS) troopers and asked them where he was needed. They told him to head toward the entrance of the school. He approached the school by the front fence where someone handed him a female child on a backboard. AEA ███ did not know who handed the child to him and described the child as Hispanic with long dark hair. AEA ███ stated he placed her down on the sidewalk and did not see any massive bleeding or trauma on the child. AEA ███ stated he checked for a pulse and did not find one on the child. He checked for a pulse again and did not feel a pulse but knew they needed to get the child out of view from the public. AEA ███ stated that as he was tending to the child, a male civilian began running towards them while screaming. AEA ███ stated some people grabbed the male before he could reach them. AEA ███ did not know who grabbed the male. AEA ███ said the scene was chaotic and he did not know if the male knew the female child. AEA ███ stated he knew he had to focus on



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



helping patients, so he helped load the female patient into an ambulance. AEA ▮▮▮▮ stated he observed some BORSTAR (USBP Search, Rescue, Trauma Unit) EMTs working on a child on a gurney by the air conditioning unit outside the school on the northside. AEA ▮▮▮▮ stated he recognized one of the BORSTAR EMTs, Border Patrol Agent (BPA) ▮▮▮▮ USBP Del Rio Sector (DRT), Texas, and asked him what they needed or how he could help. BPA ▮▮▮▮ told AEA ▮▮▮▮ to just find something to help with.

AEA ▮▮▮▮ stated he entered the school by the west entrance and observed BPA ▮▮▮▮ DRT, along with other BORTAC personnel inside. BPA ▮▮▮▮ told AEA ▮▮▮▮ they were still clearing the building. AEA ▮▮▮▮ stated he heard someone say not to go into one classroom because "they were all code black." AEA ▮▮▮▮ stated he knew code black was a designation for patients who were deceased. AEA ▮▮▮▮ stated he exited the school from the south door to get out of the way and saw BORSTAR BPA ▮▮▮▮ DRT, and other personnel providing medical treatment on a child outside. AEA ▮▮▮▮ stated he asked if they needed help. AEA ▮▮▮▮ did not observe the child having major trauma but noticed the child needed an open airway. AEA ▮▮▮▮ inserted a nasopharyngeal airway into the child to open the airway and told everyone there were ambulances by the front of the school. AEA ▮▮▮▮ stated he was not sure they knew ambulances had arrived. AEA ▮▮▮▮ helped get the child on a gurney and moved to the ambulance. AEA ▮▮▮▮ assisted getting the child into an ambulance, looked around, and saw EMTs lined up outside the school. AEA ▮▮▮▮ stated a TXDPS trooper was posted outside the entrance preventing anyone from entering.

AEA ▮▮▮▮ stated that while he was waiting around, he saw Uvalde Police Department Officer ▮▮▮▮ and asked him if he was ok. AEA ▮▮▮▮ stated Officer ▮▮▮▮ said he was good and that he got a call from ▮▮▮▮ saying there were children still locked inside classrooms. AEA ▮▮▮▮ stated Officer ▮▮▮▮ was ▮▮▮▮ so he followed Officer ▮▮▮▮ toward the portable classrooms. AEA ▮▮▮▮ stated he assisted in helping evacuate the children from the portable classrooms and took them to a collection point on the far east side of the school. AEA ▮▮▮▮ stated he was just hanging around after that to see if he could assist in any other way when an officer in a black uniform came up and said there was another threat on Facebook from the suspect's girlfriend that she was "going to finish the job." AEA ▮▮▮▮ stated he did not know who the officer was or which law enforcement agency he was with. AEA ▮▮▮▮ relayed the information to Officer ▮▮▮▮ who told him they needed help with security at the convention center. AEA ▮▮▮▮ went with Officer ▮▮▮▮ to go help there. AEA ▮▮▮▮ stated he communicated with the AMO aircraft and relayed the latest information to them.

AEA ▮▮▮▮ stated that after arriving at the convention center, he noticed BPAs on the outside perimeter, and it looked like TXDPS was in charge. AEA ▮▮▮▮ did not see any children at the convention center but did see families, parents, and faculty looking for their children and trying to unite children with families. AEA ▮▮▮▮ stated that at some point, while they were at the convention center, they were informed there was no additional threat. AEA ▮▮▮▮ could not remember how they received the information. A school administrator met with Officer ▮▮▮▮ and handed him some papers and asked him to deliver them to the command center at Robb Elementary School, which was located at the funeral home across the street from the school.



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA █████ stated they went back to Robb Elementary School and Officer █████ went inside the command center. AEA █████ realized he was no longer needed so he went to his office to drop off his gear and then went home between 5:30 p.m. and 6:00 p.m.

AEA █████ stated he talked a few times with SAIA █████ and AMO Director of Air Operations (b) (6), (b) (7)(C) Del Rio, on his personal phone while at the civic center.

AEA █████ stated he was certified as a basic EMT and received his training through USBP in July 2014. AEA █████ was nationally registered and licensed through the Department of Homeland Security (DHS). AEA █████ did not remember who the medical director was for DHS. AEA █████ said that to keep his license, he needed to complete 40 hours of refresher training every two years.

AEA █████ stated he has been through active shooter training through CBP in 2021.

AEA █████ stated he knew he did not have peace officer status in Texas.

AEA █████ drew on a map the route and movements he took to Uvalde (Attachment 2).

AEA █████ stated he did not remember the exact times associated with his response to the incident.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
| --- | --- |
| 1 | StarWitness interview of AEA █████ |
| 2 | Maps reviewed by AEA █████ |

O F F I C I A L  U S E  O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 187



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L  U S E  O N L Y

UF2022586                                          **EXHIBIT 187**



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 16, 2023, SSA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) was at (b) (6), (b) (7)(C), (b) (7)(E) south of Uvalde, with BPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) UVA, as part of the UVA brush crew unit. At approximately 12:00 p.m., BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) were working a group in (b) (6), (b) (7)(C), (b) (7)(E) when BPA (b) (6), (b) (7)(C) who has a child at Robb Elementary School, received a text from his spouse who asked what was going on at Robb Elementary School. BPA (b) (6), (b) (7)(C) stated his supervisor, SBPA (b) (6), (b) (7)(C) UVA, instructed him to respond to Robb Elementary School (Timestamp 00:24:39).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02087



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▓▓ stated while he was driving to Robb Elementary School with BPA ▓▓ they were redirected to the Civic Center in Uvalde. During the drive, BPA ▓▓ heard a radio communication of a 9-1-1 call from inside the classroom and that a child was providing information there were 8-9 victims in her classroom. BPA ▓▓ added he heard sporadic communication over his radio due to another agency being "patched in" and to the best of his knowledge, also heard "they" were going in. BPA ▓▓ stated he never heard anyone say to not breach or to stand down. BPA ▓▓ stated he also heard over the radio; the subject was down prior to him arriving at the Civic Center (Timestamp 00:36:33).

BPA ▓▓ stated that at approximately 1:00 p.m., he arrived at the Civic Center. When he arrived, he described the atmosphere as chaotic and people panicking. He also said law enforcement officers formed a line to safely offload children from buses. BPA ▓▓ stated there were no confrontations with parents or the public. BPA ▓▓ spoke to a Department of Public Safety Investigator who informed him there was information about a second shooter and their target was the Civic Center. BPA ▓▓ explained he remained at the Civic Center to provide security and assist with crowd control. After the children were safely returned to their parents, BPA ▓▓ retuned to the UVA and then went home.

BPA ▓▓ said there was no command and control at the Civic Center and law enforcement officers were self-initiating work to control the scene. BPA ▓▓ added he only heard something about keys or status of the doors to classrooms 111 and 112 in documentaries after the incident. Regarding authority to respond, BPA ▓▓ said all LEOs should respond to these types of incidents. BPA ▓▓ knew he did not have peace officer status in Texas and could not cite a specific authority to respond (Timestamp 00:41:10).

During the interview, BPA ▓▓ was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2). These maps are labeled 1-8 respectively. The map labeled 1. North Uvalde was not applicable. The map labeled 2. South of Uvalde, TX, BPA ▓▓ labeled the approximate location of where he was working on ▓▓ and his route into Uvalde, TX. The map labeled 3. Uvalde, TX, BPA ▓▓ labeled his route into Uvalde, TX. The map labeled 4. Uvalde, TX Schools, was not applicable. The map labeled 5. Robb Elementary School, Uvalde TX, was not applicable. The map labeled 5.a. was not applicable. The map labeled 8.a. Robb Elementary School and Civic Center Uvalde TX was not applicable. The map labeled 7. Robb Elementary School Layout, Uvalde, TX, was not applicable. The map labeled 8.b. Robb Elementary School Layout, Uvalde, TX, was not applicable.

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▓▓ |
| 2 | Maps reviewed by BPA ▓▓ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 188



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                          EXHIBIT 188

AR02089




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 16, 2023, SA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7) interviewed BPA (b) (6), (b) (7)(C) concerning her involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, she reported for duty at the USBP Uvalde Station (UVA) wearing her USBP rough duty uniform. On said date, BPA (b) (6), (b) (7)(C) was informed during the UVA muster that USBP personnel were involved in a school shooting incident.

BPA (b) (6), (b) (7)(C) described the mood of the room at muster as somber and stated the BPAs present at muster appeared to be disheveled and despondent (timestamp 00:16:43). USBP Chief Patrol Agent (CPA) Jason Owens, USBP Del Rio Sector (DRT), addressed the BPAs who were involved in the incident and told them they did what they needed to do.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02090



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



At the conclusion of the muster, BPA ███ went outside and saw BPAs distraught and crying. BPA ███ specifically recalled seeing BPA (b) (6), (b) (7)(C) UVA, who was dressed in a red polo shirt and khaki cargo pants. BPA ███ stated she noticed blood stains on his pants (timestamp 00:20:00). BPA ███ said she did not ask any questions and just made herself available to provide moral support.

BPA ███ received information that the girlfriend of the Robb Elementary School shooter was going to finish the job the shooter started and was instructed by a Supervisory Border Patrol Agent (SBPA) to respond to Dalton Elementary School in Uvalde, TX. She added she could not recall the SBPA's name. BPA ███ estimated the travel time from UVA to Dalton Elementary School was approximately eight minutes. Upon arriving at the school, BPA ███ encountered a uniformed law enforcement officer (LEO) and told him she was there to assist. The LEO directed BPA ███ where to park and told her to provide perimeter security and to assist with traffic control. While on scene at the school, BPA ███ did not render any medical aid (timestamp 00:37:38).

BPA ███ explained that it was common for local law enforcement agencies to reach out to USBP for assistance and said USBP usually responds in a secondary role.

During the interview, BPA ███ was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2). The maps are labeled 1-5, respectively. On the map labeled 1. North Uvalde, BPA ███ marked the route she traveled from her residence into Uvalde on May 24, 2022. She indicated she traveled from Texas State Highway 173, then on Highway 57 to Highway 140, and then to Highway 117 into Uvalde. On the map labeled 2. South Uvalde, Texas, BPA ███ did not make any markings. On the map labeled 3. Uvalde, Texas, BPA ███ did not make any markings. On the map labeled 4. Uvalde, Texas, BPA ███ identified Dalton Elementary School, where she responded on May 24, 2022. On the map labeled 5. Robb Elementary School, Uvalde, Texas, BPA ███ did not make any markings.

On May 24, 2022, BPA ███ did not have a body worn camera. BPA ███ does not have any text messages or emails concerning the USBP response to the Robb Elementary School shooting nor did BPA ███ produce any reports concerning the incident (timestamp 00:37:50).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ███ |
| 2 | Maps reviewed by BPA ███ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02091

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 189



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 189




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 16, 2023, SA (b) (6), (b) (7)(C) and ASAC (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) USBP Del Rio Sector (DRT), concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, SBPA (b) (6), (b) (7)(C) was off duty on personal leave at his residence when he received a telephone call from Border Patrol Agent (BPA) (b) (6), (b) (7)(C) USBP Uvalde Station (UVA), at approximately 11:45 a.m. BPA (b) (6), (b) (7)(C) informed him about a shooting or shooter at Robb Elementary School and asked if he was responding. BPA (b) (6), (b) (7)(C) stated that all UVA BPAs were instructed to respond to the school.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02093



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ▓▓▓▓ was Acting BORTAC Commander at the time, therefore he sent a text message to BORTAC Supervisors SBPA ▓▓▓▓ SOD, BORTAC, DRT; and BPA ▓▓▓▓ SOD, DRT, notifying them to respond to the incident (timestamp 00:29:37). In addition, SBPA ▓▓▓▓ sent a text message through a BORTAC text group, which included all DRT BORTAC members, ordering them to respond (timestamp 01:31:00). SBPA ▓▓▓▓ received notification from his team that they would be there as soon as possible as they were in the field near Eagle Pass, Texas, with a group of apprehended undocumented non-citizens. In addition, their government owned vehicles (GOV) were stuck in mud.

SBPA ▓▓▓▓ stated that because the situation involved a weapon at school and other agents were responding, he knew he needed to respond (timestamp 01:00:24). As a result, SBPA ▓▓▓▓ decided to come back on duty and respond to the school. As BPA ▓▓▓▓ was getting ready to respond, Acting Patrol Agent in Charge ((A)PAIC) ▓▓▓▓ SOD, BORTAC, DRT, called him, but before (A)PAIC ▓▓▓ spoke SBPA ▓▓▓▓ said "I'm way ahead of you, I already have the BORTAC guys heading that way." He continued to notify (A)PAIC ▓▓▓ that he was going to return to duty and was responding to the school to see if he could get more information about the situation. (A)PAIC ▓▓▓ agreed with SBPA ▓▓▓▓ decision.

SBPA ▓▓▓▓ departed his residence in his unmarked GOV, and it took SBPA ▓▓▓▓ approximately 30 minutes to get to the school from the moment he was notified. SBPA ▓▓▓▓ explained that the roads were congested between his home and Robb Elementary School due to lunch time congestion and the amount of law enforcement responding to the school. The radios were patched between Uvalde Police Department and the USBP network and he described the amount of radio traffic as chaotic. He stated he approached Robb Elementary School from the south on Old Carrizo Road and stopped next to a police vehicle that was blocking Old Carrizo Road on the corner of West Cargile St. SBPA ▓▓▓▓ did not know which agency the vehicle belonged to or who the officer was. SBPA ▓▓▓▓ asked the officer what the situation was and where the Incident Command Post (ICP) was located. The officer did not have any information and directed SBPA ▓▓▓▓ towards Geraldine Street. He headed that way and parked on the north side of Geraldine St and the corner of Perez St, directly in front of the west entrance of the school.

Upon arrival, SBPA ▓▓▓▓ priorities were to determine who was in command of the incident and to gather enough information to identify how he could help. He stated he was taken aback by how calm it seemed when he arrived at Robb Elementary School. He introduced himself to multiple groups of officers and felt there was a low sense of urgency outside of the building. He felt as though each group of officers would redirect him to a different group of officers and no one had any information (timestamp 00:34:04). As he walked towards the west entrance of the building, he came across one officer who told him: "This guy just shot at the school, he ran inside, they got him pinned in" (timestamp 00:34:06). SBPA ▓▓▓▓ first thought based upon the information he received was to implement a gas plan, a tactic where tear gas would be used to force the subject out of the room.



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ▓▓▓▓ entered the building through the west entrance and, once inside, he saw multiple officers positioned with weapons pointed down the hallway. SBPA ▓▓▓▓ stated that was the moment he realized he was walking into an active scene. He immediately decided to return to his vehicle and put on his Kevlar helmet and then returned inside the building to obtain information. SBPA ▓▓▓▓ stated that when he went back in the building "there was no stimulus, there's nothing really going on." The information he received was fragmented and conflicting at times. SBPA ▓▓▓▓ recalled hearing the following statements: "the guy shot at the room"; "we only have pistol shields"; "we tried to get him, but he shot at us through the door"; "the door is locked"; "you can only get in there with a key"; "he's by himself"; "he's dead"; "he's got hostages"; and "he killed kids" (timestamp 00:35:12). SBPA ▓▓▓▓ described the information he was receiving as fragmented and contradictory.

SBPA ▓▓▓▓ stated that at some point he ran into Texas Department of Public Safety (TXDPS) Ranger ▓▓▓▓ who briefed him on the situation as a possible barricaded subject. He informed SBPA ▓▓▓▓ that he will help him as much as possible and to do whatever he needs to do. TXDPS Ranger ▓▓▓▓ exited the building to gather more information. SBPA ▓▓▓▓ stated that based upon TXDPS Ranger ▓▓▓▓ statement, he understood that he had his support to help in whatever way possible (timestamp 00:35:58).

SBPA ▓▓▓▓ assumed that the shooter was in classroom 111, as the door to that room had bullet holes and that was where other law enforcement officers (LEOs) were saying the shooter was located. SBPA ▓▓▓▓ was handed a ring of keys and immediately went towards the door to try to open it; however, before he got to the door an officer suggested he test the key on a different door first. SBPA ▓▓▓▓ thought that it was a good suggestion. He proceeded to test the keys on the janitor closet door and found that the keys did not open the door.

While SBPA ▓▓▓▓ was testing the keys to open classroom 111, he saw a group of unknown officers to the south of classroom 111 closer to the door than he was. He felt the group was trying to speak to or negotiate with the shooter to get him to surrender because they appeared to be talking to the door. He did not remember what was being said but remembered hearing something about coming out or to stop. He did not know who was speaking to the door. SBPA ▓▓▓▓ stated there was no communication between the groups to the south of the classroom and the group gathered by the T-intersection of the hallway. SBPA ▓▓▓▓ stated he did not know who was in charge or what their plan was. He added he did not tell anyone that he was looking for ways to open the door and just acted. SBPA ▓▓▓▓ did not know what the group of officers located south of the classroom were planning or what was stopping them from doing anything, so he continued developing his plan on how to get the classroom door open. SBPA ▓▓▓▓ stated it seemed like the group of officers on the south side of the hallway were attempting to deescalate the situation while himself along with others on the north side were attempting to get through the door (timestamp 02:35:50).

SBPA ▓▓▓▓ stated that when he learned the keys did not work, he began to consider a breach of the door using tools. SBPA ▓▓▓▓ completed BORTAC Level 1 Breacher Basic training in September 2014 and is qualified on all BORTAC non-explosive breaching tactics (timestamp




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

08:23:35). The only breaching tool SBPA (b) (6), (b) (7)(C) had in his vehicle was a Halligan Bar, which is like a pry bar, and is deployed by placing one end between a door and the door jamb, using a sledgehammer or a ram to drive the pry side into the gap, and leveraging the door open. SBPA (b) (6), (b) (7)(C) did not have a hammer or ram to use with the Halligan bar, but decided to attempt it as it was possible to breach a door with just the bar.

SBPA (b) (6), (b) (7)(C) retrieved the Halligan tool from his vehicle and tried to open the janitor closet door with it. He determined it would take too long to open the door without a ram or hammer. He asked for a sledgehammer from the assembled officers, but none was available. SBPA (b) (6), (b) (7)(C) stated that if he had tried to open the door with just the Halligan tool and the shooter shot through the door again, it could have resulted in a situation where a LEO was injured without any progress on stopping the shooter.

SBPA (b) (6), (b) (7)(C) remembered that Texas Park and Wildlife Game Warden (b) (6), (b) (7)(C) had a map of the school that he described as rudimentary. He stated the map did not show details of the classroom and did not include the fact that classrooms 111 and 112 had a connecting door inside. The map was essentially a printed rectangular box with labeled printed squares containing numbers indicating the classrooms. The map may have included the restrooms, as well. SBPA (b) (6), (b) (7)(C) Game Warden (b) (6), (b) (7)(C) and other officers assembled near the T-Intersection of the hallway but could not determine where the subject was located, or if there would be children in classroom 111 based on the map. Game Warden (b) (6), (b) (7)(C) told SBPA (b) (6), (b) (7)(C) the map he had was the only one he knew of.

It was apparent to SBPA (b) (6), (b) (7)(C) that the problem he needed to solve was the locked door, as it seemed to be what was preventing the gathered LEOs from acting. Once SBPA (b) (6), (b) (7)(C) determined the locked door to classroom 111 was the problem, he fixated on getting it opened.

Initially, the information he had led SBPA (b) (6), (b) (7)(C) to believe that the subject was barricaded in the room, so he developed a gas plan. However, SBPA (b) (6), (b) (7)(C) realized that if there were casualties or wounded, gas was not a viable tactic to use (timestamp 02:59:33). SBPA (b) (6), (b) (7)(C) needed more information about the interior of classroom 111 and told officers gathered at the T-intersection of the hallway to breach the windows to the classroom; however, he felt as no one was responding to him.

SBPA (b) (6), (b) (7)(C) did not feel he was in charge nor that his word had "weight" with the officers inside the building. Even so, he knew he was going to "do something" to put an end to the situation. Although SBPA (b) (6), (b) (7)(C) knew he was not in charge, he felt that because the keys were given to him, it was expected for him to act (timestamp 02:14:20). SBPA (b) (6), (b) (7)(C) felt frustration that his suggestions were not being acted upon by the officers in the area. SBPA (b) (6), (b) (7)(C) stated that he needed information about the interior room, as that would dictate the acceptable risk for his response.

SBPA (b) (6), (b) (7)(C) stated he was by the west entrance of the building on the phone with an unrecalled agent when all the sudden he either heard something or saw that the officers inside the



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



building reacted to a stimulus and immediately made his way towards the hallway. The group of officers on the south side of classroom 111 said the subject was shooting at them through the door. SBPA ███████ stated that the bullets were going straight through the walls, and he thought the shooter was enticing them to enter an ambush (timestamp 02:46:56). He felt the shooter wanted the police to come to the door. Not knowing there were children in the classroom, SBPA ███████ stated he did not want to spend time at the door "wiggling it with the Halligan tool and exposing people to be killed without opening the door." SBPA ███████ stated he did not hear the shots (timestamp 00:42:45).

Meanwhile, BPAs from Border Patrol Search, Trauma, and Rescue (BORSTAR) arrived, and he remembered instructing them to develop a plan for triage and treatment of wounded. SBPA ███████ told the BORSTAR BPAs they were to act in their capacity as paramedics during the response and knew they had developed a triage plan on how to respond before he breached classroom 111. SBPA ███████ was aware the paramedics had a plan in place, although he did not know the specific details. He knew the plan included a system of where to bring the injured to be treated and a place to bring any deceased victims. SBPA ███████ recalled seeing agents from SOD, BORSTAR, DRT and identified them as SBPA (b) (6), (b) (7)(C) BPA ███████ and BPA (b) (6), (b) (7)(C).

Shortly after, SBPA ███████ received a second set of keys on a lanyard from whom he believed to be TXDPS Ranger ███████ He tested the keys on the janitor's closet door and they successfully open the door. When the door to the closet was opened, he looked in and saw another door in the closet and bullet holes in the wall.

SBPA ███████ stated that SOD, BORTAC, DRT BPAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) arrived at some point while he was testing the second set of keys. BPA ███████ is a BORTAC Sniper and had his sniper rifle with him. SBPA ███████ directed BPA ███████ to go to the east side of the building and set up a shot into classroom 111. SBPA ███████ gave BPA ███████ approximately 10 to 15 minutes to find a vantage point that would allow him to see into the classroom. BPA ███████ informed SBPA ███████ over the radio that the windows to room 111 were tinted and the blinds were closed. BPA ███████ took three different positions and could not gain a visual into the classroom. In addition, a TXDPS Trooper deployed a drone outside of the building hoping to obtain a visual inside classroom 111; however, the drone was not able to see into the room either. At this point, SBPA ███████ decided to breach.

As SBPA ███████ waited for the results of the drone reconnaissance, BPA ███████ approached him with a rifle-rated ballistic shield. SBPA ███████ told BPA ███████ to take the shield and line up in a stack to enter the room. SBPA ███████ lined up behind BPA ███████ and Zavala County Sheriff's Deputy ███████ was behind him. He did not know who else was in the stack or if there were additional officers. SBPA ███████ stated, other than SOD BPAs, he did not order any other LEO to take part in the stack (timestamp 02:15:47).

The stack then moved to the door and SBPA ███████ used the key to open the door to classroom 111. He pushed the door open but it had an auto closer, so the door started to close.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02097




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

SBPA ▮▮▮ leaned into the room, outside of the shield protection, and grabbed the lanyard on the key ring and pulled the door open again. SBPA ▮▮▮ told BPA ▮▮▮ to use a chair to block it open. Somebody put a chair in front of the door. The door continued to close so BPA ▮▮▮ held the shield and propped the door open. SBPA ▮▮▮ stated that normally, the BORTAC entry tactic would be to open the door and move in quickly to surprise the subject. However, because SBPA ▮▮▮ knew the shooter was aware of their presence, he paused to assess the room. This is when SBPA ▮▮▮ learned that classrooms 111 and 112 were connected. At this time, BPA ▮▮▮ was in front of the door but behind the ballistic shield, holding the door open and SBPA ▮▮▮ was looking over BPA ▮▮▮ shoulder. SBPA ▮▮▮ heard an unidentified person say something about the shooter being on the roof, causing him to quickly pause and look up at the ceiling.

SBPA ▮▮▮ stated classroom 111 was dark, the lights were off, and the blinds were closed. He could not make out any details of the room. SBPA ▮▮▮ could see light coming into the room from the connecting doors to classroom 112. SBPA ▮▮▮ assumed the shooter was either in the blind corner of classroom 111 or in the adjoining room. SBPA ▮▮▮ then saw BPA ▮▮▮ SOD, BORTAC, DRT, and called for him to join the stack. BPA ▮▮▮ ran across the door opening to join the stack and as he passed the opening, he said, "We are going in there?" SBPA ▮▮▮ thought that BPA ▮▮▮ was directly behind him, but later learned that Zavala County Sheriff's Deputy ▮▮▮ stayed behind him.

SBPA ▮▮▮ squeezed BPA ▮▮▮ shoulder to initiate the movement inside the room. SBPA ▮▮▮ did not know if any other officers followed into the room behind him. BPA ▮▮▮ moved straight forward and SBPA ▮▮▮ moved to the right to cover the right corner. As he cleared the right corner of the room, he saw a pile of what appeared to be deceased people. As he turned to rejoin the stack and enter classroom 112, he heard a sound. SBPA ▮▮▮ stated the door to the closet in classroom 111 was kicked open by the shooter and he simultaneously saw the muzzle flash from the shooter's weapon. He returned fire while moving toward the shooter, passing BPA ▮▮▮ He remembered seeing the shooter, who he described as tall and slender, coming out of the closet in a fighting stance while shooting. He was wearing all black and a plate carrier, but SBPA ▮▮▮ was unaware if the carrier had plates inside. SBPA ▮▮▮ recalled the shooter's hair swaying back and forth as rounds struck him. SBPA ▮▮▮ stated the shooter shot a significant number of rounds. SBPA ▮▮▮ stated he aimed at the upper chest area of the shooter and continued to fire at him until he dropped to the floor. As he dropped to the floor, his weapon fell away from him.

Once the shooter was down, SBPA ▮▮▮ stood over the shooter and held his position to protect the scene. He did not feel a need to handcuff the shooter as there was a lot of damage to the torso. SBPA ▮▮▮ was confident the shooter was dead (timestamp 03:39:07). While he was standing over the shooter he heard officers flooding the room. He also heard officers screaming and losing their composure. He kept his back to the room most of the time as his focus was on the shooter.

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02098



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



During the shooting, SBPA ▓▓ lost track of BPA ▓▓ and assumed he had been either been wounded or killed and evacuated from the room. Later he saw SBPA ▓▓ who told him that BPA ▓▓ was helping evacuate children and that BPA ▓▓ had been hit and was in the hospital.

SBPA ▓▓ stated that officers were trying to help inside the classrooms with the victims; however, they were not giving the paramedics time to assess victims. He saw officers carrying and dragging victims outside to the hallway. He also saw officers moving the children in the piles searching for children with signs of life. SBPA ▓▓ did not see any medical treatment but saw activities that appeared to be triage. SBPA ▓▓ saw a woman with signs of life being carried out of the room as well as children walking out of the classroom (timestamp 04:52:45).

SBPA ▓▓ stayed in the classroom over the subject until TXDPS ordered all non-paramedics to exit the building. He left through the west door and remembered seeing a victim on the sidewalk outside being worked on.

SBPA ▓▓ met with PAIC ▓▓ SOD, DRT, outside the west door and PIAC ▓▓ told him to gather with his team by a tree north of the building. At the tree, BPAs mustered with Chief Patrol Agent Jason Owens, DRT. SBPA ▓▓ told his team to conduct a partner check for injuries and to meet at UVA. Once at UVA, the team learned about a second shooter in the area and deployed to provide security. SBPA ▓▓ stated he and BPA ▓▓ were called by the TXDPS Troopers to return to the station to take pictures for evidence. SBPA ▓▓ returned to the station and later returned home, arriving at his house at approximately 8:00 p.m.

SBPA ▓▓ stated BORTAC is the highest trained tactical team in the Del Rio area and all law enforcement agencies in the Del Rio Sector know "BORTAC solves the problems that regular law enforcement cannot solve". SBPA ▓▓ stated BORTAC members are trained to respond to calls that regular officers normally do not respond to. SBPA ▓▓ used the example of BORTAC helping to track fugitives, serving warrants with Sherriff's offices, or responding to subjects with weapons. SBPA ▓▓ explained that in situations where the scene is not border related, BORTAC will usually receive a request for assistance (timestamp 01:05:01).

SBPA ▓▓ explained that BORTAC responds to situations where other law enforcement agencies do not have the training or equipment needed to respond. BORTAC will respond to a situation, determine which agency is in control of the situation, and explain what capabilities BORTAC can provide to help the agency. SBPA ▓▓ did not see any indications that there was a chain of command or anyone in charge of the scene during the incident at Robb Elementary School. The only senior officer that he met was TXDPS Ranger ▓▓ who told him to let him know what he needed. SBPA ▓▓ stated he felt TXDPS Ranger ▓▓ was telling him to take care of the situation (timestamp 02:19:37).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02099



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ▮▮▮ stated he had the support from his SOD, DRT chain of command. He stated he was in constant communication with PAIC ▮▮▮ who informed SBPA ▮▮▮ he had "top cover". Based upon this, SBPA ▮▮▮ understood that his actions were authorized by BORTAC leadership (timestamp 02:25:50).

SBPA ▮▮▮ stated that on May 24, 2022, the BORTAC team did not deploy as a team. He explained that BORSTAR, the medical team for SOD, DRT, wears the same uniform as BORTAC, which could have caused the confusion of the belief that a BORTAC team was on site when it was just himself. BORSTAR's role that day was to establish a medical triage and provide medical aid to the wounded (timestamp 02:39:30). Further, SBPA ▮▮▮ stated the situation was not a USBP led incident. He stated there were many other agencies and none were in communication with one another, causing confusion and a lack of information (timestamp 02:40:00).

SBPA ▮▮▮ was acting under the assumption that his mission was to get the door to classroom 111 open (timestamp 01:37:35). SBPA ▮▮▮ stated "The only thing keeping me from acting was the locked door… it seemed to be the one thing keeping everyone from getting through… I was fixated on how to defeat that door" (timestamp 02:18:29).

Once SBPA ▮▮▮ was handed the first set of keys, he felt that it was expected he take charge of the situation. SBPA ▮▮▮ never asked for the keys, and it seemed to him that they just showed up. SBPA ▮▮▮ could not recall who gave him the sets of keys (timestamp 02:31:57).

At one point, SBPA ▮▮▮ heard there was a female student calling 911 from inside the school. He stated he asked if there were children with the shooter, but he did not get a response. He stated he was unable to determine if there were people in the classroom but thought, if the student was inside the room, was she calling because the shooter was dead, or was the shooter allowing the calls to be made? He stated that it was later confirmed that the student on the phone with 911 was in classroom 112 and he recalled looking at the map of the school and thinking that she was not in the same classroom as the shooter. SBPA ▮▮▮ explained that he did not have knowledge at that time that classrooms 111 and 112 were joined on the inside (timestamp 04:31:05).

From the moment SBPA ▮▮▮ arrived on scene, he was receiving "random" information and there were many different conversations happening at once about what was going on (timestamp 02:40:43). SBPA ▮▮▮ explained that an empty classroom would not be worth the risk of LEOs being injured or killed, while it would be if there were children in need of saving. SBPA ▮▮▮ felt he was faced with deciding what action to take amidst a lack of reliable and "official information" (timestamp 02:40:43).

SBPA ▮▮▮ stated, having had the proper resources, he could have managed the door on his own and made entry into the room. He explained he was not going to wait for BORTAC to show up to breach the room. SBPA ▮▮▮ stated that once the door was opened, he would have



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



made entry regardless of who was making entry with him because the situation needed to be ended (timestamp 02:51:45).

SBPA (b) (6), (b) (7)(C) stated he only used his radio to communicate with BPA (b) (6), (b) (7)(C) when he was in the exterior of the building, to announce he was going to breach classroom 111, and to announce the threat was down (timestamp 03:21:10).

SBPA (b) (6), (b) (7)(C) was aware that shots fired by the shooter were passing through the walls and doors and he was aware of the concern for line of fire. However, it was a risk that needed to be taken to stop the situation. At the time, with the information and assets that he had, it was the only course of action that he could come up with (timestamp 04:28:00).

SBPA (b) (6), (b) (7)(C) stated he did not see any organized treatment of the victims. Once the room was cleared, SBPA (b) (6), (b) (7)(C) did not see any one person in charge of performing triage and providing care for victims.

SBPA (b) (6), (b) (7)(C) stated that from the moment he arrived at the school until he entered the classroom, he never saw any children. He further explained that (b) (6), (b) (7)(C) are enrolled in (b) (6), (b) (7)(C) schools, and they were already out of school for the year. Therefore, he assumed that there were no children in the school. SBPA (b) (6), (b) (7)(C) confirmed there were children in the classrooms upon entering classroom 111, when he saw the pile of children with the teacher in the corner of room (timestamp 04:33:58).

SBPA (b) (6), (b) (7)(C) was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (timestamp 05:21:28). These maps are labeled 1-8, respectively (Attachment 2). SBPA (b) (6), (b) (7)(C) marked his movements on May 24, 2022, using the map labeled 2- South of Uvalde, TX; 4-Uvalde, Texas Schools; 5- Robb Elementary School, Uvalde TX; 7- Robb Elementary School, Uvalde TX; and 8.a./8.f.- Robb Elementary School Layout, Uvalde TX. On map 2, SBPA (b) (6), (b) (7)(C) marked the location of the BORTAC team when he notified them. On map 4, he labeled the Uvalde Schools which he responded to. On maps 5 and 7, he labeled his route and parking location at Robb Elementary School. Lastly, on map 8.a./8.f./8.g., he labeled his location at Robb Elementary School. All other maps were not applicable.

SBPA (b) (6), (b) (7)(C) provided the text string he sent to the BORTAC Supervisors on May 24, 2022 (timestamp 05:56:26). The text string was video recorded during the interview by SA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) CBP OPR Cyber Investigations. During the interview, SBPA (b) (6), (b) (7)(C) was provided with a memorandum titled Litigation Hold Notice for U.S. Customs and Border Protection Employees. The Subject of the memorandum stated Litigation Hold Notice for Administrative Federal Tort Claims Act Claims Concerning Robb Elementary School Shooting in Uvalde, Texas, on May 24, 2022 (timestamp 09:18:35).

SBPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was the person who instructed DRT BORTAC agents to respond to Robb Elementary School. He added that in emergency situations such as the



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



one at Robb Elementary School, verbal authorization can be given for BORTAC to assist. SBPA ████████ did not know CBP's policy concerning BORTAC's response to mass shootings, hostage situations or barricaded subjects; however, he stated that there was a moral obligation as LEOs to respond and assist at Robb Elementary School (timestamp 06:59:59). SBPA ████████ stated he communicated with his chain of command, who he identified as (A)PAIC ████ and PAIC ████████ as soon as he was notified about the incident. He stated he was given authorization to figure out what the situation was at the school and act as he saw necessary. He also stated he was the person who initiated and authorized the breach of classroom 111 (timestamp 07:02:40). SBPA ████████ is aware he does not have Texas Peace Officer status (timestamp 07:05:10).

SBPA ████████ was shown Game Warden ████████ body worn camera (BWC) footage from May 24, 2022 (timestamp 07:24:58). The run time shown to SBPA ████████ began at 11:09:47 and ended at 11:09:52. SBPA ████████ was able to identify himself walking into the school on the BWC footage.

SBPA ████████ stated his opinion of an active shooter is someone who is roaming free or in an area shooting at people. A barricaded subject is someone behind a barricade such as a wall or in a room. A barricaded subject can be an active shooter if they are in the room or behind the wall with people they have shot, injured, or they have hostages. With the information SBPA ████████ had available on the day of the incident, his understanding was that there was a subject who shot at people near a school and then ran into a room or office. SBPA ████████ did not know if it was an active shooter or a barricaded subject, and stated the issue to him was to defeat the obstacle of the barricade. He never knew there were victims until he entered the room and saw the victims (timestamp 08:27:40).

Lastly, based on the information he had at the time the door to classroom 111 was locked. However, SBPA ████████ clarified that he never saw anyone touch the door before he entered. He added he did not personally check the door to verify it was locked (timestamp 08:32:11).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
| --- | --- |
| 1 | StarWitness interview of SBPA ████████ |
| 2 | Maps reviewed by SBPA ████████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 190



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 190

AR02103



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On February 13, 2023, SA (b)(6)(b)(7)(C) and SSA (b)(6)(b)(7)(C) interviewed BPA (b)(6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on his way to work at DRS when he received a phone call from Watch Commander (WC) (b) (6), (b) (7)(C) DRS, at approximately 1:45 p.m. (timestamp 14:27:35).

WC (b) (6), (b) (7)(C) asked BPA (b) (6), (b) (7)(C) if he was willing to travel to the USBP Uvalde Station (UVA) as a Peer Support Member to assist agents who were already on scene. BPA (b) (6), (b) (7)(C) said that when he arrived at DRS, he retrieved an unmarked patrol vehicle and left Del Rio at approximately 2:15 p.m. (timestamp 14:30:05).

BPA (b) (6), (b) (7)(C) stated he traveled alone to Uvalde and did not activate the vehicle's overhead lights and siren while enroute. BPA (b) (6), (b) (7)(C) traveled via U.S. Highway 90 eastbound directly to Uvalde (timestamp 14:30:50).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02104



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



While enroute, BPA ████ stated he did not hear any communications transmitted via radio. BPA ████ said that at approximately 3:15 p.m., he arrived at UVA (timestamp 14:31:18). BPA ████ walked to the front office to find out where he needed to go and was directed to go to the muster room. BPA ████ stated he spoke to an unknown USBP supervisor in the muster room and was told to standby and assist other BPAs who were arriving at the station from Robb Elementary School. The supervisor asked BPA ████ to wait for BPAs to approach him for assistance rather than to seek them out. BPA ████ said that as BPAs were coming into the station, none of them appeared to be in the mood to talk at the time, and he was not approached for peer support assistance. Later, BPA ████ met with Chief Patrol Agent Jason Owens, USBP, Del Rio Sector (DRT), who thanked him for his assistance.

BPA ████ said that after activity had subsided at UVA, he called DRS and asked if it was okay for him to leave Uvalde and return to Del Rio. After being granted permission to leave, BPA ████ left Uvalde between 8:00 p.m. and 10:00 p.m. (timestamp 14:36:00).

BPA ████ did not come into contact or render any aid to the public while in Uvalde. BPA stated he believed USBP's role during the incident was to respond and provide assistance.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 191



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 191



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 17, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was dressed in his full rough duty USBP uniform and was assigned to the UVA Planning Team. BPA (b) (6), (b) (7)(C) recalled hearing a call regarding an active shooter at Robb Elementary School broadcast over the radio as he was placing his lunch in a microwave at approximately 11:45 a.m. (timestamp 00:20:00). BPA (b) (6), (b) (7)(C) initial thought was the incident was probably related to a bail out ("bail out" refers to occupants fleeing from a vehicle following a police pursuit or vehicle stop) and would be quickly resolved (timestamp 00:25:24).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02107




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ▮▮▮▮ stated that upon hearing the radio transmission, he ran to the armory and saw BPA ▮▮▮▮ UVA, and BPA ▮▮▮▮ UVA, inside the armory. BPA ▮▮▮▮ grabbed an M-4 rifle and several magazines. BPA ▮▮▮▮ did not have a USBP vehicle, so he asked BPA ▮▮▮▮ if he could ride with him (timestamp 00:26:44). While en route, BPA ▮▮▮▮ called UVA to get clarification on the school and the location. BPA ▮▮▮▮ estimated they arrived at Robb Elementary School approximately ten minutes after the call. As BPA ▮▮▮▮ drove, BPA ▮▮▮▮ loaded both rifles.

BPA ▮▮▮▮ stated that upon arriving near the school, they approached a stop sign and parked in the middle of the road. BPA ▮▮▮▮ recalled being in a rush and ended up leaving his cellphone in the car. BPA ▮▮▮▮ observed people running towards the far west side of the school and noticed a Texas Department of Public Safety (TXDPS) trooper in the corner near the east side of the west building (timestamp 00:30:43). As BPA ▮▮▮▮ walked towards the school, he heard someone say, "Be careful" because the shooter was shooting out of a window in the direction of a book bag that was on the ground. BPA ▮▮▮▮ looked for the book bag, but did not see it (timestamp 00:31:14). BPA ▮▮▮▮ recalled running with BPA ▮▮▮▮ and BPA ▮▮▮▮ UVA, who was to his right. As they were running, BPA ▮▮▮▮ magazine fell out of his M-4 because he had not seated it correctly, so BPA ▮▮▮▮ told BPA ▮▮▮▮ to secure his "shit."

BPA ▮▮▮▮ stated that up until that point, he had not heard that the shooter had shot or killed children (timestamp 00:32:14). As BPA ▮▮▮▮ ran towards the west side of the school, near the funeral home, he saw a parent running towards the school and realized the situation was not related to a bail out. BPA ▮▮▮▮ said BPA ▮▮▮▮ BPA ▮▮▮▮ UVA, and BPA ▮▮▮▮ entered the school through the west entrance. BPA ▮▮▮▮ recalled pausing outside the doorway for approximately a minute to provide cover prior to making entry with them (timestamp 00:33:40).

BPA ▮▮▮▮ stated that as he entered the school, he saw BPA ▮▮▮▮ UVA, standing in the middle of the doorframe, Uvalde Police Department (UPD) Sergeant (Sgt.) ▮▮▮▮ kneeling, and another officer behind Sgt ▮▮▮▮ (timestamp 00:34:16). BPA ▮▮▮▮ stated he recognized him to be a police officer because of the uniform (timestamp 01:25:55). BPAs ▮▮▮▮ and ▮▮▮▮ were behind the officers trying to ascertain details of what was going on and where they were needed. BPA ▮▮▮▮ noticed BPA ▮▮▮▮ was positioned in a fatal funnel ("fatal funnel" refers to doorways where one can easily be seen but difficult to move out in case of incoming fire) without a long arm rifle nor a ballistic vest. BPA ▮▮▮▮ told BPA ▮▮▮▮ to get a vest and a long arm. Before BPA ▮▮▮▮ departed the area, BPA ▮▮▮▮ asked him where the gunman was and if he knew what was going on. BPA ▮▮▮▮ told him he did not know what was going on and said that nobody was saying anything. BPA ▮▮▮▮ stated he noticed blood on Sgt ▮▮▮▮ ear (timestamp 00:36:11).

BPA ▮▮▮▮ stated he asked law enforcement officers (LEO) who were in the hallway if they knew in which classroom the shooter was located and if they had cleared the classroom but he did not get a response. BPA ▮▮▮▮ stated that because he was not getting a response from

---



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



the other LEOs, he asked BPA ████ what was going on. BPA ████ told him they said it was a barricaded subject situation (barricaded subject is a term generally meaning a person, believed to be armed, who has taken a position in a physical location that does not allow police access and is refusing police orders to exit). BPA ████ was unable to identify who told BPA ████ the situation was a barricaded subject (timestamp 01:28:23). BPA ████ stated that because they had called the situation a barricaded subject, no one was moving. At the time, BPA ████ felt the standdown posture and the blood on the officer's ear did not add up and he did not feel right about the situation (timestamp 00:38:20).

BPA ████ reiterated BPA ████ told him it was a barricaded subject and the Federal Bureau of Investigation from San Antonio, Texas, was en route and said, "It's going to be a long day, boys." Based on all the information relayed to BPA ████ BPA ████ believed those relaying the information knew what was going on and that the subject was possibly in a classroom by himself or with a teacher or a student (timestamp 00:39:15). BPA ████ said that at the time, he questioned and tried to make sense as to why they were getting SWAT (special weapons and tactics) and a negotiator from San Antonio. BPA ████ stated he asked again if anyone had cleared the classroom, but did not get a response and from that point the situation turned into a waiting game (timestamp 00:39:32).

BPA ████ explained that in an active shooter situation, the main priority is to stop the killing and stop the threat. According to BPA ████ he was taught in active shooter training that whoever arrived first should take whoever was in uniform, create a team, and address the situation (timestamp 00:37:00).

BPA ████ recalled that BPA ████ UVA, saw BPA ████ come back without a vest and told him he could not be there without a vest. BPA ████ then left and came back shortly thereafter with a vest. BPA ████ stated BPA ████ was attempting to put on his vest when they heard the windows of the classroom being broken to evacuate the children. BPA ████ stated that from where he stood, he could hear as the windows were broken (timestamp 01:30:25). BPA ████ turned around and as he went outside, the vest flapped up like a cape, which made BPA ████ chuckle (timestamp 00:40:00). BPA ████ stated that ████ ████ ████ ████ BPA ████ stated the comment was far from the truth and explained that his monicker at the UVA was ████ BPA ████ stated that everyone seemed to think he never had a bad day; that was where the moniker came from (timestamp 02:41:00).

BPA ████ stated he believed Constable Johnny Fields, Uvalde County, had command and control inside the school (timestamp 01:28:39). BPA ████ described that Constable Fields wore a polo shirt and possibly khaki pants. BPA ████ observed Constable Fields walk back and forth from the T-intersection and heard him talking on his phone about getting a SWAT team and negotiator (timestamp 00:42:21). According to BPA ████ Constable Fields directed everyone to turn off their radios and told a TXDPS trooper not to stand in the westside of the middle of the hallway near the fatal funnel (timestamp 01:31:15). Constable Fields told a

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02109



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



TXDPS trooper that he could not be there, it was too loud, and the TXDPS trooper responded to Constable Fields, "We are clearing classrooms, you're not the boss of me." BPA (b) (6), (b) (7)(C) stated that approximately 15 minutes after arrival, he asked again about the clearing of the classrooms because he saw LEOs had removed someone from the classrooms across the other side. BPA (b) (6), (b) (7)(C) knocked on the door and no one answered. Another LEO knocked on the door and announced himself and a teacher came out of the classroom (timestamp 00:45:10). During this time, a LEO brought a riot shield into the building (timestamp 00:45:45). BPA (b) (6), (b) (7)(C) still had not heard any noise indicative of an active shooter; no gunshots fired nor children screaming or pleading for help (timestamp 00:46:49). Sgt. (b) (6), (b) (7)(C) bloody ear was the only indication that something had happened. BPA (b) (6), (b) (7)(C) asked him about his ear and Sgt. (b) (6), (b) (7)(C) told him the shooter shot through the door and grazed him (timestamp 00:47:08). BPA (b) (6), (b) (7)(C) said he noticed a SWAT pin on Sgt. (b) (6), (b) (7)(C) uniform (timestamp 00:47:28).

BPA (b) (6), (b) (7)(C) stated he did not know about the large presence of LEOs outside the school. BPA (b) (6), (b) (7)(C) said that while he was inside the school, his world revolved around the seven or eight people in the hallway with him (timestamp 00:48:08) including BPAs (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) Sgt. (b) (6), (b) (7)(C) and Constable Field (timestamp 02:05:43). According to BPA (b) (6), (b) (7)(C) everyone had their radios off, and he heard some screaming but was unable to tell where it was coming from (timestamp 00:48:18). BPA (b) (6), (b) (7)(C) said he knew the shooter was down the hallway but did not know if he was inside classroom 111 or 112. BPA (b) (6), (b) (7)(C) said it was hard to get information from the local LEOs and felt they were not forthcoming (timestamp 00:48:50).

BPA (b) (6), (b) (7)(C) stated that 10 to 15 minutes later, when Supervisory BPA (SBPA) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) DRT USBP Tactical Unit (BORTAC), entered the school, BPA (b) (6), (b) (7)(C) still did not know the shooter had shot children. According to BPA (b) (6), (b) (7)(C) SBPA (b) (6), (b) (7)(C) arrival took a huge weight off BPA (b) (6), (b) (7)(C) shoulders because he knew if anyone was going to be able to take over the situation it was going to be SBPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) was confident in SBPA (b) (6), (b) (7)(C) because SBPA (b) (6), (b) (7)(C) was a BORTAC member and a supervisor (timestamp 00:50:09). BPA (b) (6), (b) (7)(C) said he told and signaled SBPA (b) (6), (b) (7)(C) to talk to Sgt. (b) (6), (b) (7)(C) because he had a graze on his ear. According to BPA (b) (6), (b) (7)( Sgt. (b) (6), (b) (7)(C) told SBPA (b) (6), (b) (7)(C) the shooter had shot through the classroom door (timestamp 00:51:05). BPA (b) (6), (b) (7)(C) stated that SBPA (b) (6), (b) (7)(C) said, "If there are shots fired, then it's go time." SBPA (b) (6), (b) (7)(C) told them that his team was not there and asked those around him if they were willing to go in. According to BPA (b) (6), (b) (7)(C) every BPA said yes (timestamp:00:51:25), UPD Officer (b) (6), (b) (7)(C) said no (timestamp 01:40:28). BPA (b) (6), (b) (7)(C) recalled that at that very moment, another LEO entered the area and relayed there was a female child who called 911 stating there were multiple injuries and deceased children inside (timestamp 00:51:40). UPD Officer (b) (6), (b) (7)(C) told SBPA (b) (6), (b) (7)(C) he had bangs and gas (timestamp 00:51:57). SBPA (b) (6), (b) (7)(C) told him, "OK, great, we can use them." UPD Officer (b) (6), (b) (7)(C) then realized the bangs were training bangs, so he told SBPA (b) (6), (b) (7)(C) that all he had was gas. SBPA (b) (6), (b) (7)(C) asked if he had gas masks. UPD Officer (b) (6), (b) (7)(C) then asked Uvalde County Sheriff's Office (UCSO) Deputy (b) (6), (b) (7)(C) he replied he thought they had some gas masks outside and went to retrieve the masks (timestamp 00:52:40). BPA (b) (6), (b) (7)(C) stated there was no specific

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02110



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



plan of action discussed with SBPA ████████ (timestamp 02:05:11). BPA ████████ said that as they donned the masks, another report of a 911 call came through saying there was a girl still alive and she was talking when suddenly they heard three or four shots (timestamp 00:52:58). After they heard the shots, they moved in towards the classroom, but someone from the rear called and stopped SBPA ████████ (timestamp 00:53:13). BPA ████████ said they all stopped to wait for SBPA ████████ BPA ████████ stated he was not sure exactly where the shots came from, but he knew it came from down the hall toward the classrooms (timestamp 01:42:30). BPA ████████ stated the shots were loud. BPA ████████ saw other LEOs on the south end of the hallway and believed Uvalde Consolidated Independent School District Police Department, Chief Pete Arredondo was located there (timestamp 00:53:26). BPA ████████ stated that at the time of the incident, he did not know Chief Arredondo.

BPA ████████ stated they formed two entry stacks and said SBPA ████████ was in the middle of the stack. According to BPA ████████ an unspecified LEO asked if the door was open or closed and asked if they had a breaching tool (timestamp 00:54:03). BPA ████████ looked over to the side of a wall, removed his gas mask, and hung it on a door handle. BPA ████████ observed another door on his left side that had bullet holes and he then realized they were standing in the fatal funnel. BPA ████████ told SBPA ████████ he heard they needed keys to open the doors, so he asked SBPA ████████ if they could get the keys to open the door next to him in case they needed a place to retreat (timestamp 02:07:20). BPA ████████ said someone brought keys; however, the keys did not open the door and BPA ████████ believed he hung the keys on the doorknob (timestamp 00:55:00). BPA ████████ stated the only keys he held were the keys that did not work (timestamp 02:19:48). BPA ████████ did not know where the keys came from. BPA ████████ was not sure if all the keys were tried; he only tried one key on the key ring (timestamp 05:08:12).

[Agent Note: "stack" is a term for a formation used in law enforcement when a team forms a single file along the entrance or doorway to a room where they believe a threat is located.]

BPA ████████ stated that a breaching tool was brought to them, but they were unable to use it because the doorframe was too slim and it opened inward. Because of this, BPA ████████ said they also needed a sledgehammer to drive in the breaching tool to pry the door open (timestamp 00:55:35). BPA ████████ recalled hearing someone say to give them a minute because they were trying to locate the master key. BPA ████████ then saw an unspecified LEO try a key on the door to what he thought was the electrical room. BPA ████████ was not able to describe the key. BPA ████████ did not know why the stack stopped short of classrooms 111 and 112 (timestamp 01:41:45). BPA ████████ did not see anyone try to open the doors and understood wiggling the doorknobs would prevent the element of surprise (timestamp 03:04:15).

BPA ████████ stated they were preparing for "go time" when he heard a TXDPS trooper tell SBPA ████████ to hold up and first look at the schematic of the classrooms for "a visual" (timestamp 00:56:31).

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02111



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ stated other BORTAC and USBP Search Trauma and Rescue Unit (BORSTAR) members started to arrive, and BPA ████ observed BPA ████ DRT BORSTAR, carrying a ballistic shield (timestamp 00:57:25). BPA ████ stated that BPA ████ asked him if he knew what was going on and BPA ████ told him he did not know much, but apparently there were kids inside. SBPA ████ told BPA ████ that since he was a BORSTAR member, to give up the shield so his medical skills could be used. BPA ████ gave the shield to another BPA (timestamp 01:01:01).

BPA ████ stated that as the entry teams prepared to attempt entry, SBPA ████ was stopped by a TXDPS trooper who told him to hold on and asked if SBPA ████ would allow them time to fly a drone into the classroom (timestamp 00:58:21). BPA ████ DRT, then arrived with his sniper rifle and told SBPA ████ to give him time to set up outside and to see if he could get a visual into the classroom. BPA ████ told SBPA ████ that if he could get a clear shot, he would take it (timestamp 00:58:45). BPA ████ stated that each time SBPA ████ got stopped, it delayed the entry process by five to ten minutes.

BPA ████ stated they again formed two entry stacks with SBPA ████ positioned at the front with more BORTAC members on his stack (timestamp 00:59:24). At the time, SBPA ████ was wearing a radio earpiece, but some information was not getting through over the radio because of a hot mic. According to BPA ████ SBPA ████ heard the shooter wanted "suicide by cop" (time stamp 1:00:00). BPA ████ told SBPA ████ that it was the shooter's choice, there were children hurt, "so fuck him." The stack then prepared to make entry. BPA ████ said he then heard a guy, later identified as Chief Arredondo, say, "BORTAC moving into place, BORTAC is lining up." BPA ████ stated that at the time, he wondered who was the guy giving a play-by-play of what they were doing (timestamp 01:01:30). SBPA ████ called out to BPA ████ DRT BORTAC, who took position behind SBPA ████ followed by BPA ████ (timestamp 01:02 24). BPA ████ identified BPAs ████ and ████ as lining up with the primary entry stack, but was unable to identify their positions within the stack. BPA ████ said his entry stack consisted of Game Warden ████ positioned first, BPA ████ positioned second, followed by a LEO dressed in shorts and a tactical vest, and a UPD SWAT officer (timestamp 01:04:21). BPA ████ said they opened the door to classroom 111 and the door started to slide closed; SBPA ████ said "get the door." The entry teams then announced their presence and started to move in (timestamp 01:04:45). BPA ████ understood the plan was for his entry stack to enter classroom 111 and for SBPA ████ entry stack to enter classroom 112. BPA ████ said things did not go as planned because the shooter emerged from a closet, so the second stack merged with the first. Upon entry, shots were fired, and BPA ████ said he dropped to the ground and lay flat on his back but immediately flipped to a prone position and pointed his rifle. BPA ████ saw the team in the classroom and knew it was not safe to shoot. BPA ████ stood back up, and noticed he was almost the last man in the stack. Once most of the stack entered, someone yelled, "Halt!" BPA ████ saw BPA ████ UVA, and BPA ████ USBP International Falls Station, Minnesota, yell, "Halt!" heard screaming, and he too yelled, "Halt!"



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ██████████ said someone noticed a teacher and kids on the floor, ran towards them, then BPA ██████████ heard someone announce it was clear (timestamp 01:07:11). BPA ██████████ described the classroom as dark with a smell of gunpowder and said he felt his ears ringing (timestamp 01:07:35). BPA ██████████ observed they were trying to pull the teacher out, so he moved a table and saw kids piled in a corner (timestamp 01:08:37). BPA ██████████ said all the agents rushed in and were grabbing kids, but they were struggling because the children were slipping due to the presence of blood. BPA ██████████ started to walk towards the other classroom but stopped because he saw the shooter and noticed that a UPD lieutenant had entered the classroom and pointed his gun at the shooter while he blurted out, "Mother fucker look at you now." BPA ██████████ said he felt the UPD lieutenant was going to shoot him again, but he saw the UPD lieutenant walk out of the classroom (timestamp 01:09:45). BPA ██████████ stated the UPD lieutenant did not touch the shooter; he only pointed his gun at him (timestamp 02:11:40). BPA ██████████ then walked towards the other side and came across a gun on the floor which he initially thought was the shooter's gun. BPA ██████████ stated he later found out the gun belonged to the BORTAC BPA who was holding the ballistic shield. BPA ██████████ later learned the gun had hit the shield and jammed during the gunfire exchange, so the BPA dropped the gun and held on to the shield (timestamp 01:10:05).

BPA ██████████ stated he went back to where the pile of kids were and observed only two kids were left. According to BPA ██████████ BPA ██████████ had already moved some of the deceased kids from the classroom to the designated triage area (timestamp 02:13:25). BPA ██████████ stated he believed the kids were deceased because there was so much blood like a pool of blood. BPA ██████████ saw BPA ██████████ trying to lift a kid, but his M-4 rifle was in the way so BPA ██████████ asked BPA ██████████ to allow him to help him. As BPA ██████████ turned the child, BPA ██████████ said, "My ████ s dead." BPA ██████████ said the boy looked just like ██████████ and he lost his composure. BPA ██████████ kicked the table he moved earlier and said he smelled blood and said it was slippery. BPA ██████████ walked out of the classroom and went outside because he felt he could not be in there. As BPA ██████████ exited the south door, he saw a deceased girl (timestamp 01:11:04). BPA ██████████ said the girl was covered with a blanket (timestamp 02:15:23). BPA ██████████ mentioned that he had been in combat in Bosnia, that he served as a contractor in Iraq, so seeing deceased people was not new to him, but he explained that seeing deceased children was something different and the way the shooter shot the children was the hardest to see because they were all in a corner huddled together and it was a scene that he would never forget (timestamp 03:09:28)

BPA ██████████ stated that Acting Patrol Agent in Charge ([A]PAIC) ██████████ UVA, asked him if he was okay. BPA ██████████ told him no and that the shooter had killed all the children (timestamp 01:13:20). BPA ██████████ said he later learned (A)PAIC ██████████ had ████ at Robb Elementary and often thought what he must have felt when BPA ██████████ said the shooter killed all the children.

BPA ██████████ said that when he first went outside, the image of BPA ██████████ carrying a female child was on his mind, so he felt the need to look for him and be with him. As BPA ██████████ walked outside, he saw a teacher, Mrs. ██████████ receiving medical treatment



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



outside the west door.  BPA ███████████ stated he observed LEOs providing chest compressions (timestamp 02:16:27).  BPA ███████████ also saw people running with stretchers and noticed lots of vehicles and ambulances.  At that moment, BPA ███████████ realized the full scale of the incident (timestamp 01:14:18).

BPA ███████████ stated they instructed all the USBP personnel to meet under a tree but was unable to recall who gave the instruction.  BPA ███████████ recalled BPAs being drenched in blood and said they had skin stuck to their uniforms.  BPA ███████████ had never seen so much blood.

BPA ███████████ stated he did not render medical aid to anyone (timestamp 02:18:54).  BPA ███████████ mentioned he assisted one teacher inside the classroom when they were clearing the classrooms (timestamp 02:19:02).

BPA ███████████ stated they were told to go back to UVA for a briefing with Chief Patrol Agent Jason Owens, DRT (timestamp 01:15:24).  BPA ███████████ stated that BPA ███████████ DRT, who served as the chaplain, drove him back to the station.  BPA ███████████ stated that at the station, USBP personnel were informed they were going to receive services, to expect things were going to get chaotic with reporters, and they were granted two days of administrative leave (timestamp 01:17:54).  BPA ███████████ stated he departed UVA at approximately 2:00 p.m. when he received information regarding the shooter's girlfriend making a threat, but he did not respond.

BPA ███████████ stated the only instruction he received while he was in the school was from Constable Fields who told him to turn off his radio.  BPA ███████████ reiterated that Constable Fields was in command and control inside the school (timestamp 02:27:26:35).  BPA ███████████ stated he could not identify who was in command and control for the USBP personnel (timestamp 02:27:07).  BPA ███████████ stated that SBPA ███████████ took control of the situation (timestamp 02:37:04).  BPA ███████████ stated he was not directed to respond to Robb Elementary School and he was never directed in any way by anyone inside the school (timestamp 01:47:29).  BPA ███████████ confirmed he had no peace officer authority in Texas and did not know if he had the authority to respond (timestamp 02:26:25).  However, BPA ███████████ said he had been with USBP for 18 years and had a duty to respond (timestamp 02:22:20).  BPA ███████████ stated he believed if USBP had been the first agency that arrived at Robb Elementary School, then they would have entered the classroom, but because they were not first, USBP fell into a support role (timestamp 02:35:40).

BPA ███████████ stated the poor communication negatively affected command and control.  BPA ███████████ stated that calling it a barricaded subject set the tone for how the incident was handled (timestamp 02:22:42).  BPA ███████████ stated that approximately five months after the incident when Chief Arredondo's interview was broadcast was when he realized it was Chief Arredondo who initially called it a barricaded subject (timestamp 01:38:30).  BPA ███████████ stated he had not realized the incident had taken seventy-seven minutes because to him it appeared that everything had happened so fast (timestamp 01:18:39).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) explained he believed USBP and he were not trained on how to take over an incident from another agency (timestamp 02:25:33). BPA (b) (6), (b) (7)(C) mentioned that another mishap was when USBP, Uvalde County Sheriff's Office, Kinney County, and UPD patched their radios. BPA (b) (6), (b) (7)(C) said that because each agency used different verbiage and communication methods, the lack of communication impacted officer safety, and it resulted in LEOs turning their radios down or off (timestamp 02:29:36).

BPA (b) (6), (b) (7)(C) stated he did not wear a body camera on May 24, 2022 (timestamp 02:59:20). BPA (b) (6), (b) (7)(C) did not send any e-mails, text cellular messages or write a report regarding the incident at Robb Elementary School (timestamp 02:59:30).

BPA (b) (6), (b) (7)(C) mentioned he was interviewed by the TXDPS Rangers and U.S. Department of Justice (DOJ) regarding the Robb Elementary School incident (timestamp 03:00:11). BPA (b) (6), (b) (7)(C) stated he felt obligated to speak to the TXDPS Rangers, but he felt the need to speak to DOJ because they were considered the subject matter experts regarding active shooter incidents. BPA (b) (6), (b) (7)(C) described the interview with DOJ as a panel interview.

CBP OPR interviewers provided BPA (b) (6), (b) (7)(C) maps depicting the area north of Uvalde; south of Uvalde; the City of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2). These maps were labeled 1-8, respectively. On the map labeled 1. North Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 2. South Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 3. Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 4. Uvalde, Texas, Schools, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 5. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 6. Robb Elementary School and Civic Center Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 7. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated his travel route from UVA Station to Robb Elementary. On the map labeled 8.a Robb Elementary School Layout, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated the area where they parked the vehicle and indicated where he saw the TXDPS trooper and lastly, where he entered the school. On the map labeled 8.b. Robb Elementary School Layout, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated the area they were posted and the path as they approached the classrooms (timestamp 01:54:24).

CBP OPR interviewers showed BPA (b) (6), (b) (7)(C) still shot images depicting the LEOs in various stages of the May 24, 2022, incident (Attachment 3). BPA (b) (6), (b) (7)(C) identified Sgt (b) (6), (b) (7)(C) as the one with the blood on his ear, Lieutenant (b) (6), (b) (7)(C) as the LEO who was pointing the gun at the shooter when he was deceased, Deputy (b) (6), (b) (7)(C) as the person who provided the gas masks, and Game Warden (b) (6), (b) (7)(C) as being in the stack with BPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) identified Constable Fields as the LEO that BPA (b) (6), (b) (7)(C) recognized as being in command inside, (b) (6), (b) (7)(C) as possibly being the TXDPS trooper that told Constable Fields he was not in charge of him, and Chief Arredondo as the person who broadcast the play by play before the breach (timestamp 01:34:04).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02115



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



CBP OPR interviewers showed BPA (b) (6), (b) (7)(C) photographs depicting separate sets of keys. BPA (b) (6), (b) (7)(C) was unable to identify between the photographs which set of keys he tried on the door. BPA (b) (6), (b) (7)(C) said it was possible it could have been either the one that the TXDPS Ranger was holding in the photograph (timestamp 05:08:25) or the one that SBPA (b) (6), (b) (7)(C) used to open the door on the photograph (timestamp 05:35:58) (Attachment 4).

CBP OPR interviewers showed BPA (b) (6), (b) (7)(C) a schematic of the T-intersection which also included the layout of the classrooms (timestamp 02:53:00). BPA (b) (6), (b) (7)(C) marked where they were stacked prior to the breach. BPA (b) (6), (b) (7)(C) also marked in the schematic how everything looked and where the decedents were after the breach (Attachment 5).

Investigative Analyst, (b) (6), (b) (7)(C) CBP OPR, assisted CBP OPR interviewers by presenting BPA (b) (6), (b) (7)(C) with video footage from the hallway camera of Robb Elementary School from May 24, 2022 (Attachment 6). The video presented to BPA (b) (6), (b) (7)(C) ranged from approximately start lapse time 32:05 to end lapse time 32:55 (timestamp 05:05:01). During review of the video footage, BPA (b) (6), (b) (7)(C) identified himself at lapse time of 32:15 and identified BPAs (b) (6), (b) (7)(C) UPD Sgt. (b) (6), (b) (7)(C) and Constable Fields.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |
| 3 | Photos of law enforcement officers at Robb Elementary School reviewed by BPA (b) (6), (b) (7)(C) |
| 4 | Photos of keys reviewed by BPA (b) (6), (b) (7)(C) |
| 5 | Schematic labeled Robb Elementary reviewed and labeled by BPA (b) (6), (b) (7)(C) |
| 6 | Robb Elementary School hallway video footage from May 24, 2022. |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 192



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                               **EXHIBIT 192**

AR02117



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On March 17, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was at the USBP Uvalde Station (UVA) wearing his USBP training uniform for a scheduled use of force training day when he initially received information about an active shooter at Robb Elementary School.  During a training break, BPA (b) (6), (b) (7)(C) heard over the radio that local law enforcement officers (LEOs) were requesting assistance at a local school for a school shooter.  BPA (b) (6), (b) (7)(C) stated he immediately went to the UVA armory and grabbed a rifle and hard plate body armor.  BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) UVA, took a marked Government owned vehicle (GOV) and responded to Robb Elementary School (timestamp 08:21:25).  While enroute, BPA (b) (6), (b) (7)(C) communicated with USBP dispatch and confirmed that the school in question was Robb Elementary School (timestamp 08:30:45).  BPA (b) (6), (b) (7)(C) stated no one ordered him to respond to Robb Elementary School and he decided to respond on his own (timestamp 10:58:40).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02118



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Upon arrival, BPA ▓▓▓ parked at the northeast corner of the school off Geraldine Street. BPA ▓▓▓ and other BPAs on scene ran through the front yards of the homes along the northside of Geraldine Street, utilizing parked vehicles as cover, and made their way to the west entrance near classroom 132. BPA ▓▓▓ observed Sergeant (SGT) ▓▓▓ Texas Department of Public Safety (TXDPS), operating a handheld radio and cell phone and believed he was in charge. However, BPA ▓▓▓ stated it seemed like SGT ▓▓▓ did not know what was going on or what to do (timestamp 08:31:20).

BPA ▓▓▓ and other BPAs entered the west entrance and encountered several local LEOs at the T-Intersection looking down the hallway. BPA ▓▓▓ stated that after a few minutes, he inquired with the local LEOs about the situation; however, several of the local LEOs did not seem to know what was going on or what to do. BPA ▓▓▓ stated that, eventually, one local LEO pointed down the hallway and identified the classroom where the shooter was possibly located. BPA ▓▓▓ was informed by the local LEOs that when they initially arrived, the shooter fired upon them (timestamp 08:34:20). BPA ▓▓▓ was further told that it was a barricaded subject situation (timestamp 08:41:08).

BPA ▓▓▓ inquired if there were students or teachers in the surrounding classrooms, to which he did not receive a definitive answer from the local LEOs. BPA ▓▓▓ BPA ▓▓▓ ▓▓▓ UVA, and other BPAs took it upon themselves to begin evacuating classrooms near the west entrance, to include classrooms 131 and 132 (timestamp 08:36:30). BPA ▓▓▓ recalled someone providing a large key ring, allowing him to enter classrooms 131 and 132, which were locked (timestamp 09:03:55). During the evacuation, two teachers were located but there were no children. BPA ▓▓▓ stated he then believed there was a possibility that there were no students in the classroom with the barricaded subject (timestamp 08:41:10). BPA ▓▓▓ stated he was informed by an unknown LEO that the door to the classroom with the barricaded subject was locked and could only be locked or unlocked from the outside (timestamp 09:08:10).

BPA ▓▓▓ along with BPA ▓▓▓ and BPA ▓▓▓ UVA, relieved the local LEO who was covering the door to the classroom with the barricaded subject. BPA ▓▓▓ BPA ▓▓▓ and additional BPAs at the T-Intersection began to discuss a plan for if or when they heard active shooting from within the classroom. BPA ▓▓▓ BPA ▓▓▓ and BPA ▓▓▓ agreed that if the shooter began firing, they would go in. BPA ▓▓▓ was informed by a local LEO that a hostage negotiator was on the way and to stand by (timestamp 08:39:50). Based on this information, BPA ▓▓▓ believed that the local LEOs were now in command of the scene and BPAs where there to assist (timestamp 08:42:30). BPA ▓▓▓ stated he was at the T-Intersection for approximately 30 minutes (timestamp 08:53:15).

BPA ▓▓▓ recalled the negotiator arriving and entering through the south entrance. BPA ▓▓▓ stated the negotiator attempted to communicate with the shooter; however, he did not recall the shooter ever responding. BPA ▓▓▓ stated the negotiator appeared to use the shooter's name in the communication attempts. BPA ▓▓▓ could not recall the name of the negotiator and stated the attempted negotiations lasted a few minutes (timestamp 08:54:55).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



After the negotiator left, BPA ▮▮▮▮ recalled that Supervisory Border Patrol Agent (SBPA) ▮▮▮▮ Border Patrol Tactical Unit (BORTAC), Del Rio Sector (DRT), arrived on scene. BPA ▮▮▮▮ and BPA ▮▮▮▮ briefed SBPA ▮▮▮▮ on the information they knew at the time. BPA ▮▮▮▮ overheard SBPA ▮▮▮▮ tell a local LEO that he and the other BPAs could attempt to make entry into the classroom if the local LEO wanted. BPA ▮▮▮▮ stated he did not recall the name of the local LEO, nor did he hear him respond to SBPA ▮▮▮▮ BPA ▮▮▮▮ observed SBPA ▮▮▮▮ talking to at least two local LEOs, which led BPA ▮▮▮▮ to believe that the two local LEOs were in charge of the scene (timestamp 08:56:45). BPA ▮▮▮▮ stated local LEOs brought in tear gas, gas masks, and a pistol rated ballistic shield. BPA ▮▮▮▮ remembered BPAs attempting to "problem solve" the situation, as they believed the doors to the classrooms were locked.

BPA ▮▮▮▮ recalled hearing approximately four gunshots, prompting him, BPA ▮▮▮▮ SBPA ▮▮▮▮ and the other local LEOs to advance down the hallway towards the classroom. BPA ▮▮▮▮ recalled someone supplying a working key for the classroom doors and stated that a plan was quickly developed. The plan was for SBPA ▮▮▮▮ to use the key to open one classroom door, give the key to BPA ▮▮▮▮ to open the other classroom door, and make a simultaneous entry into classrooms 111 and 112. During the planning, a LEO cleared the janitor closet near classrooms 111 and 112 and noticed bullet holes through the wall. The LEO warned everyone that the shooter had at some point already fired through the walls (timestamp 09:04:30).

BPA ▮▮▮▮ stated that at some point after the four shots and prior to the breach, he recalled that someone mentioned there were reports of a 911 call coming from inside one of the classrooms. BPA ▮▮▮▮ stated this was his first indication that there were victims in the room with the shooter. The caller indicated that there were victims in the classroom that were shot and needed medical attention (timestamp 10:35:20). BPA ▮▮▮▮ recalled that, just before they made entry, someone provided an outdated map of the classrooms, which BPA ▮▮▮▮ believed did not show the connecting door between classrooms 111 and 112 (timestamp 10:38:25).

BPA ▮▮▮▮ stated SBPA ▮▮▮▮ opened the door to classroom 111 and looked inside; however, there was no immediate response by the shooter. BPA ▮▮▮▮ stated that someone tossed him the set of keys; however, by the time he found the right key, he was told   to disregard the initial plan and that they were all going to make entry through classroom 111. BPA ▮▮▮▮ stated he then threw the keys aside and the teams prepared to make entry through one classroom. Shortly after making entry, BPA ▮▮▮▮ stated "all hell broke loose." BPA ▮▮▮▮ heard a barrage of gunfire and dropped to the floor in the hallway.  By the time he got to his feet, the shooting was over, and he entered the classroom to assist with victims (timestamp 09:06:01).

BPA ▮▮▮▮ described the classroom as being dark, with the smell of blood and gunpowder in the air (timestamp 10:47:10). BPA ▮▮▮▮ grabbed victims and took them to the medical triage area. BPA ▮▮▮▮ could not recall what others were doing in the classroom but




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

described the scene as "mayhem." At the medical triage area, BPA ████████ attempted to assist BPA ████████ UVA, an Emergency Medical Technician (EMT) who was providing medical aid to a female victim with multiple gunshot wounds. BPA ████████ and BPA ████████ were able to regain a pulse on the victim, prompting them move her to an ambulance outside for additional medical care (timestamp 09:11:30).

BPA ████████ reentered the school and assisted other LEOs with clearing the rest of the building and did not find any additional victims or subjects. BPA ████████ exited at the south entrance door, where he observed, additional medical aid being administered to victims. BPA ████████ stated the EMTs needed additional medical supplies, so he ran back to the triage area, gathered the requested medical supplies, and delivered them to the EMTs (timestamp 09:16:55). BPA ████████ returned to the medical triage area to assist; however, there was no additional assistance needed. BPA ████████ was then informed the school was a crime scene and no one was allowed to enter. BPA ████████ was instructed to muster at a large tree on the north side of the school. Chief Patrol Agent (CPA) Jason Owens, DRT, addressed the group of BPAs and instructed them to report to UVA (timestamp 09:23:00).

BPA ████████ stated that, upon returning to UVA, BPAs mustered and were once again addressed by CPA Owens. BPA ████████ changed out of his uniform, which was covered with blood, and sent text messages to his family and friends to let them know he was okay. BPA ████████ overheard a report indicating the shooter's girlfriend made additional threats at other local schools, prompting BPAs to respond; however, BPA ████████ remained at UVA and then went home. BPA ████████ stated UVA management created a list of all BPAs that were on scene at Robb Elementary School and provided the BPAs with access to peer support (timestamp 09:27:20).

BPA ████████ stated he was unaware of a specific statutory authority allowing BPAs the ability to respond to this type of incident in an official capacity. However, BPA ████████ stated he felt that it was his duty as a BPA to respond and assist. BPA ████████ stated he attended a CBP three-day active shooter training but did not recall any scenarios that involved locked or barricaded doors. BPA ████████ stated it was his opinion that BPAs responded to Robb Elementary School in a support role to assist local LEOs. BPA ████████ stated he did not have any negative contact with the public while on scene (timestamp 11:02:30).

BPA ████████ was shown two video clips from the T-Intersection hallway camera (Attachment 2). BPA ████████ identified himself entering the west hallway door and again at the T-Intersection when the four shots were fired from within the classroom (timestamp 12:16:55).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ████████ |
| 2 | Un-sanitized T-Intersection hallway video. |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02121

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 193



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                    **EXHIBIT 193**




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 17, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The Authentication Code was (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned day shift and transport duties. BPA (b) (6), (b) (7)(C) had responded to a possible vehicle containing migrants off Highway 55 when he heard over the UVA radio there was a possible active shooter at Robb Elementary School. BPA (b) (6), (b) (7)(C) drove to Robb Elementary School utilizing emergency lights and sirens by following directions from his cell phone. BPA (b) (6), (b) (7)(C) did not recall what information was relayed over the radio.

BPA (b) (6), (b) (7)(C) stated he parked his vehicle near the funeral home located on the south side of Robb Elementary School. BPA (b) (6), (b) (7)(C) stated he put on his ballistic vest and walked towards the school. BPA (b) (6), (b) (7)(C) noticed a truck had crashed into a ditch near the school which he described be a wrecked truck with the door open. BPA (b) (6), (b) (7)(C) did not see anyone near the vehicle (timestamp 01:04:01).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02123




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ████ stated that as he approached a group of civilians near the funeral home area, an unidentified male stated, "You better get in the school and do something. If you don't have the balls to do something, give me your fucken gun and I will take care of it." BPA ████ explained to the unidentified male that law enforcement would take care of the situation and that he should not enter the school (timestamp 01:07:11). BPA ████ continued to walk towards the west entrance of Robb Elementary School.

BPA ████ said he entered the west entrance of Robb Elementary School. BPA ████ recalled seeing BPA ████ UVA, BPA ████ UVA, and BPA ████ UVA, at the "T" intersection of the hallway. BPA ████ recalled seeing the BPAs pointing rifles down the hall (timestamp 01:11:33). BPA ████ exited Robb Elementary School through the west entrance and made his way to the south side of the school to the south entrance. BPA ████ recalled seeing Texas Department of Public Safety troopers and Uvalde Police Department (UPD) officers standing near the south entrance.

BPA ████ said he then went to the west entrance of the school and entered. BPA ████ recalled being just inside the school at the west entrance. BPA ████ described the scene as chaotic and with no one in charge. BPA ████ stated too many BPAs responded to the scene contributing to the chaotic situation.

BPA ████ recalled that while positioned within Robb Elementary School near the west entrance, he told a UPD officer that he was there to assist in any manner. BPA ████ told the UPD officer he would go with them in the event they decided to make entry into the classroom (timestamp 01:18:16). BPA ████ stated the UPD officer asked how much longer before the USBP Tactical Unit (BORTAC) team arrived on scene. BPA ████ advised the officer the BORTAC team should arrive within 30 minutes. BPA ████ stated he felt officers and agents would die if they attempted to enter the room because they did not have the proper equipment to do so.

BPA ████ stated he was unaware of any children being in any of the school classrooms (time stamp 01:23:23). BPA ████ did not assist with the evacuation, nor did he witness the evacuation of any children. BPA ████ did not witness any supervisors from any agency enter the west entrance to provide guidance or direction. BPA ████ recalled telling BPA ████ UVA, to leave the school because he was not wearing a ballistic vest. BPA ████ recalled BPA ████ UVA, was present and witnessed BPA ████ entering the school without a ballistic vest.

BPA ████ recalled three shots were fired from the classroom. When these shots were fired, BPA ████ thought the shooter must have killed himself. BPA ████ described a line of officers and BPAs were lined up to make entry into the room. Shortly thereafter, no one entered the room. BPA ████ did not know why entry into the room was not made. BPA ████ did not hear nor was he told why entry was not made (timestamp 02:17:13). BPA ████ did not recall who was in the line of officers and BPAs.




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ▮▮▮ stated that an unknown individual handed him a set of keys. BPA ▮▮▮ used the ring of keys to open classrooms 131 and 132. BPA ▮▮▮ used the same key to open both classrooms. BPA ▮▮▮ gave the keys to an unknown officer (timestamp 02:24:50). BPA ▮▮▮ witnessed the unknown officer walk out of the west entrance with the set of keys.

BPA ▮▮▮ stated he witnessed several members of the BORTAC unit show up at the school and preparing to make entry into the room. BPA ▮▮▮ stated BORTAC was in charge of the scene (timestamp 02:29:00).

BPA ▮▮▮ stated he witnessed BORTAC BPAs enter classroom 111. BPA ▮▮▮ then heard shots fired. When BPA ▮▮▮ entered classroom 111, he saw the shooter lying on the floor. BPA ▮▮▮ then turned to the right and described seeing several desks against the wall with numerous children lying under the desks (timestamp 02:35:45). BPA ▮▮▮ stated he and BPA ▮▮▮ got on their knees to start taking children from under the desks. BPA ▮▮▮ recalled taking approximately 4 children and passing them to other BPAs in the room. BPA ▮▮▮ stated one of the children, a girl, made a sound, therefore he told others in the room the girl might be alive. BPA ▮▮▮ said all the other children did not show any signs of life. BPA ▮▮▮ recalled exiting classroom 111 and walking towards the "T" intersection. Upon arriving at the "T" intersection, BPA ▮▮▮ assisted BPA ▮▮▮ UVA, provide aid to a male child. BPA ▮▮▮ assisted BPA ▮▮▮ by getting him needed supplies (timestamp 02:42:01).

BPA ▮▮▮ said he exited Robb Elementary School through the west entrance. Upon doing so, BPA ▮▮▮ witnessed BPAs providing medical aid to a female teacher. BPA ▮▮▮ recalled seeing many officers standing around watching the BPAs providing aid to the female teacher.

BPA ▮▮▮ stated he was told to muster near a big tree located near the front of the school. BAP ▮▮▮ saw many BPAs who were upset. BPA ▮▮▮ stated Chief Patrol Agent Jason Owens, DRT, said a few words and instructed all BPAs to report to UVA. At UVA, BPA ▮▮▮ was told to remove his uniform due to the large amount of blood on the clothing and was provided a new uniform.

During the interview, CBP OPR interviewers showed parts of the video labeled ▮▮▮ ▮▮▮ to BPA ▮▮▮ (Attachment 2). BPA ▮▮▮ identified himself near the west entrance door at the 10 minutes 29 seconds mark of the video. BPA ▮▮▮ identified himself again on the video using the keys to unlock classroom doors 131 and 132 at the 13 minutes 39 seconds mark.

During the interview, CBP OPR interviewers provided maps to BPA ▮▮▮ depicting Robb Elementary School, Robb Elementary School Layout and Robb Elementary School Layout (Attachment 3). The maps were labeled 5, 8a and 8g, respectively. On the map labeled 5. Robb Elementary School, BPA ▮▮▮ marked the location where he parked his USBP vehicle, the locations he interacted with members of the public prior to arriving to the west entrance and the shooter crashed vehicle. On the map labeled as 8a Robb Elementary School Layout, BPA ▮▮▮ noted the west entrance, the location within the hallway where he and other BPAs



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



stacked prior to entering classroom 111 and classroom 112.  On the map labeled 8g Robb Elementary School Layout, BPA (b) (6), (b) (7)(C) noted his movements within classroom 111, the location of the shooter and the location of children.

BPA (b) (6), (b) (7)(C) said that on May 24, 2022, he did not have a body worn camera.  BPA (b) (6), (b) (7)(C) did not have any text messages or emails concerning the USBP response to the Robb Elementary School shooting nor did BPA (b) (6), (b) (7)(C) produce any reports concerning the incident.

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Video reviewed by BPA (b) (6), (b) (7)(C) |
| 3 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 194



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                    **EXHIBIT 194**




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 18, 2023, Special Agent (SA) (b) (6), (b) (7)(C) CBP OPR, interviewed SA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) Uvalde, TX. At the time of this interview (b) (6), (b) (7)(C) was employed with Homeland Security Investigations (HSI) and in training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. Immigration and Customs Enforcement OPR SA (b) (6), (b) (7)(C) was present for the interview. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was working as a Border Patrol Agent-Intelligence (BPA-I) at the USBP Uvalde Station (UVA) on day shift which started at (b) (7)(E) At around 11:30 a.m., SA (b) (6), (b) (7)(C) saw a Texas Department of Public Safety (TXDPS) vehicle drive past him near Uvalde High School at a high rate of speed with all emergency equipment activated. SA (b) (6), (b) (7)(C) stated the trooper responding was Sgt. (b) (6), (b) (7)(C) TXDPS, who was best friends with Officer (b) (6), (b) (7)(C) Uvalde Consolidated Independent School District Police Department (UCISDPD) (timestamp 01:37:30).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02128




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

SA ▓▓▓▓ stated he followed the vehicle due to his duties in intelligence and eventually ended up near the intersection of Grove St. and Geraldine St. SA ▓▓▓▓ exited his unmarked government owned vehicle and spoke with an unknown plain clothes TXDPS trooper at the intersection who stated there was a shooter in the school and asked him to call for assistance. SA ▓▓▓▓ made a call to UVA to ask for assistance and stated, "There is a shooter at the Robb School; all units respond." (timestamp 00:22:40).

SA ▓▓▓▓ stated he donned his vest, and he only had a Glock 26 handgun with 11 rounds. SA ▓▓▓▓ ran towards the school and entered the west door of the west wing of the school. As he walked inside, he noticed several officers in the hallway who had just taken fire from the shooter. He recognized Staff Sergeant ▓▓▓▓ Uvalde Police Department (UPD), Lieutenant (Lt.) ▓▓▓▓ UPD, and Officer ▓▓▓▓ Lt. ▓▓▓▓ stated he thought he had been shot and was bleeding, which was later determined to be a shrapnel wound. SA ▓▓▓▓ stated he heard two shots fired while taking cover in the hallway (timestamp 00:36:22).

SA ▓▓▓▓ stated he asked where the shooter was located and was told he was down the hallway on the right. There was a chair near the door. Lt. ▓▓▓▓ stated, "We need to go back in there. There are kids in there" (timestamp 00:30:00).

SA ▓▓▓▓ stated he verbalized he was "with them to go in," and they started moving towards the classroom. An unknown person in the hallway told everyone to "hold up" and make a plan prior to making entry (timestamp 00:30:38).

During the interview, SA ▓▓▓▓ made several attempts to identify the unknown person that said to hold up, including reviewing pictures and video of the officers in the hallway, but no positive identification could be made.

SA ▓▓▓▓ stated more law enforcement officers from a variety of agencies began to show up. Two individuals known to SA ▓▓▓▓ Deputy ▓▓▓▓ and Deputy ▓▓▓▓ Uvalde County Sheriff's Office (UCSO), entered the hallway. SA ▓▓▓▓ and the two UCSO deputies left the hallway and moved to the south doorway of the school building to provide coverage and ensure the shooter did not exit those doors. SA ▓▓▓▓ departed from the west door through the parking lot. While he walked past the outside of the school building, he saw a bag of ammunition and magazines on the ground.

SA ▓▓▓▓ stated that after arriving at the south side of the building, he covered the hallway door and the southeast corner of the building at approximately 11:48 a.m. At some point, he was alerted that kids were going to be evacuated through the windows on the west side of the school building. SA ▓▓▓▓ ran to the first window of classroom 102 and assisted in getting the children and teachers out through the window. SA ▓▓▓▓ moved to the next window north of him, broke the windows, and assisted in the evacuation of children and teachers.

SA ▓▓▓▓ stated that between 12:15 p.m. and 12:50 p.m., he was alerted to an unknown injured person in the parking lot area. SA ▓▓▓▓ a certified emergency medical technician



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



(EMT), went to his vehicle and retrieved his EMT bag. SA (b) (6), (b) (7)(C) stated he placed his EMT bag on the ground near the parking lot so others could use it, but he never rendered any aid at that point in time.

SA (b) (6), (b) (7)(C) stated he moved back to the south side and covered the east side of the school building. SA (b) (6), (b) (7)(C) noticed several other law enforcement officers near another school building on the southern area of the school campus. SA (b) (6), (b) (7)(C) ran to the first set of classrooms, 19 to 23, and assisted in evacuating individuals. After evacuating the classrooms, he moved north to the next row of classrooms, 13 to 18, and assisted in the evacuation of individuals. SA (b) (6), (b) (7)(C) then went to the cafeteria near the front of the school and assisted in evacuating 30 to 50 students from the cafeteria. SA (b) (6), (b) (7)(C) eventually moved back towards the south doorway of the building. SA (b) (6), (b) (7)(C) stated he was told by unknown officers, "The Chief is talking to him." After the incident, SA (b) (6), (b) (7)(C) understood "Chief" to be Chief Pete Arredondo, UCISDPD (timestamp 01:02:40). SA (b) (6), (b) (7)(C) stated that during the incident, he assumed that command and control of the incident was under Chief Arredondo or that the USBP Tactical Unit was talking to the shooter.

SA (b) (6), (b) (7)(C) stated that as he moved towards the door, he heard several gun shots, which he assumed to be a breach of the classroom. SA (b) (6), (b) (7)(C) entered the hallway from the south doorway and moved north towards the classroom at approximately 12:50 p.m. SA (b) (6), (b) (7)(C) stated he saw a plain clothes Border Patrol agent (BPA) stumbling in the hallway and two other individuals helping him up and moving him towards the south doorway. SA (b) (6), (b) (7)(C) stated there were a lot of law enforcement officers in the hallway against the wall as he walked past them towards the first classroom that was breached, classroom 111. As he approached the classroom door, he saw (b) (6), (b) (7)(C) a teacher, carried out of classroom 112 (timestamp 01:05:00).

SA (b) (6), (b) (7)(C) stated that upon entry into the classroom, he saw the shooter directly in front of him in a closet. He walked over and saw he was deceased and then assisted in getting child victims out of the classroom (timestamp 03:06:00).

SA (b) (6), (b) (7)(C) stated there was no one in the classroom directing anyone on who to carry and in what priority. SA (b) (6), (b) (7)(C) carried a (b) (6), (b) (7)(C) a (b) (6), (b) (7)(C) with (b) (6), (b) (7)(C) and a second (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) did not recall the order in which he carried them out of the classroom. SA (b) (6), (b) (7)(C) took the three victims to the north intersection in the hallway but was unaware of any medical triage area set up. SA (b) (6), (b) (7)(C) stated there was no one person directing where to place the victims.

SA (b) (6), (b) (7)(C) stated he walked into classroom 112 and saw a teacher lying on top of six to eight children. From his viewpoint, the adult was lying on the children to shield them from the shooter (timestamp 01:08:30).

SA (b) (6), (b) (7)(C) stated a BPA in green uniform yelled that if you were not an EMT, to get out of the classroom (timestamp 03:18:00).

AR02130



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SA ████ stated he went into the hallway near the north intersection. He spoke to Supervisory BPA (SBPA) ████ UVA, who asked for his assistance in moving the deceased children from the hallway into classrooms 130 and 131. He stated they picked up each child and placed them on the ground in the classroom. He tried to find something in the classrooms to cover them. SA ████ estimated he moved eight to ten victims into the classrooms (timestamp 03:22:00).

SA ████ exited the west doorway and saw BPA ████ UVA, also an EMT, perform cardiopulmonary resuscitation (CPR) and chest compressions on ████ SA ████ said BPA ████ appeared tired. SA ████ said he took over and assisted with CPR compressions, placed her on a stretcher, and loaded her into the ambulance. SA ████ stated he believed she had already passed away when she was being placed in the ambulance (timestamp 01:15:40).

SA ████ stated he saw BPA-I ████ USBP Del Rio Sector (DRT), SBPA ████ ████ DRT, and BPA ████ who was an acting SBPA with DRT at that time, arriving at the scene and checked in with them. He retrieved his EMT bag from the parking lot and brought it back to his vehicle.

SA ████ stated he was told that Chief Patrol Agent (CPA) Jason Owens, DRT, was going to address all USBP personnel at a tree on the north side of the building. CPA Owens spoke briefly to everyone and asked them all to meet at UVA at 2:00 p.m. SA ████ returned to his vehicle and departed the incident scene by himself.

SA ████ stated he went to UVA for the muster called by Chief Owens. He said he did not recall what was said at the muster. At some point, a report came out there was another possible shooter at the high school. SA ████ and ████ were at the high school, so he responded with another BPA to the high school. SA ████ assisted in the evacuation of children at the high school until 5:30 p.m. SA ████ said the threat proved to be not true.

SA ████ stated that as he was departing the school, he noticed a UPD officer was dehydrated, so he rendered aid until an ambulance arrived. After the ambulance departed, SA ████ returned to UVA, retrieved his vehicle, and went to his residence.

Interviewers provided maps to SA ████ depicting the area north of Uvalde, south of Uvalde, the City of Uvalde, Uvalde schools, and Robb Elementary School (timestamp 00:44:00) (Attachment 2). The maps were labeled one through eight, respectively. SA ████ marked the route he traveled throughout May 24, 2022, using map four of Uvalde schools, map five of Robb Elementary School, and map eight of Robb Elementary School layout.

SA ████ stated he could not identify who was in command and control at any time. SA ████ said he believed Chief Arredondo was the only person he remembered being



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



mentioned that could have been in charge.  SA ▮▮▮▮▮ did not remember any active command and control being initiated.

SA ▮▮▮▮▮ stated he believed USBP's role in the incident was to be in a backup capacity, and USBP had a responsibility to respond (timestamp 04:14:00).

SA ▮▮▮▮▮ stated he was certified as an EMT in 2018.  He was only certified nationally and not with the State of Texas but believed he could render aid as an EMT in Texas with no issues (timestamp 04:13:00).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA ▮▮▮▮▮ |
| 2 | Maps reviewed by SA ▮▮▮▮▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 195



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                        **EXHIBIT 195**

AR02133



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 20, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Robb Elementary School. The interview was audio and video recorded using StarWitness. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated he is a member of the DRT Special Operations Detachment (SOD) USBP Search, Trauma, and Rescue Unit (BORSTAR) and was assigned to administrative functions at DRT on May 24, 2022 (timestamp 00:12:56). BPA (b) (6), (b) (7)(C) was dressed in a multi-camouflage combat duty USBP uniform and was assigned a USBP unmarked brown Ford F-150, government owned vehicle (GOV).

BPA (b) (6), (b) (7)(C) was advised of a possible active shooter at Robb Elementary School either verbally or via a cellular text message (timestamp 00:13:36). Following the advisement, BPA (b) (6), (b) (7)(C) briefly spoke with Supervisory BPA (SBPA) (b) (6), (b) (7)(C) DRT, and Deputy Patrol Agent in Charge (b) (6), (b) (7)(C) DRT, about the possible active shooter and SBPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) decided to respond (timestamp 00:23:50). BPA (b) (6), (b) (7)(C) did not know the exact time that he deployed to Robb Elementary School but said it was late in the morning.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02134



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ travelled in his assigned USBP GOV with the emergency lights and sirens activated and travelled via east highway U.S. 90. BPA ████ listened to radio communications and said the radio communications were bad, but recalled the following radio broadcasts: barricaded shooter, shooter was on the roof, and shooter was down (timestamp 00:31:28). BPA ████ estimated it took approximately one hour to get to Uvalde.

BPA ████ said law enforcement vehicles could not access the road into the school and had to park about a couple hundred yards from Robb Elementary School. A resident of a nearby home gave BPA ████ permission to park his GOV in his yard (timestamp 00:14:31). BPA ████ did not know the status of the situation, so he gathered his gas mask, M4 rifle, two (b) (7)(E) mags, three pistol mags, and ballistic plates (timestamp 00:34:29). BPA ████ collected his tactical medical bag consisting of trauma supplies, tourniquets, airway adjuncts, gauze, chest seals, needles, hot and cold packs, Intravenous (IV) supplies, Intraosseous Infusion (IO), and soft litter (timestamp 00:33:45). As BPA ████ was getting all his necessary items, he heard a radio transmission requesting Emergency Medical Technicians (EMT) at the school (timestamp 00:15:09).

As BPA ████ approached the school, he noticed a heavy presence of law enforcement officers to include Texas Department of Public Safety troopers, USBP, Uvalde Police Department officers, and plainclothes officers (timestamp 00:37:28). BPA ████ described the scene as very chaotic, with officers and agents walking towards and away from the school (timestamp 00:36:40).

As BPA ████ approached the west entrance door, he saw a BORSTAR agent dressed in multi-camouflage pulling out an adult female who was later identified as (b) (6), (b) (7)(C) BPA ████ heard a medic bag was needed and saw SBPA (b) (6), (b) (7)(C) DRT, SBPA (b) (6), (b) (7)(C) DRT, SBPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) DRT, starting to work on (b) (6), (b) (7)(C) BPA ████ observed that (b) (6), (b) (7)(C) had two wounds, one in her abdomen and on her right arm near her armpit. One of the BPAs treating the woman attempted to put on a tourniquet, but the wound was too high on her arm, so BPA ████ packed the wound with gauze and wrapped an ACE bandage around her to create a pressure dressing on the wound. BPA ████ observed that (b) (6), (b) (7)(C) was conscious, breathing, and made eye contact with him when he began to treat her. As (b) (6), (b) (7)(C) was being treated, BPA ████ said she lost her pulse, so they initiated CPR and (b) (6), (b) (7)(C) pulse was regained. BPA ████ stated that an ambulance pulled up to the front of the school and a gurney was brought out and (b) (6), (b) (7)(C) was placed on the gurney and taken to the ambulance for transport to a hospital, as she needed the standard of care available at a hospital (timestamp 00:15:59). BPA ████ believed (b) (6), (b) (7)(C) was the last person to be treated.

BPA ████ did not know the exact time he arrived at Robb Elementary School; however, believed he arrived after the shooter was killed because he never heard gunfire.

BPA ████ did not enter the school, once (b) (6), (b) (7)(C) was transferred to the ambulance, he walked to the side yard of the school where BORSTAR agents were congregating with Chief Patrol Agent (CPA) Jason Owens, DRT. BPA ████ identified the following BORSTAR team members present at Robb Elementary School: SBPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C)



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ███ BPA ███ DRT, BPA ███ DRT, BPA ███ DRT, BPA ███ DRT, and BPA ███ DRT (timestamp 00:47:05). Following the meeting, BORSTAR agents were directed to report to Uvalde Station to be addressed by CPA Owens (timestamp 00:18:00). BPA ███ along with the rest of BORSTAR members walked away with bloody uniforms (timestamp 50:19:00).

SOD received a message that the girlfriend of the shooter had made a threat saying she was going to finish what the shooter had started at another school (timestamp 00:18:57). BORTAC immediately deployed to different schools in Uvalde. BPA ███ responded to Uvalde High School. At the school, BPA ███ met with SBPA ███ USBP Tucson Sector, Arizona, who informed him that a student from the high school needed medical care. BPA ███ checked the male student's vitals, placed a cold pack on his head, and determined the boy was not injured, but emotionally upset. BPA ███ spoke with the student and the student's father to calm the student. According to BPA ███ he and SBPA ███ stayed at the school for a couple of hours assisting the school principal with the release of the students (timestamp 00:19:00).

According to BPA ███ USBP's role in the incident was to respond and address the shooter (timestamp 00:51:57). It is common for local law enforcement agencies to request assistance from USBP in a support role (timestamp 00:54:18). According to BPA ███ USBP is trained to respond to active shooter situations. SBPA ███ stated that he is not aware of a statutory authority that allowed USBP to respond; however, he believed he could as a law enforcement officer (timestamp 00:52:35). BPA ███ mentioned he had taken the Advanced Law Enforcement Rapid Response Training (ALERRT) (timestamp 00:53:07). BPA ███ explained in ALERRT, he learned that in active shooter situations, the priority was to stop the killing and stop the dying (timestamp 00:53:35).

BPA ███ recalled hearing over the radio that someone was trying to talk to the shooter but did not know who broadcasted that transmission (timestamp 00:56:43). BPA ███ also heard on another radio broadcast something related to keys and a door being locked (timestamp 00:57:00).

BPA ███ did not know who was in command of the scene and BPA ███ did not know if anyone from USBP was in command and control of USBP personnel at the scene.

BPA ███ stated that on May 24, 2022, he was not wearing a Body Worn Camera (BWC) and he did not draft any reports or emails concerning the shooting at Robb Elementary School (timestamp 01:02:31). Other than providing patient care to ███ BPA ███ did not exercise authority impacting any individual's movement during the incident of May 24, 2022.

BPA ███ stated he is a certified Emergency Medical Technician (EMT). BPA ███ highest level of medical training is EMT basic. BPA ███ was first certified as an EMT for USBP in 2018 at DRT. BPA ███ underwent the Individual First Aid Kit and the Tactical Combat Casualty Care (TCCC) training (timestamp 00:28:14). BPA ███ is registered with the National Registry Emergency Medical Technicians (NREMT). BPA ███ is not licensed with the State of Texas; however, he is affiliated with the Department of Homeland Security. BPA ███ believed




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

(b) (6), (b) (7)(C) was the medical director that oversees the medical protocols for USBP and BPA (b) (6), (b) (7)(C) DRT, the DRT medical coordinator (timestamp 00:26:55). BPA ▮ was certified to instruct USBP personnel in TCCC training.

BPA ▮ described his knowledge of how to handle a mass casualty incident as the following: deal with the threat first; triage by prioritizing injured victims, assess the level of stability, and refer the individuals that need to go to a hospital.

BPA ▮ is designated as the USBP BWC coordinator for DRT; therefore, he reviewed the BWC footage related to the Robb Elementary School incident that was turned over as evidence to OPR (timestamp 00:1:21:30).

During the interview, OPR interviewers showed BPA ▮ maps depicting the area north of Uvalde; south of Uvalde; the City of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2). These maps are labeled 1-8, respectively. On the map labeled 1. North Uvalde, Texas, BPA ▮ indicated he travelled East 90 to Uvalde from Del Rio, TX. On the map labeled 2. South Uvalde, Texas, BPA ▮ did not make any markings. On the map labeled 3. Uvalde, Texas, BPA ▮ did not make any markings. On the map labeled 4. Uvalde, Texas, Schools, BPA ▮ indicated he travelled through Geraldine St. to Robb Elementary. On the map labeled 5. Robb Elementary School, Uvalde, Texas, BPA ▮ indicated he parked on Geraldine St. On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA ▮ did not make any markings. On the map labeled 6. Robb Elementary School and Civic Center Uvalde, Texas, BPA ▮ did not make any markings. On the map labeled 7. Robb Elementary School, Uvalde, Texas, BPA ▮ did not make any markings. On the map labeled 8.a Robb Elementary School Layout, Uvalde, Texas, BPA ▮ indicated he was by the west entrance and treated patient (b) (6), (b) (7)(C) in west doorway. On the map labeled 8.b. Robb Elementary School Layout, Uvalde, Texas, BPA ▮ did not make any markings.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
| --- | --- |
| 1 | StarWitness interview of BPA ▮ |
| 2 | Maps reviewed by BPA ▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 196



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 196

AR02138




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 14, 2023, SA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SBPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned as a field supervisor with the DRT USBP Search, Trauma and Rescue unit (BORSTAR). SBPA (b) (6), (b) (7)(C) was working near Eagle Pass, Texas, when he heard radio transmissions of a school shooting or active shooter at Robb Elementary School (timestamp 00:16:12). He immediately called SBPA (b) (6), (b) (7)(C) DRT, and informed him of the situation occurring at Robb Elementary School. SBPA (b) (6), (b) (7)(C) confirmed with SBPA (b) (6), (b) (7)(C) and agreed to deploy BORSTAR personnel to Robb Elementary School (timestamp 00:17:39).

SBPA (b) (6), (b) (7)(C) stated that shortly after, a CBP air unit informed SBPA (b) (6), (b) (7)(C) they were heading towards Uvalde due to a school shooting (timestamp 00:17:56).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02139



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ████████ stated he instructed, via radio, DRT BORSTAR personnel to deploy. The BORSTAR personnel he deployed included SBPA ████████ Border Patrol Agent (BPA) ████████ BPA ████████ BPA ████████ BPA ████████ BPA ████████ BPA ████████ and BPA ████████

SBPA ████████ recalled hearing a BPA say he recovered a bag with magazines and a rifle (timestamp 00:20:12).

SBPA ████████ attempted to contact SBPA ████████ USBP Tucson Sector, Arizona, who was assigned to the USBP Tactical Unit (BORTAC), DRT, at that time, and SBPA ████████ BORTAC, DRT, to inform them of the shooting at Robb Elementary School (timestamp 00:22:04).

SBPA ████████ stated that while en route, he activated his lights and sirens on his unmarked government vehicle. As he arrived, SBPA ████████ noticed vehicles blocking the streets leading to Robb Elementary School and decided to park on the southeast side of the school. SBPA ████████ recalled hearing someone say via radio, "They've got him in a classroom, in an office, and he's a barricaded subject" (timestamp 02:24:19).

SBPA ████████ stated that when he exited his vehicle, he began to grab his gear and was approached by an unknown male civilian. The unknown male civilian wanted to know what was going on; SBPA ████████ informed him he did not know. SBPA ████████ asked the civilian if he could help clear the roads to allow emergency vehicles in. SBPA ████████ then heard someone ask via radio where incident command was located; another unknown person replied there was no incident command (timestamp 00:25:13).

SBPA ████████ stated he grabbed his tactical medical bag, which was equipped to treat approximately three patients and included an intravenous preparation kit, gauze, and occlusive dressing (timestamp 00:27:20). SBPA ████████ also had two smaller medical kits on his chest rig. SBPA ████████ grabbed his M-4 rifle and two fully loaded magazines and began running towards the west side of the school. SBPA ████████ was not wearing a body-worn camera (BWC) (timestamp 02:51:04).

SBPA ████████ stated that when he approached the west side of the school where the incident occurred, he entered the building through the west entrance. As soon as he walked in, he recognized SBPA ████████ BORTAC, DRT, who was the acting BORTAC commander. SBPA ████████ asked SBPA ████████ where the shooter was and why had he not been killed (timestamp 00:30:15). SBPA ████████ informed him the shooter was in a classroom with a metal door, a metal frame, and the door opened outward. SBPA ████████ recalled asking SBPA ████████ if someone was attempting to negotiate with the shooter (timestamp 00:31:10).

SBPA ████████ stated an unknown Uvalde Police Department officer informed SBPA ████████ that Chief Pete Arredondo, Uvalde Consolidated Independent School District Police Department (UCISDPD), was trying to negotiate with the shooter. SBPA ████████ believed no one was in



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



command on scene. SBPA ███████ said he believed SBPA ███████ was the most experienced, tactically trained person on scene but did not feel as if SBPA ███████ was in charge. SBPA ███████ assumed UCISDPD would be in command of the scene since he was informed Chief Arredondo was trying to negotiate with the shooter (timestamp 02:18:50).

SBPA ███████ stated SBPA ███████ asked him if he had any tools to break and rake windows so they could deploy gas inside the classroom. SBPA ███████ asked SBPA ███████ why they would deploy gas if Chief Arredondo was trying to negotiate. SBPA ███████ felt if they deployed gas, it would startle the shooter and possibly make him start shooting children (timestamp 00:32:24).

SBPA ███████ recalled BPA ███████ attempting to set up a triage point for mass casualties with the emergency medical technicians (EMTs) from Uvalde. SBPA ███████ explained the goal was to get all the medical equipment in one area (timestamp 00:34:13).

SBPA ███████ stated that while standing in the hallway, SBPA ███████ saw BPA ███████ BORTAC, DRT, approach the T-intersection. SBPA ███████ asked BPA ███████ if he needed help setting up his sniper rifle and tripod outside the building (timestamp 00:33:53). Once outside, SBPA ███████ assisted BPA ███████ with set up near a tree on the eastside of the building. As they set up, Texas Department of Public Safety troopers informed them the shooter was at the third window. SBPA ███████ confirmed they were referring to the third window from the corner of the building. BPA ███████ informed SBPA ███████ it was of no use because he could not see inside the windows of the classroom (timestamp 00:38:30).

SBPA ███████ stated BPA ███████ could not hear any radio traffic. SBPA ███████ advised him they were getting ready to breach inside the school. SBPA ███████ assisted BPA ███████ and quickly went back into the school through the east entrance. While still assisting BPA ███████ an unknown Drug Enforcement Administration (DEA) agent approached SBPA ███████ and asked how he could assist, to which SBPA ███████ requested a layout of the school. The DEA agent promptly returned with a layout of the school and SBPA ███████ instructed him to take it inside the building to assist with the situation (timestamp 00:37:24).

SBPA ███████ remembered previously trying to get UCISDPD and the Uvalde County Sheriff's Office (UCSO) to go through tourniquet and individual first aid kit training, but UCISDPD withdrew (timestamp 00:39:30).

SBPA ███████ stated that once he reentered the school, he heard the shooter might be in the ceiling (timestamp 00:40:32). Soon after, he heard SBPA ███████ indicate they were getting ready to breach the classroom. SBPA ███████ did not know who authorized BORTAC to breach but recalled hearing SBPA ███████ say they wanted to get in, but the doors were locked (timestamp 02:26:47). SBPA ███████ also informed SBPA ███████ he needed medics. SBPA ███████ formed in a stack in the hallway near the classroom along with SBPA ███████ BPA ███████ BPA ███████ and other law enforcement officers (LEOs) (timestamp 00:40:42).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02141



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



[Agent Note: stack is a term for a formation used in law enforcement when a team forms up single file along the entrance or doorway to a room where they believe a threat is located.]

SBPA ▇▇▇▇ stated he heard and saw SBPA ▇▇▇▇ indicate he had a key to the classroom (timestamp 00:42:30).

SBPA ▇▇▇▇ recalled that when the classroom was breached and the door was opened, he heard gunshots (timestamp 00:43:07). SBPA ▇▇▇▇ recalled seeing shrapnel and debris once he heard the gunshots. Immediately after the breach, SBPA ▇▇▇▇ put his rifle down in the hallway, so he could provide medical treatment. Right after setting his rifle down, SBPA ▇▇▇▇ was told by an unknown heavy set, Hispanic BPA not to enter, as they were about to exit the classroom (timestamp 00:44:17).

SBPA ▇▇▇▇ stated that as he waited in the hallway as children were being taken out, he noticed the first child taken out was a little girl who was wearing ▇▇▇▇ SBPA ▇▇▇▇ described her as ▇▇▇▇ SBPA ▇▇▇▇ stated he wanted to close his eyes but told himself he could not be of any help if he melted down, and he pushed himself to help (timestamp 00:45:57).

SBPA ▇▇▇▇ stated he saw another girl taken out in the same condition. The third girl, whose name he later learned was ▇▇▇▇ had ▇▇▇▇ SBPA ▇▇▇▇ stated he could not work on the first three children taken out of the classroom because he believed they were deceased. SBPA ▇▇▇▇ stated that after the breach, no one was in charge of triage areas, as there were too many EMTs (timestamp 02:33:21).

SBPA ▇▇▇▇ stated he saw a boy exit the classroom and could tell he was in pain, but he was not crying. SBPA ▇▇▇▇ asked the boy if he was okay, to which he replied he had been shot. SBPA ▇▇▇▇ determined the boy had been shot ▇▇▇▇ but did not have an arterial wound and felt he could survive, so SBPA ▇▇▇▇ instructed the boy to continue up the hallway (timestamp 00:47:57).

SBPA ▇▇▇▇ described the next child to exit the classroom as a ▇▇▇▇ girl who was wearing white and was covered in blood. SBPA ▇▇▇▇ said she was crying and he asked her if she was okay. She said yes, so she continued running up the hallway. Another girl, with ▇▇▇▇ exited the classroom and was crying hysterically. SBPA ▇▇▇▇ asked her if she was okay, and she said she was fine, so he instructed her to continue up the hallway. SBPA ▇▇▇▇ recalled each child that exited the classroom went north up the hallway (timestamp 00:49:29).

SBPA ▇▇▇▇ stated he saw an unknown LEO dragging a boy who was ▇▇▇▇ out by one arm. SBPA ▇▇▇▇ helped pick the boy up, and he and the unknown LEO took him north up the hallway. SBPA ▇▇▇▇ recalled the LEO trying to take the boy out of the school through the west entrance. SBPA ▇▇▇▇ attempted to stop the LEO from taking the boy outside of the school but was unsuccessful (timestamp 00:49:40).

AR02142




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

SBPA ████ stated that as they took the boy outside of the school, he noticed parents near the outer fence of the school. SBPA ████ noticed an ambulance nearby, and as they approached, a ████ medic told them ████ uld t help. SBPA ████ asked her if she would allow them to put the boy inside the ambulance because they could not leave a child thrown outside. The ████ medic agreed and allowed them to stage the boy inside the ambulance (timestamp 00:51:10).

SBPA ████ stated he ran back inside Robb Elementary School through the west entrance. He saw an unknown BPA carrying a boy, and the BPA claimed the boy had a pulse (timestamp 00:51:56). SBPA ████ believed the boy's name was ████ SBPA ████ instructed the BPA to put ████ down so he could begin medical treatment (timestamp 00:55:37).

SBPA ████ stated he attempted to find a pulse but could not because his own heart rate was elevated. BPA ████ arrived and began helping SBPA ████ Both SBPA ████ and BPA ████ could not find a pulse and noticed an exit wound from a gunshot on the ████ (timestamp 00:53:26). SBPA ████ stated the wound was ████ SBPA ████ retrieved an occlusive dressing to seal the wound, placed the dressing on the wound, but noticed it was not large enough to cover the entire wound. BPA ████ sat ████ up so he could find the entry wound. BPA ████ determined the entry wound was on ████ and commented the bullet went through ████ body. SBPA ████ believed there was nothing else they could do, as ████ had no signs of life. SBPA ████ also believed the BPA who claimed ████ had a pulse possibly felt his own pulse. SBPA ████ then asked an unknown LEO wearing gray pants to make sure they put ████ inside one of the classrooms (timestamp 00:54:56).

SBPA ████ stated that as he got up, he heard SBPA ████ behind him requesting assistance. SBPA ████ turned around and saw SBPA ████ and an unknown person carrying an adult female. SBPA ████ later learned the adult ████ was ████ SBPA ████ assisted by grabbing her by the legs and explained she was looking at him and grinding her teeth (timestamp 00:56:46). They carried ████ outside and set her down with plenty of room for people to get in and out of the school. SBPA ████ asked the medics, "Why are we working on her here? Let's get her to the hospital" (timestamp 03:04:04).

SBPA ████ stated that from his position, he could only see one ambulance in the area and a child on a gurney heading in the direction of the ambulance (timestamp 00:57:32). With what he could gather, the only ambulance he could see was occupied. Paramedic ████ Uvalde Emergency Medical Services (EMS), instructed them to lay ████ down. SBPA ████ then asked Instructor ████ Southwest Texas Junior College (SWTJC), to get them an ambulance (timestamp 03:06:18). As they laid ████ down, SBPA ████ noticed ████ ████ SBPA ████ described the entrance wound to be about the size of a pencil and it had very little blood. SBPA ████ wiped the blood off and put an occlusive dressing on the wound. Paramedic ████ stated they needed to start cardiopulmonary resuscitation (CPR) on ████ At the same time, BPA ████ asked for

AR02143




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

a tourniquet, and SBPA ███████ provided one. SBPA ███████ noticed a wound at the joint of ███████ and BPA ███████ told BPA ███████ he could not apply a tourniquet there. BPA ███████ asked SBPA ███████ if he could pack the wound ███████ sustained near her ███████ SBPA ███████ instructed BPA ███████ to start packing the wound with gauze.

SBPA ███████ stated that as the BPAs began conducting CPR on ███████ he was going to assist by providing rescue breaths. SBPA ███████ could not get ███████ mouth open to provide rescue breaths since she was clinching her teeth. BPA ███████ provided a small pocket mask, and SBPA ███████ was able to pry it in between ███████ teeth to provide an airway (timestamp 01:00:18). SBPA ███████ began giving rescue breaths, once every five seconds while others were administering CPR. SBPA ███████ then heard Paramedic ███████ call for Paramedic ███████ Uvalde EMS, who had a bag valve mask. SBPA ███████ stood up as Paramedic ███████ took over rescue breaths. Once he stood up, he saw SBPA ███████ preparing a cardiac monitor. SBPA ███████ assisted by placing automated external defibrillator (AED) pads on ███████ top ███████ and ███████ (timestamp 01:02:54). Once the AED pads were placed, everyone cleared, and a pulse was detected.

SBPA ███████ realized four or five people were medically assisting ███████ so he assisted BPA ███████ who was struggling with his M-4 rifle. SBPA ███████ took possession of the rifle and realized he left his own rifle inside Robb Elementary School. SBPA ███████ entered the school and noticed there were no longer children being evacuated or movement inside the school. SBPA ███████ retrieved his and other rifles and exited the school. Once he exited, he went to a tree in front of the school and did not want to leave the rifles unattended. The rest of the BORSTAR personnel slowly began making their way to SBPA ███████ location. After about twenty minutes, Chief Patrol Agent Jesse Owens, DRT, went and spoke with SBPA ███████ and the BORSTAR personnel. They were instructed to go to the USBP Uvalde Station (UVA) (timestamp 01:06:08).

SBPA ███████ stated that once at UVA, he heard rumors of a second threat, so SBPA ███████ deployed to Dalton Elementary School. When SBPA ███████ arrived at Dalton Elementary School, he saw BPA ███████ UVA, who was off duty. SBPA ███████ lent BPA ███████ one of his rifles and instructed BPA ███████ to secure the front of the school. SBPA ███████ secured the back of the school. Shortly after, the school principal allowed both SBPA ███████ and BPA ███████ to enter the school. SBPA ███████ informed school personnel they would have security in the front and the back of the school. Within an hour or two, they had agents from DEA, Bureau of Alcohol, Tobacco, Firearms and Explosives, and a variety of officers from different agencies on scene to assist with security. The school began releasing children. Once Dalton Elementary School was completely evacuated, SBPA ███████ returned to UVA.

SBPA ███████ stated he believed that as law enforcement officers, BPAs had a responsibility to respond to an active shooter situation and help (timestamp 02:07:00).

CBP OPR interviewers showed video from the BWC of Deputy ███████ UCSO, from May 24, 2022 to SBPA ███████ (Attachment 2). The run time shown to SBPA ███████ began at the



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



00:01:47 mark. SBPA (b)(6),(b)(7)(C) identified himself at the 00:01:52 mark on the video. At the 00:02:16 mark, SBPA (b)(6),(b)(7)(C) identified an officer as the one who informed him that Chief Arredondo was trying to negotiate with the shooter. However, SBPA (b)(6),(b)(7)(C) did not know the officer's name (timestamp 02:08:55).

SBPA (b)(6),(b)(7)(C) stated that in 2016, he went through the CBP Firearms Instructor Training Program (FITP). During FITP, he was also certified as an active shooter instructor. SBPA (b)(6),(b)(7)(C) stated that during an active shooter situation, the first and main objective was to "take out" the threat (timestamp 02:20:30).

SBPA (b)(6),(b)(7)(C) explained the active shooter training covered team movements down hallways, and entering and clearing rooms. SBPA (b)(6),(b)(7)(C) stated the training did not cover setting up incident command. SBPA (b)(6),(b)(7)(C) stated that if USBP was called to assist state and local law enforcement agencies, USBP would be in a support role (timestamp 02:22:00).

SBPA (b)(6),(b)(7)(C) did not know of any policy or memorandum of understanding that addressed assisting state and local law enforcement agencies. SBPA (b)(6),(b)(7)(C) did not know who within USBP authorized BORSTAR to assist state and local law enforcement agencies, nor did he know what authorization was required. SBPA (b)(6),(b)(7)(C) reiterated that on May 24, 2022, he confirmed with SBPA (b)(6),(b)(7)(C) that he and BORSTAR personnel would deploy to Robb Elementary School. SBPA (b)(6),(b)(7)(C) stated BORSTAR typically got notified by DRT of incidents to which they should respond. SBPA (b)(6),(b)(7)(C) further explained he personally has contacted BORSTAR management regarding incidents in the field to keep them informed or to have more assets deployed.

SBPA (b)(6),(b)(7)(C) stated he has been certified as an EMT by the National Registry of Emergency Medical Technicians since August 2012. In addition, SBPA (b)(6),(b)(7)(C) was trained in Tactical Combat Casualty Care (TCCC), Advanced TCCC, Lead TCCC Instructor, Cadaver Lab, and Live Tissue training (timestamp 02:27:40).

SBPA (b)(6),(b)(7)(C) stated that on May 24, 2022, SBPA (b)(6),(b)(7)(C) had oversight of the BORSTAR EMT program but explained BPA (b)(6),(b)(7)(C) was in charge of ordering equipment and EMT training. SBPA (b)(6),(b)(7)(C) stated they received their medical direction nationally through CBP physicians (timestamp 02:42:32).

SBPA (b)(6),(b)(7)(C) stated that during a mass casualty incident, there should be a triage point where medics would determine who was deceased and who could be saved. SBPA (b)(6),(b)(7)(C) further explained tags would be placed on victims to rate their medical condition but stated they did not have tags the day of the incident (timestamp 02:38:54).

During the interview, SBPA (b)(6),(b)(7)(C) saw video which showed BPA (b)(6),(b)(7)(C) who is an EMT, and another unknown EMT triaging inside the classroom and determining who would remain and who would be assisted medically (timestamp 02:40:30).



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



SBPA ███████ stated that due to the active shooter, he considered the BORSTAR deployment as a law enforcement deployment (timestamp 02:58:36).

SBPA ███████ further explained that BORSTAR did not breach rooms and did not have tools to breach. SBPA ███████ stated that in 2015, he attended a special weapons and tactics (SWAT) training with BORTAC at SWTJC in Del Rio. During the training, SBPA ███████ learned dynamic entry movements.

CBP OPR interviewers provided maps to SBPA ███████ depicting the area north of Uvalde, south of Uvalde, the city of Uvalde, Uvalde schools, and Robb Elementary School. The maps were labeled one through ten, respectively (Attachment 3) (timestamp 02:34:17).

On map two of south Uvalde, SBPA ███████ marked the route he traveled to Uvalde on May 24, 2022, and indicated he traveled on Farm to Market 1481 into Uvalde. On map seven of Robb Elementary School, SBPA ███████ marked the route he traveled around Robb Elementary School and the area where he parked. On map eight(a) of Robb Elementary School layout, SBPA ███████ marked the triage area, the location where he medically assisted ███████ the location where he medically assisted ███████ the location of the ambulance where he staged the first boy, and the location where he assisted BPA ███████ On map eight(b) of the Robb Elementary School layout, SBPA ███████ marked the location where he saw an ambulance staged and where he saw a boy on a gurney. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SBPA ███████ |
|  | Video from the BWC of Deputy ███████ UCSO, from May 24, 2022. |
| 2 | Maps reviewed by SBPA ███████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 197



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                    **EXHIBIT 197**




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA-P (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 20, 2023, SAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) interviewed BPA-P (b) (6), (b) (7)(C) DRT, concerning his involvement in the CBP response to the May 24, 2022, shooting at the Robb Elementary School.  Prior to the interview, BPA-P (b) (6), (b) (7)(C) was provided with an Administrative Warning Acknowledgement for Non-Bargaining Unit Employees, which he signed acknowledging he understood his right and obligations (Attachment 1).  On March 20, 2023, BPA-P (b) (6), (b) (7)(C) was provided with the form titled Your Required Appearance and Sworn Testimony.  The interview was audio and video recorded using the StarWitness.  The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 2).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02148



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



On May 24, 2022, BPA-P ██████ was working with BPA-P ██████ DRT, transporting equipment around the Del Rio area of operations. As BPA-Ps ██████ and ██████ were entering Uvalde on US-90 from the west to pick up an order from the local John Deere, they noticed two Uvalde Police Department (UPD) vehicles passing them with their lights and sirens activated and headed towards Robb Elementary School. As they made their way further into Uvalde, they saw three law enforcement vehicles, one being a USBP vehicle, passing them with their lights and sirens activated. BPA-P ██████ turned on the vehicle's service radio and heard radio traffic about a shooter making entry into Robb Elementary School. BPA-P ██████ explained that given the nature of the incident, he figured he could assist with perimeter security. BPA-P ██████ added that he was not in a standard uniform, was driving an unmarked vehicle, and was without his ballistic vest and emergency medical technician (EMT) equipment. BPA-P ██████ parked along Geraldine Street and walked to the school.

Upon arriving at the school, BPA-P ██████ encountered UPD officer who informed him the priority was to keep the parents out of the school. BPA-P ██████ recalled many parents were present and armed with pistols and rifles. While assisting with perimeter security, BPA-P ██████ heard the UPD officer inform the parents that their children were out of the school and the shooter was in a classroom with the Police Chief. Based on the UPD officer's description of the situation, BPA-P ██████ believed the situation at the school was not active. BPA-P ██████ directed parents to the nearby funeral home, where he was told parents were reuniting with their children. BPA-P stated that he did not have any physical altercations with parents.

While at a nearby gate, BPA-P ██████ saw Supervisory Border Patrol Agent (SBPA) ██████ ██████ DRT, Special Operations Detachment (SOD), and BPA ██████ DRT, SOD. Recognizing both SBPA ██████ and BPA ██████ as Border Patrol Search Trauma and Rescue unit paramedics, he approached them and asked them about the situation. SBPA ██████ and BPA ██████ motioned towards BPA-P ██████ and said, "Come with me, you're with me" (timestamp 42:59). When they entered the school, BPA-P ██████ observed Border Patrol Tactical Unit (BORTAC) personnel and law enforcement officers (LEOs) with their guns pointed down a hallway, and recognized the situation was still active. Understanding that he did not have his ballistic vest, BPA-P ██████ told SBPA ██████ and BPA ██████ to assist BORTAC, while he established a triage area.

BPA-P ██████ stated he assumed the role of coordinating the triage area, not because he was the highest medically trained person, but because it was where he could be most useful. As civilian medical personnel arrived, BPA-P ██████ met with them and explained the triage plan, which included sending the critically wounded to the medics waiting outside and the walking wounded to Classrooms 131 and 132. Prior to BORTAC making entry into Classroom 112, BPA-P ██████ placed chest seals, tourniquets, and pressure dressings in their ballistic vests in preparation for encountering any victims.

As BPA-P ██████ was preparing for BORTAC to make entry, he heard someone yell, "BORTAC is here and they're coming in" (timestamp 50:02). BPA-P ██████ later learned the person yelling was Uvalde Consolidated Independent School District Police Chief Pete Arredondo.




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

Just prior to BORTAC entering Classroom 112, BPA-P ▉recalled someone saying the shooter may be in the ceiling. After BORTAC entered the classroom, he heard the team yell the situation was all clear. BPA-P ▉stated that his access to Classrooms 131 and 132, which was to be used as a triage area, was blocked due to the number of LEOs in the hallway.

BPA-P ▉recalled two deceased victims brought out of Classroom 112. BPA-P ▉directed the victims be placed in the hallway and covered with blankets. BPA-P ▉entered Classroom 111 and observed bodies and blood throughout the classroom. BPA-P ▉assessed vital signs on the closest victim by checking for a carotid pulse, but felt a ▉wound instead. The next victim BPA-P ▉encountered was shot in the ▉ tiple times. As BPA-P ▉continued assessing victims, he noticed people moving bodies and yelled "If I pass them, you pass them, just follow me" (timestamp 55:49). BPA-P ▉observed a teacher on top of a pile of children, and initially believed the teacher may have saved some of the children. However, BPA-P ▉realized, after assessing all the victims, that they were deceased. BPA-P ▉old everyone in the room, "They're all black," and explained that meant they were all deceased (timestamp 57:31). BPA-P ▉stated he checked each victim four or five times and recalled seeing multiple gunshot wounds on each victim. At that point, a Texas Ranger told everyone the classroom was a crime scene and instructed everyone to leave.

BPA-P ▉exited the classroom and south entrance and observed medics providing cardiopulmonary resuscitation to a girl with a gunshot wound ▉ BPA-P ▉also recalled medics attempting to revive another child on a gurney near the South entrance. BPA-P ▉attempted to reenter the school to provide aid but was denied entry. BPA-P ▉pushed his way into the school and waited in the hallway in case he discovered any signs of life; however, no signs of life were found.

BPA-P ▉exited the school and met up with other BPAs at a tree on the north side. BPA ▉recalled Chief Patrol Agent Jason Owens, DRT, instructing everyone to return to UVA. BPA-P ▉located BPA-P ▉and returned to their vehicle. Once they arrived at UVA, BPA-P ▉recalled hearing about a second threat but was discouraged to respond because he was covered in blood. When BPA-P ▉and BPA-P ▉departed UVA, they drove to the local John Deere to pick up their order and returned to Del Rio area.

BPA-P ▉tated that became an EMT in 2016 through a Border Patrol training course in the DRT. BPA-P ▉explained that the course was four weeks long and included clinical and practical experiences. BPA-P ▉added that he became a nationally registered EMT by passing the National Registry of Emergency Medical Technicians exam and received additional training in Tactical Combat Casualty Care, Individual First Aid Kits, and Air Evacuations.

BPA-P ▉aid he understood the authority to respond to a situation, like the Robb Elementary School incident, rested with the state and local authorities. BPA-P ▉believed USBP's role is to provide support to the state and local authorities.



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA-P ▓▓▓▓ was provided a collection of maps (Attachment 3).  On the maps, BPA-P ▓▓▓▓ traced his route and approach to Robb Elementary School and indicated his actions while at Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | Administrative Warning Acknowledgement for Non-Bargaining Unit Employees. |
| 2 | StarWitness interview of BPA-P ▓▓▓▓ |
| 3 | Maps reviewed by BPA-P ▓▓▓▓ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 198



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 198



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On March 20, 2023, SAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using the StarWitness. The Authentication Code was _____ (b) (7)(E) _____ Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) stated he was assigned to the unaccompanied minor processing group for UVA. BPA (b) (6), (b) (7)(C) first learned of the unfolding event at Robb Elementary School by listening to the Uvalde Police Department (UPD) radio. BPA (b) (6), (b) (7)(C) recalled hearing the UPD dispatch state there is an active shooter at the Robb Elementary School (timestamp 00:13:40). BPA (b) (6), (b) (7)(C) thought the incident was probably going to be another bailout near a school. Moments later, BPA (b) (6), (b) (7)(C) witnessed several BPAs grabbing M4 rifles from the UVA armory and headed out of the station. BPA (b) (6), (b) (7)(C) did not recall who was issuing the weapons nor could he recall the agents that were taking the M4 rifles from the armory.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02153



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮did not know if he should respond to the school or if he should wait at the station. Shortly thereafter, BPAs ▮▮▮was instructed to bring bottled water to the site.  BPA ▮▮▮ BPA ▮▮▮UVA, and BPA ▮▮▮last name unknown, UVA, loaded several cases of water into a marked USBP Chevrolet Tahoe.  BPA ▮▮▮BPA ▮▮▮and BPA ▮▮▮ drove to the Robb Elementary School (timestamp 00:33:50).  BPA ▮▮▮stated the radio traffic was about an active shooter that was barricaded within a school classroom.

BPA ▮▮▮BPA ▮▮▮and BPA ▮▮▮parked on the east side of Robb Elementary School near Cargo Street.  When BPA ▮▮▮exited the vehicle, he witnessed several children and teachers leaving the school and headed towards his location.  BPA ▮▮▮instructed the children and teachers to run towards waiting school buses.  BPA ▮▮▮recalled seeing teacher ▮▮▮described her as being very afraid, and instructed her and her children to get into the waiting buses.

BPA ▮▮▮recalled being instructed to bring the water to the funeral home.  BPA ▮▮▮and BPA ▮▮▮got back into the USBP vehicle and drove towards the funeral home.  BPA ▮▮▮ stated the dispatcher announced over the radio that she was in contact with a female in the classroom with the shooter who said there were many victims in the classroom (timestamp 00:42:01).

Upon arriving at the funeral home, BPA ▮▮▮witnessed several parents and children near the funeral home.  BPA ▮▮▮stated that there were many law enforcement officers (LEO) near the funeral home.  BPA ▮▮▮did not have any interaction with anyone but did say he saw upset parents.

BPA ▮▮▮then walked to the school's west entrance.  BPA ▮▮▮witnessed BPA ▮▮▮ ▮▮▮UVA, performing chest compression on an adult female.  BPA ▮▮▮offered to help BPA ▮▮▮but BPA ▮▮▮did not respond (timestamp 00:54:03).  BPA ▮▮▮attempted to enter the school at the west entrance but was turned away by an unknown LEO.  BPA ▮▮▮ stated the unknown LEO stated, "there is no one left in the school to help" (timestamp 00:56:14).

BPA ▮▮▮was instructed to gather with other USBP personnel at the front of the school for a briefing from USBP management.  After a short gathering near a tree, all USBP personnel were instructed to report to UVA.  BPA ▮▮▮rode back to the station with BPA ▮▮▮ UVA.  At the station, BPA ▮▮▮learned of a potential second threat of a shooter at the Uvalde High School.

BPA ▮▮▮traveled to his children's school to take them home.  BPA ▮▮▮then went to ▮▮▮work at Dalton Elementary School to provide security until the end of the day.

BPA ▮▮▮stated ▮▮▮who was ▮▮▮at the Robb Elementary School was killed by the shooter on May 24th, 2022.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02154



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) was shown maps depicting the area north of Robb Elementary School and Robb Elementary School layout (Attachment 2). The maps are labeled 5 and 8. On the map labeled 5, BPA (b) (6), (b) (7)(C) marked the locations of where he parked the government vehicle and the route he walked to the school from the adjacent funeral home.

On the map labeled 8, Robb Elementary School layout, BPA (b) (6), (b) (7)(C) marked the location where he witnessed the adult female receiving care outside the west entrance and the tree where the BPAs met.

On May 24, 2022, BPA (b) (6), (b) (7)(C) did not have a body worn camera. BPA (b) (6), (b) (7)(C) does not have any text messages or emails concerning the CBP response to the Robb Elementary School shooting nor did BPA (b) (6), (b) (7)(C) produce any reports concerning the incident. BPA (b) (6), (b) (7)(C) responded to the scene in order to help the local LEOs in a secondary capacity.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 199



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                                EXHIBIT 199




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)C | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 20, 2023, SSAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty, armed, wearing his issued USBP BORTAC uniform with USBP, DHS, and BORTAC logos and nameplate.

BPA (b) (6), (b) (7)(C) stated that when he arrived at DRT, he noticed BPAs running in the parking lot. BPA (b) (6), (b) (7)(C) rolled his window down and spoke with BPA (b) (6), (b) (7)(C) DRT BORTAC, who told him there was an active shooter in Uvalde (timestamp 00:09:00).

BPA (b) (6), (b) (7)(C) stated that shortly after speaking with BPA (b) (6), (b) (7)(C) he saw Acting Patrol Agent in Charge (b) (6), (b) (7)(C) who told him to get the BearCat and to respond to Uvalde (timestamp 00:09:45).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02157



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▓▓▓▓ stated he transferred his issued gear, M-4 rifle, plate carrier, ballistic helmet, gloves, eye protection, extra magazines, and his handheld radio, into the BearCat and headed to Robb Elementary School via US Hwy 90 (timestamp 00:16:42).

BPA ▓▓▓▓ stated the BearCat was an unmarked, green assault vehicle used for warrant service. The vehicle had bullet proof windows and rifle ports on its side and was equipped with a radio, lights, and sirens. BPA ▓▓▓▓ stated he utilized the lights and sirens enroute to Uvalde (timestamp 00:18:32).

BPA ▓▓▓▓ stated he did not utilize the radio in the BearCat, and he did not hear any radio traffic while enroute to Robb Elementary School (timestamp 00:20:05).

BPA ▓▓▓▓ stated that while enroute to Uvalde, he was obtaining information from BPA ▓▓▓▓ ▓▓▓▓ DRT BORTAC (timestamp 00:11:06). BPA ▓▓▓▓ stated he was not familiar with Uvalde and told BPA ▓▓▓▓ he was going to follow him to Robb Elementary School (timestamp 00:31:58).

BPA ▓▓▓▓ stated that he parked in the vicinity of Geraldine Street and Farm to Market 1435, exited the BearCat, met with BPA ▓▓▓▓ and the two ran to Robb Elementary School.

BPA ▓▓▓▓ stated that while he and BPA ▓▓▓▓ were running to the school, he telephonically contacted Supervisory BPA (SBPA) ▓▓▓▓ DRT BORTAC, and asked how they could help. SBPA ▓▓▓▓ stated the door had been breached and there was not anything for them to do (timestamp 00:35:25).

BPA ▓▓▓▓ stated that although he was told by SBPA ▓▓▓▓ there was nothing he could do to help, they continued running to the school.

BPA ▓▓▓▓ stated that when he arrived at Robb Elementary School, BPA ▓▓▓▓ and he joined USBP personnel standing under a tree. BPA ▓▓▓▓ stated he believed Patrol Agent in Charge ▓▓▓▓ DRT Special Operations Detachment (SOD), BORTAC, was present and informed him of a secondary threat and directed him to respond to the high school (timestamp 00:37:02).

BPA ▓▓▓▓ stated he departed Robb Elementary School and drove the BearCat to the high school where he met BPA ▓▓▓▓ DRT USBP Search, Trauma, and Rescue Unit (BORSTAR), BPA ▓▓▓▓ DRT BORSTAR, SBPA ▓▓▓▓ DRT BORSTAR, and BPA ▓▓▓▓ BPA ▓▓▓▓ stated he parked the BearCat at the student pickup point to provide enhanced security for students dismissed and returned to the care of their parents or family (timestamp 00:41:23).

BPA ▓▓▓▓ stated he was unsure who was in charge of the scene at Robb Elementary School (timestamp 00:37:43).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮ did not give direction or guidance to anyone while at Robb Elementary School (timestamp 00:40:21).

BPA ▮▮▮ did not have contact with members of the public, to include parents, during the Robb Elementary School shooting incident (timestamp 00:40:28).

BPA ▮▮▮ stated he believed USBP had a responsibility to respond to incidents like the Robb Elementary School shooting (timestamp 00:47:37).

BPA ▮▮▮ stated he believed USBP's role in the Robb Elementary School shooting incident was to provide support to local law enforcement agencies (timestamp 00:47:38).

BPA ▮▮▮ stated he was unaware of USBP's statutory authority to respond to or become involved in an incident like the one at Robb Elementary School (timestamp 00:48:45).

BPA ▮▮▮ stated he did not write any reports related to the Robb Elementary School shooting incident (timestamp 01:03:13).

BPA ▮▮▮ stated the only telephonic communication he had regarding the Robb Elementary School shooting incident was with BPA ▮▮▮ and SBPA ▮▮▮ BPA ▮▮▮ stated the communication was most likely via his personal cell phone, which he no longer possessed (timestamp 01:01:54).

BPA ▮▮▮ stated he did not exchange any text messages related to the Robb Elementary School shooting (timestamp 01:00:51).

BPA ▮▮▮ was unable to provide accurate times for his departure from DRT, his arrival and departure at Robb Elementary School, and his arrival and departure at the high school.

BPA ▮▮▮ stated that after departing the high school, he returned to Del Rio.

CBP OPR interviewers provided a map package to BPA ▮▮▮ with which he labeled his movements and locations during the Robb Elementary School shooting incident.  SSA ▮▮▮ completed the notes section in the map package (Attachment 2).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▮▮▮ |
| 2 | Maps reviewed by BPA ▮▮▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 200



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 200



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 20, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment.  The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) was assigned as a firearms instructor at UVA.  According to BPA (b) (6), (b) (7)(C) when he returned to UVA from the range, Supervisory BPA (SBPA) (b) (6), (b) (7)(C) UVA, saw him and asked, "Hey, are you going?"  When BPA (b) (6), (b) (7)(C) asked what he was referring to, SBPA (b) (6), (b) (7)(C) explained there was a person with a gun at a school.  Still unclear as to what the situation was about, BPA (b) (6), (b) (7)(C) went to the adjacent armory where BPAs were obtaining long arms and obtained a weapon as well.  Amongst the BPAs, including SBPA (b) (6), (b) (7)(C) UVA, there was talk that the incident was related to a "bail-out" or pursuit.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02161



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ stated BPA ████████████ UVA, rode with him in his unmarked USBP firearms truck to Robb Elementary School (timestamp 0:38:02). Within ten minutes, they arrived at the school and BPA ████ parked his vehicle near the intersection of Old Carrizo Road and Geraldine Street, where they met with other BPAs who had also arrived from UVA. BPA ████ described that there were civilian onlookers in the area with an unidentified law enforcement officer (LEO) performing crowd control. In the nearby vicinity, BPA ████ saw two Uvalde Police Department (UPD) officers in plain clothes, whom he recognized from prior interactions. Initially the officers were engaged in conversation but then they started running towards the school. BPA ████ followed the two officers towards the west entrance of building 100, where he encountered Trooper ████████████ Texas Department of Public Safety (TXDPS). From the doorway of the west entrance, BPA ████ could see into the hallway and observed a stack of LEOs, and asked Trooper ████████ if he could enter to speak with the LEOs inside.

Upon receiving permission to enter the building, BPA ████ observed the LEOs in the stack were facing down the south hallway (timestamp 00:40:00). BPA ████ approached the stack of LEOs and asked about the situation. One of the LEOs explained the threat was in one of the two classrooms down the hallway. Upon further inquiry, Officer ████████████ UPD, informed BPA ████ that the shooter ran into one of the classrooms, shot at them, and then hid. BPA ████ explained that Officer ████ had blood on his ear from a shrapnel injury.

While BPA ████ was speaking with Officer ████ he heard someone in the south hallway call out, "Barricaded suspect, barricaded suspect" (timestamp 02:10:30). BPA ████ then explained that he believed they would be there for a while and offered to relieve the LEOs, because he knew their shoulders would be fatigued from holding their rifles.

According to BPA ████ the school was quiet, and the parking lot was empty, and he believed it was a teacher workday. BPA ████ explained that aside from one classroom with the lights on, the other classrooms were dark. BPA ████ asked if classroom 131 had been cleared (timestamp 00:43:00). When he did not receive a response, BPA ████ BPA ████ UVA, and an unidentified BPA, entered the classroom. BPA ████ explained the classroom was adjoined to classroom 132, where he found a teacher hiding under a table in the corner. BPA ████ escorted the teacher from the classroom. BPA ████ stated he then started to inquire about the science, technology, engineering, and mathematics (STEM) classroom adjacent to their location (timestamp 00:44:00). The STEM classroom was locked with the lights off and one of the LEOs in the hallway started knocking and calling for someone to open the classroom door; eventually a teacher opened the door.

BPA ████ stated he then relieved the LEOs in the stack facing the south hallway (timestamp 00:47:30) and saw another stack of LEOs on the south end of the hallway. At one point, BPA ████ observed children outside, running past the south entrance door, and realized it was not a teacher workday.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02162



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮ stated they were waiting for the master key; it was being used to evacuate the other classrooms. BPA ▮▮▮ explained a key to unlock the classroom doors was brought to them, However, BPA ▮▮▮ stated the key was not the correct one (timestamp 02:17:30). While waiting in the stack, BPA ▮▮▮ stated Officer ▮▮▮ UPD, brought in cannisters and gas masks. As they were discussing the cannisters and distributing gas masks, BPA ▮▮▮ heard three gunshots (timestamp 0:50:00). According to BPA ▮▮▮ the sound of the gunshots "changed the narrative really quick". BPA ▮▮▮ Deputy ▮▮▮ Zavala County Sheriff's Office, and the other BPAs subsequently made their way down the hallway towards the classroom, where they believed the gunshots had come from. BPA ▮▮▮ expressed his anger regarding the fact that the other LEOs in the hallway did not react to the sound of the gun shots (timestamp 02:54:15).

BPA ▮▮▮ stated that as they neared the classroom door, he observed that the classroom door was closed, the door window shot out, and the classroom was pitch dark inside (timestamp 00:51:00). BPA ▮▮▮ had a sinking feeling, because the shooter could likely see him, but he could not see anything inside. According to BPA ▮▮▮ there was no instruction given to stop, however, they did not have a way into the locked classroom. BPA ▮▮▮ explained the doors to the classrooms opened outward, so they were unable to kick them in.

According to BPA ▮▮▮ he heard discussions about using a drone to see if the shooter was on the roof, which did not make sense to him. At one point, BPA ▮▮▮ thought there was another shooter on site and recalled an unidentified LEO in his stack pointing out bullet holes in the walls (timestamp 01:04:45).

BPA ▮▮▮ stated that eventually another master key arrived, and someone suggested they test the key on another door and confirmed the key worked. At that time, Border Patrol Tactical Unit (BORTAC) and Border Patrol Search Trauma and Rescue Unit (BORSTAR) arrived and joined BPA ▮▮▮ and his stack in the hallway (timestamp 00:54:00). BPA ▮▮▮ noted that when BORTAC and BORSTAR arrived, he observed the sparse number of non-USBP LEOs disperse (timestamp 05:26:45). BPA ▮▮▮ stated the only other non-USBP personnel in the hallway was Deputy ▮▮▮ Game Warden ▮▮▮ Texas Parks and Wildlife, and an unidentified Deputy U.S. Marshal. BPA ▮▮▮ recalled conversations related to using a Halligan to breach the door, however, after studying the doors, it was determined the Halligan would be of no use (timestamp 02:40:00).

BPA ▮▮▮ explained that the stack in the hallway formed two entry teams on either side of the two doors leading into classrooms 111 and 112. One team was positioned south side of the doors and another team on the north side of the doors. BPA ▮▮▮ explained SBPA ▮▮▮ USBP Del Rio Sector (DRT), obtained the key to the classroom and assumed the number two position of the south side entry team. At the same time, a ballistic shield arrived which BPA ▮▮▮ DRT, handed off to BPA ▮▮▮ DRT, who assumed the number one position of the team on the south side entry team. BPA ▮▮▮ who had a light on his rifle, was asked to assume the number one position of the north side entry team. BPA ▮▮▮ DRT, joined the south side entry team as a last-minute addition. BPA ▮▮▮ recalled hearing someone spreading the message that the shooter called his aunt and informed her it was going to



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



be "suicide by cop," to which SBPA ████████ announced to them, "You hear that guys, he wants a gunfight" (timestamp 01:04:00).

BPA ████ then leaned out with the shield, SBPA ████████ used the key to open the door to classroom 111, and BPA ████████ shined his light into the room. BPA ████████ stated he could only see chairs and desks (timestamp 00:55:45). SBPA ████████ glanced into the room and reported there were two classrooms which shared an open partition, and the entry teams would need to treat the two classrooms as one large room (timestamp 02:22:00). SBPA ████████ and BPA ████████ planned for the north side entry team to file in behind the south side entry team instead of entering classroom 112, as originally planned. BPA ████████ stated they did not make any announcement at the time of the breach.

As BPA ████████ and his team were preparing to enter the room behind the south side entry team, the shooter began firing (timestamp 00:56:45). According to BPA ████████ rounds were coming through the door and the walls, and they were hit by shrapnel; one of the rounds grazed BPA ████████ head (timestamp 03:08:30). BPA ████████ entered classroom 111, recalled seeing an older male on top of students in the southwest corner. BPA ████████ stated he slung his rifle over his shoulder and immediately began taking victims to the triage area located at the north end of the hallway. BPA ████████ explained he initially assisted with carrying a boy to triage and someone took the boy from him, while he was in the hallway, before he could reach the triage area (timestamp 03:21:30). When BPA ████████ returned to the classroom, he grabbed another boy and, with the assistance of another unidentified BPA, brought him to triage. BPA ████████ recalled the floors being slippery. BPA ████████ also recalled seeing BORSTAR providing medical care to a child who was on top of a table in room 112. BPA ████████ stated he was not an emergency medical technician (EMT), and he did not provide medical care to anyone.

When BPA ████████ returned to the classroom, he checked on the shooter who was laying on the floor, just outside the closet in the northeast corner of the classroom (timestamp 03:25:30). BPA ████████ described the shooter as small and skinny, and wearing a tactical vest. BPA ████████ observed a rifle and two magazines on the floor near him. While BPA ████████ was still in the classroom, an unidentified LEO came into the room, declared the area as a crime scene, and instructed everyone to leave. As BPA ████████ and the other LEOs exited the classroom, Chief Pete Arredondo, Uvalde Consolidated Independent School District (UCISD), requested them to clear the other classrooms in the area. BPA ████████ explained, that at that time he realized Chief Arredondo had been on the south end of the hallway attempting to negotiate with the shooter, prior to the breach.

BPA ████████ stated he, BPA ████████ DRT, and an unidentified BPA cleared classrooms 105 and 106. After clearing the classrooms, BPA ████████ exited the building via the south entrance. At the south entrance, BPA ████████ observed a victim on a stretcher near the parking lot and paramedics administering cardiopulmonary resuscitation (timestamp 03:36:00). As BPA ████████ made his way north towards the front of the school, he observed several paramedics providing medical care to victims on gurneys, in the parking lot near the west entrance.



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (7)(C) met with some of the other BPAs who were onsite, before gathering at the tree near the front of the school, where Chief Patrol Agent (CPA) Jason Owens, DRT, addressed the group and instructed them to report to UVA for a muster. BPA (b) (6), (b) (7)(C) explained that, while back at UVA, some of the BPAs were tasked with deploying to other schools, due to a threat from the shooter's girlfriend, however he remained at UVA (timestamp 01:08:00). BPA (b) (6), (b) (7)(C) stated he changed out of his tan pants and red firearms shirt, as instructed by an unidentified supervisor from the DRT. According to BPA (b) (6), (b) (7)(C) he was provided with a change of clothing and his soiled uniform was placed in a bag for storage (timestamp 03:50:00). BPA (b) (6), (b) (7)(C) stated he departed for the day at approximately 4:00 p.m.

BPA (b) (6), (b) (7)(C) stated he did not have knowledge of anyone who was in charge of the scene at Robb Elementary School. BPA (b) (6), (b) (7)(C) explained that while he saw Chief Johnny Field, Southwest Texas Jr. College Police Department, providing instructions from the north side of the building, he believed Chief Arredondo may have been in charge, as he was providing instructions from his position on the south end of the hallway. BPA (b) (6), (b) (7)(C) added that Chief Arredondo was the person who initiated negotiations with the shooter and was the most vocal (timestamp 02:34:00).

BPA (b) (6), (b) (7)(C) stated he did not know who was in command and control of USBP (timestamp 02:35:30). BPA (b) (6), (b) (7)(C) explained he did not see any other USBP personnel, aside from those he originally entered the building with, until BORSTAR and BORTAC arrived. BPA (b) (6), (b) (7)(C) stated the group of BPAs he arrived on the scene with were BPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) UVA, BPA (b) (6), (b) (7)(C) UVA, and BPA (b) (6), (b) (7)(C) UVA. BPA (b) (6), (b) (7)(C) stated there were no instructions from the other LEOs to BORTAC and BORSTAR when they arrived (timestamp 02:46:00).

BPA (b) (6), (b) (7)(C) stated USBP's role at Robb Elementary School was to supplement where needed (timestamp 03:42:30). According to BPA (b) (6), (b) (7)(C) local law enforcement agencies had authority over the situation. BPA (b) (6), (b) (7)(C) explained USBP's authority to respond to this type of incident was their sworn duty to safeguard lives.

BPA (b) (6), (b) (7)(C) stated he was an active shooter instructor and explained the situation changed from barricaded subject to active shooter when shots was heard. BPA (b) (6), (b) (7)(C) explained, they had to halt their movement down the hallway toward the classroom because, at the time, they did not have a way to access the classroom (timestamp 02:48:00). BPA (b) (6), (b) (7)(C) added that as he looked back on the situation, he should have asked more questions instead of assuming the LEOs on site had awareness of all the information related to the incident.

BPA (b) (6), (b) (7)(C) provided information related to his training (timestamp 04:01:00). BPA (b) (6), (b) (7)(C) stated he was originally certified as a firearms instructor in 2010 and obtained his active shooter certification in either 2013 or 2015. BPA (b) (6), (b) (7)(C) added he had not received training for scenarios related to barricaded subjects. According to BPA (b) (6), (b) (7)(C) he only participated in two or three active shooter trainings in the DRT and stated he has never participated in or conducted




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

an active shooter training at UVA. BPA ▮▮▮▮▮ explained USBP had previously attempted to coordinate active shooter training with UCISD, however, UCISD was disinterested. BPA ▮▮▮▮▮ stated he was not aware of any agreements between USBP and any of the local law enforcement agencies.

BPA ▮▮▮▮▮ was not wearing a body worn camera on the date of the incident and did not produce any written statement or memorandum related to his involvement at Robb Elementary School. BPA ▮▮▮▮▮ stated that he did not communicate with anyone through phone or text message during the incident.

BPA ▮▮▮▮▮ was provided with a Map Package which was utilized to mark his routes of travel and significant areas where he was throughout the day (Attachment 2):

• BPA ▮▮▮▮▮ utilized Map 5 – Robb Elementary School, Uvalde, TX to indicate where he parked upon arrival and his walking path to the school.
• BPA ▮▮▮▮▮ utilized Map 5a – Robb Elementary School, Uvalde, TX to indicate where he parked upon arrival.
• BPA ▮▮▮▮▮ utilized Map 7 – Robb Elementary School, Uvalde, TX, to indicate his route of travel from the UVA to the school.
• BPA ▮▮▮▮▮ utilized Map 8a – Robb Elementary School, Uvalde, TX to indicate the location of where he observed bystanders and law enforcement officers as he approached the school.
• BPA ▮▮▮▮▮ utilized Map 8b – Robb Elementary School, Uvalde, TX to indicate the location where he discovered a teacher while clearing classrooms 131 and 132.
• BPA ▮▮▮▮▮ utilized Map 8c – Robb Elementary School, Uvalde, TX to indicate the triage location, classrooms he assisted clearing post-breach, location of where he saw a student receiving medical treatment, and the USBP meeting location.
• BPA ▮▮▮▮▮ utilized Map 8f – Robb Elementary School, Uvalde, TX to indicate his location and the formation of law enforcement officers while in building 100.
• BPA ▮▮▮▮▮ utilized Map 8g – Robb Elementary School, Uvalde, TX to indicate the formation of law enforcement officers prior to the breach and the layout of the classroom he observed post-breach.

BPA ▮▮▮▮▮ was shown video footage from the camera at the intersection of the north hallway of building 100 at Robb Elementary School from May 24, 2022. The video footage began at 00:31:27 and BPA ▮▮▮▮▮ identified himself in the video at 00:31:39.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▮▮▮▮▮ |
| 2 | Maps reviewed by BPA ▮▮▮▮▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 201



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                        EXHIBIT 201



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 20, 2023, SSA (b) (6), (b) (7)(C) and ASAC (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On the day of the Robb Elementary School shooting, BPA (b) (6), (b) (7)(C) was scheduled to work the (b) (7)(E) shift. BPA (b) (6), (b) (7)(C) explained that prior to reporting to work, he was having lunch with his dad in Leakey, Texas, when (b) (6), (b) (7)(C) called him at 11:47a.m. on his cell phone to notify him of a shooting at Robb Elementary School (timestamp 00:47:20).

BPA (b) (6), (b) (7)(C) stated he immediately concluded his lunch with (b) (6), (b) (7)(C) and, while preparing to leave, he received a group text from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) Special Operations Division (SOD), BORTAC, DRT, who asked for all BORTAC members to report to Robb Elementary School due to a possible barricaded shooter (timestamp 00:41:56).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02168



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▓▓▓ explained that he departed Leakey, Texas, and drove to his residence to obtain his Personal Identity Verification (PIV) card, which he would need to access the parking lot at the USBP Uvalde Station (UVA). BPA ▓▓▓ departed his residence, drove approximately 45 minutes to UVA, and obtained his government owned vehicle (GOV) and issued gear (timestamp 00:42:16).

BPA ▓▓▓ was unable to recall the time, but stated that while enroute to Uvalde, he received text updates from BPA ▓▓▓ SOD, BORTAC, DRT, stating he and SBPA ▓▓▓ were on scene at Robb Elementary School (timestamp 00:43:04). BPA ▓▓▓ stated he received texts while enroute to Robb Elementary School from his BORTAC group, but no longer has those texts on his government cell phone (timestamp 01:51:17).

BPA ▓▓▓ recalled one of the text messages from SBPA ▓▓▓ indicated the local Police Department had the shooter confined in a particular area inside the school and one of the text messages from BPA ▓▓▓ provided directions to the location of the other BORTAC members.

BPA ▓▓▓ stated he departed UVA in his GOV and, at approximately 12:40 p.m., he parked approximately 50 yards from Robb Elementary School in a resident's yard on Geraldine Street. BPA ▓▓▓ explained there were vehicles parked everywhere, which prohibited him from driving to the school grounds. BPA ▓▓▓ recalled a lady pulled up to him and was frantic due to her being unable to find her child. BPA ▓▓▓ told the lady he was unsure exactly what was going on and departed toward the school. BPA ▓▓▓ recalled having his radio and explained he was hearing radio traffic, but it was unintelligible (timestamp 00:50:10). Other than this contact, BPA ▓▓▓ did not have contact with members of the public, to include parents, during the Robb Elementary School shooting incident (timestamp 03:11:13).

BPA ▓▓▓ stated he most likely utilized lights and sirens when crossing intersections while enroute to Robb Elementary School from UVA (timestamp 03:08:52). BPA ▓▓▓ did not know who was in command or control of the scene at Robb Elementary School (timestamp 03:10:28).

BPA ▓▓▓ stated that before he arrived at Robb Elementary School, he understood the situation to be that of a barricaded subject and his perception of the situation did not change. BPA ▓▓▓ explained that a barricaded subject is someone who has positioned themselves behind something, is waiting for police or agents to go to him and is not currently firing his weapon. BPA ▓▓▓ stated an active shooter is actively shooting people (timestamp 01:32:52).

BPA ▓▓▓ explained he was ▓▓▓ a ▓▓▓ and his ▓▓▓ issued plates and carrier with clearly visible Police insignia. He also had extra rifle magazines. BPA ▓▓▓ was carrying his duty belt, which included his radio, pistol, extra pistol magazines, handcuffs, a collapsible baton, and a medical kit. BPA ▓▓▓ also had his USBP issued M-4 rifle (timestamp 01:31:22).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02169




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ▮▮ recalled hearing conflicting radio transmissions while jogging toward Robb Elementary School, to include the shooter had shot himself; was possibly in the ceiling; was on the roof; and lastly, to standby because someone was bringing drones to put inside the school (timestamp 00:52:40).

BPA ▮▮ estimated that it took him two minutes from the time he parked his vehicle until he arrived inside Robb Elementary School (timestamp 01:34:35).

As BPA ▮▮ approached the school, he encountered Watch Commander (WC) ▮▮ ▮▮ UVA, who stated SBPA ▮▮ was inside the school and pointed BPA ▮▮ in the correct direction. BPA ▮▮ stated he entered Robb Elementary School through the west door and immediately noticed many law enforcement personnel in a dark, quiet hallway. He noted that several of the officers had their guns pointed towards a classroom door (timestamp 00:54:22).

During the interview, BPA ▮▮ was shown photos of CBP personnel, which were included in the interview packet. BPA ▮▮ recalled seeing BPA ▮▮ SOD, BORTAC, DRT, as he was walking toward Robb Elementary School (timestamp 03:02:05). He also recognized SBPA ▮▮ SOD, BORSTAR, DRT, in the hallway inside the school (timestamp 03:05:10) (Attachment 2).

Shortly after his arrival into the hallway, BPA ▮▮ saw SBPA ▮▮ who appeared to be planning to enter a classroom due to the presence of a stack of agents near a classroom doorway. BPA ▮▮ stated SBPA ▮▮ saw him and motioned him to SBPA ▮▮ location. As he ran toward SBPA ▮▮ BPA ▮▮ crossed an open doorway to a classroom where officers were pointing their weapons (timestamp 00:55:57). BPA ▮▮ stated SBPA ▮▮ told him they were going in the classroom and that it was big (timestamp 00:57:21).

BPA ▮▮ was unable to positively identify the BORTAC members in the stack other than SBPA ▮▮ (timestamp 01:22:06). BPA ▮▮ stated he later learned BPA ▮▮ SOD, BORTAC, DRT, was in the stack and was in possession of the ballistic shield. BPA ▮▮ also stated BPA ▮▮ SOD, BORTAC, DRT, was also in the stack (timestamp 01:41:25).

BPA ▮▮ later explained he subconsciously knew BPA ▮▮ had the shield at the front of the stack but did not have a clear recollection that he was the BPA with the shield at the time of the incident (timestamp 03:00:50).

BPA ▮▮ stated that when he arrived at the stack, he noticed the classroom door was being held open by the shield held by BPA ▮▮ BPA ▮▮ stated he remained unsure about what was going on in the classroom since the door was open, and rounds were not being fired at the agents outside (timestamp 01:27:02).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮ was unable to recall his position in the stack but remembered that he observed law enforcement officers in front of him and heard an exchange of gunfire at about the time he crossed the threshold entering Classroom 111. BPA ▮▮▮ immediately spun hard to his left and felt an impact to his head. BPA ▮▮▮ stated the impact felt like his head exploded. BPA ▮▮▮ explained the specific details were difficult to recall but remembered that he ended up in the hallway outside of the classroom, where he leaned against the wall. BPA ▮▮▮ stated he believed it was at that time he heard someone say the subject was down. BPA ▮▮▮ stated he took a moment to gather himself, saw daylight shining through a window in the exterior door at the end of the hallway, and walked in that direction to exit the building (timestamp 00:59:16).

BPA ▮▮▮ was able to recall hearing the first five- or six-gun shots and believed he was hit possibly by the first round. BPA ▮▮▮ explained he was unable to recall any details about the interior of the classroom (timestamp 01:22:58).

BPA ▮▮▮ recalled that prior to joining the stack, he was unaware whether children were present in the classroom. BPA ▮▮▮ explained that once he joined the stack, he processed the entire situation and concluded it was likely there were children present in the room (timestamp 01:17:15).

Once outside of Robb Elementary School, BPA ▮▮▮ recalled talking to a Texas Department of Public Safety (TXDPS) State Trooper, who assured BPA ▮▮▮ that he was okay. BPA ▮▮▮ explained SBPA ▮▮▮ ran to him and checked on him. BPA ▮▮▮ stated he took his hat off to see SPBA ▮▮▮ reaction to determine how badly he was injured. BPA ▮▮▮ stated he didn't get a reaction from SBPA ▮▮▮ which comforted him. BPA ▮▮▮ stated he told SBPA ▮▮▮ to go back into the school and assist (timestamp 01:01:07).

BPA ▮▮▮ recalled that after he learned he was not severely injured, he immediately noticed pain ▮▮▮ BPA ▮▮▮ stated a TXDPS Trooper offered to transport him to the hospital but couldn't find the keys to that TXDPS patrol car. BPA ▮▮▮ decided to sit down to check the wounds ▮▮▮ and only noticed small entry wounds. BPA ▮▮▮ recalled medical personnel approached him to provide aid, but he rerouted them to the school to support the need inside the classrooms (timestamp 01:02:51).

BPA ▮▮▮ stated he walked toward his GOV through the same gate he used earlier to get to Robb Elementary School. While enroute to his GOV, an unidentified BPA walked with him to BPA ▮▮▮ vehicle. BPA ▮▮▮ stated the unidentified BPA gave him a ride to the hospital (timestamp 01:03:50).

BPA ▮▮▮ explained that it appeared he was the first injured person from the Robb Elementary School shooting to arrive at the hospital. BPA ▮▮▮ told the unidentified BPA to leave and take his GOV and gear to UVA, where BPA ▮▮▮ would get it later (timestamp 01:04:48).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02171



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) stated he explained the extent of his injuries to hospital staff and was set aside just prior to the arrival of children. BPA (b) (6), (b) (7)(C) stated that after waiting an unknown amount of time, (b) (6), (b) (7)(C) revealing shrapnel. The shrapnel was removed from BPA (b) (6), (b) (7)(C) but the doctors elected to leave the (b) (6), (b) (7)(C) because removing it would cause more damage than leaving it (timestamp 01:

BPA (b) (6), (b) (7)(C) stated Patrol Agent in Charge (PAIC) (b) (6), (b) (7)(C) SOD, BORTAC, DRT, arrived at the hospital to check on him and began to drive BPA (b) (6), (b) (7)(C) to UVA. BPA (b) (6), (b) (7)(C) learned (b) (6), (b) (7)(C) was nearby, so he exited PAIC (b) (6), (b) (7)(C) vehicle and joined (b) (6), (b) (7)(C) who transpor        o UVA. BPA (b) (6), (b) (7)(C) stated he got into his personal truck and drove home, where he ended his day (timestamp 01:10:53).

BPA (b) (6), (b) (7)(C) stated he was unsure who was in charge of the scene at Robb Elementary School (timestamp 02:56:21).

Other than what he received from SBPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) did not receive instructions while at Robb Elementary School (timestamp 03:10:14)

BPA (b) (6), (b) (7)(C) did not witness orders being given to any law enforcement officers (timestamp 03:10:25).

BPA (b) (6), (b) (7)(C) did not give direction or guidance to anyone while at Robb Elementary School (timestamp 03:10:38).

BPA (b) (6), (b) (7)(C) stated did not witness anyone from the USBP in charge of the scene at Robb Elementary School (timestamp 03:10:45).

BPA (b) (6), (b) (7)(C) explained that after he parked his GOV in the yard of a homeowner on Geraldine Street, an unidentified female pulled her vehicle near him and expressed concern about her child. BPA (b) (6), (b) (7)(C) also recalled that when he sat down to see where in (b) (6), (b) (7)(C) he was hit, an unidentified individual began asking him multiple questions. BPA (b) (6), (b) (7)(C) stated he told the person that now was not the time.

BPA (b) (6), (b) (7)(C) stated he did not exercise any authority that impeded the movements of any member of the public and did not use force or restrain anyone while at Robb Elementary School (timestamp 03:12:06).

BPA (b) (6), (b) (7)(C) did not render medical care or medically assess anyone while at Robb Elementary School (timestamp 03:12:20).

BPA (b) (6), (b) (7)(C) stated he believes USBP played a huge role in the evacuation of classrooms during the Robb Elementary School shooting incident. They also provided perimeter security in support of local law enforcement agencies. BPA (b) (6), (b) (7)(C) stated BORTAC's actions were what ended the



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



threat when no one else did.  BPA ▮▮▮ stated it was apparent that if BORTAC didn't handle the situation, they didn't know who was going to (timestamp 03:12:27).

BPA ▮▮▮ was asked what his assessment of the situation was when he entered Robb Elementary School.  BPA ▮▮▮ explained that when he entered the hallway, he was shocked at the demeanor of the law enforcement personnel in the hall.  BPA ▮▮▮ explained there was a very relaxed posture.  It seemed like the law enforcement personnel were waiting for instruction from someone.  He stated when he rounded the corner at the T-intersection, he remained extremely confused due to the amount of law enforcement personnel present for what he believed was a contained subject (timestamp 03:13:54).

BPA ▮▮▮ stated he is unaware of USBP's statutory authority to respond to or become involved in an incident like the one at Robb Elementary School, but he believes there is a moral responsibility to respond (timestamp 03:18:41).

BPA ▮▮▮ stated he believes USBP has a responsibility to respond to incidents like the Robb Elementary School shooting to lend assistance (timestamp 03:18:59).

BPA ▮▮▮ stated he did not write any reports related to the Robb Elementary School shooting incident (timestamp 03:23:45).

BPA ▮▮▮ tated the only gunshots he heard were the ones fired at the entry team immediately after the breach.  BPA ▮▮▮ assumed the subject had previously fired rounds because in the BORTAC text string, the subject was called a barricaded shooter (timestamp 03:20:14).

BPA ▮▮▮ stated he replied to an email from his chain of command, which asked him to provide him a narrative regarding his role related to the Robb Elementary School shooting incident (timestamp 03:23:10).

BPA ▮▮▮ stated he had not participated in any discussion regarding his response to Robb Elementary School that was not discussed during the interview (timestamp 03:24:23).

BPA ▮▮▮ stated he did not participate in active shooter training but explained BORTAC trains for incidents related barricaded subjects (timestamp 03:25:27).

BPA ▮▮▮ was shown a video captured from a ceiling mounted camera in the hallway inside Robb Elementary School.  BPA ▮▮▮ identified himself entering Robb Elementary School, taking a right-hand turn, and making his way south toward the location of SBPA ▮▮▮ (timestamp 04:05:27).

BPA ▮▮▮ was shown a video captured from a body worn camera from a law enforcement officer at the scene that captured BPA ▮▮▮ exit the classroom, hesitate in the hallway, and make his way to the south door at Robb Elementary School.  BPA ▮▮▮ stated the video



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



captured him after he was hit with shrapnel and exited Robb Elementary School (timestamp 04:13:10).

BPA ███████ was shown a video captured from the body worn camera of a BPA ███████ SOD, BORTAC, DRT, at the west door of Robb Elementary School. BPA ███████ stated at the time he walked by the west door; he was unsure which BORTAC members were present. After reviewing the video, BPA ███████ identified BPA ███████ and BPA ███████ SOD, BORTAC, DRT (timestamp 04:19:12).

BPA ███████ stated he did not take any pictures or videos at Robb Elementary School (timestamp 04:30:40).

BPA ███████ was provided with a map package, and he labeled his movements and location during the Robb Elementary School shooting incident (Attachment 3).

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ███████ |
| 2 | Photos of CBP personnel. |
| 3 | Maps reviewed by BPA ███████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 202



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 202

AR02175



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 21, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This investigative activity report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02176



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ███ stated that on May 24, 2022, he was assigned to the day shift and was performing line operations on U.S. Highway 57 (US 57) and Farm to Market Road 481 (FM 481) with BPA ███ DRT SOD BORSTAR and BPA ███ DRT SOD BORSTAR. BPA ███ had engaged in the apprehension of a group of undocumented noncitizens. After the group was secured and transferred to a transport vehicle, BPA ███ drove BPA ███ back to his government owned vehicle which he left at ███ ranch. BPA ███ returned to the gate of the ranch on US 57 and FM 481 and parked at the gate while he had something to eat. BPA ███ heard a CBP air pilot transmitting over the radio there had been an active shooter in Uvalde. BPA ███ looked at the BORSTAR message thread on his government cellphone and saw a text stating there was an active shooter at an elementary school in Uvalde. Immediately, BPA ███ left the ranch and started to drive towards Uvalde. Moments later, BPA ███ received a text message from Supervisory BPA (SBPA) ███ DRT SOD BORSTAR, telling the group, "Let's start rolling" (timestamp 00:24:30). BPA ███ did not know which school he was responding to and followed a location pin on his government cellphone's Android Team Awareness Kit, a secure map-based application, and also followed BPA ███ DRT SOD BORSTAR, who was driving in front of him (timestamp 00:35:24).

BPA ███ stated he was a BORSTAR paramedic, and while en route to Uvalde, his thought process was on setting up a triage area as soon as he arrived. BPA ███ believed the shooter was "going to be down" by the time he arrived at the school, as he was 40 to 50 miles away when he heard about the incident (timestamp 00:36:26).

BPA ███ stated he arrived at Robb Elementary School at the same time as BPA ███ They parked on Geraldine and Nicolas Street, grabbed their gear, and ran towards the school. BPA ███ had his medical bag, cardiac monitor, rifle, vest, and was dressed in his standard SOD multi-camouflage uniform and BORSTAR cap.

BPA ███ stated that as he was running towards the school, there did not appear to be a sense of urgency outside. At the entrance of the school, BPA ███ informed an officer he was a paramedic and was directed towards the west entrance. At the west entrance, BPA ███ recognized Detective ███ Uvalde Police Department, who guided him inside the building. BPA ███ described the tempo inside the building as "more tense" than outside (timestamp 00:44:56).

BPA ███ stated he saw SBPA ███ DRT SOD BORTAC, and approached him to try to obtain the status on the situation. SBPA ███ stated they were unable to access the door to the classroom and needed gas and a Halligan tool (a tool used for prying, twisting, punching, or striking) to pry the door open. BPA ███ informed SBPA ███ that he would set up a medical triage area (timestamp 00:46:50).

BPA ███ stated he set up the medical triage area by the bathrooms and water fountain just east of the T-intersection. BPA ███ prepared his heart monitor, medical equipment, and supplies, and guided other emergency medical technicians (EMT) who arrived and reported to the triage area. BPA ███ stated he asked officers in the hallway to prepare their tourniquets and any

AR02177



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



other medical equipment they had available (timestamp 00:50:00). BPA ████ requested at least two medics be staged on the south end of the hallway and coordinated with emergency medical services (EMS) waiting outside the school (timestamp 00:52:15).

BPA ████ stated that once the medical plan was established, he positioned himself in the front of the stack next to classroom 112 and saw SBPA ████ by the door to classroom 111. While lined up, BPA ████ observed bullet holes in the door to classroom 111 and in the wall. BPA ████ stated SBPA ████ DRT SOD BORSTAR, BPA ████ DRT SOD BORSTAR, BPA ████ and BPA ████ were also in the hallway. BPA ████ recalled hearing someone ask for a ballistic shield and saw an officer run out of the building and return with a shield. The shield was given to BPA ████ who lined up in front of the stack by classroom 111 (timestamp 00:58:00).

[Agent Note: A stack is a term for a formation used in law enforcement when a team forms up single file along the entrance or doorway to a room where they believe a threat is located.]

BPA ████ stated SBPA ████ opened the door to classroom 111 and a small chair was placed in front of the door to keep it open; however, the chair was too small so someone in the stack held the door open. SBPA ████ ordered BPA ████ DRT SOD BORTAC, to join the stack as they made entry into classroom 111 (timestamp 01:01:00). Immediately following entry, the door closed behind the group and BPA ████ saw gunfire penetrating the door. BPA ████ stated everyone in the hallway either ducked or went to the ground upon hearing the gunfire (timestamp 01:01:49).

BPA ████ recalled hearing someone yell, "Clear," and he proceeded to enter classroom 111. Inside the classroom, BPA ████ was unable to see because the room was dark and filled with smoke, however, he recalled the smell of lead, and his ears were ringing. Eventually, BPA ████ began to see children on the floor including a pile of children on one side of the classroom. BPA ████ removed a boy from the pile. BPA ████ said he broke down mentally, but knew he needed to remove the children from the area where they had been shot (timestamp 01:06:30).

BPA ████ stated that as he observed the deceased children in the classroom, he realized he was dealing with "a mass casualty of kids." BPA ████ stated he felt emotionally broken and his only thoughts were, "No, no, no, no... I don't want them to die" (timestamp 01:10:15). BPA ████ took the boy he removed from the pile to the triage area in the T-intersection. As soon as he began his assessment, he felt a hol ████ of the child's ████ and realized he was deceased (timestamp 01:12:40). BPA ████ then saw a second boy and began to assess him. BPA ████ exposed the ████ and observed multiple gunshot wounds to the ████ BPA checked ████. Lastly, BPA ████ checked the boy's pulse but did not find one (timestamp 01:13:04). Someone brought a third boy with a gaping wound in the ████ area to BPA ████ BPA ████ placed his gloved hand over the wound as SBPA ████ applied an occlusive dressing to the child's wound. BPA ████ instructed SBPA ████ to check the child's airway, breathing, and circulation (ABC), and carotid pulse. The child had a pulse and was transferred to EMS.




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ▇▇ then stood up and yelled, "Make sure you are checking for ABC…make sure you are checking for a carotid pulse" (timestamp 01:14:37).

BPA ▇▇ stated that while he was still in the triage area, someone brought a fourth boy with a pulse to him. BPA ▇▇ cut open the child's shirt to expose his chest and determined the child did not have any visible gunshot wounds. BPA ▇▇ placed the child on a gurney, and with the help of another officer, headed out of the building towards EMS. Once outside, BPA ▇▇ did not see any air or ground ambulances and began working on the child. An officer got on the gurney and started performing cardiopulmonary resuscitation as BPA ▇▇ established an airway. BPA ▇▇ realized he did not have any of his medical equipment and ran back inside the building to grab an oral phalangeal airway (OPA) and a bag valve mask. BPA ▇▇ returned to the child and inserted the OPA to maintain an open airway. BPA ▇▇ then started palpating the neck to feel for deformities and felt a ▇▇ injury. BPA ▇▇ then observed ▇▇. BPA ▇▇ stated, "I lapsed… it kind of took the wind out of my sail… well… it did take it." The officer working with BPA ▇▇ told him, "Let's keep working on the child." BPA ▇▇ regained his thoughts and continued to work on the child until the child was transferred to a ground ambulance (timestamp 01:18:58).

BPA ▇▇ stated he went back inside the building and was stopped by a Texas Department of Public Safety Ranger who informed him the building was a crime scene. BPA ▇▇ told the Ranger he was a medic and needed to go back in the building. The Ranger informed BPA ▇▇ that he needed someone to confirm whether casualties left inside were deceased. BPA ▇▇ told the Ranger he could do it and went inside to check for a carotid pulse on those without obvious signs of death. BPA ▇▇ stated he counted 17 deceased inside the building (timestamp 01:23:53).

BPA ▇▇ stated that afterwards, Chief Patrol Agent (CPA) Jason Owens, DRT, instructed all BPAs to rally by a tree where he later spoke to them. BPA ▇▇ explained he shook and broke down emotionally as he stood listening. CPA Owens instructed everyone to report to USBP Uvalde Station (UVA). BPA ▇▇ said he could not find his keys and rode with BPA ▇▇ to UVA. Upon arrival, BPA ▇▇ learned of a second threat and informed SBPA ▇▇ DRT SOD BORSTAR, he was going to respond to Dalton Elementary School because ▇▇ attended school there. BPA ▇▇ arrived at Dalton Elementary School with BPA ▇▇ and aided at the pickup location ensuring a safe handoff of the children to their parents. Later, BPA ▇▇ returned to UVA and headed to his residence at approximately 8:00 p.m. (timestamp 01:35:11).

BPA ▇▇ stated he believed he was responding to an active shooter event and his role as a trained law enforcement officer and paramedic was to act. BPA ▇▇ did not know what USBP's legal authority was to respond, however, he stated he had a moral responsibility and as a BPA, he took an oath to serve and protect. At Robb Elementary School, BPA ▇▇ believed no one was in command and people were taking action. BPA ▇▇ did not feel USBP was in

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02179



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



charge of the incident and only reported to SBPA (b) (6), (b) (7)(C) because he was an SOD supervisor (timestamp 03:20:33).

CBP OPR interviewers provided BPA (b) (6), (b) (7)(C) a photo taken from the body worn camera video from Deputy (b) (6), (b) (7)(C) Uvalde Police Department, on the date of the incident. BPA (b) (6), (b) (7)(C) identified himself on the photo and affirmed the photo captured the moment he first entered the building (Attachment 2).

BPA (b) (6), (b) (7)(C) provided the text message thread from his government cell phone containing conversations with BORSTAR personnel from May 24, 2022 (Attachment 3) to SA (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) video recorded the text message thread during the interview.

BPA (b) (6), (b) (7)(C) stated he became an EMT in 2015 and in 2020 he obtained his paramedic certification through DRT. BPA (b) (6), (b) (7)(C) added he was also certified through the National Registry of Emergency Medical Technicians.

CBP OPR interviewers provided maps to BPA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 4). These maps were labeled 1-8, respectively.  BPA (b) (6), (b) (7)(C) marked the route he traveled throughout May 24, 2022, using the maps labeled 2-South of Uvalde, TX, 4-Uvalde, Texas Schools, 5-Robb Elementary School, Uvalde TX, and 8.a./8.f-Robb Elementary School Layout, Uvalde TX.  On map 2, BPA (b) (6), (b) (7)(C) labeled his route from the ranch.  On map 4, BPA (b) (6), (b) (7)(C) labeled the Uvalde schools he responded to provide assistance. On map 5.a., BPA (b) (6), (b) (7)(C) labeled his parking location at Robb Elementary School. On map 8.a./8.f., BPA (b) (6), (b) (7)(C) labeled his location at Robb Elementary School. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Photo from Deputy (b) (6), (b) (7)(C) body worn camera. |
| 3 | Video recorded text message thread. |
| 4 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02180

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 203



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 203



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 21, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he worked the day shift which started at (b) (7)(E) and was assigned to the USBP Uvalde checkpoint near Uvalde when he heard Border Patrol Agent- (b) (6), (b) (7)(C), (b) (7)(E) UVA, relay via service radio the Uvalde Police Department (UPD) was responding to an individual with a gun near Robb Elementary School (timestamp 01:13:49). BPA (b) (6), (b) (7)(C) self-deployed to Robb Elementary School from the checkpoint along with BPA (b) (6), (b) (7)(C) UVA, and BPA (b) (6), (b) (7)(C) UVA. BPA (b) (6), (b) (7)(C) said he never received any guidance from USBP management on his way to Robb Elementary School (timestamp 01:16:37). BPA (b) (6), (b) (7)(C) also assumed USBP would be on scene in a support role and help UPD with perimeter security.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02182



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ███ stated that when he arrived on scene, he noticed quite a bit of vehicles already in front of the school, so he began driving around the area. BPA ███ believed he arrived on scene at approximately 11:55 a.m. (timestamp 01:25:55). While driving in the area, he noticed BPA ███ near a truck in the culvert (timestamp 00:18:00). BPA ███ exited his vehicle, approached the truck, and noticed a rifle and duffle bag with magazines. BPA ███ then took some pictures with his cell phone for documentation and evidence purposes (timestamp 00:19:27). BPA ███ decided to stay with the truck and secure the scene. BPA ███ assumed UPD would be in charge on scene since it was within Uvalde city limits (timestamp 01:17:00). BPA ███ recalled hearing via his service radio that UPD said they were going to check the building and around the school (timestamp 00:20:20). BPA ███ still did not know what or who UPD was looking for.

BPA ███ stated that at approximately 12:00 p.m., he saw children exiting Robb Elementary School. BPA ███ was still on the west side of the fence dividing the culvert from the school area (timestamp 00:21:21). BPA ███ informed BPA ███ of the children exiting, so BPA ███ jumped the fence and ran towards the school while BPA ███ stayed to secure the truck. BPA ███ could see a lot of different law enforcement officers (LEO) evacuating children, some of which were being taken to Hillcrest Memorial Funeral Home.

BPA ███ stated that while at his position, a civilian male who said he witnessed the initial vehicle wreck approached him (timestamp 00:23:45). The civilian male also said he witnessed the Hillcrest Memorial Funeral Home personnel who were shot at and claimed he was shot at as well. The civilian described the shooter as a young male, skinny, and dressed in black. BPA ███ relayed the information via radio and requested a detective to his location, but no one responded. BPA ███ obtained the individual's information and gave it to Texas Department of Public Safety (TXDPS) Rangers.

BPA ███ recalled hearing a "hot mic" on the radio and someone yell about blood and ask if "she had blood" (timestamp 00:27:19). BPA ███ assumed one of the children being evacuated was hurt. BPA ███ noticed a large amount of people gathering and approaching the west gate entrances to the school. BPA ███ requested additional help to close the gates or tape off the area.

BPA ███ stated BPA ███ returned to the culvert area and informed him children were shot and killed at Robb Elementary and placed piled up in a corner (timestamp 01:36:00). Civilians continued to ask BPA ███ what the situation was, and BPA ███ told them LEOs were evacuating children. Shortly after, BPA ███ heard children would be taken to the Uvalde Civic Center. Buses were unable to get through due to vehicles blocking the streets to Robb Elementary School. BPA ███ informed an unknown individual that vehicles needed to be moved to allow ambulances and buses in and out. BPA ███ stated USBP began transporting children in USBP transport vans (timestamp 00:35:26).

BPA ███ stated he was relieved by TXDPS at the culvert area and believed he was the last person to be relieved (timestamp 00:38:37). BPA ███ never heard any gunshots while on scene

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02183



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



(timestamp 01:20:39). BPA ▇▇▇ received instruction to go to UVA (timestamp 00:44:02). Once BPA ▇▇▇ arrived at UVA, USBP Del Rio Sector Chief Jason Owens was conducting a briefing with ▇▇ all personnel who were present. While at UVA, BPA ▇▇▇ heard of a possible second threat at the Uvalde High School (timestamp 00:45:18).

BPA ▇▇▇ aid he informed BPAs at UVA of the second threat near Uvalde High School and subsequently self-deployed to the area. BPA ▇▇▇ explained Uvalde High School and Uvalde Middle School shared a big field and were within close proximity of each other. BPA ▇▇▇ heard radio traffic from different law enforcement agencies deploying to schools across the district including private schools. While at the Uvalde Middle School area, BPA ▇▇▇ assisted with setting up a perimeter and had conversations with parents and instructed them to stay back until the school district figured out how to release their children (timestamp 00:48:16). BPA ▇▇▇ heard radio traffic regarding a suspicious subject near the soccer field, so he and an unknown LEO cleared the entire area. BPA ▇▇▇ returned to Uvalde Middle School with the rest of the LEOs and focused on evacuating kids and reuniting them with their families. BPA ▇▇▇ said that at no point did he have or see any BPAs have any physical interactions with civilians (timestamp 01:33:40).

CBP OPR interviewers provided maps to BPA ▇▇▇ depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2) (timestamp 01:39:35). These maps were labeled 1-5, respectively. On the map labeled 1. North of Uvalde, Texas, BPA ▇▇▇ marked the route he traveled from the USBP Uvalde Checkpoint to Uvalde on May 24, 2022, and indicated he traveled east on Highway 90 into Uvalde. On the map labeled 5. Robb Elementary School, Uvalde, TX, BPA ▇▇▇ marked the route he traveled around Robb Elementary School and the area he parked. All other maps were not applicable.

CBP OPR interviewers showed approximately seven pictures (Attachment 3) to BPA ▇▇▇ taken of the vehicle in the culvert area (timestamp 01:29:30). The pictures consisted of a truck and an AR-15 rifle sitting on top of a black duffle bag with AR-15 magazines inside. BPA ▇▇▇ acknowledged the pictures as the photos he captured on his personal cell phone and provided to the TXDPS Ranger Division.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▇▇▇ |
| 2 | Maps reviewed by BPA ▇▇▇ |
| 3 | Pictures taken on scene by BPA ▇▇▇ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02184

O F F I C I A L  U S E  O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 204



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L  U S E  O N L Y

UF2022586                                    EXHIBIT 204

AR02185



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 21, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This investigative activity report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) tated that on May 24, 2022, he worked the day shift which started at (b) (7)(E) and was assigned to canine training in Del Rio, Texas. After the training ended at approximately 10:00 a.m., he got lunch and heard of an active shooter at Robb Elementary School via his service radio (timestamp 00:22:00). BPA (b) (6), (b) (7)(C) self-deployed to Robb Elementary School in an unmarked USBP canine truck with the lights activated. When CBP OPR interviewers asked what authority USBP had to respond, BPA (b) (6), (b) (7)(C) explained that as first responders, USBP assisted state and local law enforcement agencies often (timestamp 01:11:20).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02186



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮▮ stated that when he arrived on scene, he met with an unknown BPA who did not know what was going on. BPA ▮▮▮▮ briefly spoke with an unknown female Texas Department of Public Safety (TXDPS) trooper. The trooper told him to stay near the road because they were waiting for a special weapons and tactic unit (SWAT) (timestamp 00:23:07). BPA ▮▮▮▮ could not remember the approximate time when he arrived at Robb Elementary School but thought it took him approximately one hour to arrive after deploying from Del Rio. BPA ▮▮▮▮ saw other USBP personnel and asked where he could help. Watch Commanders (WCs) ▮▮▮▮ ▮▮▮▮ UVA, and ▮▮▮▮ UVA, informed him that Uvalde Police Department (UPD) was conducting crowd control. BPA ▮▮▮▮ stated he was not involved with keeping parents away from the school (timestamp 00:46:30). BPA ▮▮▮▮ decided to stay on the perimeter with WCs ▮▮▮▮ and ▮▮▮▮ BPA ▮▮▮▮ recalled asking for information on the situation and if anyone was injured; the WCs replied they did not know. BPA ▮▮▮▮ did not know who was in charge at the incident at Robb Elementary School (timestamp 01:10:10).

BPA ▮▮▮▮ stated that after a short time on scene, he saw several USBP Tactical Unit (BORTAC) and USBP Search, Trauma, and Rescue Unit (BORSTAR) personnel arrive and heard they were waiting on ballistic shields (timestamp 00:24:43). BPA ▮▮▮▮ could not recall if he heard that information on the radio or if he heard WCs ▮▮▮▮ or ▮▮▮▮ mention it. BPA ▮▮▮▮ identified the BPAs as BORTAC or BORSTAR due to their multi-camouflage uniforms. BPA ▮▮▮▮ said that he still did not know if there were any BPAs or law enforcement officers (LEOs) inside the school. BPA ▮▮▮▮ also did not know if there were any injured children inside the school. BPA ▮▮▮▮ explained the radio was chaotic because they had all LEO agencies on one channel. After being on scene for approximately 20-30 minutes, BPA ▮▮▮▮ heard gunshots (timestamp 00:55:42). BPA ▮▮▮▮ witnessed LEOs near the entrance of the school react as if they were being shot at. BPA ▮▮▮▮ remembered seeing LEOs and paramedics near the west entrance of Robb Elementary School and explained it seemed as if they wanted to enter the school (timestamp 00:47:34). BPA ▮▮▮▮ thought it was possible they were not entering the school due to the shooter's location.

BPA ▮▮▮▮ stated that approximately 2-3 minutes later, he saw people being evacuated (timestamp 00:25:46). BPA ▮▮▮▮ remembered seeing a child on a gurney ▮▮▮▮ BPA ▮▮▮▮ also witnessed an adult female brought out who was covered in blood and was being treated medically. BPA ▮▮▮▮ saw BORSTAR bring out a female child who was shot but alive and taken to an ambulance (timestamp 00:26:45).

BPA ▮▮▮▮ stated he saw BORTAC BPA ▮▮▮▮ USBP Del Rio Sector (DRT), walking out of the school who seemed "mentally out of it" (timestamp 00:27:26). BPA ▮▮▮▮ approached him and asked if he was all right. BPA ▮▮▮▮ asked BPA ▮▮▮▮ if he could check his head. BPA ▮▮▮▮ noticed a gash on BPA ▮▮▮▮ head; BPA ▮▮▮▮ also complained of pain in his feet. BPA ▮▮▮▮ told BPA ▮▮▮▮ he would take him to the hospital (timestamp 00:28:08). As BPA ▮▮▮▮ walked BPA ▮▮▮▮ to his vehicle, they ran into BPA ▮▮▮▮ ▮▮▮▮ UVA, who volunteered to take BPA ▮▮▮▮ to the hospital. BPA ▮▮▮▮ then walked back to his previous location outside of Robb Elementary School. BPA ▮▮▮▮ said he never medically assisted anyone.

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02187




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA (b) (6), (b) (7)(C) stated he saw USBP personnel begin to gather under a tree and decided to join (timestamp 00:29:19). DRT Chief Jason Owens arrived and instructed everyone to return to UVA for a debrief.

BPA (b) (6), (b) (7)(C) stated that once at UVA, he heard of a possible second threat and subsequently deployed to Uvalde Classical Academy to provide security (timestamp 00:30:58). Once he, other BPAs, and LEOs secured the school, they began releasing children to their parents. BPA (b) (6), (b) (7)(C) then deployed to Flores Elementary School and assisted by providing security. BPA (b) (6), (b) (7)(C) stated he did not have any physical interaction or confrontation with civilians at any moment (timestamp 01:19:13). After leaving Flores Elementary School, BPA (b) (6), (b) (7)(C) returned to UVA and then went home.

CBP OPR interviewers provided maps to BPA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2) (timestamp 00:35:21). These maps were labeled 1-5, respectively. On the map labeled 1. North of Uvalde, Texas, BPA (b) (6), (b) (7)(C) marked the route he traveled from Del Rio to Uvalde on May 24, 2022, and indicated he traveled east on Highway 90 into Uvalde. On the map labeled 4. Uvalde, TX Schools, BPA (b) (6), (b) (7)(C) marked which schools he deployed to after hearing of the second threat. On map labeled 5. Robb Elementary School, Uvalde, TX, BPA (b) (6), (b) (7)(C) marked his route to Robb Elementary School and where he parked his vehicle. On map labeled 5.a. Robb Elementary School, Uvalde, TX, BPA (b) (6), (b) (7)(C) marked his route of travel after he arrived on scene. On map labeled 8.a. Robb Elementary School Layout, Uvalde, TX, BPA (b) (6), (b) (7)(C) marked where he saw an ambulance, LEOs, and paramedics at Robb Elementary School. On map labeled 8.f. Robb Elementary School Layout, Uvalde, TX, BPA (b) (6), (b) (7)(C) marked locations of victims, BPA (b) (6), (b) (7)(C) and an ambulance. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 205



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586 EXHIBIT 205

AR02189



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 23, 2023, SAs (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned to the day shift on field duties near Texas Highway 57. BPA (b) (7)(C) was a paramedic assigned to USBP Search, Trauma, and Rescue Unit. BPA (b) (6), (b) (7)(C) was working with BPA (b) (6), (b) (7)(C) USBP Del Rio Sector (DRT), Special Operations Detachment (SOD), near a ranch located near Eagle Pass, Texas. BPA (b) (6), (b) (7)(C) could not recall how he first learned of the possible active shooter in Uvalde. BPA (b) (6), (b) (7)(C) stated he either received a text message or heard the information over the radio. BPA (b) (6), (b) (7)(C) stated he did not immediately respond to the school because he was not ordered to do so and was awaiting additional information and instruction. BPA (b) (6), (b) (7)(C) recalled receiving a text message stating there was an active shooter inside Robb Elementary School. BPA (b) (6), (b) (7)(C) and BPA (b) (6), (b) (7)(C) decided to respond to the scene. BPA (b) (6), (b) (7)(C) recalled seeing several Texas Department of Public Safety (TXDPS) troopers speeding towards Uvalde. BPA (b) (6), (b) (7)(C) recalled radio communications being patched while driving to the school.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02190



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ███████ stated he drove straight to Robb Elementary School. BPA ███████ stated he arrived at the scene at approximately 12:00 p.m. and was forced to park several blocks from the school on the front yard of a nearby residence. BPA ███████ recalled getting out of his vehicle, donning his ballistic vest and helmet, and grabbing his M-4 rifle and medical bag. BPA ███████ and BPA ███████ walked to the school. Upon approaching the school, BPA ███████ heard parents screaming near the funeral home area. BPA ███████ did not respond to any of the parents and continued walking to the school. As BPA ███████ approached the school's west entrance, he approached Patrol Agent in Charge (PAIC) ███████ USBP Uvalde Station (UVA) and asked if he was doing OK. BPA ███████ recalled PAIC ███████ stating, "I am not doing OK because ███████ in the school."

BPA ███████ stated he entered the school through the west entrance. BPA ███████ described speaking with BPA ███████ DRT SOD. BPA ███████ assisted BPA ███████ with setting up a triage area near the bathrooms just inside the west entrance. BPA ███████ said he was expecting numerous patients. BPA ███████ recalled that BPA ███████ and he decided BPA ███████ would stay at the triage area and BPA ███████ would assist with breaching the classroom. BPA ███████ saw several members of the USBP Tactical Unit (BORTAC) getting into formation in preparation to breach the classroom. BPA ███████ stated he could not recall anyone talking nor did he see anyone use a key or breaching tool to enter the classroom. BPA ███████ saw the classroom door open and members of BORTAC entering the classroom (Timestamp 01:07:16). BPA ███████ recalled agents being in the classroom approximately 15 seconds before hearing approximately 20–30 gunshots. BPA ███████ heard someone yell, "Shooter down!" When BPA ███████ approached the classroom door, he saw a male teacher being dragged from the classroom. BPA ███████ remembered thinking the male teacher could be a potential patient. BPA ███████ recalled someone dragging a little boy from the classroom with a ███████ wound and thinking that he was not a potential patient (Timestamp 01:10:25).

BPA ███████ stated that when he entered classroom 111, he saw BPAs pulling bodies from under a cabinet area. BPA ███████ recalled hearing someone in classroom 112 calling for a medic before he entered classroom 112. BPA ███████ recalled seeing a female teacher moving her arms in the air (Timestamp 01:15:10). BPA ███████ then turned his attention to a large pile of kids located in classroom 112. BPA ███████ recalled another unknown BPA assisting him with looking for signs of life in the pile of children in classroom 112. BPA ███████ began checking the children for signs of life by checking for pulses. BPA ███████ described most of the children ███████ (Timestamp 01:17:10). BPA ███████ checked approximately four or five children and determined none had signs of life (Timestamp 01:18:11). BPA ███████ and the unknown BPA determined all the children in classroom 112 were deceased.

BPA ███████ stated someone told him BPA ███████ needed assistance at the south entrance of the school. BPA ███████ recalled seeing BPA ███████ performing life saving techniques on a small boy. BPA ███████ recalled approximately five unknown BPAs assisting BPA ███████ BPA ███████ requested BPA ███████ to take over performing life saving techniques. BPA ███████ examined the young boy ███████ BPA ███████ and the



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



other BPAs took the boy to a nearby ambulance. BPA █████ stated the boy did not show signs of life prior to taking him to the ambulance (Timestamp 01:26:53).

BPA █████ stated that after taking the young boy to the ambulance, he attempted to re-enter the school through the west entrance but was denied entry by a TXDPS trooper.

BPA █████ stated there was a meeting around a tree near the front of the school where Chief Patrol Agent Jason Owens, DRT, spoke briefly. Chief Owens instructed all BPAs to report back to UVA. BPA █████ walked alone back to his vehicle. BPA █████ did not recall anything that may have occurred during his walk back to his vehicle.

BPA █████ tated he arrived at UVA and was there approximately 15 minutes prior to being informed of the possibility of another school shooter. He was instructed to report to any local Uvalde school to assist with security. BPA █████ arrived at Dalton Middle School and provided security on the backside of the school. BPA █████ remained in his vehicle for several hours before receiving instructions to report back to UVA.

CBP OPR interviewers provided maps to BPA █████ depicting South of Uvalde and Robb Elementary School and Robb Elementary School Layout (Attachment 2). The maps were labeled 2, 5 and 8c, respectively. On the map labeled two (2). South of Uvalde, TX, BPA █████ marked the location where he was working on the morning of May 24, 2022. On the map labeled as five (5). Robb Elementary School, BPA █████ noted the location he parked his vehicle upon arriving at Robb Elementary School and the route he walked to the school. On the map labeled 8c, Robb Elementary School Layout, BPA █████ noted the door location he used to enter classroom 111.

BPA █████ stated that he did not have a body worn camera nor any text and emails concerning the USBP response to the Robb Elementary School shooting. BPA █████ did not produce any reports concerning the incident.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA █████ |
| 2 | Maps reviewed by BPA █████ |

**OFFICIAL USE ONLY**

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 206



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

**OFFICIAL USE ONLY**

UF2022586                                                    EXHIBIT 206

AR02193




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 21, 2023, SA (b)(6), (b)(7) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Robb Elementary School. The interview was audio and video recorded using the StarWitness. The recording was uniquely identified by Authentication Code was (b) (7)(E) (Attachment 1). Branch Chief (BC) (b) (6), (b) (7)(C) CBP OPR Threat Mitigation and Analysis Division (TMAD) was present for a portion of the interview.

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) was assigned to the dayshift and working on the (b) (6), (b) (7)(C), (b) (7)(E) near Eagle Pass, Texas. At approximately 11:39 a.m., BPA (b) (6), (b) (7)(C) received a text message from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) DRT Special Operations Detachment, on his government issued phone notifying him of a shooting in Uvalde (timestamp 00:28:50). SBPA (b) (6), (b) (7)(C) DRT BORSTAR, directed the BORSTAR agents on the text string to respond to Uvalde if they were not waiting for a detainee transport. BPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) DRT BORSTAR, shared the location of Robb Elementary School, using the Android Team Awareness Kit (AKAT) mapping application on his government issued phone, and BPA (b) (6), (b) (7)(C) subsequently responded.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02194




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

While enroute to Robb Elementary School, BPA ▓ received a text message from BPA ▓ updating the group that the shooter had shot two police officers and went inside the school. SBPA ▓ then texted the group to bring gas canisters and described the situation as an active shooter. SBPA ▓ added that he was with SBPA ▓ DRT USBP Tactical Unit (BORTAC), and BPA ▓ DRT BORSTAR, inside the school and instructed the group to use their ATAK enabled government issued phones to locate them and to bring their medical bags.

BPA ▓ arrived at Robb Elementary School around 12:40 p.m. and parked two blocks from the school (timestamp 00:36:15). BPA ▓ recalled parking under a large tree to provide shade for his K9. BPA ▓ stated that an unknown officer assisted him in loading his rifle magazines, while he put on his body armor. In addition to his body armor, BPA ▓ grabbed his rifle, gas mask and medical bag, but could not recall if he had his gas canister with him (timestamp 00:37:20). BPA ▓ stated that did not bring his K9, since he is a search and rescue K9 and not a patrol K9 (timestamp 00:40:43).

While BPA ▓ made his way towards the school, he recalled SBPA ▓ or another BORSTAR agent direct him to go inside the school to meet up with the other BORSTAR agents. BPA ▓ entered the school through the open double doors (timestamp 00:41:30). BPA ▓ explained that he expected to encounter an active shooter situation based on the information he had previously received, however, it was very quiet. BPA ▓ added that he did not know who was in charge at the scene (timestamp 00:46:15).

BPA ▓ entered the school through the west door entrance and saw unidentified BPAs and BORSTAR agents in the hallway. BPA ▓ recalled BPA ▓ setting up a triage area and directing the emergency medical technicians (EMT) were to put their medical bags and where to bring the victims for treatment. BPA ▓ then walked towards the classrooms and joined agents that were lined up in a stack (timestamp 00:48:45).

BPA ▓ stated his stack initially planned to enter a small room on the left side of the hallway, which was not a classroom. BPA ▓ explained that he was not sure why they were going into the small room but thought the room may have led to a classroom (timestamp 00:52:05). BPA ▓ added that he was not directed to join the stack or given any other instructions. BPA ▓ recalled seeing an unknown law enforcement officer (LEO) run into the hallway and provide a ballistic shield to an unknown BORTAC agent, at the front of a second stack that planned to enter classroom 111 (timestamp 00:52:55).

BPA ▓ stated that before he joined his stack, he saw SBPA ▓ in the hallway looking for keys to open the door to the classroom where the shooter was located. BPA ▓ was uncertain as to whether SBPA ▓ opened the classroom door with the keys, but heard him say, "let's go in." BPA ▓ recalled BPA ▓ DRT BORTAC, enter the hallway in civilian clothes, and SBPA ▓ directing him to join his stack (timestamp 00:54:45). BPA ▓ recalled seeing bullet holes in the walls and realized that there was no cover from gunfire. BPA ▓ explained that he believed they would be shot



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



if the shooter opened fire (timestamp 00:56:40). BPA ███████ stated that it was quiet, and he did not recall anyone communicating with the shooter (timestamp 01:00:25). BPA ███████ added that he did not recall hearing anyone say not to breach into the classroom (timestamp 01:12:55).

Moments later, BPA ███████ saw the second stack of agents enter classroom 111, heard multiple gunshots, and observed drywall and glass flying through the hallway. BPA ███████ stated that he dropped to the floor for a moment and then rejoined his stack. Once the gunshots stopped, BPA ███████ heard someone say, "all clear," and his stack entered classroom 111. BPA ███████ recalled BPA ███████ DRT BORSTAR, handing him a child to take to the triage area. BPA ███████ added that he did not check for signs of life on any of the children he took to the triage area (timestamp 02:30:15).

When asked how triage works, BPA ███████ explained that triage uses a color-coded system to classify victims. BPA ███████ explained that black is for individuals who are dead or cannot be helped, red is for individuals who are close to black and need help right away, yellow is for individuals who need medical care, and green is for individuals who are injured but do not require immediate medical care. BPA ███████ stated no one in the classroom used the colored-coded system to direct the LEOs evacuating the victims (timestamp 02:35:40).

BPA ███████ recalled a few children running past them in the hallway but did not know which classroom the children came out, as he did not see any children that were alive in classroom 111 (timestamp 02:31:10). BPA ███████ stated he observed LEOs standing over the shooter's body, in case the shooter made any further movements (timestamp 02:33:05).

BPA ███████ recalled entering classroom 112 through a door that connects to classroom 111 and was about to take a child to the triage area, when an unknown LEO told him to stop removing bodies as they had been declared dead and the room was now considered a crime scene (timestamp 02:22:55). BPA ███████ exited the classroom and assisted unidentified BORTAC agents clear two classrooms across from classrooms 111 and 112. BPA ███████ does not recall the names of the agents.

BPA ███████ then exited the school through the south door entrance and observed unidentified BORSTAR agents and other EMTs giving medical aid to a female teacher. BPA ███████ does not recall the names of the agents. While outside, BPA ███████ learned that all BPAs were directed to rally up by a tree in front of the school to meet with Chief Patrol Agent (CPA) Jason Owens, DRT. At the rally point, CPA Owens instructed all BPAs to report to the USBP Uvalde Station (UVA) for a debrief (timestamp 02:24:30).

At UVA, BPA ███████ learned of another threat against area schools was made on social media. BPA ███████ stated BORSTAR and BORTAC agents were redeployed to the schools and believed he responded to Dalton Elementary School, where he assisted with reuniting students with their parents (timestamp 02:26:4). Once all the students had been released, BPA



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



(b) (6), (b) (7)(C) returned to UVA for another debrief and then returned his residence in Eagle Pass, Texas.

BPA (b) (6), (b) (7)(C) was shown a printout of a text string involving BORSTAR members, obtained by CBP OPR during the interview of another BORSTAR member, to compare to the text string that was on his government issued phone (timestamp 01:54:20). BPA (b) (6), (b) (7)(C) confirmed the printout was the same text string stored on his phone and initialed the printout (Attachment 2).

BPA (b) (6), (b) (7)(C) was served with a notice of litigation hold regarding the preservation of the text messages on his government issued phone, related to the incident at Robb Elementary School (timestamp 04:23:25). BPA (b) (6), (b) (7)(C) read and initialed the notice (Attachment 3).

BPA (b) (6), (b) (7)(C) was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 4). The maps are labeled 1-8, respectively. On the maps labeled 2 and 4, BPA (b) (6), (b) (7)(C) marked the route he traveled into Uvalde on May 24, 2022. On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) marked where he parked his vehicle and how he approached Robb Elementary School. On the map labeled 8.a. Robb Elementary School, Uvalde, Texas, marked his route to Robb Elementary School and where he entered the building. On the map labeled 8.b., BPA (b) (6), (b) (7)(C) identified where he saw members of BORSTAR and the location of the triage area. On the map labeled 8.c., BPA (b) (6), (b) (7)(C) marked his post breach actions and where he exited the building. On the map labeled 8.g., BPA (b) (6), (b) (7)(C) described how the two stacks were lined up prior to the breach and the location of the shooter in the classroom. On another map labeled 8.g., BPA (b) (6), (b) (7)(C) described what he saw inside of classrooms 111 and 112.

BPA (b) (6), (b) (7)(C) was provided the opportunity to view video footage from of the hallway camera inside the school. BPA (b) (6), (b) (7)(C) was asked to identify himself in the video to confirm the time he entered the building. BC (b) (6), (b) (7)(C) presented the video footage to BPA (b) (6), (b) (7)(C) and explained the actual time on the footage was not accurate and therefore, the elapsed time would be used when referencing timestamps. BC (b) (6), (b) (7)(C) started the video at timestamp 01:18:16 elapsed time and BPA (b) (6), (b) (7)(C) identified himself at timestamp 01:18:18.

BPA (b) (6), (b) (7)(C) stated he believed SBPA (b) (6), (b) (7)(C) was in command of the school hallway, as SBPA (b) (6), (b) (7)(C) got the keys to open the classroom door and directed the stacks when to breach (timestamp 03:57:12). BPA (b) (6), (b) (7)(C) added that BPA (b) (6), (b) (7)(C) was in command of the triage area (04:15:45).

BPA (b) (6), (b) (7)(C) stated he did not have any interaction with members of the public, nor did he impede the movement of a member of the public while at Robb Elementary School (timestamp 04:00:50).

BPA (b) (6), (b) (7)(C) stated he did not know what authority USBP had to respond to the shooting at Robb Elementary School, but believed USBP had the responsibility to respond and assist (timestamp 04:01:26).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) stated that he was interviewed by the Texas Department of Public Safety but had not spoken to any other agency (timestamp 04:10:26).

BPA (b) (6), (b) (7)(C) stated his highest level of medical training is EMT-Basic, which he received in 2013 or 2014. BPA (b) (6)  (b) (7)(C) added that he is registered with the National Registry of EMTs, however, he was unsure if he is licensed with the state of Texas. BPA (b) (6), (b) (7)(C) was unable to recall the name of the medical director who oversees BORSTAR medical protocols (timestamp 04:12:30).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Printout of text string shown to BPA (b) (6), (b) (7)(C) |
| 3 | Notice of Litigation Hold. |
| 4 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02198

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 207



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                      EXHIBIT 207



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On March 21, 2023, SA (b) (6), (b) (7)(C) and ASAC (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty working on the Border Patrol Search Trauma and Rescue (BORSTAR) unit with fellow BORSTAR Supervisory BPA (SBPA) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) DRT, tracking a group of migrants near (b) (6), (b) (7)(C), (b) (7)(E) which is located approximately 45 minutes south of Uvalde. He explained he was scanning USBP Uvalde Station (UVA) channel (b) (7)(E) on the radio when he heard (b) (7)(E) broadcast that someone was shot at Robb Elementary School. He estimated this radio traffic transmission was broadcast at approximately 11:40 a.m. (timestamp 00:31:30).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02200




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

BPA ████ stated that after hearing the radio traffic regarding someone being shot at Robb Elementary School, he and SBPA ████ decided to deploy to the school. He explained he dropped off SBPA ████ at his vehicle parked at a nearby ranch and began driving north on Farm to Market Road 481 to U.S. Highway 90 to Uvalde. He said that while he was driving to Uvalde, he heard information on the radio that somebody was in the classroom with the shooter talking to him and kids were being evacuated from the school. He stated that at this time, no one had said anything about an active shooter (timestamp 00:36:00).

BPA ████ explained someone dropped a location pin on the Android Team Awareness Kit (ATAK) application (an Android smartphone geospatial infrastructure and situational awareness application) showing the location of Robb Elementary School, and he used ATAK to find his way to the school. He stated he parked approximately 150 to 200 yards from the entrance of the school and retrieved his Kevlar helmet, rifle, CamelBak, and two individual first aid kits. He added that he inserted a magazine in his rifle and loaded a round into the chamber. He explained that he did not keep breaching tools in his government vehicle because his specialty was medical, and the Border Patrol Tactical Team's (BORTAC) specialty was breaching (timestamp 00:41:00).

BPA ████ stated that as he was running towards the school, he saw a young girl run across the road in front of him. He said the girl had blood on her face, and as soon as he recognized the blood, he asked her if she was hurt and told her that he was a medic. She ran away from him in the direction of the funeral home where there were other law enforcement officers (LEOs) and medical personnel. Seeing the girl with blood on her face raised his level of concern (timestamp 01:11:00).

BPA ████ stated he did not know for a fact there were wounded people inside of the school but assumed there could be wounded people after seeing the girl with blood on her face, and he knew LEOs had to get in there fast (timestamp 01:22:00).

BPA ████ stated that when he arrived at the west side of the school, he had no idea who was in charge of the incident. He explained he saw BORSTAR BPA ████ DRT, at the west entrance of the school. BPA ████ told him to retrieve all his medical equipment because they were setting up a triage. He described his two medical bags as having intravenous injection (IV), intraosseous infusion (IO), tourniquets, and bandages for massive bleeds. After speaking with BPA ████ he returned to his vehicle, retrieved both his medical bags, ran back to the school, and entered the building. He estimated he arrived at the school at 12:30 p.m. (timestamp 00:45:00).

BPA ████ stated that after entering the school, he left his two medical bags with BPA ████ and witnessed BPA ████ and BORSTAR SBPA ████ DRT, set up a triage area near the bathrooms on the east side of the hallway T-intersection. He believed SBPA ████ and BPA ████ oversaw the medical triage pre-breach. He explained that after leaving his medical bags, he saw personnel from Uvalde County Sheriff's Office and Texas Department of Public Safety (TXDPS), and BPAs down the hallway of the T-intersection. He stated that after seeing

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02201



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



LEOs in the hallway, it was apparent to him the incident was still going on because numerous LEOs had their rifles aimed at a door in the hallway (timestamp 00:49:30).

BPA ▮▮▮ stated he saw BORTAC SBPA ▮▮▮ DRT, walk by him in the hallway, and he was carrying a breaching tool. He stated SBPA ▮▮▮ was asking other unknown LEOs for keys to make entry into the classroom where the shooter was located. He said he made his way to the stack of LEOs outside of rooms 111 and 112 and added he remembered someone in the hallway on the south end saying, "Please don't do this," (timestamp 00:49:30).

[Agent Note: stack is a term for a formation used in law enforcement when a team forms up single file along the entrance or doorway to a room where they believe a threat is located.]

BPA ▮▮▮ stated he later learned through statements made from individuals after the incident that the individual who said, "Please don't do this," was Chief Pete Arredondo, Uvalde Consolidated Independent School District Police Department.

BPA ▮▮▮ stated that while in the hallway, he saw BORTAC BPA ▮▮▮ DRT, and BORTAC BPA ▮▮▮ DRT, arrive in the hallway and added that BPA ▮▮▮ had a sniper rifle and BPA ▮▮▮ had an M-4. He stated BPA ▮▮▮ left the hallway, and shortly after he left, SBPA ▮▮▮ obtained keys for the classroom. He said he understood the doors were locked and keys were needed to unlock the doors. SBPA ▮▮▮ was told by an unknown person to test the keys on the janitor's closet door that was located in the hallway. He said that after the keys were tested on the janitor's closet, he noticed the closet was full of bullet holes (timestamp 00:53:00).

BPA ▮▮▮ stated that when he entered the stack in the hallway, he did not remember having conversations with SBPA ▮▮▮ specifically, and described the stack formed with BPA ▮▮▮ first, SBPA ▮▮▮ second, Deputy ▮▮▮ Zavala County Sheriff's Office third, and himself fourth. The stack he was in was positioned on classroom door 111. While in the stack, an unknown LEO showed up with a rifle-rated shield, and he ran back and grabbed the shield from him. BPA ▮▮▮ later learned the shield belonged to the U.S. Marshals Service through conversation with other LEOs. He continued to explain that after he retrieved the shield, BPA ▮▮▮ took the shield from him and went back into the stack at the front. BORTAC BPA ▮▮▮ DRT, showed up right before they breached the classroom. BPA ▮▮▮ said he heard SBPA ▮▮▮ say, "Hey ▮▮▮ over here," for BPA ▮▮▮ to fall into the stack (timestamp 00:56:00).

BPA ▮▮▮ stated that prior to entering the classroom, an unknown LEO in the hallway relayed the subject wanted "suicide by cop," and SBPA ▮▮▮ turned to the LEOs in both stacks and told them, "You guys understand that? The guy wants suicide by cop, ok?" He added that at this point, he (BPA ▮▮▮ had still not heard any noise coming from the classroom (timestamp 00:58:45).

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02202



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ███████ stated SBPA ███████ advised everyone in the stacks to go in as "one big stack." He saw SBPA ███████ put a key in the door, turn it, and open the door. He stated he could not remember specifics but remembered SBPA ███████ saying, "Okay, let's go in," prior to breaching the room. BPA ███████ entered first and went straight into the classroom, SBPA ███████ entered second and went straight in, Deputy ███████ entered third and went straight in, and he entered and went to the "hard corner" to the right side of the classroom. After entering the classroom, he heard a loud bang that sounded like a metal door slamming, so he turned towards that noise. The next thing he heard was gunfire and he saw muzzle flashes. He remembered seeing a silhouette and hair of the subject and added there were muzzle flashes coming from the subject (timestamp 02:14:00).

BPA ███████ stated he fired his rifle "point shoot" because he did not have time to use his sight as a reference. He said he did not remember what part of the body he was aiming at, but it would have been center mass based on his training. However, at the time, he was unable to make out center mass because the classroom was dark. BPA ███████ shot back at the muzzle flashes from shots in his direction because it was so dark (timestamp 03:44:00).

BPA ███████ stated that when he fired his M-4, he felt like he fired five to six rounds, but he explained that when he performed a round count after the shooting, his round count indicated he fired 12 rounds. After the subject and his rifle fell to the ground and was no longer a threat, BPA ███████ slung his rifle. After he slung his rifle, he turned around in the classroom and saw a pile of kids entangled under tables. The kids were pale and covered in blood. After seeing the children in the classroom, he went to the child closest to him and tried to get him out from under the table by grabbing his leg. Due to the blood on the child's leg, he slipped and fell on the ground. After he fell on the ground, he saw BPA ███████ entering classroom 112 and felt the need to help him clear that classroom. Other LEOs were entering the classroom, so he let them help with the children under the desk (timestamp 01:53:00).

BPA ███████ stated that after he saw BPA ███████ go into classroom 112, he followed him. As he entered the classroom, he saw a little girl, so he bent down to pick her up. She stood on her own as he put her over his shoulder. As he took her out of the classroom, he yelled, "She is alive," and proceeded to take her to the triage center and laid her next to SBPA ███████ (timestamp 01:58:00).

BPA ███████ stated he noticed a bullet hole through the girl's ███████ and the blood already appeared to be clotted. He put a trauma bandage on the girl's ███████ and believed SBPA ███████ put a ███████ on the girl's ███████ due to other gunshots in her ███████ area. He said he checked the girl's pulse, it was strong and rapid, and she was breathing ██ PA ███████ told him to put her on the cloth litter (a litter is a stretcher, carried by two or four bearers, for evacuation of sick and wounded), and they transported her to an ambulance and advised the ambulance medical personnel she had a pulse (timestamp 03:53:00).

BPA ███████ stated that after taking the girl to the ambulance, he went back to the school and saw BPA ███████ working on a little boy and asked him to check for a pulse. The boy had a




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

"huge hole" in his ███████████ area that appeared to be an exit wound. BPA ███████ explained that after checking the male child's pulse, it was weak and "thready." He said he and BPA ██████ put the boy on a cloth litter and transported him outside the school to an ambulance (timestamp 03:55:00).

BPA ██████ explained that after he took the boy to the ambulance, he went back into the school and looked for other victims to help. He saw a casualty collection point (CCP) and explained this was where they placed the confirmed deceased people. After seeing the CCP, someone advised him they were locking down the school, so he exited through the west side door and saw a female teacher on a gurney. BORSTAR BPA ████████ DRT, SBPA ███████ and BORSTAR SBPA █████████ DRT, were providing medical treatment to the teacher. He carried the bottle of oxygen while other LEOs moved her to the ambulance (timestamp 03:58:00).

BPA ██████ stated he did not know who was in charge of the medical triage post-breach (timestamp 04:45:00).

BPA ██████ stated that after exiting the school, he saw BORSTAR BPA ████████ DRT, and told BPA ██████ he had fired five to six rounds. BPA ██████ checked him out to make sure he did not get shot or have any injuries. He could not remember what time he exited the school for the final time. After being checked for injuries, BPA ██████ met with other BPAs by a tree and then was told to go to UVA to meet. He remembered Chief Patrol Agent (CPA) Jason Owens, DRT, being at the meeting by the tree at Robb Elementary School (timestamp 04:00:00).

BPA ██████ stated he went to UVA and had a muster with CPA Owens, but he did not remember what was said. He explained that while at UVA, SBPA ████████ advised him there was another threat at the high school because a girl made a threat she was going to "finish the job." BPA ██████ said he went to Uvalde High School with BORSTAR BPA ████████ DRT, and provided security near the entrance at the high school. He could not remember what time he arrived or left the high school but estimated being there approximately one hour. He stated he did not use force and did not restrain anyone while at the high school (timestamp 04:26:00).

BPA ██████ said he left the high school and met with BPA ██████ and SBPA ████████ SBPA ██████ told him to provide his name, "star number" (USBP call sign), and round count to him on a piece of paper. BPA ██████ did not specify who SBPA ██████ was providing his (BPA ██████ name, star number, and round count to (timestamp 04:30:00).

BPA ██████ stated his highest-level medical certification was EMT Basic and added he had advanced skills such as IV and IO certifications. He received his EMT training at DRT in 2019. He was registered with the National Registry of EMTs and was licensed and credentialed as an EMT with the Department of Homeland Security and possibly with the State of Texas. He explained that to maintain his EMT license, he was required to complete 40 hours of medical training a year. He stated the EMT coordinator for DRT was BPA ████████ DRT, and



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



he did not know who the Medical Director overseeing protocols was but had the Medical Director's phone number (timestamp 04:40:00).

Investigative Analyst (IA) ███████████ CBP OPR, Threat Mitigation and Analysis Division, assisted CBP OPR interviewers and presented BPA ███████ with video obtained from the T-intersection camera of Robb Elementary School from May 24, 2022 (Attachment 2).

The video started at 01:10:54. During review of the video, BPA ██████ identified himself and confirmed he was on the T-intersection video at the overlay time reflected on the video at 01:11:11. BPA ████████ was presented with body-worn camera (BWC) video obtained from Officer ███████████ Uvalde Police Department (UPD), from May 24, 2022 (Attachment 3).

BPA ██████ identified himself and confirmed he was taking the battery out of his radio at elapsed time 00:29:22.

IA ████████ played radio transmissions from the incident for BPA ████████ to attempt to identify his voice on the radio (Attachment 4). The first audio played was USBP radio transmissions from the incident at Robb Elementary School. At 00:47:56 of the audio, BPA ████████ acknowledged it was his voice on the radio asking if a girl was injured. He stated this occurred when he was running to the west entrance door prior to entering the school when he witnessed a girl running towards the funeral home (timestamp 06:50:40).

IA ████████ played the patched radio communications from the incident at Robb Elementary School (Attachment 5). BPA █████████ acknowledged it was his voice on the radio during the initial encounter with the girl as previously acknowledged in the USBP standalone radio traffic. He stated he could not recognize whether it was his voice on the entire transmission and stated the second part of the audio could be a bystander overheard on the radio and believed the girl or someone was heard on the radio saying, "Oh my god." He could not distinguish whether the second part of the patched audio was him or someone else (timestamp 06:57:00).

BPA ████████ added he did not recall the girl stopping for him or saying anything to him and she continued running to the funeral home in the direction of other LEOs. He said she did not tell him she was injured or shot (timestamp 07:00:00).

CBP OPR interviewers provided maps to BPA ████████ depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 6).

These maps were labeled one through ten, respectively. Map one of north of Uvalde was not applicable. On map two of south of Uvalde, BPA ████████ labeled his route from █████████ to Uvalde. Map three of Uvalde was not applicable. On map four of Uvalde schools, BPA ████████ labeled the schools he responded to, Robb Elementary School, and Uvalde High School. On map five of Robb Elementary School, BPA ████████ labeled his initial parking spot upon arriving at the school. Map five(a) of Robb Elementary School was not applicable. Map six of Robb Elementary School and the Uvalde Civic Center were not applicable. On map seven of Robb



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Elementary School, BPA ████████ identified traveling to UVA twice, once for muster and the second time to meet with TXDPS Rangers.  On map eight(a) of Robb Elementary School layout, BPA ████████ labeled the location of the three civilians he provided medical treatment to.  On map eight(b) of Robb Elementary School layout, BPA ████████ labeled the location of the triage area.  Maps eight(c), (d), (e), and (f) of Robb Elementary School layout were not applicable.  On map eight(g) of Robb Elementary School layout, BPA ████████ labeled locations of personnel in the stack, movements of BPA ████████ post-breach, movements of SBPA ████████ post-breach, movements of Deputy ████████ post-breach, his movements post-breach, the locations of where he fired shots, and movements inside classrooms 111 and 112 to include locations of the people he moved or provided medical care to.  Map nine of Hillcrest Memorial Funeral Home was not applicable.  Map ten of the ████████ Area (BORTAC only) was not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ████████ |
| 2 | Video from the T-intersection at Robb Elementary School, dated May 24, 2022. |
| 3 | BWC footage from UPD Officer ████████ dated May 24, 2022. |
| 4 | Audio of radio transmissions, dated May 24, 2022. |
| 5 | Audio of patched radio transmissions, dated May 24, 2022. |
| 6 | Maps reviewed by BPA ████████ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 208



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                              **EXHIBIT 208**



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Uvalde Robb Elementary School.  The interview was audio and video recorded using StarWitness equipment.  The recording was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

BPA (b) (6) stated that on May 24, 2022, he was working at BRA assigned to detention and care.  While in the breakroom on his lunch break, BPA (b) (6) learned about a shooting in Uvalde.  Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) BRA, directed BPA (b) (6) to respond to Uvalde because he was an emergency medical technician (EMT).  As BPA (b) (6) was departing BRA, he saw BPA (b) (6), (b) (7)(C) BRA, and BPA trainees (b) (6), (b) (7)(C) BRA, and (b) (6), (b) (7)(C) BRA.  BPA (b) (6) informed BPA (b) (6) about the shooting in Uvalde because BPA (b) (6) was also an EMT.  While driving to Uvalde, BPA (b) (6) called BPA (b) (6), (b) (7)(C) BRA, to obtain information on the situation as BPA (b) (6), (b) (7)(C) was also an EMT responding to the incident.  BPA (b) (6) also called SBPA (b) (6), (b) (7)(C) to get details about the specific location of the incident.  While en route to Uvalde, BPA (b) (6) recalled hearing over the radio there were kids in the classroom, multiple victims, and that a kid was calling from the classroom (timestamp 00:56:57).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02208



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ stated he arrived near Robb Elementary School and parked on Nicolas Street. As he exited his vehicle, he saw parents gathered near the school. One parent suggested that BPA ████ drive around to the other side of the school. After a few attempts at getting closer to the school, BPA ████ parked on Old Carrizo Road. BPA ████ grabbed his medical equipment and ran towards the school. As BPA ████ arrived, he saw BPA ████ BRA, and BPA ████ BRA, who was also an EMT. When BPA ████ arrived at the west entrance, he recognized BPA-Programs (BPA-P) ████ USBP Del Rio Sector (DRT), and BPA ████ DRT, Special Operations Detachment (SOD). BPA ████ added that BPA-P ████ was an EMT and BPA ████ was a paramedic. BPA-P ████ directed BPA ████ to the south entrance to assist with any victims on that side of the school and informed BPA ████ the scene was still active.

BPA ████ arrived at the south entrance and saw two Texas Department of Public Safety (TXDPS) troopers, BPA ████ and BPA ████ USBP Uvalde Station (UVA). When BPA ████ arrived at the south entrance, he was informed by an unknown law enforcement officer (LEO) the shooter may be in the ceiling rafters or the roof. After hearing a call that a group was going to breach the door, BPA ████ heard gunfire and observed several people move through the south entrance up the hallway. As BPA ████ moved up the hallway, he saw BPA ████ DRT SOD. BPA ████ observed that BPA ████ was injured and stopped to evaluate him. When evaluating BPA ████ BPA ████ observed a blood coming down his face and BPA ████ complained of leg pain. BPA ████ classified BPA ████ as a "walking wounded" since he was able to breathe, talk and walk. BPA ████ insisted that BPA ████ stop treating him and assist the victims.

BPA ████ stated that as he approached classroom 111, he saw a child being carried by BPA ████ towards the south entrance. BPA ████ later learned the child was the ████ of BPA ████ BRA. BPA ████ entered classroom 111 and noticed classrooms 111 and 112 were connected and the lights were off in classroom 111. In classroom 112, BPA ████ saw BPA-P ████ checking victims for signs of life. BPA ████ observed an adult female that seemed to be breathing and asked two nearby LEOs for assistance carrying the woman. As he reached the threshold of classroom 112, BPA ████ handed off the woman to others who carried her to medical personnel for assistance. BPA-P ████ then informed BPA ████ that all the remaining victims were "black," meaning they were deceased (timestamp 01:18:00). BPA-P ████ attempted to inform everyone in classroom 112 of the status of the remaining victims, however the room was loud. BPA ████ yelled at the occupants in classroom 112 to leave the room if they were not an EMT (timestamp 01:18:28).

BPA ████ exited classroom 112 to help with medical treatment in the hallway. BPA ████ moved towards a young boy who was injured sitting up against a wall. However, by the time BPA ████ made his way to the boy, others were taking care of him. BPA ████ heard someone yell for assistance treating and transporting an adult male teacher, so he made his way towards the teacher. BPA ████ helped to move the teacher onto a backboard that did not have straps, and with the assistance of three unknown LEOs, BPA ████ carried the teacher out of the east entrance towards the driveway in front of the school's entrance on Old Carrizo Road. BPA ████ noticed

---

AR02209




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

an unoccupied ambulance and decided to load the teacher into it. The ambulance did not have a gurney or any other transport device, so he loaded the teacher into the back of the ambulance on the backboard.

BPA ▮▮ stated he climbed into the back of the ambulance and held the teacher to secure him. The ambulance was driven by an unknown firefighter while BPA ▮▮ cared for the teacher. While driving to the hospital, the teacher informed BPA ▮▮ the shooter had placed a cell phone on the teacher's back and sat next to him. The shooter then stood up, walked around classrooms 111 and 112, and shot everyone a second time. The teacher said the shooter then shot him a second time in the ▮▮▮▮

When the ambulance arrived at Uvalde Memorial Hospital, hospital staff assumed the teacher's care. BPA ▮▮ also observed BPA ▮▮▮▮ walking into the hospital.

BPA ▮▮ returned to the school to look for his vehicle keys inside the building but was denied entry into the school. After calling ▮▮▮▮ BPA ▮▮ saw a group of BPAs congregating near a tree on the north side of the school. BPA ▮▮ saw BPA P ▮▮▮ and spoke with him about the situation. Chief Patrol Agent Jason Owens, DRT, spoke to the group and instructed them to return to UVA. BPA ▮▮ also spoke to BPA ▮▮▮▮ near the tree and learned ▮▮▮▮ ▮▮▮▮ attended Robb Elementary School. BPA ▮▮ arrived at UVA around 2:00 p.m., changed his clothes, and was driven to his vehicle. BPA ▮▮ explained that he did not feel he was able to drive, and that BPA trainee ▮▮ drove his vehicle back to BRA.

BPA ▮▮ stated that prior to the breach, he believed the Border Patrol Tactical Unit (BORTAC) oversaw USBP personnel, however it appeared the other agencies did not seem to care who was in charge. BPA ▮▮ stated that when he arrived at the scene, BPA-P ▮▮ informed him that "BORTAC is getting ready with shields" (timestamp 02:50:48). After the breach, CPA Owens oversaw USBP personnel. BPA ▮▮ did not observe an incident nor medical command during the incident. BPA ▮▮ believed BPA ▮▮▮▮ oversaw the medical response, however, BPA-P ▮▮▮▮ took over the medical response to allow BPA ▮▮▮▮ to focus on tactical matters. Given the perceived absence of a medical command, BPA ▮▮ oversaw the transport of the ▮▮▮▮ teacher to the hospital.

BPA ▮▮ stated he was unsure as to what his authority was to respond to a situation like the one at Robb Elementary School, but believed he had a duty to act and assist local law enforcement in the area. BPA ▮▮ understood he did not have peace officer status in the State of Texas.

BPA ▮▮ said he became a certified EMT in 2019 through a USBP training course in the DRT. At the conclusion of the incident, SBPA ▮▮▮▮ BRA, who served as the BRA medical coordinator, told the BRA EMTs not to worry about submitting any patient care reports.

BPA ▮▮ reviewed the collection of maps provided by CBP OPR interviewers (Attachment 2). In the collection, BPA ▮▮ traced his route to Robb Elementary School and his approach to the

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02210



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



school.  Additionally, BPA ████ drew on a map to explain his actions while at Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA ████ |
| 2 | Maps reviewed by BPA ████ |

---

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02211

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 209



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 209



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, ASAC (b)(6), (b)(7)(c) and SSA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, BPA (b) (6), (b) (7)(C) attended training at USBP Uvalde Station (UVA) and, during a training break, heard radio communications concerning an active shooter and a request that available law enforcement officers respond. BPA (b) (6), (b) (7)(C) estimated he heard this radio communication at approximately 11:00 a.m. BPA (b) (6), (b) (7)(C) and other BPAs retrieved rifles from the UVA armory. BPA (b)(6), (b)(7)(C) rode with BPA (b) (6), (b) (7)(C) UVA, in a marked USBP vehicle, with emergency lights and sirens activated, to Robb Elementary School.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02213




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

When BPAs ██████ and ██████ arrived at the school, they parked approximately one block away and walked toward the northeast side of the building where the shooting occurred. When BPA ██████ exited the vehicle with a rifle, handgun, baton, two spare pistol magazines, one spare rifle magazine and a flashlight. However, BPA ██████ did not have body armor, a radio, or any breaching tools. At the northeast entrance to the building, BPAs ██████ and ██████ encountered a Uvalde Police Department (UPD) officer with a rifle, who informed them the shooter was contained, two bags of ammunition were found, and that the shooter had shot someone (timestamp 00:34:33). Based upon the UPD officer's location, BPAs ██████ and ██████ believed the shooter was contained within the school library.

BPA ██████ observed several law enforcement officers (LEOs) inside the building, so he and BPA ██████ positioned themselves near the classrooms located east of the building, where the shooting occurred. BPA ██████ encountered Watch Commander (WC) ██████ UVA, and relayed to WC ██████ the information he received from the UPD officer. BPAs ██████ and ██████ then evacuated children from the classrooms east of the building where the shooter was located (timestamp 00:57:30). BPA ██████ did not remember if these classroom doors were locked, but he remembered that after knocking on the doors announcing his presence, they did not have difficulty evacuating children (timestamp 01:30:14). BPA ██████ did not use keys to unlock any doors at Robb Elementary School (timestamp 01:31:10).

As the children were evacuated from these classrooms, they were directed east towards other LEOs. Later, BPA ██████ observed children being loaded onto buses on the east side of the school. BPAs ██████ and ██████ evacuated children from classrooms 7 to 12 and later observed the evacuations of classrooms 13 to 23 and 31 to 33. However, BPAs ██████ and ██████ did not evacuate children from the middle classroom building because it was near the location of the shooter, and they were concerned the children could be injured. The children in these classrooms were later evacuated when additional LEOs arrived to assist.

Since neither BPAs ██████ nor ██████ had a radio, one would periodically meet with the LEOs outside the building where the shooter was located to obtain situational updates. As BPAs ██████ and ██████ continued evacuating children, two other LEOs arrived and assisted. BPA ██████ believed one was a constable and the other was wearing a cowboy hat and a blue shirt.

BPA ██████ moved to the cafeteria where they found staff, as well as a child, hidden behind a stage curtain. BPA ██████ stated there were staff that did not want to evacuate and remained in the cafeteria. BPA ██████ explain that the staff were later evacuated by a Texas Department of Public Safety trooper. BPA ██████ attempted to clear the school office, but the door was locked. BPA ██████ knocked on the door and used his flashlight to illuminate the office. BPA ██████ encountered people in the school office, but BPA ██████ did not explain what was done after the encountered people in the office (timestamp 02:37:37).

BPA ██████ received a call from Supervisory BPA (SBPA) ██████ UVA, who instructed BPA ██████ to go to the funeral home to assist with loading children onto buses (timestamp 00:45:17). Neither BPA ██████ nor BPA ██████ knew where the funeral home was located, and



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



they believed it was a distance from Robb Elementary School. BPAs ███████ and ████ returned to their vehicle and attempted to drive to the funeral home, but the roads were blocked with vehicles.

While in their vehicle, BPA ████████ heard radio communications on the vehicle radio that law enforcement officers were preparing to breach the classroom. Since the roads were blocked, BPAs ████████ and ██████ decided to return to Robb Elementary School to assist. BPA ████████ then heard radio communication that a man was injured, and assistance was needed to evacuate injured children.

As BPA ████████ was running towards the school, he encountered WC ██████████ UVA, and BPA ██████████ Border Patrol Tactical Unit (BORTAC), Del Rio Sector (DRT). BPA ████████ observed BPA ████████ limping and WC ████████ informed him that BPA ████████ needed to be taken to the hospital. BPA ████████ and BPA ████████ walked back to BPA ████████ vehicle and BPA ████████ drove him to Uvalde Memorial Hospital. BPA ████████ informed BPA ████████ that he was shot in the head and possibly the foot (timestamp 01:14:25).

When they arrived at the hospital, BPA ████████ and BPA ████████ went to the emergency room. BPA ████████ was given a tag and they waited outside. As the ambulances began to arrive at the hospital, BPA ████████ realized the severity of the situation. BPA ████████ told BPA ████████ that he could leave, and asked BPA ████████ to take his vehicle with his firearms and equipment back to UVA to secure them (timestamp 01:15:44). BPA ████████ recalled that when he arrived at UVA, BPAs scheduled for the (b) (7)(E) shift were arriving for muster. BPA ████████ turned in the vehicle keys to SBPA ████████ UVA, and returned home, as he was scheduled for work later that night (timestamp 01:17:50).

During the interview, BPA ████████ reviewed maps depicting the area north of Uvalde; south of Uvalde; the City of Uvalde; and Uvalde schools, including Robb Elementary School and Uvalde High School (timestamp 02:01:40). These maps are labeled 1-9, respectively (Attachment 2). BPA ████████ indicated the maps labeled 1. North of Uvalde, Texas; 2. South of Uvalde, Texas; and 3. Uvalde, Texas, were not applicable. On the map labeled 4. Uvalde, Texas, Schools, BPA ████████ indicated that on May 24, 2022, he was at UVA, Robb Elementary School, and Uvalde Memorial Hospital. On the map labeled 5. Robb Elementary School, Uvalde, Texas, BPA ████████ indicated where BPA ██████ parked near Robb Elementary School and where he encountered the Uvalde Police Officer. BPA ████████ indicated the maps labeled 5.a. Robb Elementary School, Uvalde, Texas, and 6. Robb Elementary School and Civic Center, Uvalde, Texas, were not applicable. On the map labeled 7. Robb Elementary School, Uvalde, Texas, BPA ████████ marked his route of travel when he drove BPA ████████ to the hospital.

On the map labeled 8.a. Robb Elementary School Layout, Uvalde, Texas, BPA ████████ marked where he spoke with the Uvalde Police Officer, the classrooms and other school facilities he evacuated with BPA ████ and other LEOs, and where he walked when he and BPA ████ left the school for Hillcrest Memorial Funeral Home. On the map labeled 8.b. Robb Elementary School Layout, Uvalde, Texas, BPA ████████ marked approximately where he encountered BPA ████████

---




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

after he was injured. BPA ▮▮▮ indicated the maps labeled 8.c., 8.d., 8.e., 8.f and 8.g., Robb Elementary School Layout, Uvalde, Texas, as well as the maps labeled 9. Hillcrest Memorial Funeral Home, Uvalde, Texas, and 10. ▮▮▮ were not applicable.

BPA ▮▮▮ reviewed photos of LEOs who responded to the Robb Elementary School shooting from the Uvalde Consolidated Independent School District Police Department, UPD, Texas Department of Public Safety, as well as other agencies (timestamp 02:51:15). BPA ▮▮▮ was unable to identify the UPD officer he spoke with when he initially arrived at the school.

BPA ▮▮▮ also reviewed photos of BPAs who responded to the Robb Elementary School shooting (timestamp 02:53:53). BPA ▮▮▮ identified SBPA ▮▮▮ UVA, and BPA ▮▮▮ UVA, as having assisted with evacuating classrooms 13 to 18 and 19 to 23 (timestamp 02:55:44).

BPA ▮▮▮ did not know who was in charge of the law enforcement response to the shooting at Robb Elementary School. BPA ▮▮▮ did not use force or restrain anyone at the school, and he did not provide medical aid to anyone (timestamp 03:02:28).

BPA ▮▮▮ said that USBP responded to the shooting at Robb Elementary School to support other law enforcement officers. BPA ▮▮▮ said USBP was responsible as a law enforcement organization to respond (timestamp 03:03:15).

BPA ▮▮▮ received active shooter training approximately two or three years ago during a quarterly firearms qualification.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
| --- | --- |
| 1 | StarWitness interview of BPA ▮▮▮ |
| 2 | Maps reviewed by BPA ▮▮▮ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02216

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 210



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                             EXHIBIT 210




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, ASAC (b) (6), (b) (7A) and SSA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was performing tracking work with "Brush Crew" BPAs (b) (6), (b) (7)(C) UVA, (b) (6), (b) (7)(C) UVA (b) (6), (b) (7)(C) UVA (b) (6), (b) (7)(C) UVA, and Supervisory BPA (SBPA) (b) (6), (b) (7)(C) UVA. BPA (b) (6), (b) (7)(C) stated he learned of the shooting at Robb Elementary School via radio communication while working at the (b) (6), (b) (7)(C), (b) (7)(E) located approximately (b) (7)(E) of Uvalde (timestamp 00:20:30).

BPA (b) (6), (b) (7)(C) stated that when the Brush Crew learned of the shooting at Robb Elementary School, they decided to respond (timestamp 00:27:22).

BPA (b) (6), (b) (7)(C) stated he utilized Texas Farm to Market 481 to Highway 90 to get to Uvalde. BPA (b) (6), (b) (7)(C) stated he activated his USBP vehicle's lights and sirens during his drive to Uvalde. BPA (b) (6), (b) (7)(C) stated that while enroute, SBPA (b) (6), (b) (7)(C) told the Brush Crew to respond to the civic center (timestamp 00:22:05).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02218



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▇▇▇▇ stated he parked in an alley at the back of the civic center. BPA ▇▇▇▇ was wearing body armor and his duty belt, which included his pistol, extra magazines, a multi tool, handcuffs, flashlight, gloves, and a knife.

BPA ▇▇▇▇ stated he was instructed by an unknown BPA to enter the civic center and provide security. BPA ▇▇▇▇ stated that when he entered the civic center, he noticed students were present and were accompanied by their teachers. BPA ▇▇▇▇ established an interior post near an exterior door at the rear of the civic center. Students continued to enter the civic center after they were dropped off. The students remained with their teachers until their parents arrived. BPA ▇▇▇▇ stated that when parents and students were united, they would exit the rear door where he was assigned.

BPA ▇▇▇▇ stated he remained at the rear door of the interior of the civic center until he learned about a potential second threat. The shooter's girlfriend had allegedly made a comment, something to the effect that she was going to finish the job (timestamp 00:36:50).

BPA ▇▇▇▇ said he was not sure, but believed that after hearing about the second threat, he was relocated to the exterior rear of the civic center where BPA ▇▇▇▇ BPA ▇▇▇▇ and other local law enforcement officers conducted perimeter security.

When CBP OPR interviewers showed a photo of BPA ▇▇▇▇ USBP Carrizo Springs Station, to BPA ▇▇▇▇ he stated that he believed BPA ▇▇▇▇ was the other BPA working inside of the civic center (timestamp 01:26:34). BPA ▇▇▇▇ stated SBPA ▇▇▇▇ UVA, was also on scene at the civic center (timestamp 00:46:58).

BPA ▇▇▇▇ was unclear about the timeframe but recalled being notified it was time to discontinue providing perimeter security at the civic center. BPA ▇▇▇▇ stated he drove to UVA and turned in his USBP vehicle and keys. BPA ▇▇▇▇ stated he departed UVA and drove his personal vehicle to Dalton Elementary School, ▇▇▇▇ place of employment. BPA ▇▇▇▇ stated he united with ▇▇▇▇ and remained with her until she was cleared to leave the school.

BPA ▇▇▇▇ searched his phone for text messages he sent to ▇▇▇▇ to assist CBP OPR interviewers with establishing a timeline but was unable to locate any messages.

BPA ▇▇▇▇ stated that after learning about the shooter at Robb Elementary School, he was unclear if the situation was regarding an active shooter or a barricaded subject (timestamp 01:15:20).

BPA ▇▇▇▇ stated he did not receive updates or additional directions while enroute to Uvalde (timestamp 01:16:20).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02219



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▆▆▆ was unable to identify the person in charge at the civic center and did not see anyone giving orders to law enforcement officers arriving at the civic center (timestamp 01:18:34).

BPA ▆▆▆ did not provide direction or guidance to anyone while at the civic center (timestamp 01:19:04).

BPA ▆▆▆ could not identify anyone from USBP that was in charge at the civic center (timestamp 01:19:10).

BPA ▆▆▆ stated he did not restrict, use force, or restrained anyone while at the civic center and did not render medical aid on the day of the Robb Elementary School shooting (timestamp 01:19:22).

BPA ▆▆▆ stated USBP's authority to respond to an incident like the Robb Elementary School shooting was to stop the threat and render aid as soon as possible. BPA ▆▆▆ added that authority was granted because of the status of being a first responder and a law enforcement officer (timestamp 01:20:08).

BPA ▆▆▆ stated he believed there was a responsibility by USBP to back up other law enforcement agencies and there was a responsibility for law enforcement personnel to respond (timestamp 01:20:42).

BPA ▆▆▆ stated he did not send or receive any official text messages related to the Robb Elementary School shooting but did send text messages to ▆▆▆ who was on lockdown at Dalton Elementary School, and to his father (timestamp 01:21:16).

BPA ▆▆▆ stated he did not believe he sent or received any emails related to the Robb Elementary School shooting but agreed to conduct a search and to share the results of his search with ASAC ▆▆▆ (timestamp 01:23:55).

BPA ▆▆▆ stated he did not write any reports related to the Robb Elementary School shooting (timestamp 01:24:31).

BPA ▆▆▆ stated that he did not have discussions with BPAs or USBP officials after the incident at Robb Elementary School (timestamp 01:25:00).

BPA ▆▆▆ stated that in 2020, he participated in active shooter training while at the USBP academy in Artesia, New Mexico (timestamp 01:25:40).

BPA ▆▆▆ stated he only responded to the civic center on May 24, 2022 and did not respond to Robb Elementary School or any other school.



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 211



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                           EXHIBIT 211



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SBPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SBPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SBPA (b) (6), (b) (7)(C) stated he is currently an administrative supervisor at USBP Falfurrias Station (FLF). On the date of the incident at Robb Elementary School, SBPA (b) (6), (b) (7)(C) was assigned to the USBP Uvalde Station (UVA). SBPA (b) (6), (b) (7)(C) recalled Watch Commander (WC) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) UVA, and WC (b) (6), (b) (7)(C) UVA, had just departed his office when he heard a transmission on the radio from BPA (b) (6), (b) (7)(C) UVA. According to SBPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) stated there was an armed subject running towards Robb Elementary School. SBPA (b) (6), (b) (7)(C) requested BPA (b) (6), (b) (7)(C) repeat the transmission to confirm what he heard. According to SBPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) stated there was an armed subject running towards the school and the subject shot back at police officers; it was an active shooter situation (timestamp 00:29:00).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02223



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



After receiving the information, SBPA ███████requested the radio channel be cleared of all other traffic and requested that BPAs respond to Robb Elementary School (timestamp 00:30:25). SBPA ███████stated he then spent the majority his time at UVA fielding telephone calls, maintaining accountability of assets, and coordinating various requests. SBPA ███████explained he was the only person left at UVA, per the instruction of WC ███████ SBPA ███████stated he already put on his vest and was staging to depart when he was told he needed to stay behind to man the station.

SBPA ███████stated he requested a radio patch via sector communications (timestamp 01:06:00). According to SBPA ███████he was aware it was common practice to initiate a radio patch for certain types of situations, but he made the request himself to ensure it was done instead of assuming it would automatically be initiated. SBPA ███████explained he was unsure as to whether the radio patch on the date of the incident was completed based upon his request or if it had already been initiated prior to his request.

SBPA ███████was charged with handing out rifles from the armory as BPAs were deploying into the field (timestamp 00:55:50). Additionally, SBPA ███████maintained a list of personnel who were in the field, to include those who were at Robb Elementary School, those who deployed to the Uvalde Civic Center, and any BPAs who responded to other school sites. SBPA ███████coordinated the availability of uniforms for BPAs who needed a change of clothes, water to be taken out to the field, and food for the influx of BPAs who were reporting to the station after responding to the incident (timestamp 00:31:00).

SBPA ███████stated he stayed in constant communication with the Border Intelligence Center (BIC) at USBP Del Rio Sector (DRT). SBPA ███████requested the BIC contact other USBP stations to request assistance. SBPA ███████also requested, via the BIC, to have the Border Patrol Tactical Unit (BORTAC) deployed to Robb Elementary School but soon after his request he learned BORTAC was already on scene (timestamp 01:17:30).

SBPA ███████recalled one item he specifically assisted with was his participation in sorting out the information related to BPA ███████involvement with the initial stages of the incident. According to SBPA ███████preliminary information from an unknown source indicated BPA ███████was involved in a failure to yield (FTY) incident involving the shooter. USBP Command Staff from DRT was demanding information as to why BPA ███████was involved with the FTY incident. SBPA ███████made direct contact with BPA ███████who explained he was not involved in an FTY incident. BPA ███████informed SBPA ███████he was in Uvalde conducting ███████(b) (7)(E)███████ when he noticed another unspecified law enforcement agency pass him by, heading in the opposite direction of where pursuits in Uvalde typically occurred. BPA ███████subsequently followed to see what assistance he could provide. At no time was BPA ███████the lead agent related to an FTY (timestamp 00:33:25).

SBPA ███████recalled some of the radio communications he heard while he was coordinating from his office at UVA. SBPA ███████confirmed he heard talk about looking for keys to unlock



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



a door (timestamp 01:19:40).  SBPA ████ recalled at one point during the incident there was a "hot mic" (an open microphone that is transmitting), during which he could hear someone yell "Is she shot? Is she bleeding?"  SBPA ████ did not hear any shots fired over the radio.

SBPA ████ confirmed he initiated the Evolving Situation Report (ESR), as per protocol when it came to certain critical incidents.  SBPA ████ was presented with a copy of the ESR created for the incident at Robb Elementary School (Attachment 2).  SBPA ████ confirmed he generated the information contained within it based upon information he received via radio communication and/or telephone calls.  Although SBPA ████ did not have a clear sense of time when it came to recalling the events from the date of the incident, SBPA ████ confirmed the times indicated in the ESR were correct as he entered the information (timestamp 00:48:00).

SBPA ████ stated he did not receive any specific instructions from sector regarding information he needed to put out into the field for the BPAs who were responding to Robb Elementary School (timestamp 01:04:40).  SBPA ████ explained, after he clarified the information related to BPA ████ he did not have any specific communication with sector except to provide them regular updates regarding the incident.  SBPA ████ maintained communication with WC ████ and WC ████ who were providing him information from their location at Robb Elementary School.  SBPA ████ confirmed many of the decisions he made on the date of the incident were decisions he made on his own and there were no specific instructions he received from anyone (timestamp 01:28:45).

SBPA ████ stated he did not know who was in command and control at Robb Elementary School on the date of the incident.  When asked who was in charge on behalf of USBP, SBPA ████ explained the highest-ranking official on site was Patrol Agent in Charge (PAIC) ████ ████ UVA.  According to SBPA ████ although PAIC ████ was on site, he was unsure if he was in charge because he was aware PAIC ████ had a personal connection to the incident.  SBPA ████ stated PAIC ████ was redirecting telephone calls via WC ████ and WC ████ (timestamp 01:13:30).  SBPA ████ explained USBP did not have peace officer status in the state of Texas.  According to SBPA ████ USBP's response and presence at the scene was in a support capacity to the local or state law enforcement entities who did have peace officer status (timestamp 01:15:30).

SBPA ████ did not produce any written statements or memorandums related to the incident at Robb Elementary School.  SBPA ████ explained he took notes while he was fielding calls but no longer had the notes available.

SBPA ████ stated he came upon information, via a conversation with SBPA ████ UVA, that a non-USBP investigative agency conducted a reenactment of the incident at Robb Elementary School.  According to SBPA ████ as part of the investigation of the incident, USBP personnel who were not involved were requested to assist with the recreation of the incident, which included a heavy emphasis on testing the radio patch between USBP and other agencies.  According to the tests, it was found that USBP and the other agencies could not communicate via radio while inside the school with the doors closed.  SBPA ████ confirmed



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



he did not participate in the recreation of the event nor any of the tests related to the radio patch (timestamp 01:22:30).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SBPA (b) (6), (b) (7)(C) |
| 2 | Copy of ESR presented to SBPA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 212



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 212




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, SA (b) (6), (b) (7) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The Authentication Code was (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned to the USBP Del Rio Station (DRS) and was conducting firearms qualifications at the USBP Del Rio Sector (DRT) range near Amistad Dam, west of Del Rio. BPA (b) (6), (b) (7)(C) learned of the incident at Robb Elementary School from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) CBP Law Enforcement Safety and Compliance Directorate. BPA (b) (6), (b) (7)(C) recalled SBPA (b) (6), (b) (7)(C) being on the phone as someone informed him about a shooting in Uvalde (Timestamp 00:28:50). BPA (b) (6), (b) (7)(C) SBPA (b) (6), (b) (7)(C) DRS, BPA (b) (6), (b) (7)(C) USBP Comstock Station, and SBPA (b) (6), (b) (7)(C) DRT, responded to Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02228



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ▮▮▮▮recalled radio communication was spotty and they used handheld radios because the vehicle's radio was not working properly.  BPA ▮▮▮▮recalled that while en route, he heard a radio transmission that the shooter was "down" (Timestamp 00:22:40).  BPA ▮▮▮▮estimated they arrived at Robb Elementary School around 12:50 p.m.

BPA ▮▮▮▮recalled hearing on the radio or from an occupant in his vehicle that a hostage negotiator had been contacted (Timestamp 00:53:25).  Based on the information BPA ▮▮▮▮ had received, he believed he was responding to a barricaded subject.

BPA ▮▮▮▮stated he parked his vehicle in a nearby neighborhood and walked towards school.  BPA ▮▮▮▮observed a truck that had crashed in a concrete ditch west of the school (Timestamp 00:23:40).  At the truck, BPA ▮▮▮▮encountered an unknown trooper with the Texas Department of Public Safety (TXDPS) and observed a rifle laying next to the truck.  The trooper informed BPA ▮▮▮▮the truck was driven by the shooter (Timestamp 00:49:50).

BPA ▮▮▮▮stated he assisted with perimeter security and did not enter school grounds.  BPA ▮▮▮▮stated that, based on the earlier radio transmission, he believed the shooter was down.  BPA ▮▮▮▮added he was not an emergency medical technician and did not believe further enforcement action was necessary (Timestamp 00:47:30).  BPA ▮▮▮▮did not have any encounters with the public nor did he provide medical aid.

BPA ▮▮▮▮stated he was at Robb Elementary School for approximately one hour when he overheard Chief Patrol Agent Jason Owens, DRT, request all agents to report to the USBP Uvalde Station (UVA) for a debriefing. At UVA, BPA ▮▮▮▮learned of a second threat made on social media.  He responded to the Uvalde High School to assist with perimeter security (Timestamp 00:26:00).  When BPA ▮▮▮▮learned the threat was not real, he responded to a middle school to assist with the release of students to their parents.  BPA ▮▮▮▮did not recall the name of the middle school.

During the interview, CBP OPR interviewers provided maps to BPA ▮▮▮▮depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Timestamp 00:33:40) (Attachment 2).  The maps were labeled 1-5, respectively.  On the map labeled 1., BPA ▮▮▮▮marked the route he traveled into Uvalde on May 24, 2022.  On the map labeled 4., BPA ▮▮▮▮marked Uvalde High School, but could not recall the name of the middle school where he assisted with the student release.  On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA ▮▮▮▮marked where he parked his vehicle and where he performed perimeter security.  On the map labeled 8.a. Robb Elementary School, Uvalde, Texas, BPA ▮▮▮▮marked his location and observations.

BPA ▮▮▮▮stated he believed TXDPS had control of the scene and recalled an unspecific conversation that TXDPS would investigate the incident.  He did not know of anyone from USBP who was in charge (Timestamp 00:57:10).  BPA ▮▮▮▮was unsure of USBP's authority to respond to active shooter situations but believed USBP had an obligation to respond as a law enforcement agency.

---



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of BPA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by BPA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02230

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 213



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586          EXHIBIT 213

AR02231



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BPA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On March 22, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BPA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified with Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BPA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was dressed in his rough duty USBP uniform and assigned to the UVA processing area (Timestamp 00:17:16). BPA (b) (6), (b) (7)(C) recalled hearing a call over the radio regarding a possible school shooting at Robb Elementary School (Timestamp 00:36:59). BPA (b) (6), (b) (7)(C) immediately left the processing area, went to the armory, and checked out an M-4 rifle. As BPA (b) (6), (b) (7)(C) exited the armory, he met BPA (b) (6), (b) (7)(C) UVA, and rode with him to Robb Elementary School. As they travelled to Robb Elementary School, they saw BPA (b) (6), (b) (7)(C) UVA, and followed him to the school (Timestamp 00:19:13).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02232



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA ████ stated that upon arriving at Robb Elementary School, he exited the vehicle and walked towards the school with BPA ████ (Timestamp 00:19:37). As they approached the school, BPA ████ noticed most of the people present were on the right side of the school. BPA ████ and BPA ████ entered the school through the west entrance and observed a mixture of law enforcement personnel from the Uvalde Police Department (UPD), Uvalde County Sheriff's Office, and possibly, the Texas Department of Public Safety (TXDPS) (Timestamp 00:20:15). BPA ████ recalled seeing law enforcement officers (LEOs) in a stack in the hallway with their M-4s pointed down the hallway (Timestamp 00:20:20). At the time, BPA ████ stated they were trying to get an idea of what was going on and where the shooter was located (Timestamp 00:20:36).

[Agent Note: stack is a term for a formation used in law enforcement when a team forms up single file along the entrance or doorway to a room where they believe a threat is located.]

BPA ████ stated he and BPA ████ decided to clear the classrooms behind the LEOs (Timestamp 00:20:45). BPA ████ recalled they cleared one classroom and found a teacher hidden under a desk. The BPAs identified themselves and asked her to get up and they got her out of the building (Timestamp 00:21:03). As they stood in the hallway, the LEOs told them they had an idea of where the shooter was located and believed the shooter was inside the set of classrooms on the left side of the hallway (Timestamp 00:21:40). BPA ████ did not know the extent of everything that had happened up until that point. BPA ████ looked down the hallway and noticed bullet holes and speculated the shooter had shot out of the classroom (Timestamp 00:22:06). BPA ████ said the LEOs told him the shooter had locked himself in the classroom (Timestamp 00:22:15). BPA ████ was unable to specify who told him. BPA ████ stated the LEOs were trying to find a way to get the shooter to come out and were also looking for a key to get inside the classroom (Timestamp 00:22:25). BPA ████ recalled that at one point, an unknown law enforcement officer brought a set of keys, and they tested them to identify the master key (Timestamp 00:22:40).

BPA ████ described the situation as chaotic with LEOs going in and out of the school (Timestamp 00:23:07). BPA ████ did not know how they knew the shooter's name but recalled a uniformed police officer calling the shooter by name, ████████ and telling him to give himself up (Timestamp 00:40:30). BPA ████ said there was no response from the shooter. BPA ████ stated the person talking to the shooter was on the south side of the building (Timestamp 02:29:30). During this interaction, USBP Tactical Unit (BORTAC) and USBP Search Trauma and Rescue (BORSTAR) team members arrived in the school hallway and were trying to get an idea of what was going on and trying to put a plan together. BPA ████ recalled hearing discussions on possibly throwing gas into the classroom and said someone started handing out gas masks (Timestamp 00:23:31).

BPA ████ recalled he heard gunshots from the classroom (Timestamp 00:24:35). BPA ████ said that following the gunshots, they pressed up against the hallway, approached the classroom, and tried finding an entry way into the classroom (Timestamp 00:55:47). BPA ████ recalled hearing approximately three four shots fired (Timestamp 00:55:28). At

---





**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

some point, someone produced a key and the LEOs continued to approach the classroom. BPA (b) (6), (b) (7)(C) stated a team of LEOs were stacked on the left side of the hallway with BORTAC and BORSTAR team members stacked on the right side, including BPA (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C) believed he saw BPA (b) (6), (b) (7)(C) USBP Del Rio Sector (DRT), testing keys on the doors and said BPA (b) (6), (b) (7)(C) found a key that worked on the door (Timestamp 02:28:30). BPA (b) (6), (b) (7)(C) was not able to describe the key, nor did he know where the key went (Timestamp 00:59:15). BPA (b) (6), (b) (7)(C) said it was relayed to them that a child called 9-1-1 from inside the classroom (Timestamp 02:30:46). BPA (b) (6), (b) (7)(C) did not know who relayed that information. BPA (b) (6), (b) (7)(C) stated that while they were stacked, he was able to peer into a window on the classroom door and did his best to get an idea of the layout. BPA (b) (6), (b) (7)(C) recalled that BORTAC SBPA (b) (6), (b) (7)(C) DRT, had received information stating the shooter wanted a fight (Timestamp 00:59:31). BPA (b) (6), (b) (7)(C) recalled hearing someone say the shooter could be in the ceiling (Timestamp 01:00:00). Shortly thereafter, either a BORTAC or BORSTAR member, approached the classroom door, opened it, and placed a chair to keep the door open (Timestamp 01:00:09).

BPA (b) (6), (b) (7)(C) recalled observing someone with a shield enter the classroom followed by the rest of the stack (Timestamp 00:26:45). BPA (b) (6), (b) (7)(C) believed the guy with the shield entered the classroom and went to the right side because that was the side BPA (b) (6), (b) (7)(C) was not able to see (Timestamp 01:02:48). As BPA (b) (6), (b) (7)(C) was about to enter the classroom, he heard a noise coming from a cabinet located at the back of the classroom (Timestamp 00:27:08). BPA (b) (6), (b) (7)(C) heard the door swing open followed by gunfire and saw the shooter come out of the cabinet firing (Timestamp 00:27:20). According to BPA (b) (6), (b) (7)(C) the shooter had long hair, wore a plate carrier, and shot with a rifle (Timestamp 01:04:09) BPA (b) (6), (b) (7)(C) did not know how many shots were fired and said he did not shoot because he did not have a clear shot (Timestamp 03:04:54). BPA (b) (6), (b) (7)(C) saw the LEOs in front of him shot the shooter but was not able to identify the LEOs. BPA (b) (6), (b) (7)(C) said he was able to tell the shooter was getting shot because his body was flailing as he went down to the ground (Timestamp 03:26:59). BPA (b) (6), (b) (7)(C) said once he saw the shooter on the ground, he fully realized what had happened (Timestamp 01:05:02).

BPA (b) (6), (b) (7)(C) stated that following the exchange of gunfire, he looked to the right side of the classroom and saw children in a pile and said the floor was a mess (Timestamp 00:29:34). BPA (b) (6), (b) (7)(C) realized there was an adjacent classroom connected by a door and knew they needed to clear that classroom. BPA (b) (6), (b) (7)(C) proceeded to clear the adjacent classroom and described the classroom as looking like the first classroom, with a group of children in a pile on the far side. BPA (b) (6), (b) (7)(C) said his first reaction after realizing there was no other shooter in the adjacent classroom, was to go back to the first classroom to see if there were any survivors (Timestamp 00:30:48).

BPA (b) (6), (b) (7)(C) stated he went to the pile of deceased children and found a boy with (b) (6), (b) (7)(C) hair covered in blood who stood up from the pile and asked BPA (b) (6), (b) (7)(C) to help him (Timestamp 01:07:00). The boy was frantic but was able to talk, walk, and did not appear injured (Timestamp 00:31:02). BPA (b) (6), (b) (7)(C) said he escorted the boy to the classroom door



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



and another LEO took over. BPA [(b) (6), (b) (7)(C)] returned to the pile in search of more survivors but did not find any (Timestamp 00:31:44). BPA [(b) (6), (b) (7)(C)] recalled being told they needed to get the children out to the triage medical area in the hallway but could not remember who gave the order (Timestamp 00:32:00). BPA [(b) (6), (b) (7)(C)] followed the instruction and carried children out of the classroom, however, he could not recall how many children he carried (Timestamp 00:32:34). BPA [(b) (6), (b) (7)(C)] said he saw a lifeless little girl with [(b) (6), (b) (7)(C)] hair covered in blood (Timestamp 02:58:24). BPA [(b) (6), (b) (7)(C)] said he and another LEO carried the girl out to the triage area. BPA [(b) (6), (b) (7)(C)] said he held her arms and the other LEO held her legs (Timestamp 03:00:20).

BPA [(b) (6), (b) (7)(C)] stated he and other LEOs cleared the classrooms across the hall from where the shooter was and did not find anyone. BPA [(b) (6), (b) (7)(C)] said there were a lot of LEOs in the classroom and observed other LEOs carrying out victims (Timestamp 03:01:00). Because there were a lot of LEOs in the classroom and hallway, BPA [(b) (6), (b) (7)(C)] and BPA [(b) (6), (b) (7)(C)] went outside to see if there was anything they could do to help (Timestamp 03:01:46). BPA [(b) (6), (b) (7)(C)] recalled observing someone performing cardiopulmonary resuscitation (CPR) on a child outside the south door (Timestamp 03:02:00). While they were outside, BPA [(b) (6), (b) (7)(C)] asked BPA [(b) (6), (b) (7)(C)] if he was okay and noticed their arms were covered in blood. BPA [(b) (6), (b) (7)(C)] said he obtained a bottle of water and poured water on their arms to wash the blood off (Timestamp 03:19:40). Following the incident, BPA [(b) (6), (b) (7)(C)] and BPA [(b) (6), (b) (7)(C)] met with Chief Patrol Agent Jason Owens, DRT, and other BPAs for a briefing (Timestamp 03:20:08).

BPA [(b) (6), (b) (7)(C)] recalled hearing a lot of radio traffic and described the radio traffic as sounding chaotic. At the time, BPA [(b) (6), (b) (7)(C)] believed the USBP and UPD patched their radio communications together creating a lot of radio traffic. BPA [(b) (6), (b) (7)(C)] remembered that at one point, there was a hot mic that prevented anyone else from transmitting over the radio. BPA [(b) (6), (b) (7)(C)] said it was difficult to understand what was being broadcast (Timestamp 00:37:32). BPA [(b) (6), (b) (7)(C)] stated he listened to the radio communication on frequency [(b) (7)(E)] (Timestamp 02:39:42).

BPA [(b) (6), (b) (7)(C)] stated that while he was on his way to Robb Elementary School, he believed he was responding to a school shooter situation. However, upon arriving at the school, he heard an unidentified LEO say the shooter had locked himself in a classroom. At that point, BPA [(b) (6), (b) (7)(C)] changed his mind set and looked at the situation as a barricaded subject (Timestamp 00:38:35).

[Agent Note: barricaded subject is a term generally meaning a person, believed to be armed, who has taken a position in a physical location that does not allow police access and is refusing police orders to exit].

BPA [(b) (6), (b) (7)(C)] stated BPAs [(b) (6), (b) (7)(C)] UVA, [(b) (6), (b) (7)(C)] UVA, and [(b) (6), (b) (7)(C)] UVA were present with him in the school (Timestamp 00:44:35). BPA [(b) (6), (b) (7)(C)] also recalled a BPA known as [(b) (6), (b) (7)(C)] was present and confirmed his name as [(b) (6), (b) (7)(C)] UVA (Timestamp 00:49:30).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) specifically recalled BPA (b) (6), (b) (7)(C) yelling at BPA (b) (6), (b) (7)(C) for not having a vest and instructed him to get a vest (Timestamp 00:44:57). BPA (b) (6), (b) (7)(C) also remembered swapping out positions with other LEOs who were stacked at the T-intersection of the hallway when they felt fatigued (Timestamp 00:43:57). According to BPA (b) (6), (b) (7)(C) one of the LEOs said the classroom door was locked causing a delay to attempting entry BPA (b) (6), (b) (7)(C) believed that one of the UPD officers sustained an injury to his ear apparently from a gunshot (Timestamp 00:46:10). BPA (b) (6), (b) (7)(C) said he and BPA (b) (6), (b) (7)(C) had a discussion while they were in the hallway and agreed if they heard gunfire, they had to go in, but the issue they encountered was getting in (Timestamp 00:47:19). BPA (b) (6), (b) (7)(C) explained they had no way of getting into the classroom at the time (Timestamp 00:53:54). BPA (b) (6), (b) (7)(C) also explained there were other LEOs located at the south end of the hallway (Timestamp 00:47:49).

BPA (b) (6), (b) (7)(C) recalled children entering the hallway at the south end and evacuating out the south door (Timestamp 02:30:00). He believed LEOs were trying to get the children out of the surrounding classrooms before they made entry (Timestamp 00:52:40).

BPA (b) (6), (b) (7)(C) clarified that when he first heard the three or four gunshots, he, BORTAC and BORSTAR members, a UPD officer, a LEO who was wearing shorts, and BPAs (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) and (b) (6), (b) (7)(C) pressed forward towards the gunshots (Timestamp 00:56:00).

BPA (b) (6), (b) (7)(C) said he observed LEOs from Texas Rangers, TXDPS troopers, UPD, U.S. Marshals Service, Federal Bureau of Investigation (FBI), Texas Parks and Wildlife Game Warden, USBP, and other agencies he could not name, at the scene (Timestamp 02:38:28).

BPA (b) (6), (b) (7)(C) stated he did not have any interactions with the public outside of the school (Timestamp 02:40:020).

BPA (b) (6), (b) (7)(C) stated that from his perspective, his role at the incident was to provide backup to UPD. BPA (b) (6), (b) (7)(C) explained it had been past practice to assist other law enforcement agencies when they requested assistance. BPA (b) (6), (b) (7)(C) was not aware of a specific policy or a written standard operation procedure that allowed USBP to assist (Timestamp 02:40:08). BPA (b) (6), (b) (7)(C) was not aware if a specific authority existed that allowed USBP to respond to the incident (Timestamp 02:41:35).

BPA (b) (6), (b) (7)(C) stated that when he arrived, it did not appear there was any command and control outside the school (Timestamp 02:43:46). BPA (b) (6), (b) (7)(C) was not aware if an incident command was established. Upon entering the school, BPA (b) (6), (b) (7)(C) believed UPD was in charge (Timestamp 02:41:49). BPA (b) (6), (b) (7)(C) stated that on the USBP side, it did not seem that anyone specifically was in command and control. However, when SBPA (b) (6), (b) (7)(C) arrived on scene, he felt like SBPA (b) (6), (b) (7)(C) took control of the situation and got his team together to move down the hallway (Timestamp 02:42:20). BPA (b) (6), (b) (7)(C) believed SBPA (b) (6), (b) (7)(C) was making decisions and communicated with someone after the three or four initial gunshots were fired (Timestamp 02:31:44).

AR02236



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BPA (b) (6), (b) (7)(C) stated SBPA (b) (6), (b) (7)(C) UVA, gave him a ride back to the station and took his M-4 rifle back to the armory (Timestamp 03:20:30). CPA Owens held a briefing in the UVA muster room. BPA (b) (6), (b) (7)(C) heard about a second threat, but he was not in a state of mind to respond (Timestamp 03:22:00).

BPA (b) (6), (b) (7)(C) stated that BORSTAR and BORTAC wore the same uniform and the only distinction to tell the teams apart was the patch that identified them as either BORSTAR or BORTAC (Timestamp 02:32:18).

BPA (b) (6), (b) (7)(C) stated he did not wear a body camera on May 24, 2022. BPA (b) (6), (b) (7)(C) did not send any e-mails, text cellular messages, or draft a report regarding the incident at Robb Elementary School (Timestamp 03:23:06).

BPA (b) (6), (b) (7)(C) confirmed he was interviewed by FBI and TXDPS Rangers regarding the Robb Elementary School incident (Timestamp 03:23:40).

BPA (b) (6), (b) (7)(C) stated he recalled seeing "LOL" rubbed in blood on the classroom board (Timestamp 03:47:24).

CBP OPR interviewers showed maps to BPA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the City of Uvalde; Uvalde schools; Robb Elementary School, Hillcrest Memorial Funeral Home, and (b) (6), (b) (7)(C), (b) (7)(E) rea (Attachment 2). These maps were labeled 1-10, respectively. On the map labeled 1. North Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 2. South Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 3. Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 4. Uvalde, Texas, Schools, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 5. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 5.a. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 6. Robb Elementary School and Civic Center Uvalde, Texas, BPA (b) (6), (b) (7)(C) annotated they parked near Geraldine Street. On the map labeled 7. Robb Elementary School, Uvalde, Texas, BPA (b) (6), (b) (7)(C) annotated the travel path from UVA to Robb Elementary School. On the map labeled 8.a Robb Elementary School Layout, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated the classrooms that he cleared and the location where he saw LEOs providing CPR to a child outside near the south entrance. On the map labeled 8.f. Robb Elementary School Layout, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated how he entered and after the three – four shots were heard how they pressed forward toward classrooms 112-111. On the map labeled 8.g. Robb Elementary School Layout, Uvalde, Texas, BPA (b) (6), (b) (7)(C) indicated how they breached and where he saw the shooter come out from. On the map labeled 9. Hillcrest Memorial Funeral Home, Uvalde, Texas, BPA (b) (6), (b) (7)(C) did not make any markings. On the map labeled 10. (b) (6), (b) (7)(C), (b) (7)(E) Area, BPA (b) (6), (b) (7)(C) did not make any markings.



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



CBP OPR interviewers showed BPA ▓ photos depicting LEOs in various stages of the May 24, 2022, incident (Attachment 3). BPA ▓ identified Uvalde Consolidated Independent School District Police Department (UCISDPD) Chief Pete Arredondo, but only recalled that he saw him, but did not communicate with him, UPD ▓ as the UPD officer that got the call from ▓ who was inside the classroom, UPD Acting Police Chief Mariano Pargas as a person going in and out of the school, Game Warden ▓ and Zavala County Sheriff's Office ▓ as two LEOs who were present inside (Timestamp 02:46:37).

CBP OPR interviewers showed BPA ▓ a schematic of the T-intersection which also included the layout of the classrooms (Timestamp 03:14:54). BPA ▓ marked where they were stacked prior to the breach. BPA ▓ also marked in the schematic how everything looked and where the decedents were after the breach (Attachment 4).

Investigative Analyst ▓ CBP OPR, assisted CBP OPR interviewers and presented BPA ▓ with two segments of video from the hallway camera of Robb Elementary School from May 24, 2022 (Attachment 5). The first segment started at lapse time 00:31:32 and ended at 01:01:13. The second segment started at 01:01:40 and ended at 01:09:45 (Timestamp 01:43:37).

During review of the video, BPA ▓ identified himself at lapse time of 00:31:41, and identified BPAs ▓ and ▓ BPA ▓ also identified UCISDPD Police Officer ▓ who did not appear to be in a right state of mind and was taken out of the school because he had said ▓ was either injured or shot (Timestamp 01:50:38). BPA ▓ identified BPA ▓ UVA (Timestamp 01:48:07) and SBPA ▓ in the video (Timestamp 02:09:33).

During the review of video, BPA ▓ recalled there was a discussion about getting a tool to open the door but did not know the name of the tool (Timestamp 02:19:33).

BPA ▓ stated that prior to the breach, he was somewhere behind SBPA ▓ and he was following his direction (Timestamp 02:21:28). According to BPA ▓ he saw and heard when SBPA ▓ told BORSTAR ▓ DRT, to hand over the shield because he was going to need him for his medical skills (Timestamp 02:26:18).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BPA ▓ |
| 2 | Maps reviewed by BPA ▓ |
| 3 | Photos of LEOs at Robb Elementary School reviewed by BPA ▓ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02238



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



| | |
|---|---|
| 4 | Map labeled Robb Elementary School reviewed and labeled by BPA (b) (6), (b) (7)(C) |
| 5 | Robb Elementary School hallway videos from May 24, 2022. |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 214



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                         EXHIBIT 214

AR02240




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of PAIC (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 23, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed PAIC (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This investigative activity report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

PAIC (b) (6), (b) (7)(C) stated that on May 24, 2022, he was dressed in his full rough duty USBP uniform and was assigned as the PAIC to the USBP DRT, Border Intelligence Center (BIC). PAIC (b) (6), (b) (7)(C) had oversight of the BIC and Radio Room (b) (7)(E) PAIC (b) (6), (b) (7)(C) described that during a critical incident, the BIC and Radio Room become the focal point of the incident command area where command leadership is centralized in one location (timestamp 00:18:24). When necessary, the Radio Room could patch USBP radio communications with outside law enforcement agencies to receive live radio transmissions.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02241



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



On said date, PAIC ▮▮▮ was out having lunch with Acting Division Chief (A)DC ▮▮▮ DRT, Operations Division, Executive Officer (XO) ▮▮▮ DRT, and PAIC ▮▮▮ ▮▮▮ Laredo Station (timestamp 00:11:12). PAIC ▮▮▮ estimated that the lunch occurred between 11:30 a.m. and 12:00 p.m. (timestamp 00:48:34). During their lunch, someone in the group received a call and informed them of a possible shooting at Uvalde.

PAIC ▮▮▮ did not respond to the scene because he knew there would be enough resources deployed. PAIC ▮▮▮ returned to the BIC and reported to the radio room to validate the information, assist with any reporting, and allocate resources. Deputy PAIC (DPAIC) ▮▮▮ DRT, (A)PAIC ▮▮▮ Special Operation Detachment (SOD), Comstock (COM) Station, TX, Special Operations Supervisor (SOS) ▮▮▮ DRT, SOS ▮▮▮ DRT, SOS ▮▮▮ DRT, Supervisory Border Patrol Agent (SBPA) ▮▮▮ DRT, SBPA ▮▮▮ DRT, Border Patrol Agent Intelligence (BPA-I), DRT, ▮▮▮ DRT, Watch Commander ▮▮▮ Eagle Pass (EGT) Station, TX, were working between the BIC and Radio Room performing various tasks when PAIC ▮▮▮ arrived (00:13:50). PAIC ▮▮▮ recalled that Val Verde High Intensity Drug Trafficking Areas (HIDTA) Analyst ▮▮▮ also assisted but could not confirm if he was onsite at the BIC or assisted remotely.

PAIC ▮▮▮ ensured that his staff assigned a scribe, created an accurate timeline, conducted research to identify the shooter, and identified the area of the incident to provide a map to the personnel responding to the scene. PAIC ▮▮▮ also ensured that radio communications were monitored, and that information was disseminated to the field. PAIC ▮▮▮ did not assign specific tasks to individual employees and said everyone worked together in validating the information that was being received. PAIC ▮▮▮ explained the BIC was essentially the incident command for reporting and communication flow (timestamp 00:45:15). PAIC ▮▮▮ mentioned that BPA-I ▮▮▮ worked on gathering the information for the Significant Incident Report (timestamp 01:02:15).

According to PAIC ▮▮▮ (A)DC ▮▮▮ was the highest ranking and in command of the BIC while all the command staff ensured they provided (A)DC ▮▮▮ with accurate information. The BIC disseminated all the critical information to the field.

PAIC ▮▮▮ did not communicate directly with Headquarters (HQ) leadership; however, he did review the critical incident information his staff put together for (A)DC ▮▮▮ and XO ▮▮▮ as the incident unfolded (timestamp 00:14:55). PAIC ▮▮▮ believed (A)DC ▮▮▮ and XO ▮▮▮ communicated directly with HQ leadership.

PAIC ▮▮▮ identified Law Enforcement Information System Specialist (LEISS) ▮▮▮ ▮▮▮ DRT, as the radio dispatcher who handled the Uvalde Station (UVA) on May 24, 2022, but was physically present at the BIC (Timestamp 00:15:18). Although PAIC ▮▮▮ did not hear the live radio communications, he was informed that there was a radio broadcast or discussion regarding individuals at the scene asking for keys and having difficulty getting through the doors (timestamp 00:15:45). PAIC ▮▮▮ did not recall any other significant radio



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



communications because he was not listening to the radio communications.  PAIC ████ mentioned (A)PAIC ████ was in direct communication with lead SOD personnel on scene at Robb Elementary School (timestamp 00:30:30).

PAIC ████ mentioned that at one point, the BIC received a message regarding the girlfriend of the shooter.  Upon receiving this information, the BIC staff worked on identifying the girlfriend and the shooter based on the names that were provided to the BIC (timestamp 0:19:03). PAIC ████ was unable to provide where the BIC obtained the initial biographical information regarding the shooter. The BIC also received information regarding a threat at another location stating something to the effect of finishing what the shooter had started (timestamp 0:19:20). PAIC ████ stated SOS ████ and HIDTA Analyst ████ conducted open-source research on the shooter to get useful information for a law enforcement response (timestamp 00:19:55).

Regarding the USBP protocol in responding to assisting other law enforcement agencies, PAIC ████ did not know if there is a written established protocol or a memorandum of understanding (MOU) to assist state and local law enforcement agencies.  According to PAIC ████ if there is an MOU, it is possible that SOD would have it.  PAIC ████ stated, in a critical incident situation, USBP would respond (timestamp 00:20:50).  PAIC ████ commented that partnerships with the state and locals is important and critical.  It is common for local law enforcement agencies to request assistance from USBP mainly because of the manpower and the skills that USBP holds in comparison to small municipal, county, and school police (timestamp 00:27:50). The role that USBP would assume would be determined based on the situation.

PAIC ████ stated he believed USBP's authority and responsibility to respond to the active shooter incident at Robb Elementary School was that USBP is a law enforcement agency and are protectors of the people with the understanding that its' authority is mainly immigration and Title United States Code 21 authority (timestamp 00:27:20).

According to PAIC ████ DPAIC (b) (6), (b) (7)(C) Carrizo Springs (CAR) station, TX, was initially the (A)PAIC in charge at the scene; however, when USBP leadership was made aware that DPAIC ████ had a child at Robb Elementary School, the decision was made to have PAIC ████ relieve DPAIC ████ (timestamp 00:52:10).  PAIC ████ was unable to provide the timeframe of when PAIC ████ relieved DPAIC ████ (timestamp 00:58:25).

PAIC ████ understood that Chief Patrol Agent (CPA) Jason Owens, DRT, was enroute to the scene and PAIC ████ assumed that upon CPA Owens' arrival to the scene, he would assume the command of all USBP personnel.  PAIC ████ did not know what agency was in command over the overall law enforcement response to Robb Elementary, but if he had to speculate it was the Uvalde Consolidated Independent School District (UCISD), Police Chief Pete Arredondo and the Texas Department of Public Safety (TXDPS) (timestamp 00:29:00).

PAIC ████ stated he had five subordinate employees that responded to Robb Elementary; however, he did not know the names of the employees until after the incident.  PAIC ████ identified the subordinate employees as former BPA-I (b) (6), (b) (7)(C) BPA (b) (6), (b) (7)(C), (b) (7)(E)

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02243



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Brackettville (BRA) station, TX, SOS ██████████DRT, BPA ████████████CAR, SBPA ████████EGT (timestamp 00:32:00). PAIC ████did not communicate with the employees on the day of the incident.

Although PAIC ████could not confirm whether the U.S. Border Patrol Tactical Unit (BORTAC) was specifically requested to respond to Robb Elementary, he explained that generally in a critical situation such as the one that occurred, BORTAC is typically requested. PAIC ████did recall that Emergency Medical Technicians (EMTs) were requested to respond to Robb Elementary School (timestamp 00:53:40).

PAIC ████was informed that BORTAC members were trying to gain access to the shooter's location and after a span of time that had passed, he heard the shooter had been killed (timestamp 00:54:40). PAIC ████identified BORTAC members, SBPA ████████DRT, and ████████DRT, as being involved in the incident, however, mentioned he became aware of their names after the incident had occurred (timestamp 00:55:20). PAIC ████did not communicate directly with anyone at the scene and did not provide orders or guidance to USBP personnel at the scene (timestamp 00:56:53).

PAIC ████stated he believed USBP's role in the Robb Elementary School shooting incident was to provide support and assist local law enforcement agencies (timestamp 00:57:05).

PAIC ████stated he learned, after the fact, that the situation changed from an active shooter to a barricaded subject. PAIC ████stated he either heard this from a news broadcast or from Chief Arredondo's television interview, where Chief Arredondo said he believed the shooter was contained (timestamp 00:50:50).

PAIC ████stated it was possible he spoke with Supervisory SA ████████Federal Bureau of Investigation, San Antonio, TX regarding the shooter, but he is not certain because he might be confusing two separate incidents (timestamp 01:02:55).

PAIC ████provided PAIC ████████COM, PAIC ████████DRT, BPA Programs ████████DRT, as personnel that responded to Robb Elementary; however, PAIC ████was unable to provide details regarding what they did, what role they assumed, or what time they arrive at Robb Elementary (timestamp 00:55:55).

PAIC ████recalled being made aware of a second threat and heard law enforcement personnel were responding to the Uvalde high school, however, he did not know whether USBP personnel were deployed or directed to respond (timestamp 01:06:32).

PAIC ████stated he did not believe he wrote any reports, sent cellular text messages or emails related to the Robb Elementary School shooting incident and agreed to follow-up with CBP OPR to confirm if he wrote a report, sent e-mails, or had cellular text messages regarding the incident (timestamp 01:09:31).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



Following the incident, the incident command leadership had an after-action discussion and CPA Owens assigned all USBP DRT stations to generate an action plan for active shooter response to schools in the area (timestamp 01:10:32).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of PAIC (b)(6), (b)(7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 215



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 215

AR02246




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
| --- | --- | --- | --- |
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SOS (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On March 22, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SOS (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, SOS (b) (6), (b) (7)(C) was on duty at the Border Intelligence Center (BIC), USBP Del Rio Sector (DRT), where he oversees the (b) (7)(E) (b) (7)(E) at DRT. SOS (b) (6), (b) (7)(C) estimated that between 10:45 a.m. and 11:15 a.m., he heard radio chatter regarding an active shooter at a school in Uvalde, Texas (timestamp 00:44:34). Shortly after, SOS (b) (6), (b) (7)(C) received a call from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) USBP Eagle Pass Station (EGT), Texas, who advised there was an active shooter at an elementary school in Uvalde (timestamp 00:17:40).

SOS (b) (6), (b) (7)(C) stated that SBPA (b) (6), (b) (7)(C) asked permission for he and Acting (A) SBPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) EGT, to respond to support local law enforcement. He also wanted to locate BPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) USBP Uvalde Station (UVA). SBPA (b) (6), (b) (7)(C) explained he approved a leave request for BPA (b) (6), (b) (7)(C) to attend his son's award ceremony at Robb Elementary School that day and wasn't able to contact him.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
| --- | --- | --- | --- |
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02247




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

SOS ███ stated that he granted permission for SBPA ███████ and (A)SBPA ███████ to respond to Robb Elementary School. SOS ███ explained that he told SBPA ███████ and (A)SBPA ███████ to wear their body armor so they would be easily identified and to keep him updated (timestamp 00:46:45). SOS ███ added he did not direct SBPA ███████ and (A)SBPA ███████ to deploy to Robb Elementary School (timestamp 00:48:43).

SOS ███ stated that he tasked his team to contact **(b) (7)(E)** to obtain information regarding the shooter at Robb Elementary School (timestamp 00:36:25). SOS ███ later explained that **(b) (7)(E)** did not provide any usable intelligence.

SOS ███ identified SBPA ███████ (A)SBPA ███████ BPA **(b) (6), (b) (7)(C)** UVA; and BPA **(b) (6), (b) (7)(C)** USBP Carrizo Springs Station, as the only personnel in his direct chain of command who responded to Robb Elementary School. SOS ███ stated that, to his knowledge, none of his personnel entered Robb Elementary School (timestamp 01:14:20).

SOS ███ stated that SBPA ███████ called him upon arriving at Robb Elementary School and described the scene as chaotic, with several law enforcement personnel from different agencies present. SBPA ███████ reported that BPA ███████ who was safe and remained on scene, located a backpack containing magazines and ammunition (timestamp 01:18:46).

SOS ███ stated that, while he was at the BIC, he heard about a second threat and believed it was related to the high school in Uvalde, Texas. However, SOS ███ was unable to recall who provided this information. SOS ███ stated that he did not direct SBPA ███████ (A)SBPA ███████ BPA ███████ or BPA ███████ to respond to the high school and he was unsure if any of them responded (timestamp 01:33:11).

SOS ███ stated that he briefed his supervisor, Deputy Patrol Agent in Charge (DPAIC) ███████ ███████ BIC, DRT, regarding the report that BPA ███████ was at Robb Elementary School around the time the active shooter was first reported (timestamp 00:53:35). SOS ███ stated that his role on the day of the shooting at Robb Elementary School was to provide oversight of SBPA ███████ and to ensure the safety of BPA ███████ (timestamp 01:05:45).

SOS ███ stated he was unaware that the Border Patrol Tactical Unit (BORTAC) breached a classroom door (timestamp 01:36:09). He explained that SBPA ███████ and (A)SBPA ███████ provided perimeter security and did not enter Robb Elementary School. SOS ███ added that SOS **(b) (6), (b) (7)(C)** BIC, DRT, monitored the radio traffic related to the incident (timestamp 01:38:22).

SOS ███ stated USBP's role in an incident like the shooting at Robb Elementary School was to respond and assist the other law enforcement agencies (timestamp 01:42:50). When asked what statutory authority allows USBP to respond and act to an incident like the Robb Elementary School shooting, SOS ███ recalled from his training at the USBP Academy that, as federal agents, USBP is allowed to make arrests for crimes that take place in their presence (timestamp 01:49:33).

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02248



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



SOS ███ stated that he did not recall sending or receiving any emails related to the Robb Elementary School shooting (timestamp 01:53:09).  However, SOS ███ stated that he wrote a "Public Safety Officer Medal of Valor Nomination for Extraordinary Valor Above and Beyond the Call of Duty" for BPA ███ (Attachment 2).  SOS ███ added that he and SBPA ███ communicated via email regarding the drafting of the award nomination.

SOS ███ provided SA ███ a copy of email messages between he and SBPA ███ (Attachment 3).  In the email, SOS ███ requested that SBPA ███ obtain information related to BPA ███ and a Texas Department of Public Safety (TXDPS) Trooper's involvement with clearing classrooms and evacuating students at Robb Elementary School.  Further, SOS ███ asked for clarification regarding the backpack that BPA ███ located.

SBPA ███ responded by providing screenshots of text messages he received from BPA ███ which addressed SOS ███ request and provided additional details.  BPA ███ noted that he saw a TXDPS Trooper running code (driving a vehicle with emergency lights and sirens activated) and followed him to Robb Elementary School.  Upon entering the school, BPA ███ encountered two officers who were hit with shrapnel and heard the shooter fire two to four more rounds.  BPA ███ stated he helped TXDPS establish an exterior perimeter and helped evacuate approximately 80 students from 10 classrooms.  BPA ███ stated that after BORTAC breached the classroom, he assisted with moving deceased children to a different classroom. He also assisted with reviving a teacher ███ by taking turns performing chest compressions with a Border Patrol Search, Trauma, and Rescue Unit (BORSTAR) BPA and other Emergency Medical Technicians (EMTs).  In the additional email sent by SBPA ███ he informed SOS ███ that BPA ███ stated the backpack was on the ground in the grass.  BPA ███ stated it appeared as if the shooter shot out a window and threw the backpack on the ground outside the school.  BPA ███ stated an officer opened the backpack and noticed it contained several fully loaded assault rifle magazines.

SOS ███ stated that he did not know who from the USBP was in charge at Robb Elementary School (timestamp 01:57:37); however, SOS ███ stated that when he initially learned of the incident, he heard that the Special Weapons and Tactics (SWAT) Team from San Antonio, Texas was en route (timestamp 02:19:45).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SOS ███ |
| 2 | Public Safety Officer Medal of Valor Nomination for BPA ███ |
| 3 | Emails between SOS ███ and SBPA ███ dated, May 25, 2022. |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 216



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                                          EXHIBIT 216



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AEA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On May 23, 2023, SSA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed AEA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

AEA (b) (6), (b) (7)(C) stated he was assigned to work the day shift on May 24, 2022, and was assigned routine patrol duties in a helicopter. AEA (b) (6), (b) (7)(C) recalled working alongside Air Interdiction Agent (AIA) (b) (6), (b) (7)(C) in the Carrizo Springs area assisting USBP agents (timestamp 00:12:05).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02251



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA ███ stated AIA ███ landed the aircraft and he assisted USBP agents on foot. AIA ███ advised him over the service radio that he had received a call for assistance regarding "shots fired" (timestamp 00:13:09). AIA ███ landed the aircraft and after he boarded, they realized they were out of fuel. They traveled to the USBP Carrizo Springs Station to refuel. AEA ███ recalled coordinating with CBP Air and Marine Operations (AMO) in Del Rio to get an AMO Air Crew Rifle (ACR) program rifleman (trained to fire a rifle from the helicopter) to their aircraft (timestamp 00:15:23). AEA ███ stated AIA ███ was a certified AMO ACR pilot (trained to pilot the helicopter with an onboard ACR rifleman firing a rifle).

AEA ███ stated they traveled to a big open field in Uvalde while they waited for a second aircraft to bring the certified ACR rifleman to their location. AEA ███ stated they waited at least 5 minutes before ACR rifleman AEA ███ CBP Air Unit Del Rio, arrived. AEA ███ recalled they coordinated with a Texas Department of Public Safety (TXDPS) aircraft to ensure aircraft deconfliction (timestamp 00:16:30).

[Agent Note: Aircraft deconfliction ensures nearby aircraft do not fly in the same range of altitude for safety purposes.]

AEA ███ stated they were hearing a lot of different things on the radio while en route from Carrizo Springs to Uvalde. AEA ███ stated it was mostly small bits of information or "chatter" (timestamp 00:18:15). AEA ███ stated that at the time when the ACR rifleman boarded their aircraft, an AMO aircraft that had been operating in Uvalde left the area to refuel as they entered the Uvalde area (timestamp 00:19:50).

AEA ███ stated that once they arrived at Robb Elementary School, they started an orbit pattern around the school and started discussing a plan (timestamp 00:21:15). AEA ███ recalled the three agents on the aircraft began discussing a plan on how to best position the ACR rifleman in case he needed to take a shot. AEA ███ added they also numbered the buildings around the school for their own reference in case they needed to call out something they saw; however, he did not recall which building was assigned which number (timestamp 00:21:48).

AEA ███ recalled transmissions on the radio regarding looking for keys (timestamp 00:23:09). AEA ███ stated it seemed like it "drug on forever." AEA ███ stated he observed a large police presence, a lot of TXDPS personnel. AEA ███ stated he believed the county or state and local law enforcement was in charge and USBP was there helping (timestamp 00:24:00).

AEA ███ stated the aircraft was equipped with a ███████ (b) (7)(E). AEA ███ stated he utilized the (b) (7)(E) briefly, but then realized it was limiting his field of vision and recalled the TXDPS aircraft had a (b) (7)(E) as well. AEA ███ stated he decided the (b) (7)(E) was not the best option for them to utilize (timestamp 00:25:00).

---



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA (b) (6), (b) (7)(C) recalled observing officers and agents performing a lot of perimeter control, a lot of first aid, and a lot of "running around" (timestamp 00:26:14). AEA (b) (6), (b) (7)(C) stated he did not recall any specific law enforcement agency giving orders on the radio, but he did recall someone saying over the radio, "DPS SWAT is here…stand down" (timestamp 00:28:30). AEA (b) (6), (b) (7)(C) stated he believed USBP's role in this incident was to respond as a support agency (timestamp 00:30:28). AEA (b) (6), (b) (7)(C) stated he did not hear any shots fired at any point. AEA (b) (6), (b) (7)(C) stated he recalled someone saying over the radio, "subject is shot" or "subject is down" (timestamp 00:31:04).

AEA (b) (6), (b) (7)(C) stated he did not recognize any specific individual from the aircraft at Robb Elementary School. AEA (b) (6), (b) (7)(C) believed he observed a USBP Border Patrol Tactical Unit outside the south entrance of the building where the shooter was believed to be inside (timestamp 00:34:45).

AEA (b) (6), (b) (7)(C) stated he believed state and local law enforcement would maintain command of a school shooting incident (timestamp 00:38:00). AEA (b) (6), (b) (7)(C) stated he did not observe any sort of medical triage or command center for medical aid at Robb Elementary School (timestamp 00:39:30). AEA (b) (6), (b) (7)(C) stated the AMO aircraft can be utilized to transport injured civilians, however a request to do so was never made or received to his knowledge. AEA (b) (6), (b) (7)(C) stated the pilot in command has the final authority to authorize AMO to utilize the aircraft for medical purposes (timestamp 00:40:05).

AEA (b) (6), (b) (7)(C) added weight and balance is a consideration in taking additional personnel and equipment. AEA (b) ( ), ( ) ( )( ) stated at certain point, the AMO aircraft might not be able to fly or get off the ground, if overloaded (timestamp 00:41:45).

AEA (b) (6), (b) (7)(C) stated the weather, heat, humidity, can affect the type of performance the aircraft operates at (timestamp 00:42:30). AEA (b) (6), (b) (7)(C) stated the type of AMO aircraft they utilized that day was an (b) (7)(E) AEA (b) (6), (b) (7)(C) added they probably could have fit one or two more individuals on that aircraft under the conditions for that day (timestamp 00:43:20). AEA (b) (6), (b) (7)(C) stated he did not recall if there was ever any discussion or consideration given to transporting any sort of specialty team, BORTAC or otherwise, to Robb Elementary School by AMO aircraft (timestamp 00:44:09). AEA (b) (6), (b) (7)(C) stated that during their response from Carrizo Springs to Uvalde, the only discussion involving transporting additional CBP personnel to Uvalde revolved around pairing up AMO ACR personnel in Uvalde to respond to the call for shots fired (timestamp 00:44:15).

AEA (b) (6), (b) (7)(C) stated equipment would load down the AMO aircraft quickly and clarified that is not to say equipment cannot be transported but the weight would cause complications (timestamp 00:45:00). AEA (b) (6), (b) (7)(C) estimated length of time to fly from Uvalde to Del Rio, pick up additional personnel, and fly back would take approximately an hour in flight time under ideal conditions (timestamp 00:46:50).



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



CBP OPR interviewers provided maps to AEA ███████ depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (timestamp 00:49:08).  These maps were labeled 1-10, respectively. AEA ███████ annotated his route of travel and patrol routes in Uvalde on the applicable maps (Attachment 2).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of AEA ███████ |
| 2 | Maps reviewed by AEA ███████ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02254

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 217



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                              EXHIBIT 217

AR02255




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AIA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On May 23, 2023, SSA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed AIA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

On May 24, 2022, AIA (b) (6), (b) (7)(C) worked the day shift, which started at (b) (7)(E) He stated he was not scheduled to fly and worked in the office most of the day. At approximately 12:00 p.m., AIA (b) (6), (b) (7)(C) stated his supervisor, Supervisory Air Enforcement Agent (SAEA) (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) (retired), advised him of a subject who may have shot a police officer and was possibly barricaded in a house (timestamp 00:08:45).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02256



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SAEA ▮▮▮ informed AIA ▮▮▮ he was attempting to pair AIA ▮▮▮ and Aviation Enforcement Agent (AEA) ▮▮▮ in the same aircraft. Both AIA ▮▮▮ and AEA ▮▮▮ are assigned to the Del Rio, Texas, Office of Air and Marine (AMO) air branch and both trained in the Air Crew Rifleman (ACR) program. The ACR program is a training program which trains pilots and riflemen in shooting from an aircraft. AIA ▮▮▮ is a certified ACR pilot and AEA ▮▮▮ is a certified ACR. At the time, AIA ▮▮▮ was assisting USBP near Carrizo Springs, Texas, and AEA ▮▮▮ was working in Del Rio, Texas. AIA ▮▮▮ told SAEA ▮▮▮ they could save time if AIA ▮▮▮ flew AEA ▮▮▮ to Uvalde, Texas, to link up with AIA ▮▮▮ (timestamp 00:10:35). SAEA ▮▮▮ agreed, so AIA ▮▮▮ began prepping an AMO marked ▮▮(b) (7)(E)▮▮ helicopter and launched within two minutes.

Approximately five minutes into the flight to Uvalde AIA ▮▮▮ heard, via his service radio, that there was an active shooter at a school (timestamp 00:12:10). He also heard, via his service radio, that children were being evacuated and there were reports of a 911 call from a little girl in the school who was surrounded by victims. AIA ▮▮▮ continued flying as fast as he could safely fly to Uvalde. Later into the flight, AIA ▮▮▮ heard an unknown dispatch operator advise that three more shots were fired (timestamp 00:13:49). AIA ▮▮▮ could not remember the sequence of events but recalled hearing a stuck microphone on the radio that transmitted the sound of a little girl crying. [Agent's Note: A "stuck" microphone is a phrase commonly used to describe a microphone that is transmitting continuously, commonly due to the operator not being aware the transmission button is being held down by another object pressing up against it. This continuous transmission prevents other users from using the radio channel to communicate with others.]

At approximately 12:35 p.m., AIA ▮▮▮ and AEA ▮▮▮ arrived at the Uvalde Fairgrounds and met up with AIA ▮▮▮ AIA ▮▮▮ shut his A-Star helicopter down and remained on stand-by while AEA ▮▮▮ joined AIA ▮▮▮ AIA ▮▮▮ explained he remained on stand-by in case AIA ▮▮▮ ran out of fuel, in which case AIA ▮▮▮ would take over. AIA ▮▮▮ remained on stand-by for approximately forty-five minutes and monitored his service radio during that time. Within that time, AIA ▮▮▮ recalled hearing information indicating the shooter may be in the ceiling and then later heard the shooter was down (timestamp 00:21:55).

AIA ▮▮▮ did not know who was in charge at Robb Elementary School and the only directions he heard on the radio were people instructing where to take children once they were evacuated. AIA ▮▮▮ could not identify who was speaking on the radio (timestamp 00:23:00).

When asked what CBP's role is during active shooter situations, AIA ▮▮▮ stated every five years he participates in active shooter training (timestamp 00:24:30). AIA ▮▮▮ elaborated by saying the scenarios are in schools and he has been trained to address the shooter as quickly as possible. AIA ▮▮▮ stated local law enforcement would have command and control in a multi-agency situation such as the incident at Robb Elementary School (timestamp 00:27:42).

AIA ▮▮▮ stated he is required to give a safety brief any time he allows extra passengers on his AMO aircraft. AIA ▮▮▮ further stated civilians are required to sign a hold harmless agreement,



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



which must be pre-approved unless it is an emergency. AIA ████ stated the A-star helicopter he was flying has six seats, but explained they typically could not hold six passengers because AMO heavily equips them and there are weight restrictions. AIA ████ also advised the A-star can't board passengers who are on a stretcher because the board is too large and won't fit.

During the interview, AIA ████ was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 2) (timestamp 00:36:35). These maps are labeled 1-10, respectively. On the map labeled 1. North of Uvalde, Texas, AIA ████ marked the route he traveled from Del Rio, Texas, to Uvalde, Texas, on May 24, 2022. He indicated he flew from Del Rio, Texas, to Uvalde, Texas, and landed at the Uvalde Fairgrounds. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of AIA ████ |
| 2 | Maps reviewed by AIA ████ |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02258

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 218



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 218




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AIA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On June 1, 2023, SSA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed Air Interdiction Agent (AIA) (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (b) (7)(E) Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

AIA (b) (6), (b) (7)(C) stated that on May 24, 2022, he worked the day shift assigned to patrol and started at (b) (7)(E) and Aviation Enforcement Agent (AEA) (b) (6), (b) (7)(C) was working with him. AIA (b) (6), (b) (7)(C) recalled operating in the Carrizo Springs area assisting USBP in tracking a group of suspected migrants (timestamp 00:09:30). AIA (b) (6), (b) (7)(C) stated he was piloting a CBP Air and Marine Operations (AMO) helicopter which he had landed so that AEA (b) (6), (b) (7)(C) could deboard and assist USBP agents on the ground.

AIA (b) (6), (b) (7)(C) stated he heard the dispatch operator state over the service radio there was a shootout near a school in Uvalde and requested assistance from agents (timestamp 00:10:14). AIA (b) (6), (b) (7)(C) stated he did not have enough fuel to fly to Uvalde and remain on station operating the helicopter. AIA (b) (6), (b) (7)(C) advised AEA (b) (6), (b) (7)(C) over the radio he was landing the aircraft for AEA (b) (6), (b) (7)(C) to reboard and then respond to Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02260



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AIA ████ stated he decided to refuel at the USBP Carrizo Springs Station (CAR) rather than refueling in Uvalde. AIA ████ stated that in his experience, the time it would take to refuel at CAR was significantly shorter than refueling at the CBP Uvalde Air Branch (timestamp 00:11:45). AIA ████ stated that after refueling at CAR, he advised his supervisor ████ Supervisory AIA, CBP Uvalde Air Branch, they were responding to Uvalde. AIA ████ stated that shortly thereafter, he was advised to head to Del Rio to pick up AEA ████ ████ because he was a certified Air Crew Rifle (ACR) program certified agent (trained to fire a rifle from a helicopter). AIA ████ stated he was a certified ACR program pilot (trained to pilot a helicopter while a ACR rifleman fires a rifle from the helicopter) (timestamp 00:12:30). AIA ████ stated he told his supervisor it would take too long to fly to Del Rio and was responding straight to Robb Elementary School. AIA ████ said he was notified that another pilot, AIA ████ CBP Air Unit Del Rio, would fly AEA ████ to Uvalde to have both an ACR certified pilot and rifleman respond to Robb Elementary School (timestamp 00:13:25). AIA ████ stated both helicopters landed near Uvalde County Fairplex and AEA ████ boarded his aircraft. AIA ████ recalled the first AMO aircraft on scene was piloted by AIA ████ (timestamp 00:14:20).

AIA ████ stated that when he first heard about the incident, he believed the incident was at or near but outside a school. AIA ████ recalled that as he started flying closer to Uvalde, he heard radio transmissions which led him to believe the incident was taking place in the school; the shooter was somewhere in the school and officers were trying to pinpoint his location (timestamp 00:18:40). AIA ████ stated he did not recall hearing that the incident was classified as an active shooter or a barricaded subject over the radio (timestamp 00:20:15). AIA ████ stated AIA ████ advised agents he could not see inside the windows of the school (timestamp 00:21:05). AIA ████ recalled that agents transmitted for AIA ████ to get altitude or distance because they were having trouble communicating (timestamp 00:21:30). AIA ████ stated he recalled AIA ████ left Robb Elementary School and returned to the CBP Uvalde Air Branch.

AIA ████ stated that when they left the Uvalde County Fairplex, he and AEA ████ discussed a plan of action regarding what to expect; AEA ████ would make the decision to shoot if necessary. The length of the discussion was approximately two minutes (timestamp 00:22:10). AIA ████ stated the final authority in the aircraft was the pilot in command, which AIA ████ tated ultimately rested with him. AIA ████ stated they orbited Robb Elementary School at approximately 300 feet but advised AEA ████ to let him know if they needed to fly lower if they observed anything requiring them to respond.

AIA ████ stated he communicated with a Texas Department of Public Safety (TXDPS) air unit on an air-to-air frequency to coordinate each aircraft's orbiting altitude (timestamp 00:25:35). AIA ████ recalled the USBP radio frequency had been patched with the Uvalde Police Department and Uvalde County Sheriff's Office. AIA ████ stated radio communications were a mess (timestamp 00:27:20).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AIA [REDACTED] stated he did not recall transmitting on the patched radio frequency. AIA [REDACTED] heard transmissions from officers and agents in the building regarding the shooter's possible location. AIA [REDACTED] stated it "sounded chaos" on the patched radio frequency (timestamp 00:28:15).

AIA [REDACTED] stated that when he arrived at the school, he observed numerous officers and agents stacked at the south door of the west wing building at Robb Elementary School. AIA [REDACTED] stated other officers and agents were also stacked at the west door entrance. AIA [REDACTED] said numerous civilians and parents were all over the place. AIA [REDACTED] observed numerous TXDPS officers attempting to keep them back (timestamp 00:29:15).

[Agent Note: A stack is a term for a formation used in law enforcement when a team forms up single file along the entrance or doorway to a room where they believe a threat is located.]

AIA [REDACTED] stated he heard transmissions on the radio regarding trying to get a SWAT (special weapons and tactics) team from the San Antonio Police Department or TXDPS (timestamp 00:31:15). AIA [REDACTED] recalled transmissions about clogged streets, moving vehicles, and other directions.

AIA [REDACTED] stated a transmission on the radio stated the scene was safe and then observed officers and agents evacuating some of the injured children from the classrooms (timestamp 00:33:40). AIA [REDACTED] said he decided to head to the CBP Uvalde Air Branch to free the airspace for any emergency medical service air units that were headed to Robb Elementary School (timestamp 00:34:00).

AIA [REDACTED] stated he believed AMO's role in response to the incident was to assist to any lawful request for assistance. AIA [REDACTED] said AMO can provide information, conduct overwatch for officers and agents, or to assist in locating individuals (timestamp 00:35:15). AIA [REDACTED] stated he believed whichever law enforcement agency was the first on scene was in charge of the incident (timestamp 00:38:07). AIA [REDACTED] added that it did not appear any law enforcement agency had "a good take" on the incident or was in charge.

AIA [REDACTED] stated AMO is not set up to transport civilians for medical treatment, but it can be done. AIA [REDACTED] stated a consideration would be remaining under the care of medical personnel in an ambulance versus simply transporting someone quickly in an aircraft not equipped with medical equipment (timestamp 00:39:16).

AIA [REDACTED] stated CBP personnel can board and utilize AMO aircrafts. AIA [REDACTED] added weight, weather, available power, flying with the door open for the ACR personnel, all affect the operation of the aircraft and are things to consider (timestamp 00:41:00). AIA [REDACTED] advised they were operating an (b) (7)(E) on that date and clarified you could fit a maximum of six normal sized individuals under perfect conditions. AMO stated the maximum amount of personnel he's ever flown with was five individuals (timestamp 00:43:20).

---



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



AIA (b) (6), (b) (7)(C) stated there was never a request made for AMO to pick up any additional assets or personnel (timestamp 00:43:09). AIA (b) (6) (7)(C) stated he observed officers and agents rendering aid to individuals outside the west wing building at Robb Elementary School but could not see or make out a specific agency or the type of aid being administered to individuals due to his altitude and angle (timestamp 00:47:09).

AIA (b) (6), (b) (7)(C) recalled there was some social media discussion surrounding an individual who claimed they were going to finish what the shooter at Robb Elementary School had started (timestamp 00:49:45). AIA (b) (6), (b) (7)(C) stated they refueled and began orbiting schools throughout Uvalde to provide overwatch for agents and officers who had been deployed to schools (timestamp 00:51:15).

CBP OPR interviewers provided maps to AIA (b) (6), (b) (7)(C) depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (timestamp 00:52:00). These maps were labeled 1-10, respectively. AIA (b) (6), (b) (7)(C) annotated his route of travel and patrol routes in Uvalde on the applicable maps (Attachment 2).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of AIA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by AIA (b) (6), (b) (7)(C) |




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Additional Information Received from AIA (b) (6), (b) (7)(C) | | |

## DETAILS OF ACTIVITY

On June 1, 2023, AIA (b) (6), (b) (7)(C) emailed a photograph of the CBP Air and Marine Operations (AMO) aircraft flight log from May 24, 2022, to SSA (b) (6), (b) (7)(C) Attachment 1). The flight log listed the following personnel and flight hours: AIA (b) (6), (b) (7)(C) approximately 4.1 hours, Aviation Enforcement Agent (AEA) (b) (6), (b) (7)(C) approximately 4.1 hours, and AEA (b) (6), (b) (7)(C) approximately 1.5 hours.

AIA (b) (6), (b) (7)(C) additionally provided screenshots of a text string between himself and Supervisory Aviation Interdiction Agent (SAIA) (b) (6), (b) (7)(C) Attachment 2). The text string revealed that AIA (b) (6), (b) (7)(C) notified SAIA (b) (6), (b) (7)(C) at 11:45 a.m. that he needed to fuel the aircraft and was headed to a call for shots fired at a school in Uvalde. The remainder of the text string was coordination to have AEA (b) (6), (b) (7)(C) board the aircraft with AIA (b) (6), (b) (7)(C) as they were both trained in the Air Crew Rifle program (firing a rifle from a CBP helicopter).

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | Photograph of AMO Aircraft Flight Log. |
| 2 | Screenshots of AIA (b) (6), (b) (7)(C) Text String. |

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02264

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 219



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 219

AR02265

 

**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AEA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On June 2, 2023, SSA (b) (6), (b) (7)(C) and SSA (b) (6), (b) (7)(C) interviewed AEA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

AEA (b) (6), (b) (7)(C) stated he was working on May 24, 2022, in full uniform and on temporary duty in Del Rio at the time. AEA (b) (6), (b) (7)(C) recalled that AEA (b) (6), (b) (7)(C) CBP Air Unit Del Rio, took and relayed a call from USBP Del Rio Sector (DRT) communications dispatch regarding a "barricaded subject by a school" (timestamp 00:11:52). AEA (b) (6), (b) (7)(C) stated he had just been recently assigned to the CBP Air Unit Del Rio and was not familiar with the area. AEA (b) (6), (b) (7)(C) said he was a certified instructor through both the Civilian Response to Active Shooter Events and Advanced Law Enforcement Rapid Response Training programs (timestamp 00:13:30). AEA (b) (6), (b) (7)(C) added he had approximately 10 years of experience in those training programs and was also a primary firearms instructor with CBP (timestamp 00:13:50).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02266



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA ▓▓▓▓ stated AEA ▓▓▓▓ took it upon himself to let the DRT communications dispatch know there was a CBP Air and Marine Operations (AMO) aircraft in the Uvalde area, but that CBP Air Unit Del Rio did not have anything available (00:16:00). AEA ▓▓▓▓ stated AEA ▓▓▓▓ did not communicate with the first line supervisor at the time, Supervisory Aviation Enforcement Agent (SAEA) ▓▓▓▓ CBP Air Unit Del Rio, regarding the call from DRT communications. AEA ▓▓▓▓ said he advised SAEA ▓▓▓▓ of the call. SAEA ▓▓▓▓ immediately started making calls on his cell phone, and AEA ▓▓▓▓ told SAEA ▓▓▓▓ that he was going to don his gear (timestamp 00:17:50).

AEA ▓▓▓▓ stated he was an aircrew rifleman and was trained to shoot out of helicopters. AEA ▓▓▓▓ stated he has performed those duties since around 2012 (timestamp 00:18:02). AEA ▓▓▓▓ said he grabbed his Kevlar helmet, ballistic plates, and his Air Crew Rifleman (ACR) program rifle. AEA ▓▓▓▓ recalled hearing AEA ▓▓▓▓ relay something from the phone call stating, "all hands respond." AEA ▓▓▓▓ stated that at that point, he knew it was going to become an active shooter situation (timestamp 00:19:35).

AEA ▓▓▓▓ stated SAEA ▓▓▓▓ said an aircraft was en route from the Eagle Pass, Texas area to the CBP Air Unit Del Rio location for AEA ▓▓▓▓ to board the aircraft and pair up with pilot CBP Air Interdiction Agent (AIA) ▓▓▓▓ CBP Air Unit Del Rio. AEA ▓▓▓▓ stated the reason for the pair up was because AIA ▓▓▓▓ was a certified ACR pilot (timestamp 00:19:50). AEA ▓▓▓▓ stated that ever year, trained ACR pilots fly the helicopter while ACR riflemen shoot out of the aircraft.

AEA ▓▓▓▓ recalled that pilot AIA ▓▓▓▓ CBP Air Unit Del Rio, stepped up and offered to fly AEA ▓▓▓▓ to Uvalde to cut down on the time it would take to pair up with AIA ▓▓▓▓ and then fly to Uvalde (timestamp 00:21:04). AEA ▓▓▓▓ recalled the aircraft operating near Eagle Pass and the aircraft leaving from Del Rio both coordinated to meet outside of Uvalde near the Uvalde County Fairplex so AEA ▓▓▓▓ could board the aircraft with AIA ▓▓▓▓ (timestamp 00:21:20).

AEA ▓▓▓▓ recalled that while en route to Uvalde, he heard a radio transmission involving a "hot mic" that lasted awhile and he could hear kids in the background. AEA ▓▓▓▓ stated he did not recall anything other than the last 10 minutes of the flight "took forever" (timestamp 00:21:55).

AEA ▓▓▓▓ stated that once both aircraft landed near the Uvalde Fairplex, it did not take long to join AIA ▓▓▓▓ in his aircraft and get to Robb Elementary School. AEA ▓▓▓▓ said a state police helicopter was in the area. AEA ▓▓▓▓ stated the pilots coordinated, and the state police helicopter flew high and the AMO aircraft flew low (timestamp 00:23:00).

AEA ▓▓▓▓ recalled that when he was initially boarding the aircraft in Del Rio, SAEA ▓▓▓▓ advised him to remember the CBP Use of Force Policy, to be prepared and "take care of business" if he needed to take a shot (timestamp 00:25:13).

---



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



AEA (b) (6), (b) (7)(C) said he believed that by both aircraft meeting in Uvalde instead of Del Rio first and then flying to Uvalde, a minimum of 45 minutes to one hour of flight time was saved in the AMO response to Uvalde (timestamp 00:26:05).

AEA (b) (6), (b) (7)(C) stated his understanding of the situation was that law enforcement was dealing with an active shooter as soon as he heard there was a school involved (timestamp 00:27:45). AEA (b) (6), (b) (7)(C) additionally recalled he may have heard a little girl on the radio saying, "I'm hit" (timestamp 00:29:30).

AEA (b) (6), (b) (7)(C) stated that when the aircraft first arrived at Robb Elementary School, he observed seeing people everywhere, agents and officers, "a lot of green" [Border Patrol agents] stacked up near the south end of a building. AEA (b) (6), (b) (7)(C) recalled agents taking a perimeter toward a window, and he concentrated on an open window with a tree next to it (timestamp 00:30:31).

[Agent Note: A stack is a term for a tactical formation used in law enforcement when officers form a single file along the entrance or doorway to a room where they believe a threat is located.]

AEA (b) (6), (b) (7)(C) stated his rifle was equipped with a 6x scope, and he was trying his hardest to look in the window but he could not see because it was dark in the classroom (timestamp 00:31:00). AEA (b) (6), (b) (7)(C) said a radio transmission advised that the shooter might be on the roof. AEA (b) (6), (b) (7)(C) recalled he did not observe any manholes or access to the roof from inside the building (timestamp 00:31:45).

AEA (b) (6), (b) (7)(C) stated that as they continued scanning the area, he was thinking, "something is not right." AEA (b) (6), (b) (7)(C) explained that based on his training and the training he provides officers and agents, if stimulus such as gunshots, gunfire, screaming, etc. occurs, then officers head in the direction of the stimulus (timestamp 00:33:35). AEA (b) (6), (b) (7)(C) said that without stimulus but with knowledge there was an active shooter in a certain location, then officers "plug the rooms" meaning they move into every room and search until officers find the threat (timestamp 00:33:55).

AEA (b) (6), (b) (7)(C) recalled telling the pilot and the other crewmember in the aircraft that something was not right with the situation. AEA (b) (6), (b) (7)(C) clarified he was not on the ground and stated only the people on the ground knew the situation. AEA (b) (6), (b) (7)(C) recalled considering asking the aircraft to land to assist the agents on the ground in any way he could. AEA (b) (6), (b) (7)(C) added that sometimes someone needs to push and to encourage officers to move in (timestamp 00:35:22). AEA (b) (6), (b) (7)(C) stated that at the time he was considering this, he observed the stacks of agents moving in the building.

AEA (b) (6), (b) (7)(C) stated he observed two officers escorting an individual out quickly and realized it was an officer or agent they were escorting out. AEA (b) (6), (b) (7)(C) continued scanning and not long after, he observed officers and agents pulling children out. AEA (b) (6), (b) (7)(C) stated multiple officers




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

and agents were providing aid to children, administering bandages and other types of aid (timestamp 00:37:15).

CBP OPR interviewers provided AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> with a map of the west wing building of Robb Elementary School (Attachment 2). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> identified the west entrance of the building and stated he observed officers providing aid to a child outside the west entrance (timestamp 00:39:00).

AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated he did not know who was in command and control of the scene (timestamp 00:41:05). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated that based on his training, if a supervisor shows up on scene and realizes the person in charge is not performing their duties adequately, then one can help the supervisor or even possibly take over the mission, especially if one had certain training (timestamp 00:41:15).

AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> added it was hard to determine command and control because there were so many agencies and that communication between agencies had always been an issue (timestamp 00:42:45).

AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated he did not recall any orders being provided over the radio (timestamp 00:43:22). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated he did not hear anyone from USBP give any orders (timestamp 00:43:55). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated he never heard any shots fired during the time he was on scene (timestamp 00:44:15).

AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated CBP's role was to respond to help. AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> added that CBP was sometimes the closest agency to respond and might be the first agency there (timestamp 00:45:30).
AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated that after they observed children exiting the building, he heard a second threat called out (timestamp 00:47:50). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated the AMO aircraft started running patterns on multiple schools throughout Uvalde. AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> recalled seeing there were not enough officers to cover all the schools. AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated they flew patterns over schools throughout Uvalde for a while. AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> recalled one central location where children were being shuttled and recalled scanning the area looking for suspicious activity (timestamp 00:49:00). AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> could not recall how long they performed those duties, but they performed them until the office notified them to return (timestamp 00:50:05).

AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> stated he believed the first person who arrives at an active shooter scene is in command and control (timestamp 00:55:55).

CBP OPR interviewers provided maps to AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (timestamp 01:02:00). The maps were labeled 1-10, respectively. AEA <span style="background:black;color:white">(b) (6), (b) (7)(C)</span> annotated his route of travel and patrol routes in Uvalde on the applicable maps (Attachment 3).



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | StarWitness interview of AEA (b) (6), (b) (7)(C) |
| 2 | Map of the west wing building of Robb Elementary School. |
| 3 | Maps reviewed by AEA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 220



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 220

AR02271



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 19, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment. The recording was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was teleworking from home in Del Rio when he received a call at approximately 12:00 p.m. from his supervisor, Acting Supervisory SA (b) (6), (b) (7)(C) OPR Del Rio, telling him to grab his equipment and respond to Uvalde. SA (b) (6), (b) (7)(C) was told there was an incident involving a mass shooting and USBP was involved. After grabbing his equipment, SA (b) (6), (b) (7)(C) drove to Uvalde in his government-owned vehicle. SA (b) (6), (b) (7)(C) stated that since it was not equipped with emergency equipment, he drove at the speed limit and obeyed all traffic laws.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02272



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SA ▓ stated that when he arrived in Uvalde at approximately 1:45 p.m., he parked near the Hillcrest Memorial Funeral Home and spoke with an unknown Texas Department of Public Safety sergeant while trying to find the incident command center. SA ▓ described the area surrounding the school as "chaos" (timestamp 00:13:25). SA ▓ stated that while near the funeral home, he saw SA ▓ OPR Del Rio, and they both started walking around looking for the incident command center. SA ▓ said that at this time, the school was secured, and no one was allowed in or out.

SA ▓ stated that he and SA ▓ found an incident command center located in a trailer at the northeast side of Robb Elementary School. At the trailer, SA ▓ saw SA ▓ OPR Del Rio, who was the OPR Del Rio duty agent that day. SA ▓ told SA ▓ and SA ▓ about a possible secondary threat at another Uvalde school. The potential threat was that the girlfriend of the shooter at Robb Elementary School was allegedly going to "finish the job." SA ▓ was at the trailer for less than five minutes before leaving for Uvalde High School as instructed by SA ▓ (timestamp 00:15:01).

SA ▓ stated he arrived at Uvalde High School at approximately 2:00 p.m. and was there for a few hours providing security until all the children were released to their parents. While at the high school, SA ▓ worked alongside an unknown Border Patrol agent (BPA) and had no interaction with parents or the public. Once finished at the high school, SA ▓ went to USBP Uvalde Station (UVA) and awaited further instruction (timestamp 00:24:18)

SA ▓ stated he arrived at UVA between 4:00 p.m. and 5:00 p.m. At approximately 7:00 p.m., Group Supervisor ▓ OPR Del Rio, who was the Acting Resident Agent in Charge at that time, directed SA ▓ to go to the Uvalde airport and pick up SA ▓ CBP OPR, El Paso, Texas, and two unknown OPR task force agents (TFA) who traveled on a CBP Air and Marine Operations flight from El Paso to Uvalde. After taking SA ▓ and the two TFAs back to UVA, SA ▓ remained at UVA until he was dismissed around midnight, but he could not recall who dismissed him.

SA ▓ said he was not sure what his authority to respond to a situation like the one at Robb Elementary School was, but he believed he had a duty to act as a law enforcement officer to provide security and safety to the public (timestamp 00:42:31).

SA ▓ reviewed the collection of maps provided by CBP OPR interviewers (Attachment 2). In the collection, SA ▓ traced his route to Robb Elementary School and his approach to the school. Additionally, SA ▓ drew on a map to explain his actions while at Robb Elementary School and other locations in Uvalde.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA ▓ |
| 2 | Maps reviewed by SA ▓ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 221



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                    EXHIBIT 221

AR02274




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 19, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty working when he received a call at approximately 12:00 p.m. from Acting Supervisory SA (A)(SSA) (b) (6), (b) (7)(C) Del Rio DSAC Office, telling him there was an active shooter situation in Uvalde. (A)SSA (b) (6), (b) (7)(C) told SA (b) (6), (b) (7)(C) to be ready and on standby, and later called back to tell SA (b) (6), (b) (7)(C) to respond. SA (b) (6), (b) (7)(C) drove his government owned vehicle to Uvalde. SA (b) (6), (b) (7)(C) drove at the speed limit and obeyed all traffic laws since his vehicle was not equipped with emergency equipment.

SA (b) (6), (b) (7)(C) arrived in Uvalde at approximately 1:30 p.m., found SA (b) (6), (b) (7)(C) Del Rio DSAC Office, and was told everything at the school was secure. However, SA (b) (6), (b) (7)(C) told SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) Del Rio DSAC Office, who was also present, about the possibility of a second shooter at another school (timestamp 00:14:56). SA (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) each went to a school to provide security. SA (b) (6), (b) (7)(C) went to the Uvalde Dual Language Academy, Uvalde, Texas.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02275



**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**



SA (b) (6), (b) (7)(C) arrived at the Uvalde Dual Language Academy around 2:00 p.m. He worked alongside unidentified Border Patrol Agents from the USBP Eagle Pass Station, Texas, and other unidentified law enforcement officers, to provide security at the school, which was on lockdown. SA (b) (6), (b) (7)(C) stated the school's principal and administrators, along with Texas Department of Public Safety Troopers, were responsible for organizing the dismissal of the students and interacting with the parents. SA (b) (6), (b) (7)(C) left the Uvalde Dual Language Academy at approximately 4:00 p.m., after the students were dismissed. He went to the USBP Uvalde Station (UVA), Texas, which was designated as the meet-up location by the OPR SAs.

SA (b) (6), (b) (7)(C) was at UVA for a few minutes before he was sent to Uvalde Memorial Hospital to act as a liaison between CBP and the hospital staff, since it was known that an unidentified Border Patrol Agent (BPA) was shot and was taken to the Emergency Room. While at the hospital, SA (b) (6), (b) (7)(C) learned from other unidentified BPAs that the injured BPA was grazed in the head. Once the injured BPA was released from the hospital, SA (b) (6), (b) (7)(C) returned to UVA at approximately 8:00 p.m. SA (b) (6), (b) (7)(C) remained in the muster room at UVA until he was released at approximately midnight.

SA (b) (6), (b) (7)(C) stated that he believed that as a federal law enforcement officer he had a responsibility and the authority to respond to a threat of this magnitude to provide security and protect the public (timestamp 00:56:18).

SA (b) (6), (b) (7)(C) reviewed the collection of maps provided (Attachment 2). In the collection, SA (b) (6), (b) (7)(C) traced his route to Robb Elementary School and his approach to the school. Additionally, SA (b) (6), (b) (7)(C) drew on a map to explain his actions while at Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by SA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 222



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                    **EXHIBIT 222**

AR02277



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 19, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This investigative activity report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty serving as the OPR Duty Agent at the Del Rio DSAC Office. While driving towards Eagle Pass, Texas, with SA (b) (6), (b) (7)(C) Del Rio DSAC Office, to respond to another matter, SA (b) (6), (b) (7)(C) received a call from Supervisory Border Patrol Agent (SBPA) (b) (6), (b) (7)(C) USBP Del Rio Sector, Texas. During the call, SBPA (b) (6), (b) (7)(C) told him about radio communications he heard regarding a possible shooting near a school in Uvalde. SA (b) (6), (b) (7)(C) added that he and SA (b) (6), (b) (7)(C) were in a government owned vehicle without a two-way radio installed. After his call with SBPA (b) (6), (b) (7)(C) SA (b) (6), (b) (7)(C) called Acting Resident Agent in Charge (A)(RAC) (b) (6), (b) (7)(C) Del Rio DSAC Office, to tell him about the situation. Although (A)RAC (b) (6), (b) (7)(C) initially told SA (b) (6), (b) (7)(C) to proceed with his planned assignment, once he learned the Border Patrol Tactical Unit (BORTAC) was responding he told SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) to respond to Uvalde. SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) activated their vehicle's lights and sirens and drove towards Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02278




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

SA (b) (6), (b) (7)(C) arrived at Robb Elementary School shortly after 1:00 p.m. and encountered SBPA (b) (6), (b) (7)(C) USBP Brackettville Station, Texas. SA (b) (6), (b) (7)(C) asked SBPA (b) (6), (b) (7)(C) about the incident and was advised that shots were fired, children were deceased, and to not go inside the school. Instead, SA (b) (6), (b) (7)(C) went to the incident command center at the Hillcrest Memorial Funeral Home, where he learned of a possible secondary threat against other Uvalde schools. (A)RAC (b) (6), (b) (7)(C) and Acting Supervisory SA (b) (6), (b) (7)(C) Del Rio DSAC Office, directed SA (b) (6), (b) (7)(C) OPR Del Rio DSAC Office; SA (b) (6), (b) (7)(C) Del Rio DSAC Office; and SA (b) (6), (b) (7)(C) to each respond to a different school (timestamp 00:12:24). SA (b) (6), (b) (7)(C) was directed to respond to Morales Junior High School.

SA (b) (6), (b) (7)(C) sent a group text message to other OPR SAs at 2:18 p.m. stating he was responding to the junior high school. When SA (b) (6), (b) (7)(C) arrived at Morales Junior High School, there were Border Patrol Tactical Unit (BORTAC) members already at the school, including SBPA (b) (6), (b) (7)(C) (b) (6), (b) (7)(C) Special Operations Detachment, USBP Del Rio Sector, Texas. SA (b) (6), (b) (7)(C) remained at the perimeter of the school and provided security. SA (b) (6), (b) (7)(C) stated he believed an unidentified local police officer was coordinating the activity at the school. At one point, SA (b) (6), (b) (7)(C) was asked by a local police officer to accompany her to see the parents and explain the process for student dismissal (timestamp 00:14:30).

After approximately two hours at the school, SA (b) (6), (b) (7)(C) returned to the incident command center near Robb Elementary School to discuss with (A)RAC (b) (6), (b) (7)(C) how to approach the OPR investigation into the incident. SA (b) (6), (b) (7)(C) departed the school prior to all the students being dismissed, but first ensured that enough law enforcement officers were present to handle the location before leaving.

SA (b) (6), (b) (7)(C) said he believed CBP does not have any authority to respond to incidents like the one at Robb Elementary School except at the request of state or local law enforcement, who have primary jurisdiction over those types of matters.

SA (b) (6), (b) (7)(C) reviewed the collection of maps provided (Attachment 2). In the collection, SA (b) (6), (b) (7)(C) traced his route to Robb Elementary School and his approach to the school. Additionally, SA (b) (6), (b) (7)(C) drew on a map to explain his actions while at Robb Elementary School. SA (b) (6), (b) (7)(C) also provided SA (b) (6), (b) (7)(C) with copies of the text messages sent and received between OPR SAs on May 24, 2022 (Attachment 3).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by SA (b) (6), (b) (7)(C) |
| 3 | Images of text messages sent and received between OPR agents. |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02279

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 223



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                                    EXHIBIT 223

AR02280




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 19, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School.  The interview was audio and video recorded using StarWitness equipment and uniquely identified by Authentication Code: (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on leave and in San Antonio, Texas, with his children for medical appointments.  While at an appointment, SA (b) (6), (b) (7)(C) recalled seeing news on the television at the doctor's office about the incident.  After finishing the medical appointment and driving back from San Antonio to his home in Del Rio, SA (b) (6), (b) (7)(C) called Acting (A) Resident Agent in Charge (RAC) (b) (6), (b) (7)(C) OPR Del Rio, around 5:30 p.m. and asked if (A)RAC (b) (6), (b) (7)(C) wanted his assistance in Uvalde.  (A)RAC (b) (6), (b) (7)(C) said yes, so SA (b) (6), (b) (7)(C) retrieved his gear and drove his government owned vehicle to Uvalde and arrived at the "incident command" center around 8:00 p.m. (timestamp 11:08:08).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02281



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



SA ▮(b) (6), (b) (7)(C)▮stated that when he reported to Robb Elementary School, he went straight to the incident command center. SA ▮(b) (6), (b) (7)(C)▮said Federal Bureau of Investigation and Texas Rangers were in the building. SA ▮(b) (6), (b) (7)(C)▮stated he was only there for five to ten minutes. (A)RAC ▮▮ told him to go to the USBP Uvalde Station (UVA), Texas, to await further instructions. At UVA, SA ▮(b) (6), (b) (7)(C)▮saw SA ▮(b) (6), (b) (7)(C)▮OPR Del Rio, SA ▮(b) (6), (b) (7)(C)▮OPR Del Rio, and SA ▮(b) (6), (b) (7)(C)▮OPR Del Rio, in the muster room. SA ▮(b) (6), (b) (7)(C)▮departed UVA at 12:30 a.m. (timestamp 11:09:05).

SA ▮(b) (6), (b) (7)(C)▮reviewed the collection of maps provided by CBP OPR interviewers (Attachment 2). In the collection, SA ▮(b) (6), (b) (7)(C)▮traced his route to Robb Elementary School and his approach to the school.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA ▮(b) (6), (b) (7)(C)▮ |
| 2 | Maps reviewed by SA ▮(b) (6), (b) (7)(C)▮ |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 224



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                             EXHIBIT 224

AR02283

 

**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 24, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School.  The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary.  The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was assigned to CBP OPR, Del Rio Deputy Special Agent in Charge (DSAC) Office, Del Rio, TX, but was on approved annual leave out of state. SA (b) (6), (b) (7)(C) approved leave ran from May 18, 2022, through May 30, 2022.  SA (b) (6), (b) (7)(C) learned of the incident at Robb Elementary School the following day on the news.  Since he was on approved leave, his government-issued phone was turned off.  Once he learned of the incident, SA (b) (6), (b) (7)(C) turned on his phone but was not included on any emails or text messages related to the incident.  SA (b) (6), (b) (7)(C) stated he did not make any calls to inquire about the incident.

During the interview, SA (b) (6), (b) (7)(C) provided printed copies of his leave requests, which were approved by Group Supervisor (b) (6), (b) (7)(C) Del Rio DSAC Office, who was Acting Resident Agent in Charge at the time of the incident (Attachment B).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD).  You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD.  The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02284



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA (b) (6), (b) (7)(C) |
| 2 | Copies of WebTA Leave Requests for SA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02285

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 225



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                                    **EXHIBIT 225**

AR02286




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of SA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On July 25, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed SA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at the Uvalde Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) Attachment 1).

This investigative activity report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

SA (b) (6), (b) (7)(C) stated that on May 24, 2022, he was on duty assigned to the CBP OPR Del Rio Deputy Special Agent in Charge (DSAC) Office, Del Rio, Texas. On that date he was driving with SA (b) (6), (b) (7)(C) Del Rio DSAC Office, toward Eagle Pass, Texas, with two unidentified Border Patrol Agents (BPAs) following behind in a separate vehicle. One of the BPAs in the vehicle behind them called SA (b) (6), (b) (7)(C) and told him there was a shooting at a school in Uvalde. SA (b) (6), (b) (7)(C) called Acting Resident Agent in Charge (A)(RAC) (b) (6), (b) (7)(C) Del Rio DSAC Office, and informed him of the situation. (A)RAC (b) (6), (b) (7)(C) told SA (b) (6), (b) (7)(C) to proceed to Eagle Pass while he made some calls. SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) received a call from (A)RAC (b) (6), (b) (7)(C) shortly after they arrived in Eagle Pass, and he told them to respond to Uvalde as fast as they could. SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) activated the lights and sirens in their government owned vehicle and drove towards Uvalde.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02287




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

When SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) arrived at Robb Elementary School, SA (b) (6), (b) (7)(C) saw at least 80-100 law enforcement officers around the school. SA (b) (6), (b) (7)(C) added that he was not aware whether the situation at Robb Elementary School was still active when he arrived. SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) met (A)RAC (b) (6), (b) (7)(C) at the Hillcrest Memorial Funeral Home and described the scene as chaotic (timestamp 00:12:32). While talking with (A)RAC (b) (6), (b) (7)(C) Officer (b) (6), (b) (7)(C) Uvalde Police Department, told the group about a possible secondary threat against other Uvalde schools. (A)RAC (b) (6), (b) (7)(C) asked SA (b) (6), (b) (7)(C) what equipment he had with him, and SA (b) (6), (b) (7)(C) indicated he did not have his ballistic vest or rifle with him. (A)RAC (b) (6), (b) (7)(C) told him to take his vehicle to the USBP Uvalde Station (UVA), Texas, to gather information from the Texas Department of Public Safety Rangers, who were going to question the BPAs involved in the incident at Robb Elementary School. SA (b) (6), (b) (7)(C) activated the lights and sirens in the vehicle and drove to UVA. At UVA, SA (b) (6), (b) (7)(C) contacted the USBP Patrol Agent in Charge and an unidentified USBP Tactical Unit Commander. SA (b) (6), (b) (7)(C) did not leave UVA for the rest of the evening.

SA (b) (6), (b) (7)(C) stated he believes he is required to respond to a situation like the one at Robb Elementary School because he is a federal agent (timestamp 00:35:28). SA (b) (6), (b) (7)(C) added that a request from state or local law enforcement would necessitate a response from him. SA (b) (6), (b) (7)(C) knows he does not have peace officer status in the state of Texas.

SA (b) (6), (b) (7)(C) reviewed the collection of maps provided (Attachment 2). In the collection, SA (b) (6), (b) (7)(C) traced his route to Robb Elementary School and his approach to the school. Additionally, SA (b) (6), (b) (7)(C) drew on a map to explain his actions while at Robb Elementary School.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of SA (b) (6), (b) (7)(C) |
| 2 | Maps reviewed by SA (b) (6), (b) (7)(C) |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02288

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 226



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                            EXHIBIT 226

AR02289




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of AIA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On August 2, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed AIA (b) (6), (b) (7)(C) concerning his involvement in the CBP response to the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code (b) (7)(E) (Attachment 1).

This report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

AIA (b) (6), (b) (7)(C) stated that on May 24, 2022, he worked the day shift which started at (b) (7)(E) AIA (b) (6), (b) (7)(C) was flying alone in the Eagle Pass, Texas area near (b) (6), (b) (7)(C), (b) (7)(E) in Maverick County, Texas in support of U.S. Border Patrol (USBP) Tactical Unit (BORTAC) agents apprehending a group of suspected migrants. AIA (b) (6), (b) (7)(C) had just refueled his aircraft and was flying over the BORTAC agents at approximately 11:40 a.m. when he received a call over the USBP Del Rio Sector radio regarding a possible shooting in Uvalde (timestamp 00:29:30).

AIA (b) (6), (b) (7)(C) stated the exact location and severity of the incident was unknown to him. Since his helicopter was the closest and the only one flying at the time, he was directed over the radio by dispatch to leave the BORTAC agents and fly towards Uvalde (timestamp 00:16:32).

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02290



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



AIA ▮▮▮ stated he communicated to the BORTAC agents on the ground that he had been requested to respond to a shooting in Uvalde and was departing the area. AIA ▮▮▮ was not aware of the details and scope of the situation when he was asked to respond to Uvalde; however, had he known the severity of the incident, he would have immediately landed, picked up two or three BORTAC agents, and brought them with him to Uvalde. AIA ▮▮▮ recalled being informed over the radio of a "guy with a gun near a school;" however, AIA ▮▮▮ did not know he would be responding to a shooting at a school (timestamp 00:27:40).

AIA ▮▮▮ stated his flight time from ▮▮▮ to Uvalde was approximately 20 minutes. At approximately 12:00 p.m., upon entering the Uvalde area, AIA ▮▮▮ was directed into the vicinity of Robb Elementary School by an unidentified Border Patrol agent (BPA) over the radio. As AIA ▮▮▮ flew closer to Robb Elementary School, he began to understand the severity of the incident as an active shooter situation. AIA ▮▮▮ decided not to fly back to ▮▮▮ to pick up BORTAC agents, since doing so would take approximately 40 minutes round trip, and his was the only helicopter on scene when he arrived (timestamp 00:29:03).

AIA ▮▮▮ stated he flew over the school at an altitude of approximately 150 feet, providing aerial observation of the scene. During this time, AIA ▮▮▮ saw children being evacuated by law enforcement officers through classroom windows. He also recalled seeing various uniformed law enforcement officers gathering around the outside of the south entrance of the building where the shooter was located (timestamp 00:41:05).

AIA ▮▮▮ stated that after flying on scene for approximately 20 minutes, he was contacted by a Texas Department of Public Safety (TXDPS) helicopter flown with two crewmembers and equipped with a camera (timestamp 00:31:25). AIA ▮▮▮ began to communicate the location of the shooter to the TXDPS helicopter crew through a non-recorded very high frequency radio channel, attempting to get the TXDPS crew to relocate their helicopter. However, the TXDPS crew decided not to hover over the area because it was unknown to them if the shooter had a rifle (timestamp 00:33:09).

AIA ▮▮▮ stated that because two helicopters operating in the same airspace was dangerous, and the TXDPS helicopter was more capable, AIA ▮▮▮ yielded the scene to TXDPS to operate at a safe distance and took his helicopter to the CBP Air Branch at the Uvalde airport (timestamp 00:47:12). By this time, AIA ▮▮▮ was aware from radio traffic that a certified Air Crew Rifleman (ACR) (trained to fire a rifle from a helicopter) and ACR pilot (trained to pilot a helicopter while a ACR rifleman fires a rifle from the helicopter) were headed to Uvalde via helicopter. He remained at the airport for a few hours awaiting instruction before returning to Del Rio at approximately 4:00 p.m. (timestamp 00:30:24).

AIA ▮▮▮ stated he was flying an ▮▮▮ (b) (7)(E) ▮▮▮ Helicopter with a ▮▮▮ (b) (7)(E) ▮▮▮ (b) (7)(E) ▮▮▮ AIA ▮▮▮ stated multiple factors affect the aircraft's performance, such as winds, payload, and the age of the aircraft. Typically, a crew consisting of one or two people operate the aircraft with room for no more than four passengers. However, given the additional




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

sensors and equipment on these aircraft, CBP variants of the (b) (7)(E) helicopter typically only have room for no more than three passengers. As a matter of practice, chemicals such as oleoresin capsicum spray and explosives are not flown on CBP aircraft (timestamp 00:48:20).

AIA (b) (6), (b) (7)(C) stated he had no medical equipment in the helicopter and the helicopter was not equipped with litter (stretcher) or evacuation capacities (timestamp 00:58:08).

AIA (b) (6), (b) (7)(C) stated that state and local law enforcement officers on scene should have had command and control over the incident at Robb Elementary School. CBP's role was to provide them with assistance, backup, and resources. AIA (b) (6), (b) (7)(C) stated he responded to Uvalde because it was a violent felony in progress (timestamp 00:37:15).

During the interview, CBP OPR interviewers provided AIA (b) (6), (b) (7)(C) with an aviation sectional chart (Attachment 2). AIA (b) (6), (b) (7)(C) marked the route he traveled from Del Rio to Uvalde on May 24, 2022 (timestamp 00:19:12). In addition, he was shown maps depicting the area north of Uvalde; south of Uvalde; the city of Uvalde; Uvalde schools; and Robb Elementary School (Attachment 3) (timestamp 00:32:40). These maps were labeled 1 through 10. On the map labeled 8(A) Robb Elementary School Layout, he indicated he hovered over the school. All other maps were not applicable.

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of AIA (b) (6), (b) (7)(C) |
| 2 | Aviation Sectional Chart reviewed and labeled by AIA (b) (6), (b) (7)(C) |
| 3 | Maps reviewed by AIA (b) (6), (b) (7)(C) |

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 227



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

UF2022586                                           EXHIBIT 227

AR02293




**U.S. CUSTOMS AND BORDER PROTECTION
OFFICE OF PROFESSIONAL RESPONSIBILITY
INVESTIGATIVE OPERATIONS DIRECTORATE**

## INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of BC (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On August 7, 2023, SA (b) (6), (b) (7)(C) and SA (b) (6), (b) (7)(C) interviewed BC (b) (6), (b) (7)(C) concerning his knowledge of the National Incident Management System (NIMS) and the Incident Command System (ICS) related to CBP and the May 24, 2022, shooting at Robb Elementary School. The interview was audio and video recorded using StarWitness equipment and was uniquely identified by Authentication Code: (b) (7)(E) (Attachment 1).

This Investigative Activity Report does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

BC (b) (6), (b) (7)(C) stated that since 2008, he has worked in the emergency management field at the U.S. Department of Health and Human Services from 2008 to 2012, the Federal Emergency Management Agency (FEMA) from 2012 to 2016, and the CBP Watch's Incident Management Branch since July 2016. Before becoming the Branch Chief, BC (b) (6), (b) (7)(C) was a senior preparedness planner. In his roles at the Incident Management Branch, BC (b) (6), (b) (7)(C) participated in preparedness planning for hurricanes, fires, floods, the COVID-19 pandemic, State of the Union addresses, presidential inaugurations, and other major events.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02294



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



BC ▓▓ described NIMS as a doctrinal standard or baseline that allows different federal, state, and local agencies responding to incidents to operate in a common, consistent way. NIMS was developed to ensure all agencies respond, communicate, and share information better. ICS, which is a part of NIMS, was developed to allow the sharing of resources and information with all responding agencies at all levels. The main principle of ICS is that incidents start and end locally.

BC ▓▓ stated that under ICS protocols, the first person on scene is the incident commander, and others who respond are to assimilate based on their experience (timestamp 00:10:24). However, as others who are more capable arrive on scene, the role of incident commander can be turned over as the situation dictates. BC ▓▓ explained that ICS protocols work best when all partners are trained at a similar level. Based on BC ▓▓ experience, the level of training law enforcement officers receive in using ICS during events, varies. Learning ICS protocols before an incident helps to establish who is in charge and who has what authorities, which can be complicated in a law enforcement setting (timestamp 00:38:04).

BC ▓▓ stated that benefits to using ICS in an incident include the following: all participating parties having a common understanding of their roles, functions, and expectations; state and local agencies receive federal grant funds for NIMS and ICS training with the understanding they will all abide by the same principles and baseline understanding of the national doctrine; and NIMS and ICS protocols can be scaled larger or smaller as the situation necessitates. BC ▓▓ stated that for example, CBP has been using ICS protocols to manage issues at the southwest border through the Department of Homeland Security Southwest Border Coordination Center (SBCC), since it provides a systemic way of managing issues larger than any single entity can handle (timestamp 00:14:00).

BC ▓▓ stated that if someone does not have any experience with ICS, there is still a chance the person can understand it intuitively, particularly if the person has a military background. BC ▓▓ explained ICS protocols are based on command and control, so someone with the right aptitude may be able to understand what someone is instructing others to do without ever being trained in ICS protocols (timestamp 00:28:25).

BC ▓▓ stated that to ensure unity, CBP partners with FEMA regionally and integrates personnel with state and local agencies at regional incident management officers. At the headquarters level, CBP has a liaison at FEMA's National Response Center. Integration varies across the country depending on how frequently the region experiences incidents, how the state and location emergency management agencies are set up, and other variables. BC ▓▓ explained that partnering with state and local stakeholders is important to operate consistently and the Incident Management Branch encourages building relationships and discussing organizational capabilities with partner organizations before an incident. BC ▓▓ stated meeting partners for the first time at an incident is too late (timestamp 00:33:57).

BC ▓▓ explained that in a situation where no one is taking charge or following ICS protocols, chaos will result (timestamp 00:41:28). The purpose of the training in ICS protocols is to avoid



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



that specific situation. BC █████ further explained that ICS protocols teach responders to not self-deploy, but instead take charge of the situation until that authority is ceded to someone else (timestamp 00:49:57). Communicating what is seen, what is being done, what is being planned, as well as expectations, roles, and responsibilities during an incident is vital. Effective communication and its importance are covered in each ICS class.

BC █████ explained that training in NIMS and ICS protocols varies at CBP. The following classes are offered online in CBP's online learning portal (Acadis): DHS Web-Based Training - IS-100.c: Introduction to the Incident Command System, ICS 100 (Online, 1h 0m); DHS Web-Based Training - IS-0200.c Basic Incident Command System for Initial Response, ICS 200 (Online, 4h 0m); DHS Web-Based Training - IS-0700.b An Introduction to the National Incident Management System (Online, 3h 30m); and DHS Web-Based Training - IS-0800.d: National Response Framework, An Introduction (Online, 3h 0m).

BC █████ explained that CBP's Office of Training and Development offers the following advanced training courses in NIMS and ICS at the Advanced Training Center (ATC), for which IS-100, IS-200, IS-700, and IS-700 are prerequisites: AOTB Incident Command System Training Program-300 – ICS-300-2310 (Advanced Training Center (ATC), 24h 40m) and AOTB Incident Command System Training Program-400 – ICS-400-2310 (Advanced Training Center (ATC), 24h 0m). The ICS-300 and ICS-400 courses provide students with an awareness of how they fit into the larger emergency response apparatus.

BC █████ stated that each of the in-person classes at the ATC typically has 30-35 participants from the CBP Office of Field Operations (OFO), U.S. Border Patrol (USBP), and Air and Marine Operations (AMO), and are offered less than 10 times per year. CBP employees can also attend the advanced trainings when they are offered by state or local agencies across the country. BC █████ explained that selection in the advanced training courses is based on employee interest, office mandate, management direction, etc.

BC █████ stated that another course offered at CBP is the Lead Field Coordinator course, and explained that the course is designed for OFO Directors of Field Operations, USBP Sector Chiefs, and AMO Directors of Air Operations and Marine Operations. The course teaches Lead Field Coordinators how to interact with Actions Officers, who oversee critical elements of an incident such as operations, support staff, administration, and finance. BC █████ added that each component maintains a list of senior officials who have been trained and who are nominated to attend the training. However, attending this course is not mandatory for GS-15 or Senior Executive Service employees (timestamp 01:07:57).

BC █████ stated that attendance is tracked either through the Acadis platform or through certificates provided by students who attend training courses outside of CBP. The Incident Management Branch is responsible for providing subject matter experts to deliver the advanced training courses in NIMS and ICS and Lead Field Coordinator training courses, but is not involved in selection of the students. BC █████ did not believe NIMS or ICS protocols are taught in CBP's Supervisory Leadership Training, CBP's mandatory three-week training class for new



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



supervisory personnel (timestamp 00:26:48), nor was he aware of NIMS or ICS coordination with training classes falling under the purview of CBP's Law Enforcement Safety and Compliance Directorate (timestamp 00:35:29).

BC███████ stated more training is needed across CBP in both the NIMS and ICS protocols (timestamp 00:48:02).  Pointing to the successes of the SBCC's use of ICS protocols, BC ███████ stated ICS works and there is increased interest in using ICS, however the ability to provide training opportunities on a consistent basis is a challenge, especially since there are not enough certified instructors to teach the classes.  However, since CBP is not a pure emergency management agency, but instead a law enforcement agency, CBP lacks the same standards for mandatory training as found elsewhere.

Following up on a request from SA ███████ during the interview, on August 8, 2023, BC ███████ emailed a copy of the PowerPoint Presentation for the Lead Field Coordinator course (Attachment 2).

## ATTACHMENTS

| ATTACHMENTS | DESCRIPTION |
|---|---|
| 1 | StarWitness interview of BC ███████ |
| 2 | PowerPoint Presentation for Lead Field Coordinator provided by BC ███████ via email on August 8, 2023. |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02297

O F F I C I A L   U S E   O N L Y

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

# UF2022586
# EXHIBIT 228



**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**

O F F I C I A L   U S E   O N L Y

**UF2022586**                                                  **EXHIBIT 228**



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



# INVESTIGATIVE ACTIVITY REPORT

| CASE NUMBER: | UF2022586 | FIELD OFFICE: | Del Rio DSAC Office |
|---|---|---|---|
| CASE AGENT: | SA (b) (6), (b) (7)(C) | | |
| CASE TITLE: | Uvalde Texas School Shooting w/ Fatalities | | |
| ACTIVITY CONDUCTED: | Interview of ACPA (b) (6), (b) (7)(C) | | |

**DETAILS OF ACTIVITY**

On August 10, 2023, SA (b) (6), (b) (7)(C) CBP OPR, and SA (b) (6), (b) (7)(C) CBP OPR, interviewed ACPA (b) (6), (b) (7)(C) Director of the National Firearms and Tactics Branch, LESC, who was also the former Director of the Pre-Deployment Branch, as it relates to CBP and the May 24, 2022, shooting at the Uvalde Robb Elementary School.

Prior to the interview, ACPA (b) (6), (b) (7)(C) was provided with an Administrative Warning Acknowledgement for Non-Bargaining Unit Employees, which he signed acknowledging he understood his right and obligations (Exhibit 1). On August 11, 2023, ACPA (b) (6), (b) (7)(C) was provided with the form titled Your Required Appearance and Sworn Testimony. The interview was audio and video recorded using the StarWitness and the Authentication Code (b) (7)(E) (b) (7)(E) (Exhibit 2).

This Report of Investigation does not detail every statement made during the interview but provides a summary. The video recording of the interview should be reviewed for additional details.

I affirm that my statements in this report are true and correct to the best of my knowledge and belief.

| Prepared by: | | Date: | |
|---|---|---|---|
| Approved by: | | Date: | |

**WARNING:** This document, along with any attachment(s), is loaned to you for official use only and remains the property of U.S. Customs and Border Protection Office of Professional Responsibility Investigative Operations Directorate (IOD). You are prohibited from copying, releasing, retransmitting, disseminating, disclosing, or otherwise sharing the document or its attachments within or outside CBP without prior, written approval from IOD. The contents of this document and its attachment(s) may contain information, which is unclassified, law enforcement sensitive, proprietary, privileged, or confidential, and may be legally protected or otherwise exempt from public disclosure under the Freedom of Information Act, 5 U.S.C. § 552 and Privacy Act of 1974.

AR02299



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



In 2012, ACPA (b) (6), (b) (7)(C) started working full-time out of the U.S. Customs and Border Protection (CBP) Advanced Training Center (ATC), in Harpers Ferry, West Virginia. Beginning in 2012, ACPA (b) (6), (b) (7)(C) was assigned to the Tactics Branch and was certified in the ASITP. In 2017, ACPA (b) (6), (b) (7)(C) was the Acting Assistant Director over the Firearms Branch at ATC, and in 2018, ACPA (b) (6), (b) (7)(C) absorbed the Tactics Branch into the Firearms Branch. In 2021, ACPA (b) (6), (b) (7)(C) developed the Pre-Deployment Program for CBP personnel working and living overseas. Since July 2023, ACPA (b) (6), (b) (7)(C) has been assigned to the Tactics and Firearms Branch.

ACPA (b) (6), (b) (7)(C) further explained that in 2009, the ASITP was developed at the U.S. Border Patrol Academy and was taught by the Advanced Training Department. In 2013, the Advanced training portion was moved to ATC as part of the Tactics Branch. In approximately 2015, ACPA (b) (6), (b) (7)(C) and other ATC cadre taught ASITP export classes at United States Border Patrol (USBP) sectors in Grand Forks, North Dakota and Detroit, Michigan. In 2018, ACPA (b) (6), (b) (7)(C) combined the Tactics Branch into the Firearms Branch, which included the ASITP. While this occurred, ACPA (b) (6), (b) (7)(C) and ATC cadre conducted approximately nine other ASITP export classes across the country to other USBP sectors. In approximately 2019, the ASITP was added to the basic Firearms Instructor Training Program (FITP) at the request of multiple USBP sectors. Previously, to be certified and attend ASITP, each student had to be a member of a CBP special operations group; USBP Tactical Unit (BORTAC), Border Patrol Search Trauma and Rescue (BORSTAR), or Office of Field Operations (OFO) Special Response Team (SRT). However, ACPA (b) (6), (b) (7)(C) and other members of LESC decided that just because someone was in a special operations group, did not guarantee they were a skilled instructor. The ASITP attendees were required, however, to be a firearms instructor, which is why it was included in the FITP basic courses.

During the overview of the program, ACPA (b) (6), (b) (7)(C) mentioned that the ASITP is a principle-based and scenario-based program. It emphasizes the use of cover, positioning, team movements, clearing rooms, etc. The ASITP is focused on tactics. The concepts and principles can be applied to any law enforcement situation, not solely active shooter (Timestamp 14:05).

The ASITP worked well within the FITP, however, after a year, LESC removed the ASITP from the FITP and included tactics within the program instead, based on the same principles.

ACPA (b) (6), (b) (7)(C) could not provide an exact date, but mentioned that after some time, LESC received requests from various USBP sectors asking for active shooter certification training (Timestamp 15:54).

ACPA (b) (6), (b) (7)(C) mentioned that they conducted several ASITP export classes due to the field's numerous requests. He estimated that from 2018 to 2020, LESC certified approximately 1,200 CBP personnel as active shooter instructors before the training was discontinued (Timestamp 16:28). He believed that ASITP was stopped due to a lack of class requests, as well as LESC not being aware if active shooter was taught by the instructors in the field after they received certification at the ATC.



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



In 2021, while working at the Pre-Deployment Branch, and after a few active shooter events within the U.S., ACPA (b) (6), (b) (7)(C) attended a call with CBP component leadership to gauge interest in restarting ASITP (Timestamp (17:33).

The component leadership requested ASITP classes restart and in 2021, ASITP classes were held at Summit Point, West Virginia.

In 2021, LESC certified approximately 180 CBP personnel in the ASITP.  In 2022, they certified approximately 240, and in 2023, they are scheduled to certify approximately 360 additional personnel (Timestamp 18:13).

ACPA (b) (6), (b) (7)(C) explained that since 2009, ASITP program has been based loosely on the Advanced Law Enforcement Rapid Response Training (ALERRT) (Timestamp 21:40).

He further explained that the ALERRT program has been used as LESC's guiding document, as ALERRT and its creators were the subject matter experts on active shooter situations (Timestamp 22:07).

Since approximately 2021, approximately four of LESC's ASITP instructors have attended ALERRT (Timestamp 22:26).

ACPA (b) (6), (b) (7)(C) explained that LESC made some changes to the curriculum and added some techniques to increase the efficiency of delivering the program, as well as the safety of CBP personnel when responding to active shooter events (Timestamp 23:14).  The changes specifically included clearing "L" and "T" intersections and a few unspecified techniques that BORTAC personnel thought would be beneficial to the training (Timestamp 27:00).

In approximately 2015, ACPA (b) (6), (b) (7)(C) and LESC updated the ASITP Instructor Guidebook (IGB), and the training material, but still loosely based its content on ALERRT (Timestamp 27:45).

ACPA (b) (6), (b) (7)(C) mentioned that CBP's ASITP encompasses approximately 90% of ALERRT's training (Timestamp 24:45).

Since 2021, the ASITP was updated to include more instructor-led scenarios, which included shoot or no-shoot situations, as well as incorporating safe weapon handling skills because of observed safety violations by students (Timestamp 28:15).

During the interview, ACPA (b) (6), (b) (7)(C) mentioned the legal authority to respond to active shooter situations was very convoluted and that they have been working with OCC and Congress regarding legislation to provide CBP specific authority to respond to active shooter situations (Timestamp 35:25).  He further explained that the majority of CBP's authority to respond to active shooter incidents was based on the past practice of CBP supporting local and state law enforcement agencies.  ACPA (b) (6), (b) (7)(C) discussed that CBP's authority to respond was the biggest



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



concern regarding the ASITP. He mentioned an email from CBP's Office of Chief Council (OCC), which addressed CBPs authority to respond to active shooter situations, and said that since July 2023, that information was provided verbally to the ASITP students on the first day of training (Timestamp 44:30).

During the interview, ACPA (b) (6), (b) (7)(C) mentioned that the ASITP has undergone various changes, which included requiring all students be a certified CBP firearms or less lethal/use of force instructor, as well as allowing other law enforcement agencies to audit and attend the course.

ACPA (b) (6), (b) (7)(C) discussed that the process for CBP personnel to teach active shooter courses requires the attendance of the ASITP. All students must meet the minimum standards and be able to teach back the material and demonstrate the techniques (Timestamp 49:00). SA (b) (6), (b) (7)(C) asked ACPA (b) (6), (b) (7)(C) if it was possible someone attended the ASITP, but the student did not meet the standard and was not certified by the end of the course, yet remained a certified firearms instructor, whether the individual has the authority and certification to teach the ASITP curriculum under their firearms or less lethal certification. ACPA (b) (6), (b) (7)(C) said if the student did not receive the ASITP certification, then they should not teach anything regarding active shooter, but knew LESC did not have a method to enforce such a policy (Timestamp 51:00). He agreed that if a firearms or less lethal instructor received training and certification on team movements, tactics, room clearing, etc., from a previous CBP firearms or less lethal course, then they would be able to teach that to CBP personnel (Timestamp 53:33).

During the interview, ACPA (b) (6), (b) (7)(C) said he was familiar with the National Incident Management System (NIMS), and the Incident Command System (ICS), but said there was a very small mention of them during the first day of training (Timestamp 54:15). He said the students are told that the first person on scene must pick up incident command, and that someone must take control until someone with more rank or experience arrives on scene and takes that part over. He said the ASITP students are told that someone must take on the roll, but they do not teach how that is to be accomplished (Timestamp 56:10).

The ASITP focuses on CBP personnel arriving to the active shooting scene first and does not discuss state or local law enforcement agencies arriving first with CBP personnel showing up in a support role. Additionally, the training does not discuss CBP personnel arriving on scene and observing a lack of response from state and local law enforcement agencies, requiring them to take charge and act (Timestamp 1:21:50).

ACPA (b) (6), (b) (7)(C) explained that the ASITP focuses on CBP personnel responding to a scene, shots are fired, getting to the building, getting inside the building, clearing the rooms, manipulating corners and intersections, and eliminating the threat as safely as possible (Timestamp 56:45).

He discussed that the main difference between active shooter and barricaded subject situations, which is addressed in the IGB and during the ASITP course, is that in active shooter situations, people are being murdered, and in barricaded subject situations, people are not being murdered, and CBP personnel can take their time (Timestamp 1:00:15). ACPA (b) (6), (b) (7)(C) said three slides

AR02302




**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**

during the first day of training discuss the differences between active shooter and barricaded subjects but there are no practical applications or scenarios within the ASITP.  He further explained that the ASITP does not teach hostage negotiation tactics or what to do in hostage situations.

When discussing closed and locked doors, ACPA (b) (6), (b) (7)(C) mentioned that it is a very complex subject matter, which includes location of doors, door hinge location, breaching tools, safety of the breacher, keys, etc. and that the ASITP  (Timestamp 1:03:28).

He explained that the IGB and ASITP curriculum discussed active shooter versus a barricaded subject over approximately three slides during the first day of training and differentiated the situation based on stability and someone actively dying or not (Timestamp 1:08:03).

He discussed the curriculum's prioritization of people, open doors, and then closed doors.  On the first day of training, students were told verbally that if they encountered locked doors, they should try and kick the door open or find a tool to open it. (b) (7)(E) (b) (7)(E) (Timestamp 1:13:03).

When discussing medical triage during the ASITP, ACPA (b) (6), (b) (7)(C) stated that the course operates under a contact team and rescue team.  Contact teams move towards the threat, and rescue teams deal with the victims.  Students are instructed to bypass injuries, make quick assessments, tell mobile victims to move, and communicate to the incident commander, but to keep moving towards the threat.  Students are taught medical is not the primary mission in a response, but it is, instead, to stop the threat (Timestamp 1:14:04).  He said that Individual First Aid Kit (IFAK) training was originally incorporated into the ASITP course but was ultimately removed to provide students with additional repetitions in scenario-based training situations.

ACPA (b) (6), (b) (7)(C) said the ASITP curriculum did not cover anything regarding CBP personnel's response to an active shooter event where people may be actively dying, and where CBP personnel may not have heard any shots fired (Timestamp 1:10:30).

ACPA (b) (6), (b) (7)(C) mentioned that the ASITP does not teach students what to do post-shooting, once the active shooter is neutralized, or what CBP personnel should do regarding medical triage (Timestamp 1:16:00).

During the interview, ACPA (b) (6), (b) (7)(C) mentioned that several items discussed during the training were not listed in the IGB, which included CBP's authority to respond, crime scene preservation, or what to do post-shooting incident.

Towards the end of the interview, SA (b) (6), (b) (7)(C) inquired as to why CBP's ASITP was not 100% ALERRT training.  ACPA (b) (6), (b) (7)(C) said that in 2009, when the ASITP started, ALERRT was not initially messaged as the gold standard, but was used as a baseline.  CBP could not hire



**U.S. CUSTOMS AND BORDER PROTECTION**
**OFFICE OF PROFESSIONAL RESPONSIBILITY**
**INVESTIGATIVE OPERATIONS DIRECTORATE**



ALERRT trainers to certify and teach LESC cadre, as it was a federally funded program for state and local law enforcement agencies.  He said although ALERRT contained good information, some of the training was adjusted to include tactical movements and lessons learned from CBP's special operations groups, and other CBP personnel's experience.

At the conclusion of the interview, ACPA ▮▮▮▮ provided SA ▮▮▮▮ with a printed copy of the email from CBP's OCC, regarding CBPs authority to respond to active shooter situations (Exhibit 3).

**ATTACHMENTS**

| ATTACHMENTS | DESCRIPTION |
|:---:|:---|
| 1 | Administrative Warning Acknowledgement for Non-Bargaining Unit |
| 2 | StarWitness interview of ACPA ▮▮▮▮ |
| 3 | Printed Email of CBP's authority to respond to active shooter |

FOR OFFICIAL USE ONLY // LAW ENFORCEMENT SENSITIVE

AR02304