IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, IN HER OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY FOR THE 38TH JUDICIAL DISTRICT OF TEXAS,<br>  *Plaintiff*,<br><br>V.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>  *Defendant.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:25-cv-00033-AM |

**PLAINTIFF CHRISTINA MITCHELL'S
<u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE LATE RESPONSE
TO MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF CHRISTINA MITCHELL submits the following motion for leave to file a late response to the U.S. Customs and Border Protection's motion for summary judgment.

**I. RELEVANT FACTS**

On December 8, 2025, U.S. Customs and Border Protection (CBP) filed a motion for summary judgment and administrative record.

Counsel for Christina Mitchell mistakenly believed that the deadline for responding to summary judgments in federal court was 21 days, based on co-counsel Scott Durfee's experience in the Southern District of Texas. *Cf.* Local Rule LR7.3 and 7.4(A), Southern District of Texas (requiring response to be filed "by the submission day" which is 21 days from filing of motion).

1

On December 29, 2025, counsel for Mitchell attempted to file her response to CBP's motion for summary judgment. Counsel Bill Turner had difficulty accessing his PACER account because of the recent two-factor authentication account requirements. Co-counsel Scott Durfee could not access PACER for filing because his motion for *pro hac vice* admission, originally filed in May of 2025, had not yet been granted.

It was at this time that Durfee accessed the Western District's Local Rules for guidance on alternative ways for filing and discovered that the deadline in this jurisdiction was 14 days. *See* Local Rule CV-7(D)(2), Western District of Texas.

## II.   MOTION FOR LEAVE TO FILE LATE RESPONSE

Counsel for District Attorney Mitchell apologize for this error on their part and move for leave to file Mitchell's response to CBP's motion for summary judgment. This motion for leave is not made to delay the proceedings but to see that justice is done. *See Luera v. Kleberg County.,* 460 F. App'x 447, 449 (5th Cir. 2012) (per curiam) ("We have approached the automatic grant of a dispositive motion, such as a grant of summary judgment based on a litigant's failure to respond, with considerable aversion; and we have permitted such dismissals only when there is a record of extreme delay or contumacious conduct.").

## III.   CONCLUSION

District Attorney Mitchell moves that the Court grant her motion for leave to file a late response to CBP's motion for summary judgment and accept her response, filed contemporaneously with this motion, for filing.

Respectfully submitted,

*/s/  Bill R. Turner*

State Bar No. 20335200
Assistant District Attorney
38th Judicial District Attorney's Office
524 E. Nopal Street
Uvalde, Texas 78801
(830) 278-2916 (telephone)
bill.turner@38thda.org

*/s/  Scott A. Durfee*

***Motion for Pro Hac Vice Admission Pending***
State Bar No. 20335200
Assistant District Attorney
38th Judicial District Attorney's Office
524 E. Nopal Street
Uvalde, Texas 78801
(830) 278-2916 (telephone)
scott.durfee@38thda.org

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 30th day of December, 2025, the undersigned conferred by email with Assistant United States Attorney Robert D. Green, counsel for U.S. Customs and Border Protection.  **Green is unopposed to this motion**.

/s/ *Scott A. Durfee*
**SCOTT A. DURFEE**
Assistant District Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2025, a true and correct copy of the above foregoing pleading was served on Assistant United States Attorney Robert D. Green by email at robert.green3@usdoj.gov and by service through the PACER system.

/s/ *Scott A. Durfee*
**SCOTT A. DURFEE**
Assistant District Attorney

3