IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, IN HER OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY FOR THE 38TH JUDICIAL DISTRICT OF TEXAS,<br>    *Plaintiff*,<br><br>V.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>    *Defendant.* | CIVIL ACTION NO. 2:25-cv-00033-AM |

**PLAINTIFF CHRISTINA MITCHELL'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF CHRISTINA MITCHELL respectfully moves for entry of summary judgment in her favor, and in support, hereby incorporates by reference her Response to United States Customs and Border Protection's Motion for Summary Judgment, filed contemporaneously with this motion.

For the reasons set forth in her Response, District Attorney Mitchell seeks an order, pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, overturning as arbitrary and capricious and an abuse of discretion, U.S. Customs and Border Protection's denial of her October 24, 2024, request for the testimony of three United States Border Patrol agents in the state criminal trial of Pedro "Pete" Arredondo.

Respectfully submitted,

*/s/ Bill R. Turner*

State Bar No. 20335200
Assistant District Attorney
38th Judicial District Attorney's Office
524 E. Nopal Street
Uvalde, Texas 78801
(830) 278-2916 (telephone)
bill.turner@38thda.org


*/s/ Scott A. Durfee*

***Motion for Pro Hac Vice Admission Pending***
State Bar No. 20335200
Assistant District Attorney
38th Judicial District Attorney's Office
524 E. Nopal Street
Uvalde, Texas 78801
(830) 278-2916 (telephone)
scott.durfee@38thda.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December, 2025, a true and correct copy of the above foregoing pleading was served on Assistant United States Attorney Robert D. Green by email at robert.green3@usdoj.gov and by service through the PACER system.

/s/ *Scott A. Durfee*
**SCOTT A. DURFEE**
Assistant District Attorney