IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CHRISTINA MITCHELL, in her Official Capacity as the District Attorney for the 38th Judicial District of Texas,<br><br>　　Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br>　　Defendant. | Case No. DR-25-CV-0033-AM |

## ORDER

Pending before the Court is a Motion for Admission Pro Hac Vice of attorney Scott Durfee, who seeks to enter this action on behalf of the Plaintiff. (ECF No. 4.) Because Mr. Durfee is in good standing with the Bar of the State of Texas, has been admitted to practice in at least one other federal court, and has paid the requisite filing fee, this Motion is hereby **GRANTED**.

It is **ORDERED** that Mr. Durfee be permitted to appear before this Court pro hac vice for proceedings in this matter only. If Mr. Durfee desires to appear in any further matter in the United States District Court for the Western District of Texas at any point in the future, he shall promptly submit his application to be admitted to the bar of this Court in the manner set forth in the Local Rules. Finally, while representing his client in this case, Mr. Durfee shall abide by all Local Rules for the United States District Court for the Western District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this 7th day of January, 2026.

_____
ALIA MOSES
Chief United States District Judge