# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

CHRISTINA MITCHELL          §

                        §     CIVIL NO:

vs.                  §     DR:25-CV-00033-AM

                        §

U.S. CUSTOMS AND BORDER    §
PROTECTION

## ORDER SETTING DOCKET CALL/STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DOCKET CALL/STATUS CONFERENCE** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, July 14, 2026 at 10:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 6th day of July, 2026.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE